# UNITED STATES DISTRICT COURT

For The District of Columbia

FELICE I. IACANGELO, et al.

    Plaintiffs

**v.**

MEDSTAR HEALTH, INC., et al.

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV02086
JUDGE: Paul L. Friedman

**TO:** (Name and address of Defendant)

Medstar Health, Inc. d/b/a
Georgetown University Hospital
4000 Reservoir Road, N.W.
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony G. Newman, Esquire
NEWMAN & McINTOSH
7315 Wisconsin Avenue, Suite 700 E
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                  NOV - 7 2005
CLERK                                                      DATE

T. Davis
(By) DEPUTY CLERK

Case 1:05-cv-02086-PLF-AK    Document 2    Filed 11/23/2005    Page 2 of 12

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/16/05 |
| NAME OF SERVER (PRINT) Daphne L. Hallas | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served registered agent, C.T. Corporation, Anthony Jenette at 1015 15th St., N.W., #1000, Wash., DC 20005

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov. 16, 2005       Daphne L. Hallas
            Date                    Signature of Server

7315 Wisconsin Ave., #700E
Address of Server
Bethesda, MD 20814

NOV - 7 2005
NANCY MAYER WHITTINGTON
U.S. DISTRICT

NOV 2 3 2005

REC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARYN A. KERRIS<br>2109 Edgeware Street<br>Silver Spring, MD 20905<br><br>and<br><br>PAUL KERRIS<br>8938 Footed Ridge<br>Columbia, MD 21045<br><br>      Plaintiffs,<br><br>v.<br><br>MEDSTAR HEALTH, INC. d/b/a<br>Georgetown University Hospital<br>4000 Reservoir Road, NW<br>Washington, DC  20007<br><br>and<br><br>GEORGETOWN UNIVERSITY, t/a<br>Georgetown University Hospital<br>serve:<br><br>  4000 Reservoir Road, NW<br>  Washington, DC  20007<br><br>and<br><br>VANCE E. WATSON, M.D.<br>4000 Reservoir Road, NW<br>Washington, DC  20007<br><br>      Defendants. | CASE NUMBER: 1:05CV02086<br>JUDGE:  Paul L. Friedman<br>DECK TYPE:  Personal Injury/Malpractice |

## AFFIDAVIT OF SERVICE

I certify that I served a Summons for the above captioned case by hand delivery

to Anthony Serrette at C.T. Corporation on November 16, 2005 at 10:20 a.m.,

RECEIVED

NOV 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

located at 1015 15th Street, N.W., Suite 1000, Washington, D.C. 20005 and left with him a copy of the Complaint and all supporting papers. The person I left the papers with confirmed that: (1) The above listed address was defendant, MEDSTAR HEALTH, INC. d/b/a Georgetown University Hospital's registered agent; (2) he is 18 years of age or older; (3) he is of suitable discretion in that his relationship to the defendant is <u>Registered Agent</u>.

The cost of service is $ -0-

Description of the Defendant/Person Served: Race: <u>African American</u>;  Sex: <u>M</u> ; Height: <u>5'8"</u>;  Weight: <u>165</u>;  Age: <u>early 30's</u>

I solemnly affirm under the penalties of perjury that the contents of the forgoing paper are true to the best of my knowledge, information and belief and do further affirm that I am a competent person over 18 years of age and not a party to the case.

Date: <u>November 17, 2005</u>        Signature: _Daphne L. Sellas_ (signature)

RECEIVED

NOV 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

For The District of Columbia

FELICE I. IACANGELO, et al.

    Plaintiffs

**SUMMONS IN A CIVIL CASE**

**v.**

MEDSTAR HEALTH, INC., et al.

CASE NUMBER: 1:05CV02086
JUDGE: Paul L. Friedman

    Defendants

**TO:** (Name and address of Defendant)

Vance E. Watson, M.D.
4800 Reservoir Road, N.W.
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony G. Newman, Esquire
NEWMAN & McINTOSH
7315 Wisconsin Avenue, Suite 700 E
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

NOV 7, 2005

CLERK                                                 DATE

*T. Davis*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/16/05 |
| NAME OF SERVER (PRINT) Daphne L. Hallas | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left at Dr. Watson's office at 3800 Reservoir Rd. N.W. Second Floor, CCC with Monique Harrison, a staff member of his office

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov. 16, 2005        *Daphne L. Hallas*
              Date                   Signature of Server

7315 Wisconsin Ave., #700E
Address of Server
Bethesda, MD 20814

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARYN A. KERRIS
2109 Edgeware Street
Silver Spring, MD 20905

and

PAUL KERRIS
8938 Footed Ridge
Columbia, MD 21045

  Plaintiffs,

  v.

MEDSTAR HEALTH, INC. d/b/a
Georgetown University Hospital
4000 Reservoir Road, NW
Washington, DC  20007

and

GEORGETOWN UNIVERSITY, t/a
Georgetown University Hospital
serve:

 4000 Reservoir Road, NW
 Washington, DC  20007

and

VANCE E. WATSON, M.D.
4000 Reservoir Road, NW
Washington, DC  20007

  Defendants.

CASE NUMBER: 1:05CV02086
JUDGE: Paul L. Friedman
DECK TYPE: Personal Injury/Malpractice

## AFFIDAVIT OF SERVICE

I certify that I served a Summons for the above captioned case by hand delivery to Monique Harrison on November 16, 2005 at 1:15 p.m., located at 3800

Reservoir Road, N.W., Ground Floor, Room CCC, Washington, D.C. 20007 and left with her a copy of the Complaint and all supporting papers.

The person I left the papers with confirmed that: (1) The above listed address was the defendant's place of employment; (2) she is 18 years of age or older; (3) she is of suitable discretion in that his/her relationship to the defendant is <u>receptionist/secretary</u>.

The cost of service is $ -0-.

Description of the Defendant/Person Served: Race: <u>African American</u>; Sex: <u>F</u> ; Height: <u>5'5"</u>; Weight: <u>130</u>; Age: <u>mid to late 20's</u>

I solemnly affirm under the penalties of perjury that the contents of the forgoing paper are true to the best of my knowledge, information and belief and do further affirm that I am a competent person over 18 years of age and not a party to the case.

Date: <u>November 17, 2005</u>     Signature: _Daphne L. Dallas_