UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICE I. IACANGELO and <br> CICILY A. IACANGELO, as <br> GARDIAN OF THE PERSON <br> AND PROPERTY of <br> KARYN A. KERRIS, et al. <br><br> Plaintiffs <br><br> v. <br> MEDSTAR HEALTH, INC., et al. <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> Civil Action No.: 1:05CV02086 <br> Judge Paul L. Friedman |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADINGS**

Defendant MedStar Health, Inc., by and through its counsel, Kelly Hughes Iverson and Goodell, DeVries, Leech & Dann, LLP, and with the consent of counsel for the Plaintiffs, files this Consent Motion to Enlarge Time to File Answer or Other Responsive Pleadings to Plaintiffs' Complaint in the above-captioned action, and in support thereof, states as follows:

1. Plaintiffs filed a Complaint on or about October 24, 2005. MedStar Health, Inc. was served with process on November 16, 2005. MedStar's response is due December 6, 2005.

2. Counsel for plaintiffs has graciously agreed to a thirty (30) day extension of time for MedStar Health, Inc. to answer or otherwise respond to plaintiffs' complaint.

3. This motion is timely filed, and the extension of time will not prejudice any party or the court in the litigation of this matter.

WHEREFORE, based upon the foregoing, and for good cause shown, MedStar Health, Inc. respectfully requests that the time for Defendant MedStar Health, Inc. to Answer Plaintiffs' Complaint be enlarged to January 5, 2006. A proposed Order is attached hereto.

Respectfully submitted,

_____
Kelly Hughes Iverson, Bar No. 487816
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000
khi@gdldlaw.com

Attorneys for Defendant MedStar Health, Inc.

## STATEMENT OF POINTS AND AUTHORITIES

F.R.Civ.Pro. 6(b)

The record in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 6th day of December, 2005 that a copy of the foregoing Consent Motion to Enlarge Time to File Answer or Other Responsive Pleadings was served electronically and via first class mail to:

>Anthony G. Newman, Esquire
>Newman & McIntosh
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, MD 20815
>
>Attorneys for Plaintiffs
>
>Georgetown University, t/a
>Georgetown University Hospital
>4000 Reservoir Road, NW
>Washington, D.C. 20007
>
>Defendant
>
>Vance E. Watson, M.D.
>4000 Reservoir Road, NW
>Washington, D.C. 20007
>
>Defendant

_____
Kelly Hughes Iverson, Bar No. 487816

714002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FELICE I. IACANGELO and<br>CICILY A. IACANGELO, as<br>GARDIAN OF THE PERSON<br>AND PROPERTY of<br>KARYN A. KERRIS, et al.<br><br>Plaintiffs<br><br>v.<br>MEDSTAR HEALTH, INC., et al.<br><br>Defendants | *<br><br>*<br><br>*<br><br>*<br><br>*<br>*<br><br>* | <br><br><br><br><br><br><br><br>Civil Action No.: 1:05CV02086<br>Judge Paul L. Friedman |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Considering the foregoing Consent Motion to Enlarge Time to File Answer or Other Responsive Pleadings, **IT IS ORDERED** this _____ day of _____, 2005, that the motion be and hereby is **GRANTED**; and that MedStar Health, Inc. shall answer or otherwise respond to Plaintiffs' Complaint on or before January 5, 2006.

_____
Judge Paul L. Friedman
United States District Court
  for the District of Columbia