UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARYN A. KERRIS
2109 Edgeware Street
Silver Spring, MD 20905

and

PAUL KERRIS
8938 Footed Ridge
Columbia, MD 21045

Plaintiffs,

v.

MEDSTAR HEALTH, INC. d/b/a
Georgetown University Hospital
4000 Reservoir Road, NW
Washington, DC 20007

and

GEORGETOWN UNIVERSITY, t/a
Georgetown University Hospital
serve:

4000 Reservoir Road, NW
Washington, DC 20007

and

VANCE E. WATSON, M.D.
4000 Reservoir Road, NW
Washington, DC 20007

Defendants.

CASE NUMBER: 1:05CV02086
JUDGE: Paul L. Friedman
DECK TYPE: Personal Injury/Malpractice

**AFFIDAVIT OF SERVICE**

I HEREBY CERTIFY that I, DAPHNE L. HALLAS, having been first duly sworn upon oath states as follows:

1. That I am Legal Assistant to Anthony G. Newman, Esq., attorney for the Plaintiffs in the above-referenced matter.

2. That on November 21, 2005, I mailed by Certified Mail, Return Receipt Requested, a Complaint in this action to Georgetown University t/a Georgetown University Hospital.

3. The postmark of the U.S. Postal Service has been stamped on the Return Receipt, indicating that the Complaint was mailed to Defendant; however no Return Receipt was received by us.

4. On or about December 5, 2005, this office received correspondence from James E. Ward, IV, Associate University Counsel for Georgetown University stating that his office received service of the Complaint on November 28, 2005 (copy attached).

DATED 12/22/05

By: Daphne L. Hallas

Daphne L. Hallas
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
(301) 654-3400

Subscribed and sworn to before me this 22nd day of December 2005.

My Commission Expires: 9/1/09

BWayne Cotton

# UNITED STATES DISTRICT COURT

For The District of Columbia

FELICE I. IACANGELO, et al.

Plaintiffs

v.

MEDSTAR HEALTH, INC., et al.

Defendants

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER: 1:05CV02086**
**JUDGE: Paul L. Friedman**

**TO:** (Name and address of Defendant)

Georgetown University t/a
Georgetown University Hospital

Serve:
4000 Reservoir Road, N.W.
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony G. Newman, Esquire
NEWMAN & McINTOSH
7315 Wisconsin Avenue, Suite 700 E
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

NOV - 7 2005
DATE

T. Davis
(By) DEPUTY CLERK

GEORGETOWN UNIVERSITY

*University Counsel*

*202-687-5417*

December 1, 2005

Anthony Newman, Esq.
Newman & McIntosh
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

Re: *Iacangelo, et al. v. MedStar Health, Inc., et al.*, No. 1:05CV02086 (D.D.C.)

Dear Mr. Newman:

Thank you for returning my telephone call this afternoon. This will confirm that you agreed to extend the answer deadline for Dr. Watson to coincide with that of the University, which received service of the complaint on November 28, 2005.

Sincerely,

James E Ward IV

James E. Ward IV
Associate University Counsel



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0021 9064 6912

Kerris WASHINGTON DC 20057 AGN

| | |
|---|---|
| Postage | $ $1.29 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.34 |

Postmark Here: BETHESDA, MD NOV 2005 USPS 11/21/2005

Recipient's Name (Please Print Clearly) (To be completed by mailer)
~~Pres. Georgetown University~~
Street, Apt. No.; or PO Box No.
c/o General Counsel
City, State, ZIP+4 204 Healy
37th & O Sts., NW, Wash., DC 20057

PS Form 3800, February 2000 See Reverse for Instructions

BETHESDA MAIN PO
BETHESDA, Maryland
208149998
1050050814-0090
11/21/2005 (301)941-2664 01:01:04 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20057 | | | $1.29 |
| First-Class | | | |
| Return Receipt (Green Card) | | | $1.75 |
| Certified | | | $2.30 |
| Label Serial #: 70000520002190646912 | | | |
| | Issue PVI: | | $5.34 |
| $7.40 Flag PSA Dbl-Sd Bk | 1 | $7.40 | $7.40 |
| $7.40 Flag PSA Dbl-Sd Bk | 1 | $7.40 | $7.40 |
| Total: | | | $20.14 |

Paid by:
Amex $20.14
Account # XXXXXXXXXXXX1009
Approval #: 585361
Transaction #: 192
23 902890128 4084702547

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
Bill#: 1001000499951
Clerk: 18

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy





# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0520 0021 9064 6912**
Status: **Delivered**

Your item was delivered at 1:01 pm on November 23, 2005 in WASHINGTON, DC 20007.

Additional Details > Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >


Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Kerris WASHINGTON DC 20057 AGN

| | |
|---|---|
| Postage | $ $1.29 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.34 |

Postmark Here: BETHESDA MD NOV 2005 11/21/2005

Recipient's Name (Please Print Clearly) (To be completed by mailer)
~~Pres. Georgetown University~~
Street, Apt. No.; or PO Box No.
c/o General Counsel
City, State, ZIP+4 204 Healy
37th & O Sts., NW, Wash. DC 20057

PS Form 3800, February 2000 See Reverse for Instructions

7000 0520 0021 9064 6912