UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDSTAR HEALTH, INC. d/b/a/ Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D.,<br><br>Defendants. | Civil Action No. 1:05CV02086<br><br>Judge Paul L. Friedman |

## ORDER

After consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint in its Entirety with Prejudice for Lack of Subject Matter Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), any Opposition and Reply thereto;

It is hereby:

**ORDERED**, that Defendants' Motion to Dismiss Plaintiffs' Complaint in its Entirety with Prejudice for Lack of Subject Matter Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) is **GRANTED**;

Plaintiffs' Complaint in its entirety is **DISMISSED WITH PREJUDICE**;

So **ORDERED**, this ___ day of _____, 2006.

_____
The Honorable Paul L. Friedman
Judge, United States District Court
  for the District of Columbia

Copies to:

Megan E. Hills
Nicolas Muzin
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Anthony Newman, Esquire
Newman & McIntosh
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Andrew Greenwald, Esquire
Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770