UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> MEDSTAR HEALTH, INC. d/b/a/ Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civil Action No. 1:05CV02086 <br><br> Judge Paul L. Friedman |

### Corporate Disclosure Statement for Georgetown University

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, defendant Georgetown University states that it is a non-profit, Congressionally-chartered institution.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Dated: December 28, 2005        By: *Megan E. Hills*
Megan E. Hills ((D.C. Bar #437340)
Nicolas Muzin (*Bar Membership in New York & the District of Columbia pending*)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)
Attorneys for Defendants

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Georgetown University's Rule 7.1 Corporate Disclosure Statement was mailed, first-class mail, and postage prepaid this 28 day of December, 2005 to:

>Anthony Newman, Esquire
>Newman & McIntosh
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, Maryland 20814

and

>Andrew Greenwald, Esquire
>Greenwald and Laake
>6404 Ivy Lane
>Suite 440
>Greenbelt, Maryland 20770

>Plaintiffs' Attorneys

and a courtesy-copy hand-delivered to:

>The Honorable Paul L. Friedman
>Chambers
>3 rd & Constitution Avenue, N.W.
>Washington, D.C. 20001

_____
Nicolas Muzin

4