UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>Plaintiffs, <br><br>v. <br><br>MEDSTAR HEALTH, INC. d/b/a/ Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br>Defendants. | Civil Action No. 1:05CV02086 <br><br>Judge Paul L. Friedman |

**Corporate Disclosure Statement for MedStar Health, Inc.**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, on information and belief, defendant MedStar Health, Inc. has no parent company and that no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Dated: December 28, 2005    By: /s/ Megan E. Hills
Megan E. Hills ((D.C. Bar #437340)
Nicolas Muzin (*Bar Membership in New York & the District of Columbia pending*)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant MedStar Health, Inc.'s Rule 7.1 Corporate Disclosure Statement was mailed, first-class mail, and postage prepaid this 28 day of December, 2005 to:

Anthony Newman, Esquire
Newman & McIntosh
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

and

Andrew Greenwald, Esquire
Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Plaintiffs' Attorneys

and a courtesy-copy hand-delivered to:

The Honorable Paul L. Friedman
Chambers
3 rd & Constitution Avenue, N.W.
Washington, D.C. 20001

_____
Nicolas Muzin