UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KARYN A. KERRIS<br>2109 Edgeware Street<br>Silver Spring, MD 20905 | : : : : | |
| and | : : | |
| PAUL KERRIS<br>8938 Footed Ridge<br>Columbia, MD 21045 | : : : : : | |
| Plaintiffs, | : : | Case No.   1:05CV02086 |
| v. | : : | |
| MEDSTAR HEALTH, INC. d/b/a<br>Georgetown University Hospital<br>4000 Reservoir Road, NW<br>Washington, DC   20007 | : : : : : | |
| and | : : | |
| GEORGETOWN UNIVERSITY, t/a<br>Georgetown University Hospital<br>serve: | : : : : | |
| 4000 Reservoir Road, NW<br>Washington, DC   20007 | : : : | |
| and | : : | |
| VANCE E. WATSON, M.D.<br>4000 Reservoir Road, NW<br>Washington, DC   20007 | : : : : : | |
| Defendants. | : | |

**PLAINTIFFS' RULE 41(a)(1)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT MEDSTAR HEALTH, INC.**

COMES NOW Plaintiffs, Felice I. Iacangelo and Cicily A. Iacangelo as Guardians of the

Person and Property of Karyn A. Kerris, and Karyn A. Kerris' husband Paul Kerris, by and through their attorneys, Anthony G. Newman, Esq., and Andrew Greenwald, Esq., and respectfully submit the following notice:

    Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(i) hereby voluntarily dismiss, without prejudice, Defendant Medstar Health, Inc. from the above-captioned case.

                                            Respectfully Submitted,

                                            S:/Andrew Greenwald
                                            Andrew Greenwald, Esq.
                                            Greenwald and Laake
                                            6404 Ivy Lane, Suite 400
                                            Greenbelt, MD 20770
                                            (301) 220-2200
                                            Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

_____I hereby certify that a copy of Plaintiffs' Rule 41(a)(1)(i) Notice of Voluntary Dismissal Without Prejudice of Defendant MedStar Health, Inc. was served, via first-class, postage prepaid mail this 4th day of January, 2006 on:

Megan E. Hills
Nicolas Muzin
Williams & Connolly, LLP
725 Telfth Street NW
Washington, DC 20005

Kelley Hughes Iverson
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202


                                                  S:/Andrew Greenwald

                                                  _____

                                                Andrew Greenwald, Esq.