UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo,<br>As Guardian of the Person and Property of<br>KARYN A. KERRIS,<br><br>           Plaintiffs,<br><br>v.<br><br>MEDSTAR HEALTH, INC. d/b/a/<br>Georgetown University Hospital,<br>GEORGETOWN UNIVERSITY, t/a<br>Georgetown University, and<br>VANCE E. WATSON, M.D.,<br><br>           Defendants. | Civil Action No. 1:05CV02086<br><br>Judge Paul L. Friedman |

### DECLARATION OF ELIZABETH A. SIMPSON, ESQ.

I, Elizabeth A. Simpson, Esq., hereby declare and state as follows:

1.     My name is Elizabeth A. Simpson. I am over the age of 18, and am otherwise competent and authorized to make and give this Declaration in connection with the above numbered and entitled case. I have personal knowledge of the facts set forth below. The statements set forth in this Declaration are true and correct based upon information and belief.

2.     I am currently employed at MedStar Health, Inc. as Vice-President and Deputy General Counsel.

3.     MedStar Health, Inc. is a corporation incorporated in the state of Maryland.

4.     MedStar Health, Inc.'s primary place of business is 5565 Sterrett Place, 5th Floor, Columbia, Maryland 21044.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Elizabeth A. Simpson
Vice-President and Deputy General Counsel for MedStar Health, Inc.

Executed on: December 28, 2005