UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo,<br>As Guardian of the Person and Property of<br>KARYN A. KERRIS,<br><br>    Plaintiffs,<br><br>v.<br><br>MEDSTAR HEALTH, INC. d/b/a/<br>Georgetown University Hospital,<br>GEORGETOWN UNIVERSITY, t/a<br>Georgetown University, and<br>VANCE E. WATSON, M.D.,<br><br>    Defendants. | Civil Action No. 1:05CV02086<br><br>Judge Paul L. Friedman |

## JOINT STIPULATION

COMES NOW Plaintiffs, Felice I. Iacangelo and Cicily Iacangelo, as Guardian of the Person and Property of Karyn A. Kerris and Defendants, Georgetown University and Vance Watson, M.D., by and through undersigned counsel. The parties hereby agree to the following in lieu of a ruling on Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1).

By signing below, the parties agree that:

1. No later than thirty (30) days after Court approval of this Joint Stipulation, Plaintiffs will file an Amended Complaint removing all allegations as to the voluntarily dismissed defendant, MedStar Health, Inc.

2. Upon the Amended Complaint being filed, Defendants will respond to the Amended Complaint as a first filed Complaint under the guidelines set out in the Federal Rules of Civil Procedure.

SEEN AND APPROVED:

_Andrew Greenwald/MEH_           January 17, 2006
Andrew Greenwald, Esq.           Date
Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Anthony Newman, Esq.
Newman & McIntosh
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Attorneys for Plaintiffs

_Megan E. Hills_           January 17, 2006
Megan E. Hills, Esq.           Date
Nicolas Muzin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants

SO ORDERED, THIS ___ DAY OF _____, 2006.

                                                 The Honorable Paul L. Friedman
                                                 Judge, United States District Court
                                                    for the District of Columbia

Copies to:

Megan E. Hills
Nicolas Muzin
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Anthony Newman, Esquire
Newman & McIntosh
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Andrew Greenwald, Esquire
Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Stipulation was served by agreement this 17th day of January, 2006 on:

>Anthony Newman, Esquire
>Newman & McIntosh
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, Maryland 20814
>
>and
>
>Andrew Greenwald, Esquire
>Greenwald and Laake
>6404 Ivy Lane
>Suite 440
>Greenbelt, Maryland 20770
>
>Plaintiffs' Attorneys

and a courtesy-copy hand-delivered to:

>The Honorable Paul L. Friedman
>Chambers
>3rd & Constitution Avenue, N.W.
>Washington, D.C. 20001

_____
Nicolas Muzin