UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civil Action No. 1:05CV02086 <br><br> Judge Paul L. Friedman |

### DEFENDANTS' MOTION TO DISMISS COUNTS III, IV, VI, VII, IX, X, XI, and XII PURSUANT TO F.R.C.P. 12(b)(6); MOTION FOR SUMMARY JUDGMENT ON COUNTS II, VI, AND IX (IN THE ALTERNATIVE FOR COUNTS VI AND IX) PURSUANT TO F.R.C.P. 56(b); AND MOTION TO STRIKE CERTAIN ALLEGATIONS FROM THE AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(f)

Defendants, Georgetown University and Vance E. Watson, M.D., (hereinafter, "defendants"), by and through undersigned attorneys, hereby move to dismiss Counts III (Strict Products Liability), Count IV (Breach of Implied Warranty of Fitness for a Particular Purpose), Count V (Breach of Express Warranties), Count VI (Fraud), Count VII (Consortium Claim of Paul Kerris), Count IX (Punitive Damages), X and XII (Violations of 21 U.S.C. § 360(a)(II) and 21 C.F.R. § 812.20(a)(2)), and XI (Violation of 21 U.S.C. § 331(a), (b), (c), (g), and (k)), pursuant to Federal Rule of Civil Procedure 12(b)(6) and move for summary judgment to be entered in their favor on Count II (Lack of Informed Consent), and in the alternative to dismissal with prejudice

pursuant to Federal Rule of Civil Procedure 12(b)(6), for summary judgment to be entered in their favor on Counts VI (Fraud), and IX (Punitive Damages), pursuant to Federal Rule of Civil Procedure 56(b), and move to strike enumerated allegations, pursuant to Federal Rule of Civil Procedure 12(f).

A Memorandum of Supporting Points and Authorities is attached to this Motion. A Statement of Material Facts as to which Defendants Contend There is No Genuine Dispute and a proposed Order is also attached.

Oral Argument is requested.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Dated: March 6, 2006        By:    /s/ Megan E. Hills
Megan E. Hills ((D.C. Bar #437340)
Nicolas Muzin (*Bar Membership in New York & the District of Columbia pending*)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)
mhills@wc.com
nmuzin@wc.com

Attorneys for Defendants

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, )<br>As Guardian of the Person and Property of )<br>KARYN A. KERRIS, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>Georgetown University Hospital, )<br>GEORGETOWN UNIVERSITY, t/a )<br>Georgetown University, and )<br>VANCE E. WATSON, M.D., )<br> )<br>Defendants. )<br> ) | Civil Action No. 1:05CV02086<br><br>Judge Paul L. Friedman |

## ORDER

After consideration of Defendants' Motion to Dismiss Counts II (Lack of Informed Consent), III (Strict Products Liability), IV (Breach of Implied Warranty of Fitness for a Particular Purpose), V (Breach of Express Warranties), VI (Fraud), VII (Loss of Consortium), IX (Punitive Damages), X and XII (Violations of 21 U.S.C. § 360(a)(II) and 21 C.F.R. § 812.20(a)(2)), and XI (Violation of 21 U.S.C. § 331(a), (b), (c), (g), and (k)), pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion for Summary Judgment as to Count II (Lack of Informed Consent), and in the alternative, Counts VI (Fraud) and IX (Punitive Damages) pursuant to Federal Rule of Civil Procedure 56(b); and Defendants' Motion to Strike Certain Allegations in the Complaint, pursuant to Federal Rule of Civil Procedure 12(f); any Opposition thereto, and any argument, it is hereby,

**ORDERED**, that Defendants' Motion to Dismiss Counts III (Strict Products Liability), IV (Breach of Implied Warranty of Fitness for a Particular Purpose), V (Breach of Express Warranties), VI (Fraud), VII (Loss of Consortium), IX (Punitive Damages), X and XII (Violations of 21 U.S.C. § 360(a)(II) and 21 C.F.R. § 812.20(a)(2)), and XI (Violation of 21 U.S.C. § 331(a), (b), (c), (g), and (k)), pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim is **GRANTED** and these counts are **DISMISSED WITH PREJUDICE**;

**ORDERED**, that Defendants' Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56(b) as to Counts II (Lack of Informed Consent), VI (Fraud), and IX (Punitive Damages) is **GRANTED** and these claims are **DISMISSED WITH PREJUDICE**;

**ORDERED**, that Defendants' Motion to Strike Enumerated Allegations in the Complaint pursuant to Federal Rule of Civil Procedure 12(f) is **GRANTED** and the enumerated paragraphs set out in Defendants' Memorandum of Supporting Points and Authorities **ARE STRUCK**;

So **ORDERED**, this ___ day of _____, 2006.

_____
The Honorable Paul L. Friedman
Judge, United States District Court
   for the District of Columbia

Copies to:

Megan E. Hills
Nicolas Muzin
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

2

3

Anthony Newman, Esquire
Newman & McIntosh
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Andrew Greenwald, Esquire
Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770