UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, | ) | |
| As Guardian of the Person and Property of | ) | |
| KARYN A. KERRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV02086 |
| | ) | Judge Paul L. Friedman |
| Georgetown University Hospital, | ) | |
| GEORGETOWN UNIVERSITY, t/a | ) | |
| Georgetown University, and | ) | |
| VANCE E. WATSON, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

EXHIBITS IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT ON COUNTS II, VI, AND IX

1. 8/31/98 GUH Ambulatory & Less Than 48 Hours Record

2. 3/5/99 GUH Psychiatry Consult

3. 11/4/98 GUH Radiology Report

4. 8/31/98 GUH Consent for Surgery, Anesthetics, and Other Medical Services

5. 8/31/98 GUH Bilateral Carotid Arteriogram Report

6. 11/4/98 GUH Consent for Surgery, Anesthetics, and Other Medical Services

7. 11/30/00 Gary Steinberg, M.D., Stanford University Medical Center, Letter to GUH Carlos Tornatore, M.D.

8. Affidavit of Vance Watson, M.D.

9. 11/4/98 Insurance Notes

10.    1/13/99 GUH Consent for Surgery, Anesthetics, and Other Medical
       Services

11.    1/13/99 GUH Patient Care Summary

12.    1/13/99 GUH Daily Patient Assessment Flowsheet

13.    1/15/99 GUH Attestation Report

14.    3/17/99 GUH Discharge Summary

15.    3/3/99 GUH Consent for Surgery, Anesthetics, and Other Medical
       Services

16.    6/04-10/04 GUH Carlos Tornatore, M.D., Office Visit Notes

17.    5/7/99 GUH Discharge Summary

18.    10/14/99 GUH Discharge Summary

19.    7/31/00 GUH Attestation Report

20.    3/7/01 GUH Discharge Summary

21.    10/15/03 GUH Discharge Summary

22.    3/26/04 GUH Discharge Summary

23.    9/12/05 GUH Carlos Tornatore, M.D., Office Visit Notes

# EXHIBIT 1

**GEORGETOWN UNIVERSITY HOSPITAL**
**AMBULATORY AND**
**LESS THAN 48 HOURS RECORD**

*Kerris, Karyn*

Date of Admission: *8-31-98*

## HISTORY

Indications/Symptoms for Procedure:
*Cerebral arteriogram  for AVM*

Past Medical History/Co-morbid Conditions:
*AVM*

Past Surgical History:
*Nya*

Review of Systems:
*See PE*

Medications and Dosages:
*Estrogen*

Allergies and Reactions:
*Codeine*

## PHYSICAL

Mental Status:
*A+O 4*

HEENT:
*EOMI  PERRL*

Heart:
*RRR  S M GR*

Lungs:
*CTAB*

Abdomen:
*Soft*

Genitalia:
*def*

Rectal:
*def*

Musculoskeletal:
*MAE*

Operative Site/Lesions:

**PRE-PROCEDURE DIAGNOSIS:**
*AVM*

**OPERATIONS/PROCEDURES:** (Date/Title/Surgeon)
*AVM*

**PROGRESS NOTES:**

**FINAL DIAGNOSIS:**
*AVM*

## DISCHARGE INSTRUCTIONS

Diet:
*Clear then advance*

Activity:
*Bedrest for 12 hrs then ø strain for 24 h*

Medications(s)

Wound Site:
*Clean + dry*

Follow-up Care:
*ø Neurosurgeon as scheduled   and ō Dr Watson by apt.  → within 1 wk*

G 001056

RESIDENT PHYSICIAN            DATE        ATTENDING PHYSICIAN            *8-31-98*        DATE

MR 230.030 (4/92)          Georgetown University Medical Center • 3800 Reservoir Road NW • Washington, DC 20007-2197

# EXHIBIT 2

**GEORGETOWN UNIVERSITY MEDICAL CENTER**
**GEORGETOWN UNIVERSITY HOSPITAL**

UNIT NO: _____ BIRTHDATE: _____

SEX: _____

**CONSULTATION REPORT**    ①

| FAMILY NAME FIRST NAME | ATTENDING PHYSICIAN | ROOM NO. | DOB |
|---|---|---|---|
| Kerris, Karyn | Dr Watson | C6-16 | /1970 |

TO: (CONSULTANT AND/OR SERVICE)
Psychiatry

REQUEST: REASON FOR REQUESTED CONSULTATION

Evaluation of depression

REQUEST DATE: 3/5/99
TIME: A.M. P.M.

CONSULTANTS: FINDINGS AND RECOMMENDATIONS (CONSULTANT'S SIGNATURE MUST APPEAR AT END OF THE REPORT).

CONSULTATION DATE: 3/5/99
TIME: A.M. P.M.

HPI

This is a 29 y old married W woman W hx of Turner's sy, basilar
AV malformation and no formal past psych hx admitted to
the hospital on 3/3/99 for endovascular embolization procedure.
Pt reportedly got progressively worse in the past 2 months — her
husband reported she had a difficulty walking, lethargy, difficulty
calculating / writing. She had endovascular embolization done
on 3/3 as planned — this is the 3rd one (prior embol. — Jan 99).
Family reported that in addition to above mentioned symptoms pt
become withdrawn, forgetfull about 2 months ago. She also
has been having ↓ appetite, ↑ sleep, ↓ energy and concentration,
become very slow, isolative, not interested in the anything
and was barely able to work - had difficult time getting up -
would take her long time to get ready for work and 2° poor
functioning at work started to work 4 h/day. She also appeared
depressed and scared, her speech become slurred and
soft spoken, not spontaneous. Pt denies feeling depressed
although appeared sad + had tears in her eyes during the
interview. She denied change in concentration / memory,
said mood was fine but was worried 2° medical problem.
Denies SI + feeling hopeless and helpless.

☐ CONTINUED
☐ (USE FORM 18A)

G 000654

GEORGETOWN UNIVERSITY MEDICAL CENTER
GEORGETOWN UNIVERSITY HOSPITAL

**CONSULTATION REPORT**   (2)

UNIT NO: 2014312   BIRTHDATE:
KEHRIS  KARYN   SEX:
WATSON, VANCE E   CAT   F-28
8938  ADMITTED RI COLUMBIA  SVC: KD
03/03/99
C61  C6102A  BOB  600247258
ADM DATE: RMD  08/02/1970

| FAMILY NAME Kehris | FIRST NAME Karyn | ATTENDING PHYSICIAN | ROOM NO. | HOSP. NO. |

TO: (CONSULTANT AND/OR SERVICE)  Psychiatry

REQUEST: REASON FOR REQUESTED CONSULTATION

REQUEST DATE  3/5/99
TIME                    A.M. P.M.

CONSULTANTS: FINDINGS AND RECOMMENDATIONS (CONSULTANT'S SIGNATURE MUST APPEAR AT END OF THE REPORT).

CONSULTATION DATE  3/5/99
TIME                    A.M. P.M.

Past Psych hx

Denies any past psych hx
Denies hx of alc/drug use
Never eval. by ↓ psych.

Formerly 4 yrs

Mother — depression

Past Medical hx

Thrombol's by ↑ L hip surgery
Pt reportedly had headaches, had a blackout in the past 1½ yrs
A-V malform. found — was eval. by a neurologist who told her
she had terminal neurol. disease → referred to GT for treatment —
Dr Watson treating her w series of embolizations

Medications

Zantac 150 mg bid                    Allerg.
Zoloft 50 mg qd (since 3/3)      Codeine
Tigan 200mg q4 prn IM/PR        tetanus toxoid
Codeine 60 mg qd prn
Tylenol 650 mg q3h prn
Tylenol #3 q3h prn

Family Psych hx

Vital signs
BP 106/64   P 104   RR 16

Labs:

G 000655

GEORGETOWN UNIVERSITY MEDICAL CENTER
GEORGETOWN UNIVERSITY HOSPITAL

**CONSULTATION REPORT**   ③

[stamp, partially overlapping:]
2014312  KERRIS ,KARYN
WATSON NAME VANCE E   CAT  F- 28
8938 FOOTED RI COLUMBIA   MD
03/03/99   RKD  600247255
C61  ANXIETA  DOB  08/02/1970

| FAMILY NAME Kerris | FIRST NAME Karyn | ATTENDING PHYSICIAN | ROOM NO. C 6 -16 | HOSP. NO. |

TO: (CONSULTANT AND/OR SERVICE)
Psych

REQUEST: REASON FOR REQUESTED CONSULTATION

REQUEST DATE 3/5/99
TIME        A.M. P.M.

CONSULTANTS: FINDINGS AND RECOMMENDATIONS (CONSULTANT'S SIGNATURE MUST APPEAR AT END OF THE REPORT).

CONSULTATION DATE 3/5/99
TIME        A.M. P.M.

Soc Hx

Born + raised in the area, only child in the family.
Had "good" childhood - mom is a teacher, dad - manufacturer
College graduate - 1992.
Secretary at NIH - working.
Married x 2 yrs; husband is an artist. No children
⊖ Alc  ⊖ drugs

MSE - Thin 29 y old w woman, looking her stated age, w good
eye contact, psychomotor retardation, soft spoken + slurred
speech - not spontaneous, good eye contact, cooperative. Mood "fine" Affect -
sad, constricted, scored TP - logical, TC ⊖ SI ⊖ AVT
holluc, ⊖ paranoia  Alert + oriented x3  MMSE - 23/30 - poor
recall, poor attention / could not copy / write a sentence.

Impression:

29 y old woman w Hx of AV malformation and Tumors w recent
endovascular embolization on 3/3 who progressively is getting worse
for the past 2 months w slurred speech, ↓ energy ↓ memory, withdrawn,
isolative, w non spontaneous speech, appearing depressed, psychomotor retarded.
It is not clear at this point how much of her clinical picture is
caused by her neurological problem.
Axis I  Depressive disorder NOS
         r/o Depression 2° general medical condition
         r/o Adjustment disorder w depressed mood

G 000656

MRD60.060 (R-18)                    ORIGINAL                    [signature] ☐ CONTINUED (USE FORM 18A)

GEORGETOWN UNIVERSITY MEDICAL CENTER
GEORGETOWN UNIVERSITY HOSPITAL

**CONSULTATION REPORT**     (9)

NAME: _____
ADDRESS: _____
ADM. DATE: _____     SVC: _____

| FAMILY NAME | FIRST NAME | ATTENDING PHYSICIAN | ROOM NO. | HOSP. NO. |
|---|---|---|---|---|
| Kerris  Kory | | | C6-16 | |

TO: (CONSULTANT AND/OR SERVICE)   Psychiatry

REQUEST: REASON FOR REQUESTED CONSULTATION

REQUEST DATE  3/5/99
TIME                    A.M. P.M.

CONSULTANTS: FINDINGS AND RECOMMENDATIONS (CONSULTANT'S SIGNATURE MUST APPEAR AT END OF THE REPORT).

CONSULTATION DATE  3/6/99
TIME                    A.M. P.M.

Axis II  defel
Axis III  medowic AV malformation
Axis IV - chronic hurral. illness

Unread ny
R16

Recommendations:
   Agree ̶c̶ ~~Ritalin~~ Start of Zoloft as
history of gradual decline as above, may be
consistent with depression in a medical ill pt.
As the side effects and costs ~~by~~ cw of ~~me~~ Zoloft
minimal. We have also considered the use of
Ritalin in the next few days. Would consider in
2-3 day if without improvement and # if
possible (Ritalin cause ↑ in B.P. often, and backward
on which may be contraindicated ? in the A-V malformation
of the possible aortic root dilation (possible in turner's)
and current tachycardia. Would want medical
clearance before attempting trial of Ritalin.
Would also suggest a detailed neurological exam
and neuropsychiatric testing for clear dx diagnosis
of current cognitive defct deficits.
Would get basic labs including TFT's.
Would get neurology consult as well.
See attending note as well

M Lascalzo

G 000657

MRO60.060 (F-18)          **ORIGINAL**          ☐ CONTINUED
                                              USE FORM 1841

# EXHIBIT 3

8-2-70
Kerris, KARYN          F

**GEORGETOWN UNIVERSITY MEDICAL CENTER**
**GEORGETOWN UNIVERSITY HOSPITAL**

## CONSULTATION REPORT

| FAMILY NAME | FIRST NAME | ATTENDING PHYSICIAN | ROOM NO. | HOSP. NO. |
|---|---|---|---|---|
| KERRIS | KARYN | | | 2094312 |

TO: (CONSULTANT AND/OR SERVICE):
*Neuro Radiology*

| REQUEST: REASON FOR REQUESTED CONSULTATION | REQUEST DATE |
|---|---|
| AVM | TIME          A.M. P.M. |

| CONSULTANTS: FINDINGS AND RECOMMENDATIONS (CONSULTANT'S SIGNATURE MUST APPEAR AT END OF THE REPORT). | CONSULTATION DATE 11/4/98 |
|---|---|
| | TIME          A.M. P.M. |

28 y/o ♀ w/ TURNERS syndrom
who had a MRI in 12/97 as part of ~~Volost~~ control
study (Asymptomatic) & was found to have a Vascular
Malformation in The Brain. In March of 1998
She Started to have ↑ing Difficulty with her balance
(She had some baseline balance Problems), Progressive
Slurring of her Speach & ℞ Sided HA @ Night
which have increased in frequency so That now They
are every 2-3 days. July 4, 1998 She had an
episode where She blacked out while Driving.

PMH: TURNERS Syndom
       Ⓛ Hip Surgery

Allergy: Codine - Nausea, Tetenis Toxoid
Meds: Demulen (BCP), ZOVIAN

HEENT: PERRLA
LUNGS: CTAB
HEART: RRR, SEM 🔺/6
ABD: Soft tndr
EXT: Equal Ⓑ Strength UE & LE

G 001006

Procedure: Selective Cerebral Angio
              & Embolization of AVM

REFERRING PHYSICIAN'S COPY
☐ CONTINUED

# EXHIBIT 4



**GEORGETOWN UNIVERSITY MEDICAL CENTER**
**GEORGETOWN UNIVERSITY HOSPITAL**

*Kerris, Karyn*

# CONSENT FOR SURGERY, ANESTHETICS, AND OTHER MEDICAL SERVICES

Date *8-31-98*    Time *1200*   A.M.
                                           P.M.

1. I authorize the performance upon *Myself*
                   (MYSELF OR NAME OF PATIENT)

    of a procedure known as *Cerebral arteriogram*
                           (TITLE OF PROCEDURE)

    to be performed under the direction of Dr. *Vance*     *Watson*
                                         (FIRST NAME)                 (LAST NAME)

2. I acknowledge that Dr. *Vance*    *Watson*      has described the nature of this procedure to me in
                       (FIRST NAME)     (LAST NAME)
    terms which I understand and has answered all questions I have asked about it to my satisfaction. He has also ex-
    plained significant complications and risks which may be associated with this procedure, including the complications
    and risks of anesthesia, and has advised me of possible alternatives to this treatment, including the possible
    consequences of no treatment at all, and the significant complications and risks associated with such alternatives.

3. If in the course of this procedure the physician in charge determines that procedures in addition to or different from
    this procedure are necessary to *my*                 well-being and it is not practicable to
                                   (MY OR PATIENT'S)
    obtain my consent thereto at the time, I authorize him/her to perform such procedures without further consultation with me.

4. I also consent to the administration of such anesthetics as may be considered necessary or advisable by the physician
    responsible for this service.

5. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees
    have been made to me as the result of treatments or examination in the hospital.

6. Should my physician determine during my operation or immediate post-operative period, that a transfusion of blood
    and/or blood products is necessary, I consent to the administration of those blood and/or blood products. Although
    it is unlikely, transfusions of blood products may transmit diseases such as hepatitis or AIDS. I authorize the above-
    named surgeon and his assistants to perform such transfusions as are necessary and desirable in the exercise of
    professional judgment.

7. I acknowledge that Georgetown University Hospital is a teaching institution. For the purpose of advancing medical
    education, I consent to the admittance of observers to the operating room and to the photographing or televising of
    the procedures to be performed, including appropriate portions of my body, for medical, scientific, or educational
    purposes, provided my identity is not revealed by the pictures or by descriptive texts accompanying them.

8. I consent to the disposal by hospital authorities of any tissues or parts which may be removed, including their use
    in research and development for commercial and noncommercial purposes.

    I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT TO OPERATION, THAT
    THE EXPLANATIONS REFERRED TO THEREIN HAVE BEEN MADE, AND THAT ALL BLANKS REQUIRING
    INSERTION OR COMPLETION WERE FILLED IN OR STRICKEN BEFORE I SIGNED.

    Signed X *Karyn A. Kerris*
              (PATIENT OR PERSON AUTHORIZED TO CONSENT FOR PATIENT)

    If other than patient, state relationship        **G 001057**

Witness *W. Leuthner, M.D.*

IT IS UNDERSTOOD THAT IF ANY OF THE FIRST FIVE ITEMS ARE STRICKEN BY THE PATIENT,
INFORMED CONSENT IS NOT IN EFFECT AND THE PROCEDURE CANNOT BE PERFORMED.

# EXHIBIT 5

GEORGETOWN UNIVERSITY HOSPITAL
RADIOLOGY REPORT


PATIENT: KERRIS,KARYN A             MRUN: 2014312        AGE: 28Y
ORDER #: 13728589   ACC#: 600157341ADMIT DR: WATSON,VANCE E
ADMIT DATE: 08/31/98    SER: SDS        DISCHARGED: 08/31/98
SERVICE: 08/31/98
ORDER DR: WATSON,VANCE E                RAD #:
DICTATED BY: WATSON,VANCE E


HISTORY:

see our office note


ARTERIOGRAM, BILATERAL CAROTID             CPT:       ACR:
caths: right vertebral artery, right internal carotid
artery, right external carotid artery, left internal carotid artery,
left external carotid artery,, left vertebral artery.

There is a high flow arteriovenous malformation with nidus involving
the thalamic structures bilaterally, and primary drainage is the vein
of Galen.  Supply very diffuse, primarily involving bilateral anterior
cerebral artery, middle cerebral artery, and posterior cerebral artery
branches.



CONCLUSION:
bithalamic arteriovenous malformation, Spetzler-Martin
grade 5.

36216x 2, 36217x 1, 36218x 3, 75671, 75680, 75685x 2, 75662



VW/vw
12/01/98  9:03 AM

IMAGES REVIEWED AND INTERPRETATION SIGNED BY: VANCE E WATSON, MD
                              12/01/98  2:47 PM




PRINTED: WED DEC 2, 1998 5:19 PM by RODRIGUEZ,DAISY (MRD)



G 001060

# EXHIBIT 6

KERRIS, KARYN
2014312

**GEORGETOWN UNIVERSITY MEDICAL CENTER**
**GEORGETOWN UNIVERSITY HOSPITAL**

## CONSENT FOR SURGERY, ANESTHETICS, AND OTHER MEDICAL SERVICES

Date 11/4/88    Time _____    A.M.
P.M.

1. I authorize the performance upon _____
   (MYSELF OR NAME OF PATIENT)

   of a procedure known as _Cerebral Angiogram & Possible Embolization_
   (TITLE OF PROCEDURE)

   to be performed under the direction of Dr. _VANCE_    _WATSON_
   (FIRST NAME)    (LAST NAME)

2. I acknowledge that Dr. _VANCE_    _WATSON_ _____ has described the nature of this procedure to me in
   (FIRST NAME)    (LAST NAME)
   terms which I understand and has answered all questions I have asked about it to my satisfaction. He has also ex-
   plained significant complications and risks which may be associated with this procedure, including the complications
   and risks of anesthesia, and has advised me of possible alternatives to this treatment, including the possible
   consequences of no treatment at all, and the significant complications and risks associated with such alternatives.

3. If in the course of this procedure the physician in charge determines that procedures in addition to or different from
   this procedure are necessary to _____ well-being and it is not practicable to
   (MY OR PATIENT S)
   obtain my consent thereto at the time, I authorize him/her to perform such procedures without further consultation with me.

4. I also consent to the administration of such anesthetics as may be considered necessary or advisable by the physician
   responsible for this service.

5. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees
   have been made to me as the result of treatments or examination in the hospital.

6. Should my physician determine during my operation or immediate post-operative period, that a transfusion of blood
   and/or blood products is necessary, I consent to the administration of those blood and/or blood products. Although
   it is unlikely, transfusions of blood products may transmit diseases such as hepatitis or AIDS. I authorize the above-
   named surgeon and his assistants to perform such transfusions as are necessary and desirable in the exercise of
   professional judgment.

7. I acknowledge that Georgetown University Hospital is a teaching institution. For the purpose of advancing medical
   education, I consent to the admittance of observers to the operating room and to the photographing or televising of
   the procedures to be performed, including appropriate portions of my body, for medical, scientific, or educational
   purposes, provided my identity is not revealed by the pictures or by descriptive texts accompanying them.

8. I consent to the disposal by hospital authorities of any tissues or parts which may be removed, including their use
   in research and development for commercial and noncommercial purposes.

   I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT TO OPERATION, THAT
   THE EXPLANATIONS REFERRED TO THEREIN HAVE BEEN MADE, AND THAT ALL BLANKS REQUIRING
   INSERTION OR COMPLETION WERE FILLED IN OR STRICKEN BEFORE I SIGNED.

   Signed _Karen O. Kerris_
   (PATIENT OR PERSON AUTHORIZED TO CONSENT FOR PATIENT)

   If other than patient, state relationship _____

Witness _____

IT IS UNDERSTOOD THAT IF ANY OF THE FIRST FIVE ITEMS ARE STRICKEN BY THE PATIENT,
INFORMED CONSENT IS NOT IN EFFECT AND THE PROCEDURE CANNOT BE PERFORMED.

G 000374

# EXHIBIT 7



# STANFORD UNIVERSITY MEDICAL CENTER
## DEPARTMENT OF NEUROSURGERY
Stanford, California 94305-5327
Department: **(650) 723-5572** • Clinic: **(650) 723-7093** • FAX: **(650) 723-7813**

Gary K. Steinberg, M.D., Ph.D., Chairman
*Bernard and Ronni Lacroute - William Randolph Hearst*
*Professor of Neurosurgery and the Neurosciences*

(650) 723-5575
Fax (650) 723-2815

| | |
|---|---|
| Gerald D. Silverberg, M.D. | (650) 723-5574 |
| Lawrence M. Shuer, M.D. | (650) 723-6093 |
| John R. Adler Jr., M.D. | (650) 723-5573 |
| Griffith R. Harsh IV, M.D. | (650) 723-2013 |
| Stephen L. Huhn, M.D. | (650) 497-8775 |
| Gary Heit, Ph.D., M.D. | (650) 723-5574 |
| Daniel H. Kim, M.D. | (650) 498-6971 |
| Victor Tse, M.D., Ph.D. | (650) 723-5574 |
| Paul G. Matz, M.D. | (650) 852-3450 |

| | |
|---|---|
| Steven D. Chang, M.D. | (650) 723-5573 |
| John B. Runnels, M.D. | (650) 852-3450 |
| David P. Martin, M.D. | (650) 498-2783 |
| Michael S. Taekman, M.D. | (650) 497-8775 |

Research:
| | |
|---|---|
| Pak H. Chan, Ph.D., Director | (650) 498-4457 |
| Ramin Shahidi, Ph.D. | (650) 498-7327 |
| Midori A. Yenari, M.D. | (650) 723-4448 |
| Theo D. Palmer, Ph.D. | (650) 723-8306 |

November 30, 2000

Carlos Tornatore, M.D.                          **RE: KERRIS, Karyn**
Georgetown University                           **D.O.B.: 08/02/70**
Department of Neurology
3800 Reservoir Road, N.W., 1 PHC
Washington, DC 20007-2197

Dear Carlos:

We recently received the MR and MR angiogram on Karyn Kerris, which was performed on November 17th. We reviewed this at our weekly Cerebrovascular Case Conference on November 30th. These studies show persistence of flow-voids throughout both thalami and the MRA demonstrates persistence of the AVM. The ventricles remain large. As per my previous communication, we will plan to assess Karyn at Stanford. Our tentative plan is to proceed with a frontal VP shunt as the initial management step, followed approximately one week later by endovascular embolization of the AVM. She will then require proton beam radiosurgery treatment. I look forward to assessing her and will keep you posted regarding her progress.

With best regards,

Gary K. Steinberg, M.D., Ph.D.
Professor and Chairman
Department of Neurosurgery

GKS:rbt

cc:    Bryce K. A. Weir, M.D., University of Chicago Medical Center, Department of Neurosurgery,
          5841 South Maryland Avenue, Chicago, IL 60637
       Vance Watson, M.D., Georgetown University, Department of Neuroradiology, 3800 Reservoir
          Road, N.W., 1 PHC, Washington, DC 20007-2197
       Felice Iacangelo, 2109 Edgeware Street, Silver Spring, MD 20905
       Ian Fleetwood, M.D., Department of Neurosurgery, SUMC, MC: 5327

N 000362

# EXHIBIT 8

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, )<br>As Guardian of the Person and Property of )<br>KARYN A. KERRIS, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>Georgetown University Hospital, )<br>GEORGETOWN UNIVERSITY, t/a )<br>Georgetown University, and )<br>VANCE E. WATSON, M.D., )<br> )<br>Defendants. )<br>_____ ) | Civil Action No. 1:05CV02086<br>Judge Paul L. Friedman |

CITY OF WASHINGTON    )
                                            )
DISTRICT OF COLUMBIA  )

### DECLARATION OF VANCE E. WATSON, M.D.

I, Vance E. Watson, M.D., hereby declare and state as follows:

1.      My name is Vance E. Watson, M.D.  I am over the age of 18, and am otherwise competent and authorized to make and give this Declaration in connection with the above numbered and entitled case.  I have personal knowledge of the facts set forth below.  The statements set forth in this Declaration are true and correct based upon my personal knowledge to the best of my knowledge and recollection.

2.      Plaintiff Karyn Kerris ("Ms. Kerris") was referred to Georgetown University Hospital ("GUH") in the summer of 1998 after she discovered that she had a bithalmic arteriovenous malformation ("AVM"), measuring 6 to 7 centimeters, from a magnetic resonance imaging ("MRI") performed in December 1997 at the National Institute of Health ("NIH"), while

participating as a control in a voluntary study where Ms. Kerris was employed. Ms. Kerris was

told that her condition was terminal. *See* 11/4/98 GUH Consultation Report (Ex. 3); 11/4/98

GUH Radiology Report (Ex. 7); 3/5/99 GUH Psychiatry Consult (Ex. 2).[1]

     3.     Ms. Kerris was asymptomatic until March 1998 when she began experiencing

increasing difficulty with balance and progressive slurring of her speech, increasing in frequency

so that by November 1998, Ms. Kerris was experiencing them every 2 to 3 days and she reported

having blacked out on July 4, 1998 while driving. *See* 11/4/98 GUH Consultation Report (Ex.

3). Ms. Kerris also carried the diagnosis of having Turner's Syndrome. *Id.*[2]

     4.     On August 31, 1998, Ms. Kerris presented at GUH for a cerebral arteriogram to

delineate further the abnormalities of the blood vessels – AVM – within Ms. Kerris's brain.

8/31/98 GUH Ambulatory and Less Than 48 Hours Record (Ex. 1).

     5.     On August 31, 1998, Ms. Kerris signed a Consent for Surgery, Anesthetics, and

Other Medical Services ("Consent Form"). *See* 8/31/98 Consent Form (Ex. 4). As is the case

with all of the other Consent Forms Ms. Kerris signed, in the August 31, 1998 Consent Form,

Ms. Kerris acknowledged that I had

> described the nature of this procedure to me in terms I
> understand and has answered all questions I have asked about it to
> my satisfaction. He has also explained significant complications
> and risks which may be associated with this procedure, including
> the complications and risks of anesthesia, and has advised me of
> possible alternatives to this treatment, including the possible
> consequences of no treatment at all, and the significant
> complications and risks associated with such alternatives. *Id.*

---

[1] Unless specifically noted, all citations to Exhibits are to Exhibits attached to Defendants'
Statement of Facts Defendants Contend Are Undisputed ("SOF"). By reference to these
exhibits, Vance C. Watson, M.D., affirms that these Exhibits, as well as all Exhibits attached to
the aforementioned Statement, are true and accurate copies of documents contained in Karyn
Kerris's medical record.

[2] *See* definition of Turner's Syndrome at SOF ¶ 2.

6.    Ms. Kerris also acknowledged that "I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as the result of treatments or examination in the hospital." *Id.*

7.    The August 31, 1998 arteriogram showed that "[t]here is a high flow arteriovenous malformation involving the thalamic structures bilaterally, and primary drainage is the vein of Galen." *See* 8/31/98 Bilateral Carotid Arteriogram (Ex. 5). The conclusion was "bithalamic arteriovenous malformation, Spetzler-Martin, grade 5." *Id.*[3]

8.    I had multiple conversations with Ms. Kerris about her condition, the seriousness of it, her prognosis, the alternative treatments available, the risks, benefits, and complications associated with each of the alternative procedures, including those associated with embolization with an acrylate (the "glue") and oil-based contrast – the mixture plaintiffs have labeled, Lipiodol/Histoacryl[4]  – including the risks and complications of doing nothing, prior to doing each of the three embolization procedures using the Lipiodol/Histoacryl mixture. Surgery and radiosurgical treatments were also discussed as options.

9.    While I had discussions with Ms. Kerris about some of the issues described in paragraph 8, when her parents and husband were singly or together present, I had several conversations regarding all of the issues described in paragraph 8 with Ms. Kerris alone.

---

[3] The Spetzler-Martin is a 5 point scale. "The rate of neurological complications increased by Spetzler-Martin grade. Female gender, AVM size, and deep venous drainage were significantly associated with neurological deficits at in-hospital and long-term evaluation." *See* "Determinants of Neurological Outcome After Surgery for Brain Arteriovenous Malformation," Hartmann, A., et al., *Stroke.* 2000; 31:2361.

[4] For the sole purpose of this motion, defendants accept, *arguendo*, plaintiffs' factual allegations, but do not agree that plaintiffs have accurately represented the facts of the case.

10.    Of particular concern to Ms. Kerris was treatment for the fact that she felt she was experiencing progressive cognitive decline and increasing motion disorders.  *See* 11/4/98 GUH Radiology Report ("28 yo woman with Turner's Syndrom [sic] had decreasing cognitive function and increasing gait ataxia [uncoordinated movement of the arms, hands, legs, or trunk] worsened with exertion . . . .  She also reports slurring of speach [sic] and right sided headache's [sic] which occur at night")  (Ex. 7).

11.    I told Ms. Kerris that her symptoms were unusual and there was a real concern that her cognitive issues, Parkinson's-like symptoms, focal deficits, and sleepiness would progress.

12.    I also explained that her AVMs carried a risk of hemorrhage, which could lead to stroke and/or death.

13.    I described the embolization procedure with a Lipiodol and Histoacryl mixture and that – while it would not be a cure or address her risk of hemorrhage – I had a previous patient whose cognitive decline had improved after undergoing a series of such embolizations, but another patient who had died after experiencing complications associated with the procedure.

14.    I clearly explained to Ms. Kerris that improvement of her cognitive symptoms with a series of embolization procedures using the Lipiodol and Histoacryl mixture was only a theory with significant, great risks – including a high rate of failure, death, stroke, neurological worsening – and that there was no way to predict whether Ms. Kerris would improve, stay the same, decline, or even die from the treatment.  I also expressed to Ms. Kerris that it was unlikely that we could completely cure her AVM, and she would, therefore, remain at risk for hemorrhage.

4

15.    I also told Ms. Kerris that while using a Lipiodol and Histoacryl mixture in embolization had been used before,[5] neither the procedure, *nor* the substances were approved by the Food and Drug Administration ("FDA") and would need to be obtained from a foreign source such as Canada.

16.    I particularly remember discussing the fact that the substances to be used – Lipiodol and Histoacryl, individually, nor the mixture of them together, as was going to be used in her medical procedure – had not been approved by the FDA with Ms. Kerris as I discussed with her that she might need to write a letter of need to facilitate bringing the items into the country.

17.    I also remember Ms. Kerris remarking that – as an employee of NIH – she was very familiar with the use of substances that the FDA had not approved and that she was more than willing to write such a letter if one were needed.

18.    Further, as per Ms. Kerris's medical record, members of my staff were asked to speak with an employee of Blue Cross/Blue Shield to obtain insurance approval for the procedure. These notes establish that "proc.[ess] needs glue" was approved. *See* 11/4/98 Insurance Notes (Ex. 9).

---

[5] *See* Chul Suh, D., et al., "Change of Spontaneous Reaction of Glue and Lipiodol Mixture during Embolization after the Addition of Tungsten Powder:  In Vitro Study," Am J Neuroradiol 21:1277-1279 (August 2000); Casaco A., et al., "Major Complications of Percutaneous Embolization of Skull-Base Tumors," Am J Neuroradiol 20:179-181 (Jan. 1999); Stoesslein F., et al., "Experimental Studies on New Liquid Embolization Mixtures (histoacryl-lipiodol, histoacryl-panthopaque)," Cardiovasc Intervent Radiol, 1982; 5(5):264-76; Lieber, B. et al., "Acute and Chronic Swine Rete Arteriovenous Malformation Models:  Effect of Ethiodol and Glacial Acetic Acid on Penetration, Dispersion, and Injection Force of N-Butyl 2-Canoacrylate," Am J Neuroradiol 26(7):1707-1414 (Aug 2005); Hong, J., et al. "Successful Management with Glue Injection of Arterial Rupture Seen during Embolization of an Arteriovenous Malformation Using a Flow-Directed Catheter:  A Case Report," Korean J Radiol 2000; 1:208-211.

Because of the rare nature of Ms. Kerris's medical presentation, "[t]he case was discussed at [the] multidisciplinary neurovascular conference and endovascular treatment was encouraged." 11/4/98 GUH Radiology Report (Ex. 7). The multidisciplinary neurovascular conference is a group consisting of neurosurgeons, neurologists, and radiologists from Georgetown University, other hospitals, and private practice, which meets regularly, at which different doctors present cases that they have, the diagnosis, and treatment of the condition is discussed in the open forum. From the description of Ms. Kerris' case to the conference, I would have presented her images and clinical findings and a discussion of them would have followed.

19.    On November 4, 1998, prior to undergoing the first of the series of embolization procedures using the Lipiodol/Histoacryl mixture, Ms. Kerris acknowledged that I had explained all material facts regarding the embolization procedure to her in a manner that she could fully understand and that I had satisfactorily answered any questions she had by signing the November 4, 1998 Consent Form. *See* 11/4/98 Consent Form (Ex. 6).

20.    The November 4, 1998 Consent Form contained the same acknowledgement as the August 31, 1998 Consent Form that all risks, complications, and alternative treatments had been satisfactorily explained to Ms. Kerris and that no guarantees were given to her as to the result of the treatment. *Id.*

21.    Ms. Kerris underwent the first of her embolization procedures on November 4, 1998 in an attempt "to maintain optimal cerebral tissue perfusion." 11/4/98 GUH Patient Care Summary (Ex. 11). Ms. Kerris experienced no clinical complications during the procedure. *See* 11/4/98 GUH Radiology Report (Ex. 7).

22.    Ms. Kerris returned to GUH for the second in the series of embolization procedures using the Lipiodol/Histoacryl mixture on January 13, 1999 in an attempt to maintain

6

optimal cerebral tissue perfusion. 1/13/99 GUH Consultation Report; 1/13/99 GUH Patient Care Summary (Exs. 26[6] & 10, respectively).

23.    Again, prior to undergoing this second of the series of embolization procedures using the Lipiodol/Histoacryl mixture, Ms. Kerris acknowledged that I had satisfactorily explained the procedure, all material aspects (possible risks, benefits, complications, alternative treatments, etc.) of the procedure in terms that she could understand and answered any questions that she might have. 1/13/99 Consent Form (Ex. 10).

24.    Ms. Kerris underwent the second embolization using the Lipiodol/Histoacryl mixture without complications. 1/13/99 GUH Consultation Report (Ex. 26).

25.    Ms. Kerris returned to GUH for the third in the series of embolization procedures using the Lipiodol/Histoacryl mixture on March 3, 1999 in an attempt to address a declining level of consciousness, worsening lethargy, difficulty walking, and declining fine motor skills, "barely able to work." *See* 3/17/99 GUH Discharge Summary; 3/5/99 GUH Psychiatry Consult (Exs. 14 & 2, respectively). There were no evident technical complications during the procedure. 3/17/99 GUH Discharge Summary (Ex. 14).

26.    Again, prior to undergoing the third of the series of embolization procedures using the Lipiodol/Histoacryl mixture, Ms. Kerris acknowledged that I had satisfactorily explained the procedure, all material aspects (possible risks, benefits, complications, alternative treatments, etc.) of the procedure in terms that she could understand and answered any questions that she might have. 3/3/99 Consent Form (Ex. 15).

---

[6] Exhibit 26 is attached only to Dr. Watson's affidavit, but is incorporated by reference into defendants' motion in its entirety as support for the motion as a whole.

27.    I am in the practice of medicine with a specialty in interventional neuroradiology. I am not a manufacturer of any product, nor do I sell any product.

28.    The purpose of my interaction with Ms. Kerris was to provide medical treatment for her serious condition of bithalamic AVMs with progressive symptoms.

I declare under penalty of perjury that the foregoing is true and correct.

Vince C. Watson, M.D.

Executed on: March 3, 2006

8

# EXHIBIT 9

KERRIS, KARYN
2014312



**GEORGETOWN UNIVERSITY MEDICAL CENTER**
**GEORGETOWN UNIVERSITY HOSPITAL**

## CONSENT FOR SURGERY, ANESTHETICS, AND OTHER MEDICAL SERVICES

Date __11/4/98__    Time _____    A.M.
P.M

1. I authorize the performance upon _____
   (MYSELF OR NAME OF PATIENT)

   of a procedure known as __Cerebral Angiogram & Possible Embolization__
   (TITLE OF PROCEDURE)

   to be performed under the direction of Dr. __VANCE WATSON__
   (FIRST NAME)        (LAST NAME)

2. I acknowledge that Dr. __VANCE WATSON__ has described the nature of this procedure to me in
   (FIRST NAME)    (LAST NAME)
   terms which I understand and has answered all questions I have asked about it to my satisfaction. He has also ex-
   plained significant complications and risks which may be associated with this procedure, including the complications
   and risks of anesthesia, and has advised me of possible alternatives to this treatment, including the possible
   consequences of no treatment at all, and the significant complications and risks associated with such alternatives.

3. If in the course of this procedure the physician in charge determines that procedures in addition to or different from
   this procedure are necessary to _____ well-being and it is not practicable to
   (MY OR PATIENT'S)
   obtain my consent thereto at the time, I authorize him/her to perform such procedures without further consultation with me.

4. I also consent to the administration of such anesthetics as may be considered necessary or advisable by the physician
   responsible for this service.

5. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees
   have been made to me as the result of treatments or examination in the hospital.

6. Should my physician determine during my operation or immediate post-operative period, that a transfusion of blood
   and/or blood products is necessary, I consent to the administration of those blood and/or blood products. Although
   it is unlikely, transfusions of blood products may transmit diseases such as hepatitis or AIDS. I authorize the above-
   named surgeon and his assistants to perform such transfusions as are necessary and desirable in the exercise of
   professional judgment.

7. I acknowledge that Georgetown University Hospital is a teaching institution. For the purpose of advancing medical
   education, I consent to the admittance of observers to the operating room and to the photographing or televising of
   the procedures to be performed, including appropriate portions of my body, for medical, scientific, or educational
   purposes, provided my identity is not revealed by the pictures or by descriptive texts accompanying them.

8. I consent to the disposal by hospital authorities of any tissues or parts which may be removed, including their use
   in research and development for commercial and noncommercial purposes.

   I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT TO OPERATION, THAT
   THE EXPLANATIONS REFERRED TO THEREIN HAVE BEEN MADE, AND THAT ALL BLANKS REQUIRING
   INSERTION OR COMPLETION WERE FILLED IN OR STRICKEN BEFORE I SIGNED.

   Signed __Karyn A. Kerris__
   (PATIENT OR PERSON AUTHORIZED TO CONSENT FOR PATIENT)

   If other than patient, state relationship _____    G 001007

Witness _____

IT IS UNDERSTOOD THAT IF ANY OF THE FIRST FIVE ITEMS ARE STRICKEN BY THE PATIENT.
INFORMED CONSENT IS NOT IN EFFECT AND THE PROCEDURE CANNOT BE PERFORMED.

# EXHIBIT 10



**GEORGETOWN UNIVERSITY MEDICAL CENTER**
**GEORGETOWN UNIVERSITY HOSPITAL**

*Kevin, Kevryn*

# CONSENT FOR SURGERY, ANESTHETICS, AND OTHER MEDICAL SERVICES

Date 1-13-99    Time 10³⁰    (A.M) P.M.

1. I authorize the performance upon (MYSELF OR NAME OF PATIENT)
of a procedure known as *angiogram + embolization of* *cerebral malformation*
(TITLE OF PROCEDURE)
to be performed under the direction of Dr. *Watson*
(FIRST NAME)    (LAST NAME)

2. I acknowledge that Dr. *Watson/ Nikolic* has described the nature of this procedure to me in
(FIRST NAME)    (LAST NAME)
terms which I understand and has answered all questions I have asked about it to my satisfaction. He has also explained significant complications and risks which may be associated with this procedure, including the complications and risks of anesthesia, and has advised me of possible alternatives to this treatment, including the possible consequences of no treatment at all, and the significant complications and risks associated with such alternatives.

3. If in the course of this procedure the physician in charge determines that procedures in addition to or different from this procedure are necessary to _____ well-being and it is not practicable to (MY OR PATIENT'S)
obtain my consent thereto at the time, I authorize him/her to perform such procedures without further consultation with me.

4. I also consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for this service.

5. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as the result of treatments or examination in the hospital.

6. Should my physician determine during my operation or immediate post-operative period, that a transfusion of blood and/or blood products is necessary, I consent to the administration of those blood and/or blood products. Although it is unlikely, transfusions of blood products may transmit diseases such as hepatitis or AIDS. I authorize the above-named surgeon and his assistants to perform such transfusions as are necessary and desirable in the exercise of professional judgment.

7. I acknowledge that Georgetown University Hospital is a teaching institution. For the purpose of advancing medical education, I consent to the admittance of observers to the operating room and to the photographing or televising of the procedures to be performed, including appropriate portions of my body, for medical, scientific, or educational purposes, provided my identity is not revealed by the pictures or by descriptive texts accompanying them.

8. I consent to the disposal by hospital authorities of any tissues or parts which may be removed, including their use in research and development for commercial and noncommercial purposes.

I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT TO OPERATION, THAT THE EXPLANATIONS REFERRED TO THEREIN HAVE BEEN MADE, AND THAT ALL BLANKS REQUIRING INSERTION OR COMPLETION WERE FILLED IN OR STRICKEN BEFORE I SIGNED.

Signed X *Kary A. Kevin*
(PATIENT OR PERSON AUTHORIZED TO CONSENT FOR PATIENT)

If other than patient, state relationship    **G 001110**

Witness *Barbara DiBrown*

IT IS UNDERSTOOD THAT IF ANY OF THE FIRST FIVE ITEMS ARE STRICKEN BY THE PATIENT, INFORMED CONSENT IS NOT IN EFFECT AND THE PROCEDURE CANNOT BE PERFORMED.

# EXHIBIT 11

2014312  KERRIS  KARYN
893A FOOTED RI COLUMBIA     MD
01/13/99     ANG     600222053
DOB  08/02/1970

**Georgetown University Medical Center**
**Patient Care Summary**

| | |
|---|---|
| Admission Date: 1/13   Anticipated Discharge Date: | Allergies: _Tetanus, Codeine_ |

Admit Diagnosis/Procedures:

Patient admission assessment completed:          Date: 1/13          Primary RN:

Surgical Procedure: _angio c embo for AVM_

PATIENT HISTORY/CRITICAL EVENTS: _Pt is a 28 yo WF c Hx of_
_Turner's syndrome c decreasing cognitive function, gait_
_disturbance and slurred speech._


_PMHx – AVM embo x1_

GOAL OF HOSPITALIZATION:


| Initiated/Int. | # | ACTIVE PROBLEM LIST | Resolved |
|---|---|---|---|
| 1-13-99 | 1 | Alteration in cerebral tissue perfusion | |
| | | Goal: To maintain optimal cerebral tissue perfusion | |
| | | Intervention: To monitor VS and perform | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | G 001123 | |

MR030.018

*Patient Care Summary (continued)*

| Initiated/ Int. | # | ACTIVE PROBLEM LIST (Continued) | Resolved |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date | SIGNIFICANT EVENT SUMMARY |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

G 001124

MR030.018

# EXHIBIT 12



**GEORGETOWN UNIVERSITY MEDICAL CENTER**

# DAILY PATIENT
## ASSESSMENT FLOWSHEET

Date: _1-13-99_

2014312 KERRIS ,KARYN
WATSON, VANCE E    CAT  F- 28
8938 FOOTED RI COLUMBIA    MD
01/13/99    ANG   600222053
         DOB  08/02/1970

**INSTRUCTIONS:** Record time of assessment & initials at top of column.
If assessment meets normal findings, check WNL box. Otherwise, write in abnormal findings.

| NORMAL FINDINGS | Time: 3P  Initials: MB | Time:  Initials: | Time: 7A - 7P  Initials: |
|---|---|---|---|
| **NEUROSENSORY** <br> Alert, awakens to stimuli. <br> Oriented: person, place, time. <br> Follows commands appropriately. <br> Speech clear, memory intact. <br> Moves all extremities, sensation intact. | ☑ WNL <br><br><br><br> ☐ See Neuro Vital Signs Chart | ☐ WNL <br><br><br><br> ☐ See Neuro Vital Signs Chart | ☐ WNL  Sleepy <br><br><br><br> ☐ See Neuro Vital Signs Chart |
| **REST/SLEEP** | ☑ Rests Well  ☐ Naps During Day <br> ☐ Insomnia  ☐ Wakens Frequently | ☐ Rests Well  ☐ Naps During Day <br> ☐ Insomnia  ☐ Wakens Frequently | ☐ Rests Well  ☐ Naps During Day <br> ☐ Insomnia  ☐ Wakens Frequently |
| **PSYCHOSOCIAL** <br> Mood appropriate to situation; behavior appropriate to situation; thoughts organized & appropriate to situation; speech logical, goal directed, normal rate & tone. | ☑ WNL <br><br> Husband at bedside | ☐ WNL | ☑ WNL |
| **RESPIRATORY** <br> Respirations regular, symmetrical, & unlabored. <br> Breath sounds clear all fields. <br> Acyanotic. <br> No cough. | ☑ WNL <br> O₂: NC at ___ L  Mask at ____ <br><br> Trach: Type: _____  Size: ____ | ☐ WNL <br> O₂: NC at ___ L  Mask at ____ <br><br> Trach: Type: _____  Size: ____ | ☑ WNL <br> O₂: NC at ___ L  Mask at ____ <br><br> Trach: Type: _____  Size: ____ |
| **CARDIOVASCULAR** <br> Heart rate regular. <br> No chest pain/pressure. <br> Normal heart sounds (S1, S2). <br> Pedal & radial pulses palpable bilaterally. <br> No edema; Normal capillary refill (2-3 secs). <br> No calf tenderness. | ☑ WNL <br><br> Ⓛ femoral stick <br> Ⓟ pulses | ☐ WNL | ☐ WNL <br><br> Ⓓ pen angio <br> site ok |
| **GASTROINTESTINAL** <br> Abdomen soft, non-distended, non-tender. <br> Bowel sounds present X 4 quadrants. <br> No nausea, vomiting, diarrhea, or constipation present. <br><br> **Secretion Key:**  C = Clear <br> LG = Light Green <br> DG = Dark Green <br> B = Brown <br> R = Red | ☐ WNL <br> Date of Last BM: _PTA_ <br> BM: ☑ No  ☐ Yes <br> Describe: _____ <br><br><br> NG Secretions: _____ <br> Ostomy: Location: _____ <br> Stoma Appearance: _____ <br> Drainage Consistency: _____ <br> Date Bag Changed: _____ | ☐ WNL <br> BM: ☐ No  ☐ Yes <br> Describe: _____ <br><br><br> NG Secretions: _____ <br> Ostomy: Location: _____ <br> Stoma Appearance: _____ <br> Drainage Consistency: _____ | ☐ WNL <br> BM: ☐ No  ☐ Yes _PTA_ <br> Describe: _____ <br><br><br> NG Secretions: _____ <br> Ostomy: Location: _____ <br> Stoma Appearance: _____ <br> Drainage Consistency: _____ |

G 001129

WATSON, VANCE L    CAT F - 28
8938  FOOTED RD COLUMBIA  MD
01/13/99         ANG  600222033
DOB  08/02/1970

GEORGETOWN UNIVERSITY MEDICAL CENTER

# DAILY PATIENT
# ASSESSMENT FLOWSHEET

| INSTRUCTIONS: Record time of assessment & initials at top of column. |
|---|
| If assessment meets normal findings, check WNL box. Otherwise, write in abnormal findings. |

| NORMAL FINDINGS | Time: 3P  Initials: MB | Time:  Initials: | Time: 12P  Initials: GS |
|---|---|---|---|
| **NUTRITION**<br>No difficulty chewing or swallowing.<br><br>**Feeding Tube Type Key:**<br>G = G-tube, PEG<br>J = J-tube<br>D = Dobhoff | ☐ WNL  ice chips<br>Current Diet:<br>% Intake: B: ___ L: ___ D: ___<br>☐ TPN ☐ Enteral Feedings<br>Feeding Tube Type: _____<br>Rate: _____ Residual: _____ | ☐ WNL<br>Current Diet:<br>% Intake: D: ___<br>☐ TPN ☐ Enteral Feedings<br>Feeding Tube Type: _____<br>Rate: _____ Residual: _____ | ☐ WNL<br>Current Diet: as tol<br><br>☐ TPN ☐ Enteral Feedings<br>Feeding Tube Type: _____<br>Rate: _____ Residual: _____ |
| **GENITOURINARY**<br>Voiding clear urine without difficulty.<br>Bladder non-distended. | ☐ WNL<br>☐ Foley<br>  ☐ 3 Way Irrigant: _____<br>  Urine Color: _____<br>☐ Incontinent  ☐ Ext Catheter<br>☐ Ileal Conduit ☐ Nephrostomy<br>☐ Ureteral Cath ☐ CAPD<br>☐ Hemodialysis | ☐ WNL<br>☐ Foley<br>  ☐ 3 Way Irrigant: _____<br>  Urine Color: _____<br>☐ Incontinent  ☐ Ext Catheter<br>☐ Ileal Conduit ☐ Nephrostomy<br>☐ Ureteral Cath ☐ CAPD<br>☐ Hemodialysis | ✓ WNL<br>☐ Foley  Folty<br>  ☐ 3 Way Irrigant: __ mrd<br>  Urine Color: __  to pt<br>☐ Incontinent  ☐ Ext Catheter<br>☐ Ileal Conduit ☐ Nephrostomy<br>☐ Ureteral Cath ☐ CAPD<br>☐ Hemodialysis |
| **MUSCULOSKELETAL**<br>Full range of motion all extremities.<br>Ambulatory with steady gait; requires<br>no assistance. | ☐ WNL<br>☑ Bedrest ☐ Position Change<br>☐ Independent ☐ With Assist<br>☐ OOB | ☐ WNL<br>☐ Bedrest ☐ Position Change<br>☐ Independent ☐ With Assist<br>☐ OOB | ☐ WNL<br>☐ Bedrest ☐ Position Change<br>☐ Independent ☐ With Assist<br>☐ OOB |
| **INTEGUMENTARY**<br>Skin warm, dry, intact.<br>Skin color within patient's norm.<br>No rash, wound, or pressure ulcer present. | ☐ WNL<br>☐ Pressure ulcers present;<br>see flowsheet. | ☐ WNL<br>☐ Pressure ulcers present;<br>see flowsheet. | ☐ WNL<br>☐ Pressure ulcers present;<br>see flowsheet. |

| **INCISION(s)/WOUND(s)**<br>Intact; No redness or drainage.<br>Wound edges well approximated. | ☑ N/A    ☐ WNL | ☐ N/A    ☐ WNL | ☑ N/A    ☐ WNL |
|---|---|---|---|
| | Location  Drsg.  Drainage<br>_____ _____ _____<br>_____ _____ _____<br>_____ _____ _____ | Location  Drsg.  Drainage<br>_____ _____ _____<br>_____ _____ _____<br>_____ _____ _____ | Location  Drsg.  Drainage<br>_____ _____ _____<br>_____ _____ _____<br>_____ _____ _____ |
| **DRAIN(s)**<br>Insertion site: no redness, drainage or<br>hematoma (see drainage key).<br><br>**DRAIN PATENT**<br>Drainage amount within accepted norms.<br><br>**Drainage Key:**     **Drain Key:**<br>0 = None            0  = None<br>1 = Serosanguinous  H  = Hemovac<br>2 = Serous          JP = Jackson-Pratt<br>3 = Sanguinous      T  = T-Tube<br>4 = Purulent | ☑ N/A    ☐ WNL<br><br>Location  Type  Drainage<br>_____ _____ _____<br>_____ _____ _____<br>_____ _____ _____ | ☐ N/A    ☐ WNL<br><br>Location  Type  Drainage<br>_____ _____ _____<br>_____ _____ _____<br>_____ _____ _____ | ☑ N/A    ☐ WNL<br><br>Location  Type  Drainage<br>_____ _____ _____<br>_____ _____ _____<br>_____ _____ _____ |

| **IV(s)/VAD(s)**<br>IV(s) infusing well.<br>IV site patent, intact, without redness, no edema.<br>**Site Key:**<br>R = Right; L = Left<br>A = Arm, H = Hand; F = Foot; L = Leg;<br>G = Groin, N = Neck<br>**Type Key:**<br>P = Peripheral, C = Central;<br>PL = Peripheral Lock<br>**VAD Key:**<br>B = Broviac, G = Groshong; H = Hickman;<br>M = Mediport; P = Permacath, PICC = PICC;<br>Q = Quinton<br>**Dressing Type:** G = Gauze (change QD);<br>T = Tegaderm (change PRN) | ☐ WNL    ☐ N/A<br>Site  Type  Drsg.Type  Drsg. Δ<br>ⓛ PLV ____ ____ ☐ Y<br>____ ____ ____ ☐ Y<br>____ ____ ____ ☐ Y<br>____ ____ ____ ☐ Y<br>☐ Tubing Δ<br>☐ Cap Δ<br>☐ Site Δ | ☐ WNL    ☐ N/A<br>Site  Type  Drsg.Type  Drsg. Δ<br>____ ____ ____ ☐ Y<br>____ ____ ____ ☐ Y<br>____ ____ ____ ☐ Y<br>____ ____ ____ ☐ Y<br>☐ Tubing Δ<br>☐ Cap Δ<br>☐ Site Δ | ☐ WNL    ☐ N/A<br>Site  Type  Drsg.Type  Drsg. Δ<br>ⓛ DIV ____ ____ ☐ Y<br>____ ____ ____ ☐ Y<br>____ ____ ____ ☐ Y<br>____ ____ ____ ☐ Y<br>☐ Tubing Δ<br>☐ Cap Δ<br>☐ Site Δ |

MR 030.017 (9/96) PAGE 2 OF 4

G 001130



**GEORGETOWN UNIVERSITY MEDICAL CENTER**
# DAILY PATIENT
## ASSESSMENT FLOWSHEET

```
2014312  KERRIS ,KARYN
WATSON, VANCE E   CAT  F- 28
8938 FOOTED RI COLUMBIA   MD
01/13/99    ANG   600222053
          DOB  08/02/1970
```

**INSTRUCTIONS:** *Record numbers, letters or symbols for appropriate measure.*      Yesterday's Max. Temp.: _____

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME: | 2⁰⁸ p | 3¹⁵ p | 3³⁰ p | 3⁴⁵ p | 4¹⁵ p | 4⁴⁵ p | 5¹⁵ | 5⁴⁵ | 6ᴷ | 7ᴷ | 1²⁰ | 3³⁰ |
| Temp. *(Indicate Route: T, R, O, A)* | 36⁷ | | | | | | | | 3⁰³ | | | |
| **BLOOD PRESSURE** Lying | 114/15 | 101/66 | 102/64 | 106/70 | 105/60 | 108/74 | 110/70 | 106/60 | 102/74 | 105/64 | 105/64 |
| Sitting | | | | | | | | | | | |
| Standing | | | | | | | | | | | |
| Pulse | 91 | 93 | 86 | 90 | 93 | 85 | 87 | 90 | 91 | 71 | 93 |
| Respirations | 16 | | | | | | | | 16 | 18 | 16 |
| Pulse Ox – O₂ Sat | 98% | | | | | | | | | | |
| FIO₂ | | | | | | | | | | | |
| Blood Glucose | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME: | 3P | | | | | | | | | | | |
| **PAIN ASSESSMENT** | **VAS Pain Scale:** 0 — 10 *(none — most intense)* | Ø | | | | | | | | | denies pain | |
| | Site | | | | | | | | | | | |
| | **Intervention** N = None PCA = Pump MED = Medication COM = Comfort Measures * = see note | | | | | | | | | | | |
| | Reassessment Time | | | | | | | | | | | |
| | Reassess with VAS Scale | | | | | | | | | | | |

**I & O**    Previous 24° INTAKE:                        Previous 24° OUTPUT:

| Weight | | | | OUTPUT | D | E | N |
|---|---|---|---|---|---|---|---|
| **INTAKE** | **D** | **E** | **N** | | | | |
| Oral | | | | Urine | 450 | | 800 |
| IV | 400 | | 800 | Stool | | | |
| Blood | | | | Emesis | | | |
| | | | | Drainage | | | |
| **TOTAL: 8° INTAKE:** | (400) | | | **TOTAL: 8° OUTPUT:** | (450) | | |
| **TOTAL: 24° INTAKE:** | | | 1200 | **TOTAL: 24° OUTPUT:** | | | 1250 |

G 001131

**GEORGETOWN UNIVERSITY MEDICAL CENTER**

# DAILY PATIENT
# ASSESSMENT FLOWSHEET

Initials/Shift:

D: 3ᴾ-7ᴬᴹ  Meredith Bodie, RN

E: _____

N: _____

---

**INSTRUCTIONS:** Write in interventions as appropriate. Record time and initials in small boxes each time intervention is complete. N/A denotes non-applicable.

| TIME: | D | E | N | TIME: | D | E | N |
|---|---|---|---|---|---|---|---|
| Bath: S  P  C | — | | | | | | |
| SAFETY — Side Rails Up | MB | | VS | | | | |
| Bed Locked/Bed in Low Position | MB | | VS | | | | |
| Call Light within Reach | MB | | VS | | | | |
| Incentive Spirometer | | | | | | | |
| Anti-embolus Stockings/Boots | | | | | | | |

---

## NURSING NOTES

3ᴾ-7ᴬᴹ Report received. Assessment complete. P#1 Alteration in cerebral tissue perfusion. 6+ I as noted. E: Pt Back from OR at 3:00P. A+o×3. Suf speech but appopate. PERRL c̄ nystagmus. Ⓧ visual disturbances. MAE as noted. S/S throughout. Ⓧ numbness or tingling. Pt on flat BR unl 9:00P. Ⓛ Femoral stick c/o II c̄ BA. Ⓧ hematoma + pulses throughout. VSS, afebrile. Pt tolerating ice chips well. Family at bedside to provide emotional support. Will continue to monitor. ———————————— M Bodie RN

7P-7A sleepy. Easily arousable. O×3. moves ✓S. PERL c̄ sl nystag mus. Speech understanda. Denies pain. Ⓡ fem. angio site intact. Ⓧ hematoma. pulses ⊕. Pt prefers on bed rest. VSS. afebrile. IVF during the night. No urge to lype fluids p̄ Foley cath'er up + absent ——————— See ___

G 001132

# EXHIBIT 13

GEORGETOWN UNIVERSITY HOSPITAL
ATTESTATION REPORT
Printed on 01/30/99 at 12:02:59

---

PATIENT NAME.........Kerris, Karyn A                    ATTENDING PHYSICIAN....WATSON, VANCE E
BILLING NUMBER.......00600222053                       MEDICAL RECORD #.......2014312
ADMISSION DATE.......01/13/99                          DISCHARGE DATE.........01/15/99
NURSING UNIT.........C61                               PATIENT TYPE..........I   Inpatient
ADMISSION TYPE.......                                  ADMISSION SOURCE.......
DISCHARGE STATUS.....AHR Routine discharge             DISCHARGE SERVICE......MDI GENERAL MEDICINE
AGE..................28                                PRIMARY PAYOR..........600 BC/BS NCA
SEX.................F   FEMALE                         SECONDARY PAYOR........
CODER...............mk


DRG.................001 CRANIOTOMY, AGE >17 EXCEPT FOR TRAUMA


MDC.................01  Diseases & Disorders Of The Nervous System

ADMITTING DIAGNOSIS..747.81 CEREBROVASCULAR ANOMALY


PRINCIPAL DIAGNOSIS:
    747.81  CEREBROVASCULAR ANOMALY
SECONDARY DIAGNOSIS:
    758.6   GONADAL DYSGENESIS
    785.3   CARDIAC MURMURS NEC


PROCEDURES:                          PHYSICIAN              PHYSICIAN ROLE        DATE
    38.81  OCCLUS INTRACRAN VES NEC
                                     WATSON, VANCE E        PRIMARY SURGEON
    88.41  CONTR CEREBR ARTERIOGRAM
                                     WATSON, VANCE E        PRIMARY SURGEON


I certify that the narrative descriptions of the principal and secondary diagnoses
and the major procedures performed are accurate and complete to the best
of my knowledge.

PHYSICIAN SIGNATURE: _____ DATE: 3/11/99
Notes: _____

---

G 001085

# EXHIBIT 14

2014-312
03/17/1999



## GEORGETOWN UNIVERSITY HOSPITAL
### WASHINGTON DC

### DISCHARGE SUMMARY

| | |
|---|---|
| PATIENT NAME: | KERRIS, KARYN A |
| MEDICAL RECORD NUMBER: | 2014-312 |
| ADMIT DATE: | 03/03/1999 |
| DISCHARGE DATE: | 03/17/1999 |
| ATTENDING PHYSICIAN: | VANCE E WATSON |
| DICTATING PHYSICIAN: | VANCE E WATSON |

CHIEF COMPLAINT: Declining level of consciousness.

HISTORY OF PRESENT ILLNESS: This is 28-year-old woman with bi-thalamic arteriovenous malformation treated with staged embolization in 01/13/99 presents with new numbness and difficulty with check writing. She is also having slight worsening of lethargy and difficulty walking. Her speech is becoming hypophonic.

PAST MEDICAL HISTORY: Includes Turner's syndrome.

PAST SURGICAL HISTORY: Includes left hip and above.

MEDICATIONS ON ADMISSION: Oral contraceptives.

ALLERGIES: Include intolerance to codeine and unspecified allergy to tetanus toxoid.

PHYSICAL EXAMINATION: She is alert and oriented with slightly slurred hypophonic speech and intact calculations. She has _____. Motor strength is 5/5 without pronator drift. Cardiac rhythmic is regular and no murmurs are detected. Lungs are clear to auscultation. Abdomen is benign. Extremities reveal 2+ dorsalis pedis and posterior tibial pulses.

HOSPITAL COURSE: On 03/03/99 an angiographic procedure was performed. This included internal carotid artery catheterization and then passage of a 1.5 French Spectra microcatheter into a single pedicle in the inferior lateral right aspect of the arteriovenous malformation and a very small amount of _____ was injected. Following the procedure the patient was very slow to awaken. This is surprising since less than 1 cc of AVM was obliterated and the AVM was quite large. Also subsequent imaging failed to reveal any ischemic injury in the surrounding brain parenchyma. Psychiatric evaluation and neurology evaluation were both obtained and trials of Ritalin and Provigil and Zoloft and antiparkinsonian's medication were attempted. She eventually had mild improvement and was discharged to rehabilitation.

FINAL DIAGNOSES:
1. Arteriovenous malformation.
2. Decline in mental function of uncertain etiology.

There was no evident technical complications during her procedure. Part of her lesion, however, is a very tight stenosis in the draining vein and I have had experienced and reviewed other experiences in high flow arteriovenous malformations with venopathy resulting in increased venous pressures within the deep gray structures resulting in such decline.

DISCHARGE MEDICATIONS: Ritalin which was discontinued by her accepting physician.

She is to return for followup with myself and Dr. Tornatore when she returns from rehab.

G 000651

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

KERRIS, KARYN A
DISCHARGE SUMMARY
PAGE 2 OF 2

2014-312
03/17/1999

CONDITION ON DISCHARGE:

_____
VANCE E WATSON                          DATE

/561
D:  09/25/1999
T:  09/27/1999   8:40 A

cc:   VANCE E WATSON

G 000652

Doc #:676211

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

# EXHIBIT 15




**GEORGETOWN UNIVERSITY MEDICAL CENTER**
**GEORGETOWN UNIVERSITY HOSPITAL**

## CONSENT FOR SURGERY, ANESTHETICS, AND OTHER MEDICAL SERVICES

Date _3/3/99_    Time _9:00_    (A.M.) P.M.

1. I authorize the performance upon _myself_
   (MYSELF OR NAME OF PATIENT)

   of a procedure known as _cerebral angiogram and embolization_
   (TITLE OF PROCEDURE)

   to be performed under the direction of Dr. _Vance Watson_
   (FIRST NAME)    (LAST NAME)

2. I acknowledge that Dr. _Paul Goldberg_ has described the nature of this procedure to me in
   (FIRST NAME)    (LAST NAME)
   terms which I understand and has answered all questions I have asked about it to my satisfaction. He has also explained significant complications and risks which may be associated with this procedure, including the complications and risks of anesthesia, and has advised me of possible alternatives to this treatment, including the possible consequences of no treatment at all, and the significant complications and risks associated with such alternatives.

3. If in the course of this procedure the physician in charge determines that procedures in addition to or different from this procedure are necessary to _my_ well-being and it is not practicable to
   (MY OR PATIENT S)
   obtain my consent thereto at the time, I authorize him/her to perform such procedures without further consultation with me.

4. I also consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for this service.

5. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as the result of treatments or examination in the hospital.

6. Should my physician determine during my operation or immediate post-operative period, that a transfusion of blood and/or blood products is necessary, I consent to the administration of those blood and/or blood products. Although it is unlikely, transfusions of blood products may transmit diseases such as hepatitis or AIDS. I authorize the above-named surgeon and his assistants to perform such transfusions as are necessary and desirable in the exercise of professional judgment.

7. I acknowledge that Georgetown University Hospital is a teaching institution. For the purpose of advancing medical education, I consent to the admittance of observers to the operating room and to the photographing or televising of the procedures to be performed, including appropriate portions of my body, for medical, scientific, or educational purposes, provided my identity is not revealed by the pictures or by descriptive texts accompanying them.

8. I consent to the disposal by hospital authorities of any tissues or parts which may be removed, including their use in research and development for commercial and noncommercial purposes.

    I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT TO OPERATION, THAT THE EXPLANATIONS REFERRED TO THEREIN HAVE BEEN MADE, AND THAT ALL BLANKS REQUIRING INSERTION OR COMPLETION WERE FILLED IN OR STRICKEN BEFORE I SIGNED.

Signed _Larry A. Kerns_
(PATIENT OR PERSON AUTHORIZED TO CONSENT FOR PATIENT)

If other than patient, state relationship

Witness

IT IS UNDERSTOOD THAT IF ANY OF THE FIRST FIVE ITEMS ARE STRICKEN BY THE PATIENT, INFORMED CONSENT IS NOT IN EFFECT AND THE PROCEDURE CANNOT BE PERFORMED.

G 000661

# EXHIBIT 16

Some Observations about Karyn:  June-Oct 2004

1.  When Karyn **wants** to do something, she:

-   dresses herself
-   gets from a sitting position to standing or kneeling
-   climbs into bed by herself
-   gets  something she wants (a blanket, the hassock) when we say . Get it yourself,
-   answers questions
-   walks to her chair by holding on to walls, furniture, etc.
-   goes to Mass, to the mall, to the theater
-   talks on the phone to Paul and her aunts
-   looks in the mirror and combs her hair
-   washes her face
-

2.  Some observations from the aides:

-   Karyn is aware of everything when she just wakes up from sleep.  She talks then
-   She likes her privacy, she always asks for something to cover herself up
-   She gets angry when she wants something and does not get it at that particular time
-   She does not liked to be rushed

3.   When Karyn **doesn't** want to do something, she:

-   fights by hitting, kicking, and refusing to walk
-   climbs back into bed and pulls the covers over her head
-   cries, screams
-   puts her feet against the bathroom door so no one can get in
-   walks back to her chair when she wants to stay up later

N 000265

4.   Concerns:

- We are giving her more tylenol because of her headaches; we had two occasions when her headache was a 6 and 7 (Aug 17) and a 5 (Aug 19)
- the past several days she is covering her head with her blanket because the light bothers her eyes
- Karyn is aware that she is stared at when she is out; she is embarrassed.
- She refuses to eat anything- we tried the applesauce but she does not want it.
  Is there anything else for pain?   *Tizanidine?*
- Is the shunt working as well as it should?
- Changing position is still a concern- she cries when we sit her up or stand her up

5.  Karyn seems:

- more alert
- stronger
- able to move more without help
- depressed
- uninterested in doing anything other than sleeping- we have tried reading to her, playing music, watching TV, movies
- more able to communicate non-verbally when she needs something ( tylenol, ice pack, blanket, turn off the lights)

N 000266

# EXHIBIT 17

# GEORGETOWN UNIVERSITY HOSPITAL
## WASHINGTON DC

### DISCHARGE SUMMARY

PATIENT NAME:                   KERRIS, KARYN A
MEDICAL RECORD NUMBER:          2014-312
ADMIT DATE:                     04/13/1999
DISCHARGE DATE:                 05/07/1999                    G 000081
ATTENDING PHYSICIAN:            CARLO TORNATORE
DICTATING PHYSICIAN:            CARLO TORNATORE

HISTORY OF PRESENT ILLNESS: Ms. Kerris is a 28-year-old white female with a history of Turner's syndrome, who was diagnosed with bilateral thalamic AVMs. She underwent two attempts of embolization through neuroradiological intervention. After the second intervention on 03/03/99, her mental status, as well as her ambulation started to deteriorate. AVMs were originally observed on an MRI in 11/97. This was performed at NIH, as she was participating in a study for Turner's syndrome as an NIH employee. During the episode of 12/07/98, she started to develop difficulty with walking. She suffered frequent falls, headache, and multiple episodes of syncope. In 02/99, she developed apathy, dysphasia, and parkinsonian symptoms. She was also found to have epileptic activity seen on her EEG. In 04/99, she developed an aspiration pneumonia of left lower lobe and was transferred from Washington Hospital Center to Georgetown University Hospital for treatment.

PAST MEDICAL HISTORY: Turner's syndrome. Bilateral thalamic AVMs. Hip dislocations.

MEDICATIONS ON ADMISSION:

ALLERGIES: Codeine.

SOCIAL HISTORY: Married. Used to live with husband and is now being placed in a nursing home.

PHYSICAL EXAMINATION: Vitals on discharge: 138/58, pulse of 76, with temperature of 36.7. General exam: She is in no acute distress. She tends to spend most of her time sleeping. HEENT: Within normal limits. Chest clear to auscultation bilaterally. No rales, rhonchi, or wheeze. Heart: S1 and S2 regular. Positive S3, positive S4. No murmur or rub. Abdomen is soft, benign; no tenderness, hepatosplenomegaly, or mass. Neurological exam: She is alert and awake; oriented to year, month, and place. She is hypophonic with psychomotor slowing. She follows commands. She has no spontaneous speech production. She occasionally produces complete sentences upon request. She is able to count to 20. More than half of her produced speech is understandable for the examiner. Cranial nerves: Pupils are reactive bilaterally, going from 3 to 2 mm. She has lateral gaze-evoked nystagmus, right more than left. Semicircular face. *UE* to V3. Upgoing palate and midline tongue. Motor exam: Right: Deltoid 5-; triceps 5-; biceps 4+; wrist extensors 4-; *UE* 3; iliopsoas 3; quadriceps 4-; hamstring, gastrocnemius, and tibialis anterior 4. Left: Deltoid 5-; triceps 4+; biceps 4; wrist extensors 3; *R/L* psoas 4; iliopsoas 3; quadriceps 4-; hamstring 4; gastrocnemius and tibialis anterior 4. The sensory exam is grossly intact. Reflexes are 3+ overall with four-beat ankle clonus with downgoing toes.

LABORATORY EXAM ON DISCHARGE: WBC 6.8, hemoglobin 11, hematocrit 32, MCV 100, platelets 258. B12 348, PT and PTT within normal limits. TSH 128. Phenytoin level is 14, free phenytoin 1.6. Folic acid 14.3. Glucose 85. BUN 4, creatinine 0.4. Chloride 99, $CO_2$ 31, sodium 136, potassium 4.3.

HOSPITAL COURSE:
1. Neurology: Ms. Kerris is an unfortunate 28-year-old lady with a history of bilateral thalamic AVMs, who suffers decreased mentation, gazing *evoked* nystagmus, seizure, *reactive* depression, and parkinsonian features. She is on Dilantin with

Doc #:60107I

KERRIS, KARYN A                                    2014-312
DISCHARGE SUMMARY                                 05/07/1999
PAGE 2 OF 2

therapeutic levels.   Her Parkinson medications have been stopped before discharge.  It was advised to restart Sinemet in the case her parkinsonian features recur.  Her depression is partially responding to Ritalin and Zoloft.

2.  GI:  PEG is placed.  She receives tube feeds of Osmolite 50 cc/hr. over 12 hours overnight and also one can after breakfast and one can after lunch.  She can take p.o. feeds and fluids but requires encouragement.

3.  Rehab:  She requires physical therapy, occupational therapy, speech therapy, passive range of motion, out of bed to chair, and walks with assistance.

4.  Pulmonary:  Her aspiration pneumonia is treated.  It is advised that she practices with incentive spirometry.

5.  Dermatologic:  She has a rash with contact eczema and candidiasis in perineal area.  It was treated with Nizoral.

DISCHARGE MEDICATIONS:  Zoloft 100 mg per PEG q.d.; Ritalin 10 mg per PEG q.7 a.m. and q.3 p.m.; Dilantin 250 mg per PEG, crushed tablets at bedtime on an empty stomach; free water bolus 100 ml per PEG q.i.d.; and Nizoral cream applied to rash on thighs b.i.d.  She requires oral ProMod one can at 10 a.m., one can at 2 p.m., as well as 50 cc/hour from 6 p.m. until 6 a.m.  It is advised that she continue on a mechanical diet and aspiration precautions.

DISPOSITION:  The patient is transferred to Kernan Rehab Hospital and is advised to follow up with Dr. Tornatore on an outpatient basis.

CONDITION ON DISCHARGE:


_____      7/22/99
        CARLO TORNATORE                      DATE

/014
D:  06/14/1999
T:  06/15/1999  2:12 P

cc:  CARLO TORNATORE

G 000082

# EXHIBIT 18

2014-312
10/14/1999
NRI
C6316A

# GEORGETOWN UNIVERSITY HOSPITAL
## WASHINGTON DC

### DISCHARGE SUMMARY

PATIENT NAME:
MEDICAL RECORD NUMBER:          KERRIS, KARYN
ADMIT DATE:                     2014-312
DISCHARGE DATE:                 10/11/1999
ATTENDING PHYSICIAN:            10/14/1999
DICTATING PHYSICIAN:            CARLO TORNATORE
                                ALIZA S LEVINE, MD

**CHIEF COMPLAINT:** The patient is a 29-year-old woman with a past medical history significant for bilateral thalamic AVMs and Turner's syndrome, who presents with right lower extremity weakness, pallor and decreased p.o. intake x two to three days.

**HISTORY OF PRESENT ILLNESS:** The patient was diagnosed with bilateral thalamic AVMs one year ago as incidental finding on MRI done as part of the study the patient participated in. She is status post embolization x three, but despite these interventions, has had a progressive and deteriorating course over the past year with development of quadriparesis and with PEG placement in 04/99 secondary to dysphagia. At baseline the patient requires assistance with all ADLs, has minimal verbal output and communicates with eye blinking and raising her fingers. She is able to ambulate short distances with assistance, but is largely wheelchair bound.

On the morning of admission, the patient's caregiver noted right lower extremity weakness and pallor which she described as "ashen face." Per family the patient has had decreased p.o. intake x two to three days, difficulty holding her head up and decreased responsiveness.

Of note eight days prior to admission, the patient had a flu-like syndrome with Temax 100.9, abdominal pain, emesis x three over a 24-hour period. Her husband rehydrated the patient with Pedialyte and water and the patient seemed to improve with no further symptoms and was increasing p.o. intake over the past week.

The patient denies fevers, chills, sweats, cough, URI symptoms, shortness of breath, melena, bright red blood per rectum, diarrhea, urinary symptoms, (?) constipation, last bowel movement on morning of admission. Increased drooling x one week per husband. Weight loss, 114 pounds (10/98) - 88 to 89 pounds (10/99).

PAST MEDICAL HISTORY:

1. Turner's syndrome.
2. Bilateral thalamic AVMs, status post embolization x three (11/98, 01/99, 03/99, by Dr. Watson).
3. Partial complex seizure.
4. Chronic headache.
5. Status post PEG placement 04/99.
6. Status post left femur fracture with pin placement - pins have since been removed.

MEDICATIONS ON ADMISSION: Dilantin 300 mg q.h.s., Ritalin 12.5 mg b.i.d., Duragesic patch 25 mcg/hour q.3 days, Zoloft 25 mg q.d., oral contraceptives.

ALLERGIES: Codeine, aspirin, tetanus.

SOCIAL HISTORY: Lives with husband. No EtOH, tobacco, IVDA. Home health aide, full assistance with all ADLs; at baseline ambulates short distances with assistance. PT/OT, speech therapy q.Monday, Wednesday, Friday. Takes p.o. with Boost as supplement.

PHYSICAL EXAMINATION: Vital signs (in ER): Temperature 37.6, blood pressure 104/58, pulse 120, 96% on room air. General: Pale, thin young woman lying in

Doc #:69630A

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

KERRIS, KARYN
DISCHARGE SUMMARY
PAGE 2 OF 3

2014-312
10/14/1999
NRI
C6316A

bed in no apparent distress. HEENT: Lateral extraocular movements intact, decreased vertical movements, downward greater than upwards, pupils reactive to light bilaterally, positive lateral gaze and nystagmus, no scleral icterus or injection, oropharynx with moist mucous membranes. Neck: Webbed neck, supple, no bruits, no lymphadenopathy, no thyromegaly. Lungs clear to auscultation bilaterally. Cardiovascular: Regular rhythm, hyperdynamic precordium, normal S1, S2, no murmur. Abdomen: Flat, soft, nontender, nondistended, positive bowel sounds. PEG site clean, no erythema, nontender; no hepatosplenomegaly. Extremities: No clubbing, cyanosis or edema, 2+ DP pulses bilaterally. Neurologic examination: Awake, alert, responsive with eye blinking, able to follow simple commands. Cranial nerves: Positive lateral gaze, nystagmus. Extraocular movements decreased as above. Minimal pupillary reacting to light. Tongue midline. Face symmetric. Decreased motor in face. Motor: Increased tone, no cogwheeling, positive bradykinesia, spontaneously moves all fours, increased flexor tone bilateral hands and feet. Muscle strength on left, biceps 5, triceps 5, grip 4+, HS 5, KS 5, KE 5, DS 5, PS 5. Right: Biceps 4+, triceps 4, grip 4, HS 5, KS 5, KE 5, DS 4, PS 4+. DTRs: Upper extremities 3+ and symmetric, lower extremities, patellar 2+ and symmetric bilaterally, ankle jerks 2 bilaterally. Toes upgoing bilaterally. Sensory: Grossly intact to light touch throughout, withdrawal to painful stimuli, bilateral lower extremities. Gait: Deferred. Cerebellar: Deferred.

LABORATORY DATA: WBC 3.8, hemoglobin 11.6, hematocrit 33.7, MCV 100, platelets 251, sodium 135, potassium 3.9, chloride 99, bicarbonate 31, BUN 7, creatinine 0.5, glucose 114. UA negative. CT of head: No acute bleed, no change in bilateral AVMs, no hydrocephalus, vein of Galen tortuous but without change. Chest x-ray: No effusion, no infiltrate, no CHF. KUB: No bowel obstruction, no free air.

HOSPITAL COURSE: The patient was admitted to Neurology for (?) progression of AVM versus infectious etiology (UTI, viral syndrome, pneumonia) leading to the patient's new weakness and deteriorated functional status. There were no localizing signs or symptoms of infection on history and physical examination and workup for infection including routine labs, UA, urine culture, chest x-ray, KUB was entirely negative. In addition the patient remained afebrile throughout the admission. The patient was hydrated gently with D5 half normal saline at 75 cc/hour. MRI with and without contrast revealed no bleed, no significant increase in size of the AVM, though with some worsening of hydrocephalus compared with previous study; however, not warranting shunt placement as there was no evidence of effacement of sulci. While in-house the patient received intensive PT and OT services and showed some definite improvement in her right lower extremity weakness and in her functional mobility. On discharge the patient was back to baseline with good p.o. intake and less weakness

DISCHARGE MEDICATIONS:

1. Dilantin 300 mg p.o. q.d.
2. Ritalin 12.5 mg b.i.d.
3. Zoloft 25 mg q.d.
4. Duragesic patch 25 mcg/hour q.3 days.
5. OCP.

CONDITION ON DISCHARGE: Stable.

DISCHARGE DIAGNOSES:

1. Bilateral thalamic AVMs.
2. Turner's syndrome.

DISPOSITION AND FOLLOWUP: The patient is to follow up with Dr. Tornatore in four weeks. In addition Dr. Tornatore referred the patient to Johns Hopkins Hospital Neurosurgery with Dr. Riganonti for potential further intervention/radiotherapy. The patient has an appointment at Johns Hopkins University on 11/04/99 at 2:00 p.m. In addition the patient is to have PT/OT and speech therapy at home.

KERRIS, KARYN
DISCHARGE SUMMARY
PAGE 3 OF 3

2014-312
10/14/1999
NRI
C6316A

CARLO TORNATORE                                    11/4/99
                                                     DATE

/751
D:  10/25/1999
T:  10/26/1999  9:46 A

cc:   CARLO TORNATORE

G 000008

Doc #:69630A

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

# EXHIBIT 19

# Georgetown University Medical Center
## Attestation Report

Page: 1

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | KERRIS, KARYN | Account #: | 600541734 | Medical Record | 2014312 |
| Admit Date | 7/31/00  3:00:00PM | Discharge Date | 7/31/00  11:59:00PM | Dischg. Status  AHR | Routine discharge |
| Admit Dx | 789.00 ABDOMINAL PA | Chf Complaint | ABD PAINS | Attend Phys  0000586 | BENJAMIN, STAN |
| Age | 29 years | Sex | F      FEMALE | Nursing Unit | |
| Patient Type | R      OP Invasive Proce | Admission Type | | Admit Source | |
| Financial Class | B      Blue Cross | | | Dischg. Service GIB | GI/BRONCHOSC |

| Payor   1 | 600    BC/BS NCA |
|---|---|

| **DRG** | | **MDC** | **Weight** | **GMLOS** | **ALOS** | **Coder ID** | **Date Coded** |
|---|---|---|---|---|---|---|---|
| 183 | ESOPHAGITIS, GASTROENT & | 006 | 0.5710 | 2.40 | 3.00 | FFURNER | 08/08/2000  4:16 PM |
| | MISC DIGEST DISORDERS AGE | | | | | | |

| **Seq.** | **Diagnosis** | | **Date & Time** |
|---|---|---|---|
| 1 | 789.00 | ABDOMINAL PAIN, UNSPECIFIED SITE | |
| 2 | V64.3 | NO PROC FOR REASONS NEC | |

| **Seq/Episode** | **Procedure** | **Start** | **End** | **CPT4** | **1** | **2** | **3** | **4** | **5** | **Modifiers** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Provider** | | | | | **Role** | | | |

I certify that the narrative description of the principal and secondary diagnosis and the major procedures performed are accurate and complete to the best of my knowledge.

G 000981

| Physician's Signature | Date |
|---|---|

Filter:

# EXHIBIT 20

2014-312
03/07/2001

**GEORGETOWN UNIVERSITY HOSPITAL**
**WASHINGTON DC**

**DISCHARGE SUMMARY**

| | |
|---|---|
| PATIENT NAME: | KERRIS, KARYN |
| MEDICAL RECORD NUMBER: | 2014-312 |
| ADMISSION DATE: | 02/18/2001 |
| DISCHARGE DATE: | 03/07/2001 |
| ATTENDING PHYSICIAN: | CARLO TORNATORE |
| DICTATING PHYSICIAN: | MARGARET TIMMONS |

**REFERRING PHYSICIAN:** Dr. Perline, Howard County Hospital Emergency Room.

**ADMISSION DIAGNOSIS:** Malformation of the vein of Galen with ventriculomegaly.

**PROCEDURES PERFORMED:** Insertion of ventriculoperitoneal shunt under general anesthetic.

**CHIEF COMPLAINT:** Personality changes over three weeks (combative, decreasing communication, functional decline associated with worsening headache).

**HISTORY OF PRESENT ILLNESS:** Ms. Karyn Kerris is a 30-year-old white female with Turner syndrome with large inoperable AVM status post embolizations times three, known to Dr. Tornatore, admitted and scheduled for VP shunt placement. The patient was diagnosed at age 11 with Turner syndrome. Reportedly, the patient was a straight-A student until 1997, at which point was diagnosed with AVM at NIH. AVM embolizations were performed by Dr. Watson at Georgetown 11/98, 01/99, and 03/99. The AVM system involved aneurysmal dilatation of Galenic system with feeding vessels primarily from post cerebral arteries which filled directly from carotids via the PCA; also from basilar artery and anterior cerebral arteries.

**PAST MEDICAL HISTORY:**

1. Turner syndrome diagnosed at age 11.
2. Diagnosed AVM in 1997 at NIH status post embolizations times 3.
3. Aspiration pneumonia (as complication post embolizations) at rehabilitation hospital.

**MEDICATIONS ON ADMISSION:** Medications include:

1. Dilantin 200 mg alternating with 300 mg q.o.d.
2. Provigil 200 mg q.h.s.
3. Centrum 1 tablet q.d.
4. Lo-Ovral 1 p.o. q.h.s.
5. Tylenol 650 mg syrup q.6h. p.r.n.
6. Metamucil 1 large tablespoon q.d.

**ALLERGIES:** Aspirin, codeine, and tetanus injection.

**FAMILY HISTORY:** Coronary artery disease (paternal) and colon carcinoma. Carcinoma of liver (maternal).

**SOCIAL HISTORY:** Married. Bed confined (G-tube in situ). No alcohol. No tobacco.

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

G 000472

KERRIS, KARYN                                                           2014-312
Discharge Summary                                                      03/07/2001
Page 2 of 3                                                               C6304A

OCCUPATION: Computer operator.

PHYSICAL EXAMINATION: Vital signs: Temperature 35.7 tympanic, blood pressure 104/73, pulse 100 regular, respirations 18, and weight 90 pounds. General: Awake; fairly well nourished; G-tube feedings. The patient is not cooperative and is combative, declining several stages of examination. HEENT: Anicteric; mucosa dry with cracked lips. Neuro: Limited exam due to poor patient cooperation. Mental status: The patient is mute; family claims patient speaks when she becomes agitated. The patient is awake, and hearing is evidently intact. The rest of the neurological examination was deferred as the patient refused cooperation. The patient moves all extremities spontaneously; needs assistance with all activities of daily living. Full motor and sensory examination was declined. Examination for reflexes and coordination was declined.

LABORATORY DATA: Urine is negative. Hemoglobin 15.1, hematocrit 43, white count 4.8, and platelets 328. Neutrophils 55, lymphocytes 35, and monocytes 10. Sodium 141, potassium 4.5, chloride 103, CO2 23, BUN 8, creatinine 0.5, and glucose 95. Calcium 9.3. Head CT per verbal report: Hydrocephalus with a large AVM; no evidence of acute bleed. Chest x-ray: No infiltrates; no cardiomegaly; no effusions.

ASSESSMENT AND SUMMARY: The patient is a 30-year-old female with Turner syndrome and large bi-thalamic AVMs. Originally in _____, the patient was undergoing routine workup related to Turner syndrome, at which time MRI of brain revealed large AVM. In 07/98, the patient became symptomatic with syncope, headaches, falls, dysarthria, easier fatiguability, and somnolence, and hospitalized at Georgetown. Embolizations were performed by Dr. Watson 11/98, 01/99, and 03/99. Following first embolization, headaches improved. Following second embolization, AVM noted "slowing down", and following third embolization, patient unable to walk, talk, or open eyes, at which point the patient was rehabilitated, and by 05/99-06/99, the patient was reportedly able to eat, walk, talk, and work on computers. Alternately began downward progression associated with amotivational signs and symptoms. More recent MRI reveals progression of hydrocephalus.

HOSPITAL COURSE: The patient was admitted to C63. Neurologic and vital signs were recorded q.2-4h. Neurosurgery was consulted. Repeat CT did not reveal any mass lesions, and the false ventricle was opened, however small, indicative of a communicating hydrocephalus.

Hemodynamically, the patient was stable, afebrile, and on 02/28/01, the patient underwent insertion of ventriculoperitoneal shunt, following which the patient improved and prepared for discharge, i.e., more alert and responsive, albeit requiring total care. It was elected that the patient be discharged to her home, and the following medications were scripted.

DISCHARGE MEDICATIONS:

1.    Roxanol 10 mg q.4h. p.r.n. pain.
2.    Tylenol 1 gm q.4h. p.r.n. pain.
3.    Dilantin 300 mg alternating with 200 mg q.o.d.
4.    Provigil 200 mg q.d.
5.    Lo-Ovral 1 p.o. q.h.s.

FOLLOWUP: The patient will follow up with Dr. Tornatore at GUMC in 2-4 weeks.

Doc #: 106159A

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

G 000473

KERRIS, KARYN                                        2014-312
Discharge Summary                                   03/07/2001
Page 3 of 3                                             C6304A


CONDITION ON DISCHARGE:



                                        _____
                                        CARLO TORNATORE


Signal 087
D:03/20/2001
T:03/21/2001  1:39 P

cc:    CARLO TORNATORE


Doc #: 106159A

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION          G 000474

# EXHIBIT 21

2014-312
10/15/2003

## GEORGETOWN UNIVERSITY HOSPITAL
## WASHINGTON DC

### DISCHARGE SUMMARY

PATIENT NAME:                     KERRIS, KARYN
MEDICAL RECORD NUMBER:            2014-312
ADMISSION DATE:                   10/12/2003
DISCHARGE DATE:                   10/15/2003
ATTENDING PHYSICIAN:              CARLO S TORNATORE
DICTATING PHYSICIAN:              LUCIENNE REID

CHIEF COMPLAINT:  Pneumonia.

HISTORY OF PRESENT ILLNESS:  The patient was seen at Montgomery General Hospital status post receiving methadone for headache secondary to her bilateral _____ AVMs. After she was medicated with methadone, she ended up again at Montgomery General Hospital with generalized muscle rigidity.  She redeveloped fever and had decreased blood pressure with rales, and she was subsequently brought to Georgetown University Hospital.

PAST MEDICAL HISTORY:  Includes arteriovenous malformation, Turner syndrome.

MEDICATIONS ON ADMISSION:

ALLERGIES:

PHYSICAL EXAMINATION:  On general exam, the patient was of short stature ____ placed on the right.  She was regular rate and rhythm; S1, S2; no murmurs were appreciated.  Lungs were with breath sounds bilaterally.  Abdomen was with feeding tube in place.  Extremities with no cyanosis, clubbing, or edema. Neurologic:  Withdraws extremities, upper and lower; does not respond to verbal stimuli with voice but can follow simple commands variably and follow movements with eyes and tracking. The patient could not tolerate most of exam.  Strength at least 3/5 in all 4 extremities.  Normal bulk and tone.  Sensory:  Again withdraws lower extremities to pain and stimuli.  Reflexes were 2+ at the biceps, 1+ at triceps and brachioradialis bilaterally, 2+ at patellas, equivocal toe on right and downgoing toe on left, and 1+ at Achilles.

HOSPITAL COURSE:  The patient was admitted and started on Ceftin IV.  Blood cultures, UA, and urine culture were all drawn before starting antibiotics.  Chest x-ray was done, and patient was started on 4 liters of oxygen by nasal cannula.  Again, the chest x-ray showed right lower lobe pneumonia worsening with bilateral diffuse air space disease.

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

G 000915

KERRIS, KARYN
Discharge Summary
Page 2 of 2

2014-312
10/15/2003
B5004A

Hospital course included patient's headache which family says was at baseline that was treated with Tylenol, and patient eventually brought in a lidocaine head patch, with some relief. The patient also did not tolerate oxygen by nasal cannula very well. However, her oxygenation improved during the course of her hospital stay.

The patient was at baseline in good condition on discharge.

DISCHARGE MEDICATIONS:  The patient was discharged on the following medications:  Topamax 50 mg through G-tube t.i.d., Actonel 35 mg daily, _____ at normal cycle, _____ multivitamin daily, calcium carbonate b.i.d. 370 mg, Avelox was substituted for IV antibiotics at 400 mg daily until 10/19/2003.

FOLLOWUP:  The patient was to follow up with Dr. Tornatore on 11/04/2003 at 1:50 p.m.

CONDITION ON DISCHARGE:


_____
CARLO S TORNATORE

MDI/ADMIN
D:11/02/2003
T:11/03/2003 12:16 P

cc:    CARLO S TORNATORE

Doc #: 182571A.A

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

G 000916

# EXHIBIT 22

2014-312
03/26/2004

**GEORGETOWN UNIVERSITY HOSPITAL**
**WASHINGTON DC**

**DISCHARGE SUMMARY**

PATIENT NAME:                      KERRIS, KARYN
MEDICAL RECORD NUMBER:             2014-312
ADMISSION DATE:                    03/23/2004
DISCHARGE DATE:                    03/26/2004
ATTENDING PHYSICIAN:               PAMELA Y BLAKE
DICTATING PHYSICIAN:               RICARDO GONZALEZ

CHIEF COMPLAINT:  Abdominal pain.

HISTORY OF PRESENT ILLNESS: This is a 33-year-old white female
with significant history of Turner syndrome admitted with
abdominal pain and possible change of the G tube for feeding.
She also has a significant history of several AVMs. The G tube
was placed 4 years ago due to progressive _of the disease_. Upon the
evaluation with her parents, they said the patient has abdominal
pain and discomfort after she has regular feeding.  For that
reason, she consulted Dr._Joanstory_to have this G tube changed to
probably a J tube.  The patient has been on Carafate for about 2
months with no decrease in the symptoms.  No EGD has been
performed to evaluate this to rule out peptic disease.

REVIEW OF SYSTEMS:  Positive for abdominal pain but not short of
breath.  No fever. No chills.  No vomiting.  The rest of the
review of systems is negative.

PAST MEDICAL HISTORY: Turner syndrome since 1982.  Multiple AVMs,
midthalamic and also vein of Galen.  G tube.  VP shunt in 1999.
Right broken forearm.  T&A October 2003.

MEDICATIONS ON ADMISSION:  Tylenol at 650 mg q.6 h. p.r.n.
Carafate 2 tablets q.i.d.

FAMILY HISTORY:  Father and mother positive for coronary artery
disease and colon cancer on the mother's side.

SOCIAL HISTORY:  No alcohol, tobacco or IV drugs.  The patient is
working.  She is married.  She is living with her husband.

ALLERGIES: Codeine, tetanus and aspirin.

PHYSICAL EXAMINATION: Vital signs:  Temperature 35.2, blood
pressure 101/55, heart rate 84, respirations 20, pulse oximetry
95%.  General:  She was in no acute distress.  Oropharynx clear.
Neck:  No bruits.  Chest clear to auscultation bilaterally.
Cardiovascular:  Regular rhythm.  Normal S1, S2.  Abdomen:  Soft.
Found G tube in place with no erythema and no sign of infection.
Extremities:  Pulses present throughout.  No edema.  Skin warm

G 001157

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

KERRIS, KARYN                                    2014-312
Discharge Summary                               03/26/2004
Page 2 of 3

and not red around the G tube. Neurologic exam: Initially the patient was not very cooperative with the exam. The neurologic exam was very limited. The general neurologic exam appears to be normal. Motor normal bulk. The patient looks a little skinny, but this could be poor nutrition. The motor exam she was able to move the 4 extremities. No Babinski. The rest of the neurologic exam was unable to perform because no cooperation from the patient.

LABORATORY: Sodium 135, potassium 4.3, chloride 100, bicarbonate 28, BUN 8, creatinine 0.7, glucose 94, white blood cells 4.4, platelets 200, hemoglobin 13.3, hematocrit 39.6. PT 13.2, INR 1.03, PTT 29.6. Albumin 3.4, total bilirubin 0.6, bilirubin direct 0.2, AST 31, ALT 42, alkaline phosphatase 42. EKG was normal sinus rhythm with right BBB.

HOSPITAL COURSE: This is a 33-year-old white female with a history of Turner syndrome, midthalamic bithalamic AVM with G tube who came for possible change of G tube to J tube for the reason that she has been having abdominal pain after the feeding. The patient was in the hospital for that reason. General surgery evaluated the patient. Also, they wanted GI to be involved. GI performed the EGD that was negative for peptic disease. After the neurologic evaluation and assessment it was recommended that the patient can keep the same G tube but needs to have tube feedings with Ensure 1-1/2 cans at 25 mL t.i.d. With this recommendation to change the rate of the tube feedings, the patient tolerated better the feeding, so for this reason the patient was discharged home with no more complications.

DISCHARGE MEDICATIONS: She is going to be just on G tube feedings with Ensure 1-1/2 cans at 25 mL per hour t.i.d.

CONDITION ON DISCHARGE: Fair.

FINAL DIAGNOSES
1.    Turner syndrome.
2.    Arteriovenous malformations.
3.    Gastrostomy tube.

DISPOSITION: Discharged home.

FOLLOWUP: By Dr. _____ TURNSTORE who is her primary care neurologist.

G 001158

Doc #: 195697A,A

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

KERRIS, KARYN
Discharge Summary
Page 3 of 3

2014-312
03/26/2004

PAMELA Y BLAKE                    4/19/04
                                  Date

MDI/ADMIN
D:04/07/2004
T:04/07/2004  8:38 P

cc:     PAMELA Y BLAKE

G 001159

Doc #: 195697A,A

MEDICAL RECORD COPY - CONFIDENTIAL INFORMATION

# EXHIBIT 23

Notes for Dr. Tornatore:  Sept. 12, 2005

Observations since our last visit
1. talking less
2. eating less- complaining of stomach pain again or she says she's full
3. awake longer with No-Doz, coke seems to have no effect
4. headaches remain at 8- occasionally a 9 or a 7; however, she does not want Tylenol often
5. sits up straighter in her rocking chair
6. magnesium is helping sometimes
7. still depressed and angry
8. basal cell carcinoma surgery was successful

Questions:
1. Could she have lupus?  A butterfly shaped rash appears on her face often
2. What about adult day care centers?
3. Is the use of oxygen still a possibility?
4. What about herbal remedies for her headaches?
5. Any new treatments?

N 000244