PATIENT: KERRIS,KARYN A          MRUN: 2014312      AGE: 28Y
ORDER #: 13882471    ACC#: 600189120ADMIT DR: WATSON,VANCE E
ADMIT DATE: 11/04/98    SER: SUR    DISCHARGED: 11/06/98 @ 10:55 AM
SERVICE: 11/04/98
ORDER DR: WATSON,VANCE E          RAD #:
DICTATED BY: WATSON,VANCE E

HISTORY:

28 YO WOMAN WITH TURNER'S SYNDROM HAD DECREASING COGNITIVE FUNCTION AND INCREASING GAIT ATAXIA, WORSENED WITH EXERTION, VOLUNTEERED FOR AN MRI STUDY AT NIH AND WAS FOUND TO HAVE A BITHALAMIC ARTERIOVENOUS MALFORMATION, MEASURING 6-7 CM IN DIAMETER. SHE ALSO REPORTS SLURRING OF SPEECH AND RIGHT SIDED HEADACHE'S WHICH OCCUR AT NIGHT. SHE HAD ONE EPISODE OS SYNCOPY, JULY 4, 1998.

PE REVEALS A HEALTHY APPEARING WOMAN WITH HABITUS OF TURNER'S SYNDROME AND A SCAR FROM LEFT HIP SURGERY. NEUROLOGICALLY SHE IS GROSSLY INTACT EXCEPT FOR A WIDE BASED GAIT AND FALLING TO EITHER SIDE ON TANDEM GAIT, BILATERAL HORIZONTAL DYSTAGMUS, AND BILATERAL HYPERREFLEXIA.


RT CAROTID ARTERIOGRAM          CPT:      ACR:
CATHS: LEFT INTERNAL CAROTID ARTERY. MICROCATHS: LEFT MIDDLE CEREBRAL ARTERY SUPPLY VESSELS. IT REQUIRED SEVERAL EXPLORATIONS TO FIND THE FIRST VESSEL WITH PERINIDAL POSITION. THIS WAS A POSTERIOR MIDDLE CEREBRAL ARTERY BRANCH. EMBOLIZATION OF A PORTION OF THE NIDUS WAS PERFORMED WITH 0.3 CC OF 20% NBCA WITHOUT COMPLICATION OR DIFFICULTY AND WITH INTRANIDAL DEPOSITION. A SECOND POSTERIOR MIDDLE CEREBRAL ARTERY BRANCH WAS ENTERED AND INJECTION OF 20% NBCA HALTED AT 0.2 CC AFTER NOTING LEAKAGE THROUGH A FISTULA, WHICH WAS NOT IDENTIFIED ON PREEMBOLIZATION ANGIOGRAPHY, INTO A DRAINING VEIN. THE APPROXIMALELY 0.1 CC OF VENOUS EMBOLIC MATERIAL PASSED TO THE TORCULA AND DID NOT APPEAR TO IMPEDE THE DRAINAGE. THERE WERE NO CLINICAL COMPLICATIONS.


CONCLUSION:
STAGED ARTERIOVENOUS MALFORMATION EMBOLIZATION. SHE WILL REQUIRE SEVERAL PROCEDURES. WE MAY NEED TO CONSIDER TRANSVENOUS COIL PACKING AT SOME TIME IN THE FUTURE. THIS CASE WAS DISCUSSED AT

PRINTED: WED DEC 2, 1998 1:04 PM BY WILLIAMS,HELEN L (CG-3)

*** CONTINUED ON PAGE 2 ***