UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civil Action No. 1:05CV02086 <br> Judge Paul L. Friedman |

CITY OF WASHINGTON   )
                     )
DISTRICT OF COLUMBIA )

### DECLARATION OF VANCE E. WATSON, M.D.

I, Vance E. Watson, M.D., hereby declare and state as follows:

1. My name is Vance E. Watson, M.D. I am over the age of 18, and am otherwise competent and authorized to make and give this Declaration in connection with the above numbered and entitled case. I have personal knowledge of the facts set forth below. The statements set forth in this Declaration are true and correct based upon my personal knowledge to the best of my knowledge and recollection.

2. Plaintiff Karyn Kerris ("Ms. Kerris") was referred to Georgetown University Hospital ("GUH") in the summer of 1998 after she discovered that she had a bithalmic arteriovenous malformation ("AVM"), measuring 6 to 7 centimeters, from a magnetic resonance imaging ("MRI") performed in December 1997 at the National Institute of Health ("NIH"), while

participating as a control in a voluntary study where Ms. Kerris was employed. Ms. Kerris was told that her condition was terminal. *See* 11/4/98 GUH Consultation Report (Ex. 3); 11/4/98 GUH Radiology Report (Ex. 7); 3/5/99 GUH Psychiatry Consult (Ex. 2).[1]

3. Ms. Kerris was asymptomatic until March 1998 when she began experiencing increasing difficulty with balance and progressive slurring of her speech, increasing in frequency so that by November 1998, Ms. Kerris was experiencing them every 2 to 3 days and she reported having blacked out on July 4, 1998 while driving. *See* 11/4/98 GUH Consultation Report (Ex. 3). Ms. Kerris also carried the diagnosis of having Turner's Syndrome. *Id.*[2]

4. On August 31, 1998, Ms. Kerris presented at GUH for a cerebral arteriogram to delineate further the abnormalities of the blood vessels – AVM – within Ms. Kerris's brain. 8/31/98 GUH Ambulatory and Less Than 48 Hours Record (Ex. 1).

5. On August 31, 1998, Ms. Kerris signed a Consent for Surgery, Anesthetics, and Other Medical Services ("Consent Form"). *See* 8/31/98 Consent Form (Ex. 4). As is the case with all of the other Consent Forms Ms. Kerris signed, in the August 31, 1998 Consent Form, Ms. Kerris acknowledged that I had

> described the nature of this procedure to me in terms I understand and has answered all questions I have asked about it to my satisfaction. He has also explained significant complications and risks which may be associated with this procedure, including the complications and risks of anesthesia, and has advised me of possible alternatives to this treatment, including the possible consequences of no treatment at all, and the significant complications and risks associated with such alternatives. *Id.*

---

[1] Unless specifically noted, all citations to Exhibits are to Exhibits attached to Defendants' Statement of Facts Defendants Contend Are Undisputed ("SOF"). By reference to these exhibits, Vance C. Watson, M.D., affirms that these Exhibits, as well as all Exhibits attached to the aforementioned Statement, are true and accurate copies of documents contained in Karyn Kerris's medical record.

[2] *See* definition of Turner's Syndrome at SOF ¶ 2.