Because of the rare nature of Ms. Kerris's medical presentation, "[t]he case was discussed at [the] multidisciplinary neurovascular conference and endovascular treatment was encouraged." 11/4/98 GUH Radiology Report (Ex. 7). The multidiscipliinary neurovascular conference is a group consisting of neurosurgeons, neurologists, and radiologists from Georgetown University, other hospitals, and private practice, which meets regularly, at which different doctors present cases that they have, the diagnosis, and treatment of the condition is discussed in the open forum. From the description of Ms. Kerris' case to the conference, I would have presented her images and clinical findings and a discussion of them would have followed.

19. On November 4, 1998, prior to undergoing the first of the series of embolization procedures using the Lipiodol/Histoacryl mixture, Ms. Kerris acknowledged that I had explained all material facts regarding the embolization procedure to her in a manner that she could fully understand and that I had satisfactorily answered any questions she had by signing the November 4, 1998 Consent Form. See 11/4/98 Consent Form (Ex. 6).

20. The November 4, 1998 Consent Form contained the same acknowledgement as the August 31, 1998 Consent Form that all risks, complications, and alternative treatments had been satisfactorily explained to Ms. Kerris and that no guarantees were given to her as to the result of the treatment. *Id*.

21. Ms. Kerris underwent the first of her embolization procedures on November 4, 1998 in an attempt "to maintain optimal cerebral tissue perfusion." 11/4/98 GUH Patient Care Summary (Ex. 11). Ms. Kerris experienced no clinical complications during the procedure. *See* 11/4/98 GUH Radiology Report (Ex. 7).

22. Ms. Kerris returned to GUH for the second in the series of embolization procedures using the Lipiodol/Histoacryl mixture on January 13, 1999 in an attempt to maintain

optimal cerebral tissue perfusion. 1/13/99 GUH Consultation Report; 1/13/99 GUH Patient Care Summary (Exs. 26[6] & 10, respectively).

23. Again, prior to undergoing this second of the series of embolization procedures using the Lipiodol/Histoacryl mixture, Ms. Kerris acknowledged that I had satisfactorily explained the procedure, all material aspects (possible risks, benefits, complications, alternative treatments, etc.) of the procedure in terms that she could understand and answered any questions that she might have. 1/13/99 Consent Form (Ex. 10).

24. Ms. Kerris underwent the second embolization using the Lipiodol/Histoacryl mixture without complications. 1/13/99 GUH Consultation Report (Ex. 26).

25. Ms. Kerris returned to GUH for the third in the series of embolization procedures using the Lipiodol/Histoacryl mixture on March 3, 1999 in an attempt to address a declining level of consciousness, worsening lethargy, difficulty walking, and declining fine motor skills, "barely able to work." *See* 3/17/99 GUH Discharge Summary; 3/5/99 GUH Psychiatry Consult (Exs. 14 & 2, respectively). There were no evident technical complications during the procedure. 3/17/99 GUH Discharge Summary (Ex. 14).

26. Again, prior to undergoing the third of the series of embolization procedures using the Lipiodol/Histoacryl mixture, Ms. Kerris acknowledged that I had satisfactorily explained the procedure, all material aspects (possible risks, benefits, complications, alternative treatments, etc.) of the procedure in terms that she could understand and answered any questions that she might have. 3/3/99 Consent Form (Ex. 15).

---

[6] Exhibit 26 is attached only to Dr. Watson's affidavit, but is incorporated by reference into defendants' motion in its entirety as support for the motion as a whole.

27. I am in the practice of medicine with a specialty in interventional neuroradiology. I am not a manufacturer of any product, nor do I sell any product.

28. The purpose of my interaction with Ms. Kerris was to provide medical treatment for her serious condition of bithalamic AVMs with progressive symptoms.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Watson*

Vance C. Watson, M.D.

Executed on: March 3, 2006