DEPARTMENT OF RADIOLOGY
3800 RESERVOIR ROAD, N.W.
WASHINGTON, D.C. 20007
(202-784-3400)
RESULT DOCUMENT

| | | | |
|---|---|---|---|
| PATIENT: | KERRIS, KARYN A | MIIS ORD #: | 14166569 |
| MRUN/RAD NO: | 2014312 | ACCT #: | 600247258 |
| ORDERING DR: | USCINSKI, RONALD | SERVICE: | ANG |
| ADMITTING DR: | WATSON, V | PT CLASS: | I |
| DATE OF EXAM: | 03/03/1999 12:43PM | ROOM/BED: | C6102A |
| TRANSCRIBED: | VW 03/18/1999 02:54AM | | |

Ext: Pulses 2+ dp / pt / p / f / r/ c without bruits; no edema

A & Ox3, no aphasia, no neglect, but with flat affect and hypophonea
Cranial Nerves: PERRLA, decreased up gaze, face symmetric, tongue midline
Motor: no pronator drift, good grip, deltoids. Triceps, biceps, iliopsoas, quadraceps, ankle dorsi and plantar flexion.
Reflexes: 2+, symmetric achilles, quads, biceps; no Babinski (toes down)
Sensory: intact light touch and proprioception
Cerebellar: intact FTN and normal gait

Procedure:

Caths: right internal carotid artery
Microcaths: right thalamic branches to arteriovenous malformation.

Embolization: a very small area of the right anterior arteriovenous malformation was embolized with 0.1 cc of 25% N-Butyl Cyanoacrylate with lipiodol ("glue") with nidal cast and no apparent distal or proximal migration of glue.

The angiographic pattern shows a very large bithalamic arteriovenous malformation with perforating vessel supply, anterior cerebral artery supply, and posterior choroidal supply. There has been some decrease in nidus and no compromise of the dominant deep venous drainage through the vein of Galen and straight sinus.

She seemed to tolerate the procedure well initially, and then a few days later she became very lethargic and then stopped eating, communicating, or showing signs of being awake. She then began to hold her eyes closed forcefully, and the examing neurologists felt there was no basis and it was not Parkinsonian blepharospasm. Magnetic resonance imaging revealed no identifiable complication. Various consults changed opinions over time with the final diagnosis most likely profound emotional depression overlayed on a Parkinson's like neurological disorder. She responded slowly to mirapex, sinamet, ritalin, zoloft, and provigil until I had a forceful talk with her about the problems of not eating and she became angry a few minutes later, left bed, began to eat, and was alert and communicative. This was clearly not a sudden response to medical therapy, although her underlying mood and condition is felt to be improved with her pharmacological management. She was discharged alert, cooperative, independent in ambulation, and with good cognition. Formal cognitive and behavioral tests are awaiting scoring and analysis. She is discharged to acute rehabilitation on above medications with request to return to the office in 2-3 weeks.