**GEORGETOWN UNIVERSITY MEDICAL CENTER**
**GEORGETOWN UNIVERSITY HOSPITAL**

## CONSENT FOR SURGERY, ANESTHETICS, AND OTHER MEDICAL SERVICES

Date 1-13-99   Time 10:30 A.M./P.M.

1. I authorize the performance upon _____ (MYSELF OR NAME OF PATIENT) of a procedure known as _angiogram + embolization of cerebral malformation_ (TITLE OF PROCEDURE) to be performed under the direction of Dr. _Watson_ (FIRST NAME) _____ (LAST NAME)

2. I acknowledge that Dr. _Watson Nikolic_ (FIRST NAME) (LAST NAME) has described the nature of this procedure to me in terms which I understand and has answered all questions I have asked about it to my satisfaction. He has also explained significant complications and risks which may be associated with this procedure, including the complications and risks of anesthesia, and has advised me of possible alternatives to this treatment, including the possible consequences of no treatment at all, and the significant complications and risks associated with such alternatives.

3. If in the course of this procedure the physician in charge determines that procedures in addition to or different from this procedure are necessary to _____ (MY OR PATIENT'S) well-being and it is not practicable to obtain my consent thereto at the time, I authorize him/her to perform such procedures without further consultation with me.

4. I also consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for this service.

5. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as the result of treatments or examination in the hospital.

6. Should my physician determine during my operation or immediate post-operative period, that a transfusion of blood and/or blood products is necessary, I consent to the administration of those blood and/or blood products. Although it is unlikely, transfusions of blood products may transmit diseases such as hepatitis or AIDS. I authorize the above-named surgeon and his assistants to perform such transfusions as are necessary and desirable in the exercise of professional judgment.

7. I acknowledge that Georgetown University Hospital is a teaching institution. For the purpose of advancing medical education, I consent to the admittance of observers to the operating room and to the photographing or televising of the procedures to be performed, including appropriate portions of my body, for medical, scientific, or educational purposes, provided my identity is not revealed by the pictures or by descriptive texts accompanying them.

8. I consent to the disposal by hospital authorities of any tissues or parts which may be removed, including their use in research and development for commercial and noncommercial purposes.

I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT TO OPERATION, THAT THE EXPLANATIONS REFERRED TO THEREIN HAVE BEEN MADE, AND THAT ALL BLANKS REQUIRING INSERTION OR COMPLETION WERE FILLED IN OR STRICKEN BEFORE I SIGNED.

Signed X _____ (PATIENT OR PERSON AUTHORIZED TO CONSENT FOR PATIENT)

If other than patient, state relationship _____

Witness _____

IT IS UNDERSTOOD THAT IF ANY OF THE FIRST FIVE ITEMS ARE STRICKEN BY THE PATIENT, INFORMED CONSENT IS NOT IN EFFECT AND THE PROCEDURE CANNOT BE PERFORMED.

Georgetown University Medical Center • 3800 Reservoir Road NW • Washington DC 20007-2197