IMPORT ALERT IA8908

IA #89-08,    -----8/11/92   REVISED   ATTACHMENT 10/29/99

TYPE OF ALERT: Automatic Detention

PRODUCT    : Class III medical devices for which there are no approved PMA's
             or Investigational Device Exemptions (IDE), and all other
             devices that have not been determined substantially equivalent
             or for which a 510(k) has not been filed.

PRODUCT CODE: Multiple

HARMONIZED
CODE      : N/A

PROBLEM   : Devices are being distributed without a 510(k) or approved PMA
            and are not the subject of an IDE.

COUNTRY   : See Attachment

MANUFACTURER
or SHIPPER : See Attachment

MANUFACTURER
SHIPPER I.D.#: N/A

IMPORTER'S
I.D.#    : N/A

CHARGE   : For Class III device:

           "The article is subject to refusal of admission pursuant to
           Section 801(a)(3) in that the device appears to be a Class III
           device and does not appear to have in effect an approved
           application for premarket approval pursuant to Section 515 of
           the Act, or an exemption pursuant to Section 520(g)(1)
           [Adulteration, Section 501(f)(1)(B)]."

           For other devices:

           The article is subject to refusal of admission pursuant to
           Section 801(a)(3) in that it appears to be a post 1976 device
           for which a Section 510(k) application has not been determined
           substantially equivalent or a 510(k) has not been filed
           [Misbranding, Section 502(o)]

RECOMMENDING
OFFICE   : CDRH, Office of Compliance and Surveillance
           Division of Compliance Operations
           Regulatory Guidance Branch HFZ-323

REASON FOR
ALERT    : Devices listed in the Attachment lack either a filed 510(k) or
           approved PMA (Pre Market Approval) for commercial distribution.

INSTRUCTIONS: Automatically detain all devices, as designated, from the
              manufacturers listed in the Attachment.

FOI      : Purging between ^      ^ is required

KEYWORDS : 510(k), PMA, IDE, Medical devices, devices, Class III devices,
           Pre Market Approval                    Attachment to Import> <Alert>

           Revised 10/29/99

The following devices and firms are under automatic detention:

| Manufacturer | Device(s) / Date Added | Class |
|---|---|---|

**ALL COUNTRIES**                                                    Hyperbaric Cha

All foreign manufacturers of        Product Code 73CBF -10/29/99
Hyperbaric Chambers

**AUSTRALIA**

Australian Light Therapy    Seasonal Affective Disorder Device        III
108 Forrest St.             (SAD Lights) (2/4/92)
Cottesloe, W.A.  6011
Australia

Manufactured in China for: "Oradam" latex facial
>>Oasis Latex, Co.                              dam
Pomona, California<<         1/20/95

**BAHAMAS**

IHT Limited                 HIV Oral Test
P.O. Box N4361              (aka HIV 1,2 & Subtype O Saliva Test)   III
Nassau, Bahamas            82---/10/26/99
FEI# 3002835158

Newco Associates            HIV Oral Test
P.O. Box CB12611           (aka HIV 1,2 & Subtype O Saliva Test)   III
Nassau, Bahamas            82---/10/26/99
FEI# 3001680610

**CANADA**

Angel & Company                Angelcare Sound - 12/15/98
P.O. Box 879                & Breathing Frequency
Knowlton, Quebec, Canada              Monitor
FEI#: 3002528073            Product Code: 73BZQ

Aqua Sole Company Ltd. Eye Mask (or Eye Masque)
27 Passmore Avenue, Unit #1
Scarborough, Ontario M1V 4T4
Canada
MID #XOAQUSOL27SCA

BioChem ImmunoSystems, Inc. BioChem SELECT-HIV Kit
10900 Hamon St.   Product Code: 57YY99
Montreal, Quebe  7/27/98    c
Canada
FEI #1000229412

Biotronix 2000, Inc.        NeedleSafe, all models
2185 Michelin               including NX3000, NX2000,
Laval, Quebec               NX1000, NX5000 SDS; 80KDB
Canada H7L 4S2                          &
FEI# 3002129220             Sharpes Container sold with
                            Model NX5000 SDS and alone;
                            80MMK - 8/19/98

Fidelity Electronics of Canada (Shipper)    5/6/94
5696 Ambler Drive
Mississauga, Ontario, Canada L4W 2K9
MTD# XOFIDELE5696MIS