| Firm | Product | Class |
|---|---|---|
| Health Care Products, Inc.<br>165 Matheson Blvd. E., Suite 8<br>Mississauga, Ontario,<br>Canada L4Z3K2<br>ID# XOHEACAR165MIS | Wipeout Long Life Activated Dialdehyde<br>(4/27/93) | N/A |
| Health Light, Inc.<br>P.O. Box 3899 Station C<br>Hamilton, Ontario L8H 7P2<br>Canada | Seasonal Affective Disorder Device (SAD Lights)<br>(2/4/92) | III |
| J.K. Orthomedic, Ltee.<br>a.k.a. Kirschner Canada<br>1755 St. Regis 210<br>Dollard-des-Ormeaux<br>Quebec, Canada H9B2M9 | LARS (Ligament Advanced Reinforced System)<br>PRODUCT CODE: 87LML<br>10/13/95 | |
| Medevice Inc.<br>5080 Timberlea Blvd.<br>Unit 11, Mississauga<br>Ontario, L4W 4M2<br>Canada<br>XOMEDINC5080MIS | Bio-Mate Spinal Catheter<br>2/25/93 | |
| Medionics International, Inc.<br>Plant:<br>114 Anderson Avenue<br>Markham, Ontario L6E 1A5<br>Canada<br>   MID# XOMEDINT114MAR<br><br>Office:<br>   1271 Denison Street<br>   Suite 4950<br>   Markham, Ontario L3R 4B5<br>   Canada<br>   MID# XOMEDINT4950MAR | QC Transfer Sets<br>12/15/92 | |
| Northern Light Thechnologies<br>3070 Brabant-Marineau St.<br>St. Laurent, Quebec I4S 1K7<br>Canada | Seasonal Affective Disorder Device (SAD Lights)<br>(2/4/92) | III |
| Nordion International, Inc.<br>447 March Road<br>P.O. Box 13500<br>Kanata, Ontario<br>Canada K2K 1X8<br>MID# XONORINT1350KAN | Validose Dosimetry System<br>8/17/93 | II |
| Preferred Medical Products<br>3280 Schmon Parkway<br>Thorold, Ontario L2V 4Y6<br>Canada<br><br>ID# XOPREMED3280THO | Spinal anesthesia trays containing tetracaine hydrochloride for use in the pediatric population | III |
| | Continuous Spinal Anethesia Trays (non-pediatric)<br>(3/5/93) | III |
| | Epi-Spinal Tray-Reorder #2002<br>Epi-Spinal Mini Kit-Reorder #2005<br>(7/30/93) | III<br>III |

```
Seville Marketing                    Discreet HIV Test                       III
3017 Mountain Way                    82---/10/26/99
P.O. Box 16047
North Vancouver, BC, V7J 2R0
Canada
FEI# 3002764311


Sudor, Inc.                          Ground Zero,
P.O. Box 383                         Ground System and
Collingwood Ontario                  methods for organisms
Canada L9Y 3Z7                       (Ground Zero Grounding Device)
FEI # 3002828315                     Product Code 84- - - 10/20/99


* Tri Hawk International             Histoacryl Tissue                       III
  1570 Rue Bane                      Adhesive
  Montreal, Quebec, Canada, H4L 4M6   5/11/93
*(Shipper for B. Braun Melsungen AC.)


Ultrasoft Laboratories               Contact Lenses (all types)              II
8855 Northbrook Court                2/9/93
Burnaby, British Columbia V5J 5G1
Canada
ID# XCULTLAB8855BUR
ID# XCULTSOF4025BUR


Yocan Medical Systems Inc    Histoacryl Tissue Adhesive (MAY ALSO BE         III
4 Spirea Ct.                     IDENTIFIED AS BIOLOGICAL GLUE)
Thornill, Ontario, Canada    84KGG
L3T 2W1                      79MFI
FEI #1000189357                  (NOTE: PRODUCT HAS ALSO BEEN CODED AS
                             A DRUG UNDER 66V--99)
                             12/17/98


CHINA, PEOPLES REPUBLIC

Guanzhou HuaNan Medical              Positive/Negative Pressure
  Apparatus Co., Ltd. (MFR.)         Integrated Computer Control
212 Xingang W. Rd.                   Augmented Sequential External
Guangzhou, 510300, China             Counter-Pulsation Devices
FEI# 3001403711                      Prod. Code 89[ ][ ][ ]
                                     2/24/98

Shipper for Guanzhou HuaNan:

Shandong Medicines & Health Products
  Import/Export Corp.
16 Baoding Road
Qindao, China
FEI# 3000246908


China National Agricultural Machinery    Universal Massage
Shenzhen, China                          Apparatus
MID #CNCHINATSHE                         11/30/94


Chongqing Bashan Instrument Factory      TDP Special Electromagnetic
83 Shi Xin Road                          Therapeutic Apparatus
Chongqing, PRC 630039                    80ILY
FEI# 3000983373                          8/19/97


Doo Jung H.K. Limited                Pap Smear Brushes (may be              II
Kwan Lan Town                        shipped as cosmetic brushes
```