Instructions for use

# Histoacryl®



### Description
The tissue adhesive Histoacryl® is composed of enbucrilate. In order to make it easier to see how thick a layer has been applied Histoacryl® is coloured blue with the dyestuff D & C violet No. 2, but it is also available in colourless form containing no pigment.

### Composition
Enbucrilate (1 ampoule of 0.5 ml contains 0.5 g)
(1 ampoule of 0.2 ml contains 0.2 g)

### Indications
Closure of smooth and fresh skin wounds.

### Mode of action
The presence of tissue moisture immediately polymerises Histoacryl® into a solid substance with a stable connection to the tissue.

### Contraindications
Histoacryl® must not be used for closing wounds to internal organs or on the surface of the brain and to the central and peripheral nervous system, since tissue damage with scar formation and subsequent disturbance of function can result. Administration to the intima and media of blood vessels should also be avoided on account of the risk of thrombosis and damage to the vascular wall.

### Warning
Histoacryl® is intended for once only use and should be used immediately after the ampoule is opened. When ampoules have been opened but not used they and their contents should be discarded.
Histoacryl® should be stored at less than +5° C. The adhesive should only be removed from the tube immediately before use.
Histoacryl® must not be introduced into the wound, since this interferes with healing.

### Notes/precautionary measures
After the cylindrical plastic packaging tube has been opened the tube of adhesive can be removed with sterile precautions. This is then opened by cutting off the thin, drawn-out tip. It is advisable to grip the thin, drawn-out part of the plastic ampoule with the fingertips and to hold it vertically upwards when cutting off the tip. This is the best way to avoid Histoacryl® escaping during the cutting process. It should be ensured that the edges of the wound fit properly before applying Histoacryl®. The tissues to be joined can be coated directly by cautiously pressing the wall of the plastic ampoule together. Particularly fine control of compression can be achieved by gripping the plastic ampoule in the jaws of a pair of blunt forceps. The areas to be joined should be as dry as possible. The skin surfaces should be pressed together for 1 minute after application of Histoacryl®. It is not possible to make corrections once the adhesive has hardened. Wounds that are under tension should be secured with holding sutures. Wounds more than 3 cm long should also be secured by sutures. Only fluid adhesive should be applied. The state of the adhesive can be assessed before the plastic ampoule is opened.
The user must be aware of the particular properties of a liquid tissue adhesive when applying Histoacryl® tissue adhesive.

### Side effects
The use of this product leads to an exothermic reaction. The improper application of too thick a layer of adhesive can lead, on polymerization, to thermal damage to tissue. The application of too thick a layer over too large an area prevents the formation of healing connective tissue in the wound.

### Dosage and application
If not otherwise prescribed as little Histoacryl® tissue adhesive should be applied as possible; it is sufficient when the film applied is slightly coloured. The sparing application of thin layers or spots is the requirement for undisturbed wound healing. If too much adhesive is accidentally applied it can be removed in the first seconds using a dry swab.
If Histoacryl® is accidentally introduced into the eye, adhesion can be prevented by prompt irrigation with water. If, however, when using Histoacryl® there is accidental adhesion or deposition of the substance, particularly in the eye, these will detach of themselves in a few days. Otherwise adhesions in less sensitive areas of the skin can be cautiously dissolved in acetone.
Care should be taken that instruments, drapes, swabs or gloves do not come into contact with the adhesive after application, since they could become attached to the tissue. Instruments contaminated with Histoacryl® can be cleansed with dimethylformamide or acetone.

### Sterilization
The sterility of Histoacryl® is guaranteed by membrane filtration and aseptic filling.

### Symbols used on labelling

- Do not reuse
- Use until Year + Month
- STERILE|A  Sterile unless package is opened or damaged. Method of sterilization: aseptic filling