UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICE I. IACANGELO, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGETOWN UNIVERSITY, t/a<br>Georgetown University Hospital, et al.<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   Case No.: 1:05CV02086<br>:   Judge Paul L. Friedman<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT

I, Melvin Van Woert, M.D., being over the age of 18, under penalty of perjury swear and affirm that the following is true, to the best of my knowledge:

1). I am an internist with a practice located in New York City.

2). From 1978 to present, I have been a Professor at the Departments of Neurology and Pharmacology at Mount Sinai School of Medicine. I have been a principal investigator on drug studies with industry and private sector which have been reviewed by numerous IRB's. I have been a Consultant for Neuropharmacological Drug Products for the Food and Drug Administration and have sat on committees for pharmacy and therapeutics for Mt. Sinai Hospital, Yale University, Medco and Public Affairs for the American Society for Pharmacy and Experimental Therapeutics.

3). I have reviewed the relevant portions of the medical records of Karyn Kerris, the Declaration of Vance E. Watson, M.D., the package insert for Histoacryl, and the FDA Trade Alert #89-08, as well as Georgetown University's Institutional Review Board Policies & Procedures Manual.