# Institutional Review Board Policies & Procedures Manual



## Georgetown University
## Office of Regulatory Affairs

### July 2003