## Chapter 2.
## The Regulatory Mandate to Protect Human Subjects

Georgetown University (GU) and Federal regulations require specific protections for human subjects. These, and other, regulatory documents are provided in Appendix V.

  a. **Department of Health and Human Services (DHHS).** DHHS regulations at 45 CFR Part 46, Subpart A constitute the Federal Policy (Common Rule) for the protection of human subjects. The DHHS regulations also include additional protections for pregnant women, human fetuses and neonates (Subpart B), prisoners (Subpart C), and children (Subpart D). All human subject research at GU must comply with all four Subparts of the DHHS regulations. These regulations are enforced by the DHHS, Office for Human Research Protections (OHRP).

  b. **Food and Drug Administration (FDA) Regulations.** FDA has codified informed consent (21 CFR Part 50), IRB (21 CFR Part 56), and child protection (61 FR 20589 and 21 CFR Part 50, Subpart D) regulations that are almost identical to the DHHS regulations. Additional FDA regulations relevant to the protection of human subjects address Investigational New Drug Applications (21 CFR Part 312), Biological Products (21 CFR Part 600), and Investigational Device Exemptions (21 CFR Part 812).

  In general, FDA human subject regulations apply to clinical investigations and other research involving products regulated by FDA, including food and color additives, drugs for human use, medical devices for human use, biological products for human use, and electronic products. IRB review and approval is required for clinical investigations and other research involving products regulated by FDA for human use, even where an Investigational New Drug Application (IND) or Investigational Device Exemption (IDE) is not required.

  c. **The Assurance and IRB Registration Process.** Every institution that receives funds from DHHS for human subject research must have an "Assurance" of protection for human subjects (45 CFR 46.103).

  GU currently conducts human subject research under a DHHS, OHRP-approved Multiple Project Assurance (MPA) with Federalwide application. The transition to an FWA will have no effect on the conduct of human subject research at GU. The GU Office of Regulatory Affairs coordinates IRB registration and Assurance filing for all GU IRBs.

## B. Institutional Review Board (IRB) Administration

## Chapter 6.
## IRB Roles and Authorities

a. **Human Subject Protections under Federal Regulations.** Federal regulations at 45 CFR Part 46 require that institutions engaging in human subject research funded by the Department of Health and Human Services (DHHS) devise mechanisms for the protection of human subjects. The regulations require that each institution conducting human subject research file a written "Assurance" of protection for human subjects and designate one or more Institutional Review Boards (IRBs) to review its human subject research. These and other applicable regulations are provided in Appendix V.

The filing of Assurances and the registration of IRBs are coordinated for all GU IRBs by the Office of Regulatory Affairs, which has developed policies and procedures for its IRBs to operate under a "Federalwide Multiple Project Assurance " (MPA) or the Federalwide Assurance (FWA) from the Office for Human Research Protections (OHRP) in the Department of Health and Human Services (DHHS).

These policies and procedures apply to all research involving human subjects, regardless of the source of funding, if any.

b. **Institutional Authority of the IRB.** The Office of Regulatory Affairs, which reports to the institution's Executive Vice President, is responsible for all research activities conducted under the auspices of this institution.

The Office of Regulatory Affairs may designate one or more Institutional Review Boards (IRBs) to review this institution's human subject research. Designated IRBs may be operated by this institution or by any entity deemed appropriate by the Office of Regulatory Affairs, and must be listed in this institution's Assurance. This institution's designated IRBs are listed in Appendix VI.

Any designated IRB that is operated by another entity functions under the authority of this institution's Office of Regulatory Affairs when overseeing this institution's human subject research. Any such designation must comply with GU requirements and must be accompanied by a written agreement specifying the responsibilities of the designated IRB and this institution under this institution's Assurance.