c. **Purpose of the IRB.** A designated IRB's primary responsibility is to protect the rights and welfare of participants involved in human subject research. In doing so, the designated IRB monitors human subject research to determine that it is conducted ethically, and in compliance with GU and Federal regulations, the requirements of applicable law, this institution's Assurance, and this institution's policies and procedures. The designated IRB fulfills these responsibilities by conducting prospective and continuing review of human subject research, including review of the protocol and grant applications or proposals (for Federally-funded research), the informed consent process, procedures used to enroll subjects, as well as any adverse events or unanticipated problems reported to the IRB.

d. **Scope of the IRB's Authority.** All human subject research conducted at GU or by GU's employees or agents must be prospectively reviewed and approved by an IRB designated by GU's Office of Regulatory Affairs. No human subject research may be initiated or continued at GU or by GU's employees or agents without prospective approval of a designated IRB.

Any IRB designated by GU's Office of Regulatory Affairs is empowered to take any action necessary to protect the rights and welfare of human subjects in GU's research conducted at GU or by GU's employees or agents. The IRB has the authority to approve, require modifications in, or disapprove any human subject research conducted at GU or by Gu's employees or agents.

A designated IRB may suspend or terminate the enrollment and/or ongoing involvement of human subjects in this institution's research as it determines necessary for the protection of those subjects. The IRB has the authority to observe and/or monitor this institution's human subject research to whatever extent it considers necessary to protect human subjects.

e. **Disagreements Among Designated IRBs.** Should two of GU's designated IRBs, or a GU-designated IRB and a collaborating institution's IRB, disagree about the conditions necessary to approve a specific protocol, that disagreement must be resolved to the satisfaction of both IRBs before the protocol can be initiated or continued.

f. **Additional Institutional Review of IRB-Approved Research.** Although research approved by a designated IRB may be disapproved by other GU committees or officials, no human subject research may be conducted at GU or by GU's employees or agents without the initial and continuing approval of a designated IRB. No GU committee or official may approve or authorize to proceed any human subject

Office of Regulatory Affairs Institutional Review Board of Georgetown University
Policies & Procedures Manual

## Chapter 11.
## IRB Review and Approval Considerations

Federal regulations at 45 CFR 46.111, FDA regulations, and the Federal Policy (Common Rule) delineate specific criteria for the approval of research. IRBs designated by GU will determine that all of the following requirements are satisfied before approving proposed research.

a. **Levels of Risk.** IRBs must consider the overall level of risk to subjects in evaluating proposed research, and investigators are required to minimize risks to subjects while maximizing research benefits. In general, the regulations require that the IRB distinguish research that is "greater than minimal risk" from research that is "no greater than minimal risk." Under specific circumstances, research that is no greater than minimal risk may be eligible for expedited review, waiver or alteration of informed consent requirements, or waiver of the requirement to obtain written documentation of consent.

Under Federal regulations at 45 CFR 46.102(i), "minimal risk means that the probability and magnitude of harm or discomfort in the research are not greater in and of themselves than those encountered in daily life or during the performance of routine physical or psychological examinations or tests."

b. **Risks Minimized.** In order to approve research, the IRB must determine that risks are minimized by using procedures that are consistent with sound research design and do not expose subjects to unnecessary risks. Whenever appropriate, the research should utilize procedures that are already being performed on the subjects for diagnostic or treatment purposes.

The IRB is expected to consider the research plan, including the research design and methodology, to determine that there are no flaws that would place subjects at unnecessary risk. When the research design presents unnecessary or unacceptable risks to subjects without commensurate benefits to the subjects or to others, the research cannot ethically proceed.

In order to ascertain whether the research project is adequately designed and thus subjects protected, the IRB reserves the authority to seek opinions from consultants on proposed research and its design. The IRB may determine that proposed research must be re-designed to enhance subject autonomy, maximize benefits, reduce risks, select subjects equitably, minimize undue influence or coercion, etc.