The IRB will also consider the qualifications of the research team. Clinicians are expected to maintain appropriate professional credentials and licensing privileges. Overall, the research team must possess the professional and educational qualifications, as well as the resources, to conduct the research project and to protect the rights and welfare of subjects.

c. **Risks Reasonable Relative to Anticipated Benefits.** In order to approve research, the IRB must determine that the risks of the research are reasonable in relation to the anticipated benefits (if any) to subjects, and/or the importance of the knowledge that may reasonably be expected to result.

The IRB develops its risk/benefit analysis by evaluating the most current information about the risks and benefits of the interventions involved in the research, in addition to information about the reliability of this information. The IRB should consider only those risks that result from the research, and should not consider long range effects (e.g., public policy implications) of applying the knowledge gained in the research.

d. **Equitable Selection of Subjects.** In order to approve research, the IRB must determine that the selection of subjects is equitable. In making this determination, the IRB should evaluate the purposes of the research and the research setting, and should be especially cognizant of the problems of research involving vulnerable subject populations.

The IRB should carefully examine inclusion-exclusion criteria and recruitment procedures in order to determine that the burdens and benefits of the research are being distributed equitably. The IRB should be mindful of the importance of including members of minority groups in research, particularly when the research holds out the prospect of benefit to individual subjects or the groups to which they belong.

The IRB should be mindful of the desirability of including both women and men as research subjects and should not arbitrarily exclude the participation of persons of reproductive age. Exclusion of such persons must be fully justified and based on sound scientific rationale.

e. **Informed Consent Procedures.** In order to approve research, the IRB must determine that legally effective informed consent will be sought from each prospective subject or the subject's legally authorized representative (see 45 CFR 46.116), unless informed consent requirements can be waived or altered under Federal regulations. Any such waiver must be consistent with applicable laws. The specific elements required for legally effective informed consent are discussed

Office of Regulatory Affairs Institutional Review Board of Georgetown University
Policies & Procedures Manual

in detail in Chapter 12. The following informed consent procedures apply to all research conducted at GU or by GU's employees or agents:

    (i) Informed consent may only be sought under circumstances that provide the subject (or the legally authorized representative) with sufficient opportunity to consider whether or not to participate and that minimize the possibility of coercion or undue influence.

    (ii) Informed consent information must be presented in language that is understandable to the subject (or the legally authorized representative).

    (iii) No informed consent process may include any exculpatory language (a) through which the subject is made to waive, or appear to waive, any legal rights as research subjects; or (b) through which the investigator, the sponsor, GU, or GU's employees or agents are released from liability for negligence, or appear to be so released.

    (vi) Informed consent must be obtained prior to initiation of any clinical screening procedures that are performed solely for the purposes of determining eligibility for research.

f. **Documentation of Informed Consent.** In order to approve research, the IRB must determine that informed consent will be appropriately documented, unless documentation can be waived under Federal regulations.

Federal regulations at 45 CFR 46.117 provide two methods for documenting informed consent.

    1. *Written Consent Document.* Consent may be documented through use of a written consent document that embodies all of the required elements of informed consent (these elements will be discussed in detail in Chapter 12). The consent document must be signed by the subject (or the subject's legally authorized representative), and a copy must be given to the person signing the form. FDA regulations require that the signature be dated.

    2. *Short Form Consent Document.* Consent may also be documented through use of a short form consent document which states that the elements of informed consent have been presented orally to the subject (or the legally authorized representative). When this method is used, (1) there must be a witness to the oral presentation; (2) the IRB must approve a written summary of what is to be presented orally; (3) only the short form must be signed by the subject or the representative; (4) the witness must sign both the short form and the summary; (5) the person actually obtaining consent must sign the summary; and (6) a copy of the summary