## Chapter 12.
## Required Elements of Informed Consent

Investigators must obtain the legally effective informed consent of the prospective subject, or the subject's legally authorized representative, before the subject can be included in research.

Informed consent presumes two simultaneous concepts: informed decision making and voluntary participation. Prospective subjects must be given sufficient information about the research and its risks and benefits in order to reach an **informed decision** as to whether they will **voluntarily participate**.

For an effective informed consent process, Federal regulations at 45 CFR 46.116(a), the Common Rule, and FDA regulations at 21 CFR 50.25(a) (see Appendix V) mandate the inclusion of eight basic informed consent elements unless the IRB has specifically approved an alteration or waiver of these elements. The IRB may routinely, or on a case-by-case basis, require that additional information, beyond these eight basic elements, be included in the informed consent.

No informed consent process may include any exculpatory language through which the subject is made to waive, or appear to waive, any of their legal rights or through which the investigator, the sponsor, the institution, or the institution's employees or agents are released from liability for negligence, or appear to be so released.

The Informed Consent Templates included in Appendix III provide specific guidance on how the following elements should be worded and ordered.

    a. **Research Statement (required element #1).** Informed consent information must include the following:
        (i)   A statement that the study involves research.
        (ii)  An explanation of the purposes of the research including its long term goals.
        (iii) An explanation of the expected duration of subjects' participation.
        (iv) A description of what procedures will be followed.
        (v)  Identification of any procedures that are experimental.

    If the treating physician is also the research investigator, subjects may mistake their participation in research for therapeutic treatment. By specifying the purpose of the research and describing experimental procedures, subjects should be able to recognize the difference between research and treatment.

b. **Reasonably Foreseeable Risks or Discomforts (required element #2).** Informed consent information must describe any reasonably foreseeable risks or discomforts associated with the research.

c. **Reasonably Expected Benefits to Subjects or Others (required element #3).** Informed consent information must describe any benefits to subjects or to others which may reasonably be expected from the research. However, benefits must not be overstated so as to create an undue influence on subjects.

d. **Appropriate Alternatives (required element #4).** Informed consent information must include a disclosure of any appropriate alternative procedures or courses of treatment that may be advantageous to the subject. Enough detail must be presented so that the subject can understand and appreciate the nature of any alternatives. It is not sufficient simply to state that "the doctor will discuss alternatives to participating."

e. **Extent of Confidentiality (required element #5).** Informed consent information must describe the extent to which confidentiality of records identifying the subject will be maintained (or not maintained). Research often poses the risk of loss of confidentiality to subjects who participate. Many persons who would not otherwise be privy to identifiable, private information about the subject may be involved in the research process. Consent information should describe any procedures that the research team will use to protect subjects' private records. However, the informed consent information must emphasize the loss of confidentiality that is expected (e.g., study sponsor, FDA, OHRP, IRB) and indicate the other, unanticipated loss of confidentiality might occur despite the best efforts of the investigator.

GU requires the following statement be used in informed consent documents:

> "Individuals from the Georgetown University IRB, Georgetown University Hospital and Medical Center, other Georgetown offices, the U.S. Food and Drug Administration, other Federal regulatory agencies, and _____ may look at medical and research records related to this study, both to assure quality control and to analyze data. Your name and any material that could identify you will remain confidential except as may be required by law."

Investigators should list any additional individuals or agencies in the blank space who will have access to the data and records.