f. **Compensation or Treatment for Injury (required element #6).** Informed consent information for research involving more than minimal risk must include explanations regarding:

   (i)   Whether any compensation is available if injury occurs.
   (ii)  Whether any medical treatments are available if injury occurs and whether there is a charge for such medical treatment.
   (iii) A description of any such compensation or treatments or where more information about them is available.

   Here is a standard GU statement, which is recommended boilerplate language:

   > "We will make every effort to prevent study-related injuries and illnesses. If you are injured or become ill while you are in the study and the illness or injury is due to your participation in this study, you will receive emergency medical care. The costs of this care will be charged to you or to your health insurer. No funds are available from Georgetown University, Georgetown University Hospital or their affiliates, the District of Columbia government or the federal government to compensate you for a study-related injury or illness."

g. **Contact Information (required element #7).** Informed consent information must include details, including telephone numbers, about whom to contact for three specific situations:

   (i)   For answers to questions about the research. The principal investigator and other members of the research team are appropriate contacts for this information.
   (ii)  For answers to questions about subjects' rights. Contact the appropriate IRB Office for this information. For biomedical research, include the following phone number: 202-687-1506. For social and behavioral research, including the following phone number: 202-687-5594.
   (iii) In the event of a research-related injury. Depending upon the nature of the research, the research team, the emergency services department, may serve as appropriate contacts for this information. Any billing inquiries for research-related questions should go to the Clinical Trials Officer at 202-687-0381.

h. **Voluntary Participation Statement (required element #8).** Informed consent information must contain clear statements of the following:

   (i)   Participation in the research is voluntary.
   (ii)  Refusal to participate will involve no penalty or loss of benefits to which the subject is otherwise entitled.
   (iii) The subject may discontinue participation at any time without penalty or loss of benefits to which the subject is otherwise entitled.

*Confidential Regulatory Research Review Board of Georgetown University*
*Policies & Procedures Manual*

## D. FDA-Regulated Research

## Chapter 13.
## Investigational Drugs, Devices, and Biologics

The Food and Drug Administration (FDA) is a component of the U.S. Department of Health and Human Services (DHHS) that is responsible for implementing and enforcing the Federal Food, Drug, and Cosmetic Act to regulate the safety and efficacy of these products for human use.

The FDA regulates clinical investigations that involve drugs, devices, and biologics. All such investigations must be conducted in accordance with FDA requirements for informed consent and IRB review.

Clinical trials involving an investigational drug, device, or biologic that are supported by DHHS (e.g., the National Institutes of Health) fall under the jurisdiction of both the FDA and the DHHS Office for Human Research Protections (OHRP). Such trials must comply with both the FDA and the DHHS human subject regulations.

    a. **FDA vs Common Rule and DHHS requirements.** The human subject protection requirements found in FDA regulations and DHHS regulations are substantially the same as the Common Rule requirements. However, there are important differences:
        (i)   FDA regulations contain no Assurance requirement.
        (ii)  Conditions for exemption, exception, and waiver of IRB review and Informed Consent requirements differ.
        (iii) FDA regulations require specific determinations for the IRB review of device studies (see below).
        (iv) FDA regulations include specific requirements for reporting adverse events that are not found in the Common Rule or DHHS regulations.
        (v)  DHHS regulations include specific additional protections for pregnant women, human fetuses and neonates (Subpart B); and prisoners (Subpart C); that are not contained in the FDA.

    b. **INDs and IDEs.** Applications are submitted to FDA for approval of research involving an investigational drug, device, or biologic as follows.

        1.   *An Investigational New Drug (IND)* application is submitted so that an investigation can be conducted in support of a potential New Drug Application.

        2.   *An Investigational Device Exemption (IDE)* supports research to be conducted for a Pre-Market Approval application. Devices that are substantially equivalent to other devices that are legally on the