market without a Pre-Market Approval are called 510(k) devices (see below).

3. *A Biologics License Application* is submitted to the FDA to receive approval for research on products that would support a Biologics License. Biologics include any virus, therapeutic serum, toxin, antitoxin, or analogous product applicable to the prevention, treatment or cure of human diseases or injuries.

c. **Investigator and Sponsor Responsibilities.** Under FDA regulations, the **investigator** in a clinical trial is responsible for the conduct of the study and for leading the team of individuals coordinating the study. These responsibilities include:
   (i) Obtaining IRB approval.
   (ii) Complying fully with the regulations.
   (iii) Supervising the use and disposition of the test article.
   (iv) Disclosing relevant financial information.

The **sponsor** of a clinical investigation initiates and holds the IND or IDE for a clinical investigation, but often does not actually conduct the investigation. Although the sponsor is usually a pharmaceutical, biotech, or medical device company, an individual or group of individuals can also be considered a sponsor for an investigation. An investigator is referred to as the sponsor-investigator when the individual investigator is also the initiator of the clinical investigation.

d. **IRB Review of Medical Devices.** IRBs must determine whether a device study involves significant risk (SR) or non-significant risk (NSR). A SR device is defined (21 CFR 812.3(m)) as a study of a device that presents a potential for serious risk to the health, safety, or welfare of a subject and (i) is intended as an implant; or (ii) is used in supporting or sustaining human life; or (iii) is of substantial importance in diagnosing, curing, mitigating or treating disease, or otherwise prevents impairment of human health; or (iv) otherwise presents a potential for serious risk to the health, safety, or welfare of a subject. The FDA considers studies of all SR devices to present more than minimal risk; therefore, full IRB review for all studies involving SR devices is necessary. All devices with an IDE number require full Board approval. An NSR device investigation is one that does not meet the definition for a significant risk study.
   (i) If the IRB determines, or concurs with the assessment of the sponsor, that a device study involves a SR, then it would be governed by the IDE regulations at 21 CFR Part 812. The determination of the risk status of the device will be based on the proposed use of the device in the investigation. The IRB may review any of the following materials:
       - A description of the device

Office of Regulatory Affairs Institutional Review Board of Georgetown University
Policies & Procedures Manual

    (iii) GU requires that any adverse event information submitted to the sponsor also be submitted to the IRB. Appropriate notification will be made to relevant Federal regulatory bodies, including FDA and OHRP, of any adverse events or unanticipated problems involving risks to subjects or others, and of the resolution of those events or problems.

    (iv) FDA IND regulations require that the sponsor notify the FDA and all participating investigators of any adverse experience associated with the use of the drug or biologic that is both serious and unexpected as soon as possible but in no event later than 15 calendar days after the sponsor determines it to be reportable. "Serious adverse drug experience" is defined as "any adverse drug experience occurring at any dose that results in any of the following outcomes: death, a life-threatening adverse drug experience, inpatient hospitalization or prolongation of existing hospitalization, a persistent or significant disability/incapacity, or a congenital anomaly/birth defect" (21 CFR 312.32(a)). The FDA should be notified by telephone, facsimile, or in writing as soon as possible but in no event later than seven calendar days of the sponsor's receipt of the information of any unexpected fatal or life-threatening experience.

g. **Adverse Events and Reporting Requirements – IDEs.** FDA IDE regulations require that the investigator notify the sponsor and the IRB of any unanticipated adverse device effect within 10 days.
    (i) Appropriate notification will be made to relevant Federal regulatory bodies, including FDA and OHRP, of any adverse events or unanticipated problems involving risks to subjects or others, and of the resolution of those events or problems.
    (ii) The sponsor is required to evaluate the event and report it to the FDA, to all participating investigators, and to all reviewing IRBs within 10 working days of the sponsor's receipt of the information.
    (iii) Since 510(k) devices under clinical investigation fall under the IDE regulations, reporting of adverse or unanticipated 510(k) device effects must follow these same requirements.

h. **Off-Label (Unapproved) Use of FDA-Regulated Products in Medical Practice Versus Research.** Good medical practice and the best interests of the patient require that physicians use legally available, marketed drugs, biologics and devices according to their best knowledge and judgment. If physicians use a product for an indication not included in the approved labeling (i.e., off-label), they have the responsibility to be well informed about the product, to base its use on firm scientific rationale and on sound medical evidence, and to maintain records of the product's use and effects.