UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELICE I. IACANGELO, et al.** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **Case No.: 1:05CV02086** |
| : | **Judge Paul L. Friedman** |
| **GEORGETOWN UNIVERSITY, et al.** : | |
| : | |
| **Defendants.** : | |

## ORDER

After consideration of Defendants' Motion to Dismiss Counts III, IV, VI, VII, IX, X, XI and XII, Pursuant to F.R.C.P. 12(b)(6) and Motion For Summary Judgment on Counts II, VI, and IX (In the Alternative for Counts VI and IX), Pursuant to F.R.C.P. 56(b) and Motion to Strike Certain Allegations from the Amended Complaint, Pursuant to F.R.C.P. 12(f), and Plaintiffs' Opposition thereto, it is by the Court this _____ day of _____, 2006, it is hereby,

**ORDERED**, that Defendants' Motion be and the same hereby is **DENIED**.

_____
The Honorable Paul L. Friedman
Judge, United States District Court
 for the District of Columbia

Copies to:

Megan E. Hills, Esq.
Nicolas Muzin, Esq.
Williams & Connelly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

Anthony Newman, Esq.
Newman & McIntosh
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814

Andrew Greenwald, Esq.
Joseph, Greenwald and Laake
6404 Ivy Lane, Suite 440
Greenbelt, Maryland 20770