IMPORT ALERT IA8908

Case 1:05-cv-02086-PLF-AK    Document 16-2    Filed 03/30/2006    Page 1 of 2

IA #89-08,    -----8/11/92  REVISED ATTACHMENT 10/29/99

TYPE OF ALERT: Automatic Detention

PRODUCT         : Class III medical devices for which there are no approved PMA's or Investigational Device Exemptions (IDE), and all other devices that have not been determined substantially equivalent or for which a 510(k) has not been filed.

PRODUCT CODE:   Multiple

HARMONIZED
CODE        : N/A

PROBLEM         : Devices are being distributed without a 510(k) or approved PMA and are not the subject of an IDE.

COUNTRY         : See Attachment

MANUFACTURER
or SHIPPER  : See Attachment

MANUFACTURER
SHIPPER I.D.#: N/A

IMPORTER'S
I.D.#       : N/A

CHARGE      : For Class III device:

"The article is subject to refusal of admission pursuant to Section 801(a)(3) in that the device appears to be a Class III device and does not appear to have in effect an approved application for premarket approval pursuant to Section 515 of the Act, or an exemption pursuant to Section 520(g)(1) [Adulteration, Section 501(f)(1)(B)]."

For other devices:

The article is subject to refusal of admission pursuant to Section 801(a)(3) in that it appears to be a post 1976 device for which a Section 510(k) application has not been determined substantially equivalent or a 510(k) has not been filed [Misbranding, Section 502(o)]

RECOMMENDING
OFFICE      : CDRH, Office of Compliance and Surveillance
              Division of Compliance Operations
              Regulatory Guidance Branch HFZ-323

REASON FOR
ALERT       : Devices listed in the Attachment lack either a filed 510(k) or approved PMA (Pre Market Approval) for commercial distribution.

INSTRUCTIONS: Automatically detain all devices, as designated, from the manufacturers listed in the Attachment.

FOI         : Purging between ^        ^ is required

KEYWORDS    : 510(k), PMA, IDE, Medical devices, devices, Class III devices, Pre Market Approval                Attachment to Import> <Alert>

Revised 10/29/99

The following devices and firms are under automatic detention:

| Manufacturer | Device(s) / Date Added | Class |
|---|---|---|

**ALL COUNTRIES**                                                                Hyperbaric Cha

All foreign manufacturers of  
Hyperbaric Chambers     Product Code 73CBF -10/29/99

**AUSTRALIA**

Australian Light Therapy    Seasonal Affective Disorder Device     III  
108 Forrest St.           (SAD Lights) (2/4/92)  
Cottesloe, W.A.    6011  
Australia

Manufactured in China for:   "Oradam" latex facial dam  
>>Oasis Latex, Co.  
Pomona, California<<     1/20/95

**BAHAMAS**

IHT Limited            HIV Oral Test  
P.O. Box N4361        (aka HIV 1,2 & Subtype O Saliva Test)    III  
Nassau, Bahamas       82---/10/26/99  
FEI# 3002835158

Newco Associates       HIV Oral Test  
P.O. Box CB12611      (aka HIV 1,2 & Subtype O Saliva Test)    III  
Nassau, Bahamas       82---/10/26/99  
FEI# 3001680610

**CANADA**

Angel & Company        Angelcare Sound - 12/15/98  
P.O. Box 879            & Breathing Frequency  
Knowlton, Quebec, Canada          Monitor  
FEI#: 3002528073       Product Code: 73BZQ

Aqua Sole Company Ltd. Eye Mask (or Eye Masque)  
27 Passmore Avenue, Unit #1  
Scarborough, Ontario M1V 4T4  
Canada  
MID #XOAQUSOL27SCA

BioChem ImmunoSystems, Inc. BioChem SELECT-HIV Kit  
10900 Hamon St.    Product Code: 57YY99  
Montreal, Quebe    7/27/98     c  
Canada  
FEI #1000229412

Biotronix 2000, Inc.      NeedleSafe, all models  
2185 Michelin            including NX3000, NX2000,  
Laval, Quebec           NX1000, NX5000 SDS; 80KDB  
Canada H7L 4S2          &  
FEI# 3002129220         Sharpes Container sold with  
                                   Model NX5000 SDS and alone;  
                                   80MMK - 8/19/98

- Fidelity Electronics of Canada (Shipper)     5/6/94  
5696 Ambler Drive  
Mississauga, Ontario, Canada L4W 2K9  
MID# XOFIDELE5696MIS