UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICE IACANGELO et al. | **Notice of Appearance of Ernest W. McIntosh, Jr. as Counsel of Record for Plaintiffs.** |
| *Plaintiffs*, | |
| vs. | |
| GEORGETOWN UNIVERSITY et al. | |
| *Defendants.* | Case No. 1:05CV02086 JUDGE PAUL L. FRIEDMAN |

The undersigned counsel hereby notifies the Court of the appearance of Ernest W. McIntosh, Jr. as additional Counsel of Record for Plaintiffs in this matter.

Respectfully submitted this Monday, April 24, 2006.

S:\Anthony Newman
Anthony G. Newman, Esq.
NEWMAN & McINTOSH
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
(301) 654-3400
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Notice of Appearance was served, via first-class, postage prepaid mail this 24th of April, 2006 on:

    Megan E. Hills
    Nicolas Muzin
    Williams & Connolly, LLP
    725 Twelfth Street NW
    Washington, DC 20005


                              S:/Anthony Newman
                              Anthony Newman, Esq.