# NEWMAN MCINTOSH & HENNESSEY, LLP

| | | |
|---|---|---|
| Anthony G. Newman (DC, MD) Ernest W. McIntosh (DC, MD, MD Joseph A. Hennessey (DC, MD) Wendy Wyeth (MD) | THE AIR RIGHTS BUILDING<br>7315 Wisconsin Avenue, 700E<br>Bethesda, Maryland 20814 | Main: (301) 654-3400<br>Fax: (301) 907-2975<br>www.nmhlaw.com |

March 30, 2006

Megan E. Hills, Esq.
Nicolas Muzin, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

**RE: Karyn Kerris**

Dear Ms. Hills,

Enclosed herewith please find the BC/BS authorization form executed by our client, Felice Iacangelo. Once you have received the medical records, we would appreciate your office calling us regarding Dr. Vance Watson's availability for a deposition.

Sincerely,

Daphne Hallas
Legal Assistant to Anthony G. Newman

\dlh
Enclosure