# NEWMAN McINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)  
Ernest W. McIntosh (DC, MD, MI)  
Joseph A. Hennessey (DC, MD) Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING  
7315 Wisconsin Avenue, 700E  
Bethesda, Maryland 20814

Main: (301) 654-3400  
Fax: (301) 907-2975  
www.nmhlaw.com

September 28, 2006

**VIA FACSIMILE AND DHL**
**(202) 434-5029**

Megan E. Hills, Esq.
Williams & Connolly, **LLP**
725 Twelfth Street, NW
Washington, D.C. 20005

    **RE: Karyn Kerris**

Dear Ms. Hills,

    Enclosed please find the Notice of Video Deposition for Vance E. Watson, M.D., set for Monday October 30, 2006, in your office. I am assuming that you are willing to receive service of the subpoena on his behalf. If you will not receive service, or if the date is inconvenient, please contact my office promptly so we can have him personally served and/or reschedule the deposition.

    In addition, and as promised, I have attached the executed releases from Mr. Felice Iacangelo. Please provide me with copies of all the materials you receive pursuant to those requests.

                                               Sincerely,

                                               Anthony G. Newman

AGN/bms
Enc.