# WILLIAMS ll CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434~5000

FAX (202) 434-5029

www.wc.com

EDWARD BENNETT WILLIAMS (1920-1988)  PAUL R CONNOLLY (1922-1978)

September 29, 2006

**VIA ELECTRONIC MAIL**

Anthony G. Newman, Esq. Newman
McIntosh & Hennessy, LLP 7315
Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

    Re:    **Iacangelo, et al v. Georgetown University Hospital, et at**

Dear Mr. Newman:

    I received today your subpoena for a videotaped deposition of Dr. Vance Watson to take place on October 30, 2006. As this subpoena was not served, it is invalid, as are any attempts to take the deposition of any fact witness in this above-captioned case until the scope of your Amended Complaint has been determined by the Court.

    As I have informed you many times in the past, depositions at this juncture are inappropriate because it is unclear what counts make up your claims. We will not be appearing for your unilaterally scheduled deposition on October 30, 2006, nor will we be appearing for any deposition prior to the Court ruling on the Amended Complaint.

    If you persist in your efforts to take a premature deposition of any fact witness in this matter with a subpoena, prior to the scope of your Amended Complaint being determined and prior to all Ms. Kerris's records being collected and reviewed, please be advised that I will seek to quash the subpoena and seek fees and costs from you, as you have no basis, nor need, to subpoena depositions of a fact witness at this time

Very truly yours,

Megan E. Hills

cc. Andrew E. Greenwald, Esq.
    Kelly Hughes Iverson, Esq