# NEWMAN McINTOSH & HENNESSEY, LLP

| | | |
|---|---|---|
| Anthony G. Newman (DC, MD)<br>Ernest W. McIntosh (DC, MD, MI)<br>Joseph A. Hennessey (MD, DC)<br>Wendy Wyeth (MD) | THE AIR RIGHTS BUILDING<br>7315 Wisconsin Avenue,<br>700E<br>Bethesda, Maryland 20814<br>(301) 654-3400 Main | Fax: (301)907-2975 |

October 2, 2006

**VIA FACSIMILE AND US MAIL**
Megan E. Hills, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

    **RE: Karyn Kerris**

Dear Ms. Hills,

    I understand from defense's September 29, 2006 letter that counsel is not willing to receive service, on behalf of Vance E. Watson, M.D., of the subpoena noting his deposition. The subpoena, which was unilaterally set, was not plaintiffs' preference, but was necessitated by defense's repeated refusals to voluntarily provide him for deposition. Furthermore, the subpoena was sent to counsel as a courtesy, to save Dr. Watson any potential embarrassment from personal service. Since you request that Plaintiffs serve Dr. Waston personally, we will perfect such servIce.

    To make the obvious clear, Plaintiffs have an absolute right to the deposition of a named defendant. Defense counsel's opinions that Dr. Watson is only obligated to appear for deposition after there has been discovery of certain medical records and/or after there have been certain rulings by the Court, is baseless. The defense is well aware that the relevant medical records generated by Dr. Watson, Le., the Georgetown University Hospital records, are already in Defendants' possession, and the litigation will proceed, at least as to Counts, I and VIII of the Amended Complaint, regardless of the Court's ruling.

    Finally, the illogical allegation found in the September 29 correspondence, that "[plaintiffs] have no basis, nor need" for Dr. Watson's deposition demonstrates the insincerity of all of defendant's arguments. After all, Dr. Watson is a primary tort feasor and his deposition is vital evidence in this case and Plaintiffs will take every measure necessary to secure his testimony promptly.

                                                                   Sincerely,

                                                                  Anthony G. Newman

AGN\bm