# NEWMAN McINTOSH & HENNESSEY, LLP

| | | |
|---|---|---|
| Anthony G. Newman (DC, MD)<br>Ernest W. McIntosh (DC, MD, MI)<br>Joseph A. Hennessey (DC, MD) | THE AIR RIGHTS BUILDING<br>7315 Wisconsin Avenue, 700E<br>Bethesda, Maryland 20814 | Main: (301) 654-3400<br>Fax: (301) 907-2975<br>www.nmhlaw.com |

October 4, 2006

**VIA FACSIMILE AND US MAIL**
Megan E. Hills, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW Washington,
D.C. 20005

      **RE**: **Karyn Kerris**

Dear Ms. Hills,

      This is in response to your recent letter. It was you who stood up in open Court and demanded discovery material from plaintiffs, i.e., the authorizations for medical records. In response to your request, the Court held that since this case will continue on the remaining Counts regardless of its rulings on the motions, the parties should cooperate in discovery. You and I agreed on behalf of our clients to do so. Thus, since Rule 26(d) sets forth exceptions to Rule 26(f) e.g., the Court's intervention and/or an agreement of the parties, and since both occurred, discovery must proceed.

      Contradicting your protestations that discovery is premature when Plaintiff is the requesting party, Defendants again request discovery, this time the medical records themselves.

      You are welcome to come to my office, select the documents to be copied and they will be provided. I expect that you will extend the same courtesy and bring Defendants' records for my inspection and copying. I am available on October 5, 2006 or most of next week. Please respond by fax as to your preference for a date and time to meet.

      Also, please bring your calendar to our meeting so that we can agree upon a discovery schedule, including potential dates for deposition of Dr. Watson and a 30b(6) deposition of a Georgetown representative. I do note however, that you have not objected to Dr. Watson's deposition because of your or the doctor's unavailability. Accordingly, I expect the deposition can go forward on October 30, 2006. However, if this assumption is incorrect, please obtain three or four days when you and Dr. Watson are available for deposition to present to me at our meeting. I expect that you agree that a mutually agreeable schedule is preferable to wasting the Court's time on discovery disputes regarding the scheduling of depositions that we both know are appropriate.

      I await your response.

                                          Sincerely,

                                          Anthony G. Newman

AGN\bms