# NEWMAN MCINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (DC, MD)
Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland  20814

Main: (301) 654-3400
Fax: (301) 907-2975
www.nmhlaw.com

October 30, 2006

**VIA FACSIMILE AND US MAIL**
Megan E. Hills, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C.  20005

    **RE: Karyn Kerris**

Dear Ms. Hills,

    As there has been no response from your office to my letter of October 20, 2006, I am again requesting a Rule 26(f) conference.  I assume by your silence, you have not changed your position and continue to refuse to have a meeting.

    If my office does not receive a response from you by the end of the week, I will have to ask for the Court's intervention to set the meeting.

    Sincerely,

    Anthony G. Newman

AGN\ww