STEVEN M. UMIN
JOHN W. VARDAMAN
PAUL MARTIN WOLFF
J. ALAN GALBRAITH
JOHN G. KESTER
WILLIAM E. McDANIELS
BRENDAN V. SULLIVAN, JR.
RICHARD M. COOPER
GERALD A. FEFFER
JERRY L. SHULMAN
ROBERT B. BARNETT
DAVID E. KENDALL
GREGORY B. CRAIG
JOHN J. BUCKLEY, JR.
TERRENCE O'DONNELL
DOUGLAS R. MARVIN
JOHN K. VILLA
BARRY S. SIMON
KEVIN T. BAINE
STEPHEN L. URBANCZYK
PHILIP J. WARD
F. WHITTEN PETERS
JAMES A. BRUTON, III
PETER J. KAHN

LON S. BABBY
MICHAEL S. SUNDERMEYER
JAMES T. FULLER, III
BRUCE R. GENDERSON
CAROLYN H. WILLIAMS
F. LANE HEARD III
STEVEN R. KUNEY
GERSON A. ZWEIFACH
PAUL MOGIN
HOWARD W. GUTMAN
STEVEN A. STEINBACH
MARK S. LEVINSTEIN
MARY G. CLARK
VICTORIA RADD ROLLINS
DANIEL F. KATZ
WILLIAM R. MURRAY, JR.
EVA PETKO ESBER
STEPHEN D. RABER
DAVID C. KIERNAN
LON E. MUSSLEWHITE
ROBIN E. JACOBSOHN
HEIDI K. HUBBARD
GLENN J. PFADENHAUER
GEORGE A. BORDEN

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

www.wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

ROBERT J. SHAUGHNESSY
DAVID S. BLATT
ARI S. ZYMELMAN
DANE H. BUTSWINKAS
LAURIE S. FULTON
DENNIS M. BLACK
PHILIP A. SECHLER
LYNDA SCHULER
PAUL K. DUEFFERT
R. HACKNEY WIEGMANN
ROBERT M. CARY
KEVIN M. HODGES
DAVID M. ZINN
JOSEPH G. PETROSINELLI
STEVEN M. FARINA
KEVIN M. DOWNEY
THOMAS G. HENTOFF
PAUL B. GAFFNEY
EMMET T. FLOOD
ROBERT A VAN KIRK
MARCIE R. ZIEGLER
KENNETH C. SMURZYNSKI
JOHN E. SCHMIDTLEIN
CRAIG D. SINGER

JAMES L. TANNER, JR.
J. ANDREW KEYES
GILBERT O. GREENMAN
M. ELAINE HORN
ENU MAINIGI
MICHAEL F. O'CONNOR
PAUL T. HOURIHAN
WILLIAM J. BACHMAN
MARGARET A. KEELEY
MEGAN E. HILLS
EDWARD J. BENNETT
TOBIN J. ROMERO
BETH A. LEVENE
THOMAS G. WARD
WILLIAM T. BURKE
LISA M. DUGGAN
JOHN E. JOINER
NICHOLAS J. BOYLE
ADAM L. PERLMAN
ANDREW W. RUDGE
DENEEN C. HOWELL

OF COUNSEL
VINCENT J. FULLER
RAYMOND W. BERGAN
JEREMIAH C. COLLINS
DAVID POVICH
ROBERT P. WATKINS
ROBERT M. KRASNE
JACQUELINE E. MAITLAND DAVIES

October 30, 2006

**VIA ELECTRONIC MAIL**

Anthony G. Newman, Esq.
Newman McIntosh & Hennessy, LLP
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

      Re:    **Iacangelo, et al v. Georgetown University Hospital, et al.**

Dear Mr. Newman:

      Responding to your letter dated October 23, 2006, it seems illogical to schedule or hold a Rule 26(f) meeting when the scope of your claims has not been set. I do not think that responding to your letter within a week should constitute a refusal, nor bring threats. In fact, I was just writing a letter to respond to your letter dated October 23, 2006 when I received your intemperate fax. I truly do not think today's letter from you exemplifies that you are working in a cooperative or collegial spirit.

      Rule 26(f) specifically contemplates that the parties "confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case" and "the subjects on which discovery may be needed," in addition to others. Obviously, we cannot confer the nature of your claims when it is not clear what those claims are nor can we discuss the subjects on which discovery may be needed as the subjects that may be relevant have not been established.

      Once the Court has ruled upon the Judge Kay's Recommendations and Objections thereto, we will schedule a Rule 26(f) meeting at a mutually agreeable time. I believe the Court will find this position very logical should you choose at this time to bring the Court into it.

      On another note, when you entered the appearance of Mr. Ernest McIntosh, you did not provide us with any contact information, nor has his contact information been on any pleadings or correspondence such that we could provide him with copies of items. Would you please provide us with that information as soon as practicable? Thank you.

                                      Very truly yours,

                                      Megan E. Hills

cc:    Andrew E. Greenwald, Esq.