# EXHIBIT 2

# NEWMAN MCINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (DC, MD)
Wendy M. Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland 20814
(301) 654-3400 Main

Anthony G. Newman, Esq.
Fax: (301) 907-2975
anewman@nmhlaw.net

September 28, 2006

**VIA FACSIMILE AND DHL
(202) 434-5029**

Megan E. Hills, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

**RE: Karyn Kerris**

Dear Ms. Hills,

    Enclosed please find the Notice of Video Deposition for Vance E. Watson, M.D., set for Monday October 30, 2006, in your office. I am assuming that you are willing to receive service of the subpoena on his behalf. If you will not receive service, or if the date is inconvenient, please contact my office promptly so we can have him personally served and/or reschedule the deposition.

    In addition, and as promised, I have attached the executed releases from Mr. Felice Iacangelo. Please provide me with copies of all the materials you receive pursuant to those requests.

Sincerely,

Anthony G. Newman

AGN\bms
Enc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELICE I. IACANGELO, et al.          :
                                     :
        Plaintiffs,                  :
                                     :
v.                                   :      Case No.: 1:05CV02086
                                     :      Judge Paul L. Friedman
GEORGETOWN UNIVERSITY, t/a           :
Georgetown University Hospital, et al.:
                                     :
        Defendants.                  :

### NOTICE OF VIDEO DEPOSITION OF VANCE E. WATSON, M.D.

Pursuant to the rules of this Court, please take notice that the Plaintiffs, by and through their attorney, Anthony G. Newman, Esquire, will take the video deposition upon oral examination of the following named person on the date and time indicated below, before a Notary Public of the District of Columbia or any other duly qualified officer who may be selected to act in his place at the following location: **Williams & Connolly, LLP, 725 Twelfth Street, NW, Washington, D.C. 20005**, for the purpose of discovery, trial evidence, or both, in the above-captioned matter.

NAME:     Vance E. Watson, M.D.
DATE:     Monday, October 30, 2006
TIME:     10:00 a.m.

Pursuant to this Notice the witness is requested to bring and produce at the deposition the following documents and/or things:

1) Any and all medical records regarding Karyn A. Kerris.

2) Any articles published, unpublished and/or in draft form, and/or the title, date and location of, any lecture, known to you or given by you, regarding the treatment of Karyn A. Kerris' AVM.

3) Copies of any and all x-ray films which you ordered to be performed on Karyn A. Kerris.

4) Any and all ateriograms, digital subtraction studies, flouroscopies, and or similar study etc., you ordered to be performed on Karyn A. Kerris both pre and post embolizations.

5) Copies of any and all videotapes or other digital recordings of the procedures performed on Karyn A. Kerris.

6) Any and all letters sent from you, or Georgetown University, to Yocan Pharmaceuticals, or any other distributor, to procure Histoacryl and/or Lipiodol, from the date your first came on staff at Georgetown University until March 3, 1999.

7) Any and all letters sent to you or sent by you, or sent to Georgetown University or by Georgetown University, to the FDA regarding Histoacryl and/or Lipiodol.

8) Any and all Institutional Review Board (IRB) documents, i.e., research application, IRB approved informed consent, scientific evaluations, reports of adverse events, correspondence, and patient rosters, etc., involving the use of Histoacryl and/or Lipiodol from the date your first came on staff at Georgetown University until March 3, 1999.

9) Any and all requisition forms, orders, interoffice memos, bills of lading, shipping documents, and any other written record relating in any way to the purchase, shipping and/or receipt of Histoacryl and/or Lipiodol which was used in the embolizations of Karyn A. Kerris.

10) Any and all documents, referenced in paragraph 18 of the Declaration of Vance E. Watson, M.D., reflecting agreements with, or discussion with "an employee of Blue Cross/Blue Shield" as to "approval" to pay for, or an authorization to use, Histoacryl and/or Lipiodol, or any other "glue" in Karyn A. Kerris' embolizations.

11) A list of all the individuals and their addresses, referenced in paragraph 18 of the Declaration of Vance E. Watson, M.D., who were present when "the case was discussed at the multidisciplinary neurovascular conference and endovascular treatment was encouraged."

12) The "letter of need," referenced in paragraph 16 of the Declaration of Vance E. Watson, M.D.

13) Any and all documents, generated by you, which reflect the alleged discussions you had with Karyn A. Kerris on March 3, 1999, as referenced in paragraph 26 of the Declaration of Vance E. Watson, M.D.

14) Any and all documents, reflecting your attempts to obtain an IDE (Investigational Device Exception) for the use of Histoacryl and/or Lipiodol in embolizations.

15) The identity of the patient who's "cognitive decline improved after undergoing a series of such embolizations" as referenced in paragraph 13 of the Declaration of Vance E. Watson, M.D.

16) The identity of the patient who "died after experiencing complication associate with the procedure, as referenced in paragraph 13 of the Declaration of Vance E. Watson, M.D.

17) Any and all correspondence between you and the FDA regarding the use of NBCA (n-butyl cyano crylate) in embolization procedures.

18) Any and all documents, letters, interoffice memo's, forms, lists, etc, that have not already been produced, which make any reference Karyn A. Kerris, Histoacryl, Lipiodol or the "multidisciplinary neurovascular conference" at issue.

19) The package insert from Histoacryl.

Respectfully submitted,

**NEWMAN, McINTOSH & HENNESSEY**

Anthony G. Newman, Esq.
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
(301) 654-3400
***Attorney for Plaintiffs***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th[th] day of September, 2006, I mailed, postage prepaid, a copy of the **Notice of Deposition for Vance E. Watson, M.D.**, to:

Megan E. Hills, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

Feder Reporting Company
810 Capitol Square Place, S.W.
Washington, D.C. 20024
United States of America

Anthony G. Newman, Esq.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### DISTRICT OF COLUMBIA

Felice I. Iacangelo, et al.

**SUBPOENA IN A CIVIL CASE**

V.

CASE NUMBER:1 : 05CV02086

Georgetown University, t/a
Georgetown University Hospital, et al
To:

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached notice of deposition.

| PLACE Williams & Connolly, LLP, 725 12th St., Washington, DC | DATE AND TIME 10/30/2006 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)     Attorney for Plaintiff | DATE 9/28/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Anthony G. Newman, 7315 Wisconsin Ave., Ste. 700E, Bethesda, MD 20814
(301) 654-3400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
1 If action is pending in district other than district of issuance, state district under case number.

Karyn A. Kerris
Employee Name

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
Social Security Number

08/02/1970
Date of Birth

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Felice and Cicily Iacangelo, As Guardians of the Person and Property of
KARYN A. KERRIS v. GEORGETOWN UNIVERSITY AND VANCE WATSON, M.D.
Civ. Action No. 1:05CV02086
Judge Paul L. Friedman
AUTHORIZATION FOR RELEASE OF EMPLOYMENT FILES
In compliance with HIPAA, 45 CFR § 164.508

To: The National Institutes of Health
Name of Employer
9000 Rockville Pike
Address
Bethesda, Maryland 20892
City, State and Zip Code

I authorize the disclosure of employment records including any medical information protected by HIPAA, 45 CFR 164.508, for the purpose of review and evaluation in connection with a legal claim. I expressly request that all entities identified above disclose full and complete records, including the following:

☑ All applications for employment, resumes, records of all positions held, job descriptions of positions held, salary and/or compensation records, performance evaluations and reports, statements and comments of fellow employees, attendance records, W-2's, workers' compensation files; any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms questionnaires, records of payments made to me or on my behalf; and any other records relating to my employment with the above named institution.

☑ All medical records, including inpatient, outpatient and emergency room treatment, all records from participation in studies, all medical examinations and evaluations related to employment, clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received from any physicians.

☑ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scans, MRI, echocardiogram and cardiac catheterization reports.

☑ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology/autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. You are hereby authorized to release these records to the following Record Requestor for their use in the above-entitled litigation. The defendants have agreed to pay reasonable charges to supply copies of such records. All documents should be provided to:

|  (Records Requestor)  |  Designee: |
|---|---|
| Williams & Connolly LLP | Megan E. Hills, Esq. |
| 725 Twelfth Street, N.W. | |
| Washington, D.C. 20005 | |

I intend that this authorization shall be continuing in nature. If information responsive to this authorization is created, learned or discovered at any time in the future, either by you or another party, you must produce such information to the Records Requestor at that time. Further, I hereby agree that a photostatic copy of this authorization may serve as an original.

This authorization shall not be valid unless the Records Requestor named above has executed the acknowledgement at the bottom of this authorization.

I understand that this authorization pertains directly to the civil litigation referenced above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including, but not limited to the resolution of any and all appeals.

I understand that any documents or records released by you could potentially be re-disclosed by the aforementioned Records Requestor, and that any information re-disclosed by that party is not subject to this authorization or the regulations imposed by 45 CFR § 164.508.

I understand that I have the right to revoke this authorization at any time by providing to you a written revocation stating my intentions, and if I do exercise such revocation, I agree to simultaneously provide a copy of such revocation to the Records Requestor. I also understand that any revocation of this authorization shall not affect any disclosures that were made prior to my written revocation.

This authorization is executed and served in compliance with the Federal Regulations governing the release of private health information as outlined under 45 CFR § 164.508.

_Felice P. Iacangelo_   Date: _September 21, 2006_
Claimant, Guardian or Personal Representative Signature

_Father_
Description of the Guardian's or Personal Representative's Authority to Act for the Claimant.

_____   Date: _____
Witness Signature

Acknowledgement:

_____
Records Requestor Signature

- 2 -

# Authorization Form for Information Release

You may authorize your insurer in writing to share your health information with a third party such as an employer, lawyer, individual broker or unrelated party by completing and submitting this authorization.

**Please print neatly to ensure correct processing and to prevent any delays in service.**

### 1. I, The Undersigned, Authorize:

**Name of Health Plan:** CareFirst BlueCross BlueShield

**Address:** 840 1st Street, N.E.

**City, State, Zip:** Washington, D.C. 20065

### 2. To Release Information from the Records of:

**Member Name:** Ms. Karyn Kerris

**Member Date of Birth:** 08/02/1970

**Social Security/Member Number:** 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

**Address:** 8938 Footed Ridge Road    Columbia, MD 21045

**Home Phone:** 301-596-3524    **Work Phone:**

### 3. Information Authorized for Release: (check all that apply)

- [X] Claims/EOB information
- [X] Enrollment & Benefit information
- [X] Information pertaining to an Appeal
- [X] Mental Health Records
- [X] Alcohol & Substance Records
- [X] Premium Payment Information
- [X] Other: All other records.

(please specify date of service, provider name)

### 4. Information may be Released to:

**A. Name of Individual or Organization:** Megan E. Hills, Williams & Connolly LLP

**Address:** 725 Twelfth Street, N.W.

**City, State, Zip:** Washington, D.C. 20005

**Telephone:** (202)-434-5393

**B. Name of Individual or Organization:**

**Address:**

**City, State, Zip:**

**Telephone:**

CUT6556-1E (5/05)

**5** **The Information Will be Used or Disclosed for the Following Purposes:**

_Information needed for purposes of ongoing litigation._

(Describe the reason for each use and disclosure of the protected health information. If you want the information for your own purposes insert "at the request of the individual.")

---

1. I understand that this authorization will expire one year from the date signed unless a shorter time frame is requested or specific event has occurred.
Date to expire (can not exceed one year from date signed): _____
Specific event has occurred (e.g. after heart surgery or end of pregnancy) _____

2. I understand that this authorization is voluntary and being made at my request.

3. I understand that the released information may no longer be protected by federal privacy laws and may be redisclosed by the individual or organization that receives the information.

4. I understand that I may refuse to sign this authorization. My health plan will not condition payment, enrollment or eligibility of benefits on my signing this authorization.

5. I understand that I may revoke this authorization at any time by sending a written notification to the Privacy Office at the address listed below, and this revocation will be effective for future uses and disclosures of protected health information. However, I further understand that this revocation will not be effective: (i) for information that my health plan has already used or disclosed, relying on this authorization or (ii) if the authorization was obtained as a condition for coverage in my health plan, and, by law, the health plan has a right to contest the coverage.

Signature: _Felice P. Iacangelo_    Date: _September 21, 2006_

If the person signing this authorization is not the member, please provide your full name and relationship to the member. Please attach a full copy of the official document indicating you are the legally designated Power of Attorney, Court Assigned Guardian, Personal Representative, etc., of the member.

_Felice P. Iacangelo_
Print Your Full Name and Relationship to Member

---

**Please mail or fax this authorization to:**

CareFirst Privacy Office
10455 Mill Run Circle, TBP-06
Owings Mills, MD  21117
Fax: 410-505-6692

**Please keep a copy of the authorization.**
**We will provide you with a signed a copy of this authorization upon request.**

Any mental health or substance abuse information, which has been disclosed from medical or other health care records, may be protected by federal and/or state law. If the records are so protected, Federal Regulation (42CFR Part 2) prohibits the recipient of the information from making any further disclosure of this information unless such disclosure is expressly permitted by the written consent of the person to who it pertains, or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CUT6556-1E (5/05)

<u>Karyn A. Kerris</u>
Employee Name

<u>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</u>
Social Security Number

<u>08/02/1970</u>
Date of Birth

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Felice and Cicily Iacangelo, As Guardians of the Person and Property of**
**KARYN A. KERRIS v. GEORGETOWN UNIVERSITY AND VANCE WATSON, M.D.**
**Civ. Action No. 1:05CV02086**
**Judge Paul L. Friedman**
**AUTHORIZATION FOR RELEASE OF EMPLOYMENT FILES**
**In compliance with HIPAA, 45 CFR § 164.508**

To:  <u>The National Institutes of Health</u>
     Name of Employer
     <u>9000 Rockville Pike</u>
     Address
     <u>Bethesda, Maryland 20892</u>
     City, State and Zip Code

I authorize the disclosure of employment records including any medical information protected by HIPAA, 45 CFR 164.508, for the purpose of review and evaluation in connection with a legal claim. I expressly request that all entities identified above disclose full and complete records, including the following:

☑ All applications for employment, resumes, records of all positions held, job descriptions of positions held, salary and/or compensation records, performance evaluations and reports, statements and comments of fellow employees, attendance records, W-2's, workers' compensation files; any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms questionnaires, records of payments made to me or on my behalf; and any other records relating to my employment with the above named institution.

☑ All medical records, including inpatient, outpatient and emergency room treatment, all records from participation in studies, all medical examinations and evaluations related to employment, clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received from any physicians.

☑ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scans, MRI, echocardiogram and cardiac catheterization reports.

☑ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology/autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. You are hereby authorized to release these records to the following Record Requestor for their use in the above-entitled litigation. The defendants have agreed to pay reasonable charges to supply copies of such records. All documents should be provided to:

| (Records Requestor) | Designee: |
|---|---|
| Williams & Connolly LLP | Megan E. Hills, Esq. |
| 725 Twelfth Street, N.W. | |
| Washington, D.C. 20005 | |

I intend that this authorization shall be continuing in nature. If information responsive to this authorization is created, learned or discovered at any time in the future, either by you or another party, you must produce such information to the Records Requestor at that time. Further, I hereby agree that a photostatic copy of this authorization may serve as an original.

This authorization shall not be valid unless the Records Requestor named above has executed the acknowledgement at the bottom of this authorization.

I understand that this authorization pertains directly to the civil litigation referenced above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including, but not limited to the resolution of any and all appeals.

I understand that any documents or records released by you could potentially be re-disclosed by the aforementioned Records Requestor, and that any information re-disclosed by that party is not subject to this authorization or the regulations imposed by 45 CFR § 164.508.

I understand that I have the right to revoke this authorization at any time by providing to you a written revocation stating my intentions, and if I do exercise such revocation, I agree to simultaneously provide a copy of such revocation to the Records Requestor. I also understand that any revocation of this authorization shall not affect any disclosures that were made prior to my written revocation.

This authorization is executed and served in compliance with the Federal Regulations governing the release of private health information as outlined under 45 CFR § 164.508.

_____Felice P. Iacangelo_____    Date: _September 21, 2006_
Claimant, Guardian or Personal Representative Signature

_____Father_____
Description of the Guardian's or Personal Representative's Authority to Act for the Claimant.

_____    Date: _____
Witness Signature

Acknowledgement:

_____
Records Requestor Signature

- 2 -