# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
In the Matter of:             :
                              :
FELICE I. IACANGELO,          :
CICILY IACANGELO,             :
    and                       :
PAUL KERRIS,                  :
                              :
    Plaintiffs,               :
                              :
        vs.                   : Civil Action No. 05-2086
                              :
GEORGETOWN UNIVERSITY         :
    and                       :
VANCE E. WATSON,              :
                              :
    Defendants.               :
                              : Washington, D.C.
- - - - - - - - - - - - - - - x September 8, 2006


TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiffs:     ANDREW E. GREENWALD, ESQ.
                        ANTHONY G. NEWMAN, ESQ.
                        ERNEST McINTOSH, JR., ESQ.

For the Defendants:     MEGAN E. HILLS, ESQ.
                        NICHOLAS MUZIN, ESQ.


Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C. 20005, 202-347-5395, www.pro-typists.com
M1422V/bf

```
 1  it's like the FDA says this is illegal everywhere.  So the
 2  states don't have the ability.  It's a little bit different
 3  question.  There's no maybe one state can do it and maybe
 4  one cannot.  The idea of marijuana being the same as a
 5  Superglue shot into the brain?
 6          THE MAGISTRATE JUDGE:  In the example, which may
 7  not be right on point here, but in this case if a procedure
 8  was done, then she would then be able to sue the doctor
 9  notwithstanding the fact that there was no damage to her
10  because it was an illegal act on his part.
11          MR. NEWMAN:  And I believe she could also use in
12  the negligence matter, if she was injured, the statute as
13  evidence that he shouldn't have violated it.
14          THE MAGISTRATE JUDGE:  All right.  Thank you.
15  All right.
16          Counsel, thank you.
17          MS. HILLS:  Your Honor, we just have one matter
18  we'd like to take with the Court.
19          We are now providing counsel with copies of two
20  authorization forms, one was sent over six months ago to
21  try and get the Kerris's signature from Blue Cross Blue
22  Shield's demands their own authorization, and also we're
23  trying to get -- and these are all HPPA approved --
24  employment records from NIH, and also the participation in
25  the study.  Again, we're just trying to get at records and
```

```
 1  we're not able to and we've provided defense counsel --
 2  excuse me --
 3          MR. NEWMAN:  Plaintiff's counsel.
 4          THE MAGISTRATE JUDGE:  Has there been a problem?
 5          MS. HILLS:  Yes.
 6          THE MAGISTRATE JUDGE:  Mr. Greenwald,
 7  Mr. Newman?
 8          MS. HILLS:  Yes.
 9          MR. NEWMAN:  I don't -- I'm not aware of any
10  particular problem, other than the same request we made for
11  the deposition of Vance Watson and other people, everything
12  seems to have been stayed as a result of what counts are
13  going to be in here.  With regard to these, we have no
14  problem in requesting it.  I sent a subpoena.
15          THE MAGISTRATE JUDGE:  Okay, then there isn't a
16  problem, Ms. Hills.  They're prepared to get them signed.
17          MR. NEWMAN:  I sent a subpoena to Blue Cross.
18          THE MAGISTRATE JUDGE:  They're prepared to get
19  them signed.
20          MR. NEWMAN:  Absolutely.
21          THE MAGISTRATE JUDGE:  If there's a problem, you
22  come back to me.  All right?
23          MS. HILLS:  Okay.  And we sent them in March
24  2006.
25          THE MAGISTRATE JUDGE:  I understand.
```

1        MS. HILLS:  And it was a problem.
2        THE MAGISTRATE JUDGE:  All right.
3        MR. NEWMAN:  Same time I sent you a letter to
4   get --
5        THE MAGISTRATE JUDGE:  And hopefully I will be
6   able to rule on these -- well, I'm not ruling on the
7   motions.  I'm doing the report and recommendation,
8   Judge Friedman ultimately he will make the decision as to
9   how the motion is finally decided.  But I think there is no
10  doubt that the case is going to go forward regardless of
11  how Judge Friedman rules on this, with respect to a medical
12  malpractice, so somewhere along the line if there is a
13  request for records, the Defendant would be entitled to
14  them.  So why don't you go ahead and make sure that those
15  are signed, and whether or not Ms. Hills or the Defendant
16  seeks to pursue that pending a decision by Judge Friedman
17  is their decision.
18        All right.  Thank you, counsel.  I really
19  appreciate your argument.  The Court has found it helpful.
20  And we will and try and get -- I'll take it under
21  advisement and try and get it out to Judge Friedman
22  promptly.  Although I must tell you, in all candor, that he
23  is on vacation for at least, I think close to four weeks.
24  So under any circumstances, he will not be looking at it
25  until he returns.

```
UNITED STATES OF AMERICA  )
                          ) Civil Action No. 05-2086
DISTRICT OF COLUMBIA      )
```

I, PAUL R. CUTLER, do hereby certify that a recording of the foregoing proceedings in the above matter was duplicated from an original recording by the Office of the Clerk, United States District Court for the District of Columbia, and that said duplicate recording of the proceedings was transcribed under my direction to typewritten form.

_____
PAUL R. CUTLER

I do hereby certify that the foregoing transcript was typed by me and that said transcript is a true record of the recorded proceedings to the best of my ability.

_____
BONNIE FURLONG