**Functional Assessment**
Karyn Kerris
Date: 4/1/06

<u>Diagnosis:</u>
1. History of vein of Galen aneurysm, probably resulting from multiple AV fistulas of large AVM, diagnosed by brain MRI obtained on 11/25/97.
2. History of Turner's Syndrome.
3. History of bi-thalamic arteriovenous malformation, Spetzler-Martin, Grade V, diagnosed by bilateral carotid arteriogram obtained on 8/31/98.
4. Status-post embolization of a very small area of the right arteriovenous malformation with .1 cc of 25% N-Butyl Cyanoacrylate with lipiodol ("glue") with nidal cast and no apparent distal or proximal migration of glue, performed by Ronald Uscinski, M.D. in November 1998, for treatment of the arteriovenous malformation.
5. History of large arteriovenous malformation involving both thalami as well as extending laterally and anteriorly to involve the internal capsules and lentiform nuclei. There was associated enlargement of the vein of Galen and straight sinus which appears to be in the primary venous drainage, diagnosed by MRI of the brain obtained on 3/6/99.
6. Status-post second embolization procedure for bilateral thalamic AVM's performed in January 1999.
7. History of development of apathy, dysphagia, parkinsonian symptoms and epileptic activity in February 1999.
8. Status-post third embolization procedure in March of 1999.
9. History of left lower lobe aspiration pneumonia in April 1999.
10. History of decreased mentation, gazing, lateral nystagmus, seizure, depression and parkinsonian features with inability to take oral foods and decreased ability to ambulate after embolization performed on 3/3/99.
11. Status-post VP shunt placement in October 2002.
12. Status-post PEG tube placement secondary to inability to swallow.
13. History of seizures after embolization.
14. History of left hip fracture at a very early age.

After obtaining a history and performing a physical examination, as well as observing this patient in her own environment, it is my medical opinion as a Board Certified Physiatrist that this patient has a permanent injury that is not likely to change and she will require the assistance of other people in order for her to survive in her environment for the rest of her life.

_____
Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/cl/apr.06

Exhibit A

## Continuation of Care

Date: 4/1/06
Patient: Karyn Kerris

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care:* | | | |
| Neurologist | Life | 3x Yr & Prn | 80.-260.00/OV |
| Pulmonologist | Life | Prn | 150.-250.00/OV |
| Cardiologist | Life | Prn | 80.-275.00/OV |
| Orthopedic Surgeon | Life | Prn | 115.-200.00/OV<br>140.-150.00/FU |
| *Gastroenterologist | Life | 1x Ev 2 Yrs & Prn | 100.-200.00/OV |
| Otorhinolaryngology | Life | Prn | 175.00/OV |
| Urological | Life | 1x Yr / Prn | 215.00/OV |
| Physiatrist | Life | 2-4x Yr and Prn | 100.-200.00/OV |
| **Primary Care | Life | 1x Ev 3 Months & Prn | 100.-200.00/OV |
| Neuropsychologist | Life | 1x Yr / Prn | |
| Dentist | Life | Ev 6 Mos | 180.00<br>(Includes Cleaning, Check-Up, X-rays) |

\* Per Dr. Musselman (Gastroenterologist). Please see Documentation Section.
\*\*Per Dr. Delaney (Primary Care Physician). Please see Documentation Section.

Exhibit A

Continuation of Care
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Diagnostic Tests*: | | | |
| Brain Stem Evoked Response (Auditory) | Life | 1 x Prn | 384.09 & Up |
| Visual Evoked Response | Life | 1 x Prn | 384.09 & Up |
| Electroencephalogram (EEG) | Life | Prn | 600.-700.00 |
| Magnetic Resonance Imaging (MRI of the Brain) | Life | 1x Ev 3 Yrs & Prn | 1,210.00 |
| EKG | Life | 1x Yr / Prn | 150.00- 500.00 (EKG & ECHO) |
| Echocardiogram | Life | 1x Yr / Prn | |
| Scoliosis Survey | Life | 1x Yr/Prn | 216.00 |
| MRI (Lumbosacral, Hips) | Life | 1x in Next 10 Yrs & Prn | 1,220.00- 15,00.00 |
| X-ray Thoracolumbar | Life | 1 x Yr/Prn | 99.00 - 150.00 |

Exhibit A

Continuation of Care
Page Three

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Diagnostic Tests*: (Continued) | | | |
| X-ray Lumbosacral | Life | 1 x Yr/Prn | 99.-150.00 |
| Intravenous Pyelogram | Life | 1 x Yr/Prn | 390.00 |
| Renal Scan | Life | 1 x Yr/Prn | 279.00 |
| X-ray Chest | Life | 1x Ev 6 mos & Prn | 95.00 |
| CBC with Differential | Life | 1x/Ev 3 Mos | 73.00 |
| Hepatic Panel | Life | 1x/4 Mos | 93.00 |
| Comp. Metabolic Panel | Life | 1x/Ev 3 Months | 116.50 |
| Serum Level of Anti-Seizure Medication | Life | 1x Ev 3-6 Months | 91.00-131.50 |

Exhibit A

Continuation of Care
Page Four

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Possible Surgical Procedures and Potential Complications:* | | | |
| Pulmonary | Life | | |
| Urological | Life | | **COSTS** |
| Thrombophlebitis | Life | | **CANNOT BE** |
| Renal Complications | Life | | **DETERMINED AS THESE ARE** |
| Decubitus Care | Life | | **POTENTIAL** |
| Seizure Activity | Life | | **COMPLICATIONS** |
| Hydrocephalus Requiring VP Shunt Placement | Life | | |

Exhibit A

Continuation of Care
Page Five

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| <td colspan="4">*Possible Surgical Procedures and Potential Complications*: (Continued)</td> |||| 
| Infection of Shunt | Life | **COSTS CANNOT BE DETERMINED AS THESE ARE POTENTIAL COMPLICATIONS** | |
| Contractive Deformities | Life | | |
| Endoscopy | Life | | |
| Botox Injections | Life | | |
| *G-Tube Replacement | Life | 1x Ev 2 Yrs | 250.00 |

Housing:

| | | | |
|---|---|---|---|
| Wheelchair Accessible Home | | 1 X | 150,000.00-300,000.00 (Estimate) |

* Per Dr. Musselman (Gastroenterologist). Please see Documentation Section.

Exhibit A

Continuation of Care
Page Six

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Therapeutic Evaluations:* | | | |
| Physical Therapy | Life | 1x Yr & Prn | 175.00 |
| Occupational Therapy | Life | 1x Yr & Prn | 175.00 |
| Speech/Cognitive | Life | 1x Yr / Prn | |
| *Outpatient Therapy:* (All Therapies 50 wks/yr unless otherwise stated) | | | |
| Physical | Life | 5 Hrs/Wk | 60.00 Per 15 Min. |
| Occupational/ADL | Life | 5 Hrs/Wk | 60.00 Per 15 Min. |
| Speech/Cognitive | Life | 5 Hrs/Wk/Prn | |

Exhibit A

Continuation of Care
Page Seven

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medications* | | | |
| Lexapro 15 mg | Life | q day | 78.99 (30) |
| Lidoderm Patch | Life | prn | 229.79 (30) |
| Triple Magnesium | Life | 1 in A.M. ½ in P.M. | 7.99 (250) |
| Low-Ogestrel | Life | 1 for 21 days | 44.99 (28) |
| Tylenol | Life | 2 prn | 7.00 (100) |
| Tums | Life | 1 po bid | 3.00 (72) |
| NoDoz | Life | ¼ tab daily | 7.99 (60) |
| Boniva | Life | 1 tab 1x month | 87.99 (30) |
| Centrum | Life | 1 tbsp daily | 8.99 (8 oz) |
| Perio Med | Life | daily | 21.99 (283.5 ML) |
| *Nutrition* | | | |
| *Ensure | Life | 6 cases per Month | 698.40 Monthly |
| *Enteral Feed Gravity Kit | Life | 32 per Month | 555.00 (32) |

*Johns Hopkins Pharmaquip. See Documentation Section.

Exhibit A

Continuation of Care
Page Eight

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Support Care:* | | | |
| RN | Life | 24 hrs/Day<br>7 days/Wk<br>52 wks/Yr | 40.00/hr |
| LPN | Life | 24 hrs/Day<br>7 days/Wk<br>52 wks/Yr | 30.00/hr |
| Housekeeper | Life | 4 Hrs/Dy<br>2 Dys/Wk | 65.00/hr<br>(Team of 2) |
| Case Manager | Life | 2-3 Hrs/Mo | 135.00/hr |

During periods of medical fragility an R.N. must provide the patient's care. During periods of medical stability an L.P.N. can provide the services.

Exhibit A

Continuation of Care
Page Nine

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Equipment/Supplies:* | | | |
| IV Pole | Life | | |
| Syringes | Life | Prn | 26.79 (100) |
| Hydrogen Peroxide | Life | 1 bottle/Month | 1.49 (Bottle) |
| *Disposable Gloves | Life | 2 boxes/Month | 11.00 (2) |
| Bacitracin Ointment | Life | 1 tube Month | 4.49 (1) |
| *Personal Items:* | | | |
| *Disposable Diapers | Life | daily | 89.60/month |
| *Adult Briefs | Life | daily | 187.20/month |
| *Underpad (Reusable) | Life | 2/Month | 24.12 (2) |
| *Skin Barrier Wipes | Life | 2/Month | 23.28 (2) |
| Underpads (disposable) | Life | 25/Month | 8.99 (20) |
| Sterile Q-Tips | Life | 1 box/Month | 2.99 box |
| Baby Wipes | Life | 1 pkg/Month | 7.99 pkg |
| Vaseline | Life | 1 / Month | 4.49 (1) |

* See Medicare Summary Notice in Documentation Section.

Exhibit A

Continuation of Care
Page Ten

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item | Vendor |
|---|---|---|---|---|
| <u>Equipment for Activities for Daily Living</u>: | | | | |
| <u>Bathing/Toileting:</u> | | | | |
| Bathtub Transfer Chair | Life | 1 Ev 7 Yrs | 279.95 | S. Preston |
| Orthopedic Adaptive Commode/Shower Chair | Life | 1 Every 15 Yrs | 999.95 | S. Preston |
| <u>Medical Furniture</u> | | | | |
| Electrical Hospital Bed | Life | 1 Ev 10 Yrs | 1,414.28-1,659.51 | A1 Adj. Beds |
| Adult Chair (Tilt and Recline) (2) Hgt. Adj. Arm Rests   Solid Seat & Back    with Hardware   Abductor with   Flip-up Hardware   Swing Away (2) Trunk Supports (2) Hip Guides (2) Shoe Holders   Shoulder Harness   Padded Seat Belt   Lap Tray | | | 2,375.00<br><br>with Accessories 2,875.00 | Pro Rehab |

The Adult Chair will most probably require replacement every 4-5 years.

Continuation of Care
Page Eleven

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item | |
|---|---|---|---|---|
| **Mobility:** | | | | |
| *High Strength Wheelchair | Life | Monthly Rental | 122.00/Month | |
| *Spare Wheelchair | Life | Monthly Rental | 84.70/Month | |
| *Elevating W/C Leg Rests | Life | Monthly Rental | 21.36/Month | |
| **Transportation:** | | | | |
| Van W/Conversions & Modifications | Life | Beginning when Pt requires Transportation In a Wheelchair | 45,000.00 to 60,000.00 New Van with Lift and Tie-Down for Conversion. | |
| Automobile Association (Yearly + Plan) | Life | Yearly | 59.50 | AAA |
| Cellular Phone (Portable) | Life | 1 Ev 5-7 Yrs | 59.99 & Up | Cingular |

*American Home Medical. See Medicare Summary in Documentation Section.

---

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/de/apr.06

**Exhibit A**