UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICE I. IACANGELO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2086 (PLF) |
| ) | |
| GEORGETOWN UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

REFERRAL ORDER

Upon consideration of the entire record in this case, it is hereby

ORDERED that this matter is referred to Magistrate Judge Alan Kay for the management of discovery in this case, including plaintiffs' pending motion to compel filed on November 20, 2006. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Kay following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

__/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 13, 2006