UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
FELICE I. IACANGELO, et al.,            )
                                        )
      Plaintiffs,                       )
                                        )
  v.                                    )   Civil Action No. 05-2086 (PLF)
                                        )
GEORGETOWN UNIVERSITY, et al.,          )
                                        )
      Defendants.                       )
_____)

ORDER

      For the reasons set forth in the Opinion issued this same day, it is hereby

      ORDERED that the Report and Recommendation of Magistrate Judge Kay [19] is ADOPTED and APPROVED in part and REJECTED in part; it is

      FURTHER ORDERED that defendants' motion to dismiss, or in the alternative for summary judgment, [11] is GRANTED in part and DENIED in part; it is

      FURTHER ORDERED that the motion to dismiss is DENIED without prejudice with respect to Counts IX, X, XI and XII; it is

      FURTHER ORDERED that Counts III, IV, V and VII are DISMISSED with prejudice; it is

      FURTHER ORDERED that Count VI is DISMISSED without prejudice; it is

      FURTHER ORDERED that defendants' motion for summary judgment on Count II is DENIED; it is

FURTHER ORDERED that defendants' motion to strike is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Paragraph 60 of the Amended Complaint is STRICKEN; and it is

FURTHER ORDERED that the parties shall submit a joint report pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3 on or before April 4, 2007. A meet and confer status conference before this Court is set for April 11, 2007 at 9:45 a.m.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 26, 2007