UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>Plaintiffs, <br><br>v. <br><br>Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br>Defendants. | Civ. Act. No. 1:05CV02086 (PLF) (AK) <br><br>Judge Paul L. Friedman <br><br>Magistrate Judge Alan Kay |

Nicolas D. Muzin, with the law firm Williams & Connolly LLP, hereby enters his appearance as counsel for defendants Vance Watson and Georgetown University Hospital. Although appearance was earlier entered, in order to obtain access to the Court's electronic filing system, this pleading must be filed.

Respectfully submitted,

_____
Nicolas D. Muzin
D.C. Bar #500106

Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
Tel. 202-434-5138
Fax 202-434-5029
nmuzin@wc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Nicolas Muzin's Notice of Appearance was served, pursuant to local Rule 5.4(d)(1), by electronically filing the foregoing on the CMF/ECF software on lead counsel of records, Anthony Newman, Esq., this 27th day of March 2007.

_____
Nicolas Muzin