IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Felice I. Iacangelo and Cicily Iacangelo,** As Guardian of the Person and Property of **KARYN A. KERRIS,** <br><br>    **Plaintiffs,** <br><br> v. <br><br> **Georgetown University Hospital,** **GEORGETOWN UNIVERSITY, t/a** **Georgetown University, and** **VANCE E. WATSON, M.D.,** <br><br>    **Defendants.** | ) ) ) ) ) ) ) ) ) Civil Action No. 1:05CV02086 (PLF) ) ) Judge Paul L. Friedman ) ) Magistrate Judge Alan Kay ) ) ) ) |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

**WHEREFORE**, upon consideration of the Joint Local Rule 16.3 Report and the parties' positions therein and at the Local Rule 16.4 Scheduling Conference,

**ORDERED,** this ___ day of April, 2007, that the following deadlines shall apply to the above-captioned case:

| | |
|---|---|
| **May 11, 2007:** | Federal Rule 26(a)(1) Disclosures Exchanged |
| **September 28, 2007:** | Close of Fact Discovery |
| **October 8, 2007:** | Deadline for Plaintiffs' Federal Rule 26(a)(2)(B) Expert Disclosure, as governed by Federal Rule 26(b)(4) |
| **November 19, 2007:** | Deadline for Defendants' Federal Rule 26(a)(2)(B) Expert Disclosure, as governed by Federal Rule 26(b)(4) |
| **January 4, 2008:** | Close of All Discovery |
| **February 4, 2008:** | Deadline for filing Dispositive Motions |

2

| | |
|---|---|
| **February 25, 2008:** | Deadline for filing Oppositions to Dispositive Motions |
| **March 10, 2008:** | Deadline for filing Replies for Dispositive Motions |
| **April 7, 2008:** | Pretrial Conference (if necessary after disposition of motions) |

_____
The Honorable Paul L. Friedman
United States District Court Judge for the
  District of Columbia

Copies to:

Anthony Newman, Esq.
Ernest McIntosh, Esq.
Newman, McIntosh & Hennessey LLP
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Plaintiffs' Counsel

Andrew Greenwald, Esq.
Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Plaintiffs' Counsel

Megan Hills, Esq.
Nicolas Muzin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Defendants' Counsel