**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Felice I. Iacangelo and Cicily Iacangelo,** ) <br> **As Guardian of the Person and Property of** ) <br> **KARYN A. KERRIS,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **Georgetown University Hospital,** ) <br> **GEORGETOWN UNIVERSITY, t/a** ) <br> **Georgetown University, and** ) <br> **VANCE E. WATSON, M.D.,** ) <br> ) <br> **Defendants.** ) | Civil Action No. 1:05CV02086 (PLF) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

**PLAINTIFFS' PROPOSED SCHEDULING ORDER**

Upon review of the Joint Local Civil Rule 16.3 Report, and the position of the parties stated therein, it is this _____ day of _____, hereby,

ORDERED that the discovery schedule for the above-captioned case be, and the same hereby is, as follows:

| | |
|---|---|
| April 11, 2007: | Scheduling Conference |
| May 11, 2007: | Federal Rule 26(a)(1) Disclosures Exchanged |
| May 31, 2007: | Deadline for Plaintiffs' Federal Rule 26(a)(2) Expert Disclosure without reports, as governed by Federal Rule 26(b)(4) |
| July 31, 2007: | Deadline for Defendants' Federal Rule 26(a)(2) Expert Disclosure without reports, as governed by Federal Rule 26(b)(4) |
| September 17, 2007: | Close of All Discovery |
| September 24, 2007: | Deadline for filing Dispositive Motions |

| | |
|---|---|
| October 8, 2007: | Deadline for filing Oppositions to Dispositive Motions |
| October 11, 2007: | Deadline for filing Replies for Dispositive Motions |
| October 31, 2007: | Pretrial Conference |
| _____ 2007: | Trial |

_____
Judge Paul L. Friedman

cc: Anthony G. Newman, Esq. (D.C. Bar No. 384809)
NEWMAN, MCINTOSH & HENNESSEY LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD 20814

Andrew E. Greenwald, Esq. (D.C. Bar No. 034918)
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770

Attorney for Plaintiffs

Megan E. Hills, Esquire
Nicolas Muzin, Esquire
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, D.C. 20005

Attorneys for Defendants