SCHEDULE OF PLAINTIFFS' ATTORNEY FEES AND COSTS

| Date (filed/served) | Document | Length | Time (Att / Assoc) Costs | Total |
|---|---|---|---|---|
| **3/21/06** | Draft Letter – initial depo req. | 1p | 0.2 / 0 | $75.00 / 0 |
| **3/30/06** | Draft Letter- depo req. | 1p | 0.1 / 0.1 | $35.50 / $17.50 |
| **9/14/06** | Draft Letter – depo req. | 1p | 0.3 / 0 | $112.50 / 0 |
| **9/28/06** | Draft Letter – depo req. | 1p | 0.5 / 0 | $187.50 / 0 |
| **9/28/06** | Draft Notice of depo – req. 19 docs | 1p | 2.0 / 0 | $750.00 / 0 |
| **9/28/06** | DHL mail letter and notice of depo | | $14.95 | $14.95 |
| **9/28/06** | Draft Subpoena | 1p | 0.3 / 0 | $112.50 / 0 |
| **9/29/06** | RR letter from Defense | 1p | 0.2 / 0 | $75.00 / 0 |
| **10/2/06** | Draft Letter – disc. req. | 1p | 0.3 / 0 | $112.50 / 0 |
| **10/3/06** | RR letter from Defense | 2p | 0.3 / 0 | $112.50 / 0 |
| **10/4/06** | Draft letter – disc. req. | 2p | 1.0 / 0 | $375.00 / 0 |
| **10/4/06** | RR letter from Defense | 2p | 0.3 / 0 | $112.50 / 0 |
| **10/20/06** | Letter - disc req. | 1p | 0.2 / 0 | $75.00 / 0 |
| **11/20/06** | Draft Motion to Compel | 1p | 0.4 / 0.4 | $150.00 / 0 |
| **11/20/06** | Draft Memorandum for Motion to Compel | 8p | 4.0 / 3.0 | $1,500.00 / $525.00 |
| **11/20/06** | Draft Order to Compel | 1p | 0.2 / 0.2 | $75.00 / $35.00 |
| **12/4/06** | RR Opposition to Motion to Compel | 13p | 1.0 / 1.0 | $375.00 / $175.00 |
| **12/4/06** | RR Exhibits to Motion to Compel | | 0.5 / 0.5 | $187.50 / $87.50 |
| **12/6/06** | Draft Reply to Motion to Compel | 6p | 3.0 / 2.0 | $1,125.00 / $350.00 |
| **12/29/06** | RR Motion for Sanctions | 4p | 1.0 / 1.0 | $375.00 / $175.00 |
| **1/4/07** | Draft Opposition to Motion for Sanctions | 5p | 3.0 / 3.0 | $1,125.00 / $525.00 |
| **1/11/07** | RR Reply for Opposition for Sanctions | 6p | 3.0 / 2.0 | $1,125.00 / $350.00 |
| **3/5/07** | Draft Letter re disc. dates | 2p | 0.3 / 0 | $112.50 / 0 |
| **3/5/07** | Draft Letter confirming dates | 1p | 0.1 / 0 | $37.50 / 0 |
| **3/5/07** | Draft Notice of Video Depo. – req 17 docs | 2p | 1.0 / 0 | $375.00 / 0 |
| **3/27/07** | Deposition and Videographer fees | | $604.25 | $604.25 |
| **3/27/07** | Attend Deposition | | 2.4 / 0 | $900.00 |
| **Totals** | | | 24.2 / 13.2 | $8,700.00 / $2,310.00 -------------------------- $634.15 |
| **Total** | | | | **$12,529.20** |