UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICE I. IACANGELO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2086 (PLF) |
| ) | |
| GEORGETOWN UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

SCHEDULING ORDER

The parties appeared for a meet and confer status conference on April 11, 2007. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

1.  Fact discovery shall be completed by September 3, 2007. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date. All discovery matters have been referred to Magistrate Judge Alan Kay.

2.  Each party is limited to a maximum of 25 interrogatories to any other party, unless otherwise agreed upon by the parties or unless the Court determines otherwise pursuant to motion. Responses to all interrogatories are due 30 days after service.

3.  Each party is limited to a maximum of 10 depositions, unless otherwise agreed upon by the parties or unless the Court determines otherwise pursuant to motion.

4.      Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by May 11, 2007.

5.      Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by September 17, 2007.

6.      Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by October 29, 2007.

7.      Depositions of each party's retained experts shall be completed by December 14, 2007.

8.      Dispositive motions shall be filed on or before January 15, 2008; oppositions by February 5, 2008; and replies, if any, by February 19, 2008.

9.      Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to Magistrate Judge Kay. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with Magistrate Judge Kay by contacting his chambers. Counsel shall not file a discovery motion without a prior conference with Magistrate Judge Kay and opposing counsel.

10.     Plaintiffs will present their initial settlement demand to defendants on or before April 25, 2007.

11.     A further status conference is scheduled before the undersigned for May 22, 2007 at 9:00 a.m. to discuss mediation and the status of discovery.

12.     Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

13.     Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 11, 2007