# EXHIBIT 1

## (RESERVED FOR VIDEOTAPE OF MARCH 27, 2007 DEPOSITION OF VANCE E. WATSON, M.D.)