# EXHIBIT 4

7-2-95
(Date)

Yocan Medical Systems
4 Spirea Court
Thornhill, Ontario, L3T2W1
Canada

Dear Sir/Madam:

I have an arteriovenous malformation and/or a fistula in my brain. My physicians have concluded that this malformation is not best treated with surgery or radiosurgery and that my condition may be improved with the use of a non FDA approved device called Histoacryl. Therefore, I would like Histoacryl to be shipped to me at the address below in the quantity specified in the enclosed prescription.

This device will be used to treat my arteriovenous malformation on a one case basis by Dr. Vance E. Watson, Department of Radiology, CCC Bldg., Georgetown University Hospital, 3800 Reservoir Road, Washington DC, 20007, USA.

I would appreciate the expeditious shipment of this material since I have scheduled surgery in the near future.

Please, include a copy of this letter in the shipping container with the Histoacryl.

Mail the Histoacryl to:

    Vance E. Watson, MD - Radiology, CCC Bldg.,
    C/O Receiving Department
    Georgetown University Hospital
    3800 Reservoir Road
    Washington, DC 20007, USA

Thank you for your assistance.

Sincerely,

_____
Signature

_____
(Printed Name)

DGUH0001

Date:

Yocan Medical Systems
4 Spirea Court
Thornhill, Ontario, L3T2W1
Canada
905-881-6988 fax

Dear Sir/Madam:

I or my family member have a need to have a blood vessel blocked off, and my physicians have concluded that this is best done without open surgery or currently available FDA approved devices. My condition may be improved by the use of the non FDA approved device called Histoacryl (NBCA) a "super-glue" like polymer mixed with an X-Ray visible dye called lipiodol and a radiopaque powder called Tungsten or Tantalum. Therefore, I would like these devices shipped to me at the address below in the quantity specified in the enclosed prescription.

This device will be shipped to and used to treat my problem on a one case basis by:

    Vance E. Watson, MD
    Department of Radiology, CCC Bldg.
    Georgetown University Hospital
    3800 Reservoir Road
    Washington, DC 20007 USA

I would appreciate the expeditious shipment of this device.
Please, include a copy of this letter in the shipping container with the drugs / devices.

Thank you for your assistance.

_____          _____

DGUH0002

phone (202)784 3420    fax (202)784 4896    page (202) 991 0280

**GEORGETOWN UNIVERSITY HOSPITAL**
3800 RESERVOIR ROAD, N.W. WASHINGTON, DC 20007
TELEPHONE 687-0100

NAME _____   DATE 6/13/95

ADDRESS _____

℞    Histoacryl 10 amps

LABEL AS TO CONTENTS  [ ] NO   SIGNATURE _____ M.D.

GENERIC EQUIVALENT MAY BE DISPENSED UNLESS CHECKED  [ ] NO   PRINTED — VOID WITHOUT   Vance Watson   M.D.

REP  0 - 1 - 2 - 3  PRN   REGISTRY DEA NO _____

Form 72 901800(F46) (5/92)   ADDRESS/DEPT _____

...la in my brain. My physicians have
...l with surgery or radiosurgery and that my
...DA approved device called Histoacryl.
...me at the address below in the quantity

...ndered

within 30 days of

This device will be used to treat my arteriovenous malformation on a one case basis by Dr. Vance E. Watson, Department of Radiology, CCC Bldg., Georgetown University Hospital, 3800 Reservoir Road, Washington DC, 20007, USA.

I would appreciate the expeditious shipment of this material since I have scheduled surgery in the near future.

Please, include a copy of this letter in the shipping container with the Histoacryl.

Mail the Histoacryl to:

> Vance E. Watson, MD - Radiology, CCC Bldg.,
> C/O Receiving Department
> Georgetown University Hospital
> 3800 Reservoir Road
> Washington, DC 20007, USA

Thank you for your assistance.

Sincerely,

/Signature

(Printed Name)

DGUH0003

# Georgetown University
## Neuro Interventional & Endovascular Therapy

Wednesday, December 17, 1997

To:     Whom it concerns

From:   Vance Watson, MD
        Assistant professor of radiology and neurosurgery

        RE: NBCA for

The above patient has an arteriovenous malformation which has been judged to be not treatable by surgery or radiosurgery at this time. Our experience with NBCA is such that we believe there is a chance that we could reduce the size or flow of the lesion to a point that surgery or radiosurgery would be a viable treatment option.

I have discussed the nature and risk of NBCA with the patient and the fact that it is not FDA approved. She understands and wishes treatment. <u>The agent shipped will be used on this patient only, and not resold or used for any commercial enterprise.</u>

Sincerely,

DGUH0004

phone (202)784 3420    fax (202)784 4896    page (202) 991 0280