SUPPLEMENTAL SCHEDULE OF PLAINTIFFS' ATTORNEY FEES AND COSTS

| Date (filed/served) | Document | Length | Time (Att / Assoc) Costs | Total |
|---|---|---|---|---|
| 4/17/07 | RR Def. Opp. To Pl. Mot. To Compel and for Sanctions and Costs | 14p | 1.5 / 1.5 | $562.50 / 262.50 |
| 4/18/07 | Draft Reply to Def. Opp. To Pl. Mot. To Compel and for Sanctions and Costs | 8p | 3.0 / 2.0 | 1,125.00 / $350.00 |
| Totals | | | 24.2 / 13.2 | $1,687.50 / $612.50 -------------------------- |
| Total | | | | $2,300.00 |