# EXHIBIT A
# (Reserved for Transcript of 4/11/07 Scheduling Order Hearing)