# EXHIBIT C

## NEWMAN MCINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (DC, MD)
Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland 20814

Main: (301) 654-3400
Fax: (301) 907-2975
www.nmhlaw.com

# Fax Cover Sheet

TO: Megan Hills                    FROM: Anthony Newman

FAX: (202) 434-5029                DATE: 4/16/07

# PAGES (incl. cover)   3

RE:   Deposition date request

### Confidential Communication

The information contained in the facsimile is proprietary and confidential and is intended only for the addressee(s) named above. If you have received this communication in error, please notify us immediately at (301) 654-3400 and return the communication by mail to the above address.

# NEWMAN MCINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (DC, MD)
Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland 20814

Main: (301) 654-3400
Fax: (301) 907-2975
www.nmhlaw.com

April 16, 2007

*VIA FAX & US MAIL*
Megan E. Hills, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

*Re: Karyn Kerris*

Dear Ms. Hills,

Plaintiffs request deposition dates for the following individuals:

### A. Officers of the Medical Center (at the relevant times):

| Name | Title (at the relevant time) |
|---|---|
| 1. Kenneth D. Bloem | Chief Executive Officer for the Medical Center |
| 2. Paul Katz | Chief Operating Officer for the Medical Center |
| 3. Sam Wiesel, M.D. | Executive Vice President for Health Sciences |
| 4. Michael Cole | Vice President of the Medical Center |

### B. Officers of Georgetown University (at the relevant times):

| Name | Title (at the relevant times) |
|---|---|
| 1. Leo J. O'Donovan | President, Georgetown University |
| 2. John J. DeGioia, M.D | Senior Vice President, Georgetown University |
| 3. Joseph G. Verbalis, M.D. | Georgetown University's CRC |

### C. Members of the Board of Directors (at the relevant times):

1. Charles M. Cawley
2. James V. Kimsey
3. John J. Faith, IV
4. Judge Arthur J. Gajarsa
5. James F. Higgins
6. Leslie H. Jacobson
7. Philip A. Marineau
8. J. Willard Marriott, Jr.
9. Frank L. Salizzoni
10. Stephen Wolf

Megan E. Hills, Esq.
April 16, 2007
Page 2

**D. Members of the Institutional Review Board** (at the relevant times):

**Committee A**
1. Mary Young, M.D.
2. Margaret Rodan Sc.D
3. Henry Yeager, M.D.

**Committee B**
4. Harry G. Preuss, M.D.
5. Leonard Chiazze, Jr., M.D.
6. Jeanne Meck, Ph.D.
7. Dieter Schellinger, M.D.
8. Sorell L. Schwartz, M.D.

I stand ready to take their depositions as soon as possible.

Sincerely,

Anthony G. Newman

AGN/bms