1   soon as it needs to be, but if we don't have any deadlines
2   what's happened so far in this case is --
3           THE COURT:  We'll have deadlines.  The question is
4   what are the most reasonable deadlines.  Now you're saying, and
5   I think this is the first time that I have heard it, that
6   you're the only ones that are going to take fact discovery, and
7   the only discovery they're going to take is expert discovery.
8           MR. NEWMAN:  Then that was misspoken.  I just simply
9   meant that it is going to be an issue.  I doubt that there is
10  many more people that they will depose except for treaters and
11  our plaintiff.  We have people such as the administration of
12  Georgetown, people that were on the boards, the investigation
13  review committees, a lot of discovery to be done, meaning we're
14  going to be a driving force on that and have to get that done
15  in a reasonable time.  I have been there before with these
16  kinds of issues, deposing people on boards, and it can drag out
17  forever by saying they're not available here, we need some
18  other time, and so on.
19          THE COURT: Do you all have an agreement on the
20  number of depositions?
21          MR. NEWMAN:  We do not have an agreement, no.
22          THE COURT:  There's something in here that says that
23  there shouldn't be any limits on discovery other than those
24  present in the Federal Rules.  Now, the Federal Rules does have
25  a limit on the number of depositions.  The Federal Rules has a