# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

Felice I. Iacangelo and Cicily Iacangelo,　:
As Guardian of the Person and Property of　:
KARYN A. KERRIS,　:
　　　　　　　　　　　　　　　　　　　　:　　**Civil No. 1:05CV02086**
　　　　　　　　　Plaintiffs,　:
　　　　　　　　　　　　　　　　　　　　:　　**Judge Paul L. Friedman**
vs.　:
　　　　　　　　　　　　　　　　　　　　:　　**Magistrate Judge Alan Kay**
GEORGETOWN UNIV. HOSPITAL, *et al.* :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　:

_____

### PLAINTIFFS' (DEPOSITION) WITNESS LIST[1]

Pursuant to this Court's request on April 23, 2007, during a conference call, Plaintiffs

hereby submit the following list of individuals to be deposed:

1. Kenneth D. Bloem, Chief Executive Officer for the Medical Center

2. Paul Katz, Chief Operating Officer for the Medical Center

3. Leo J. O'Donovan, President, Georgetown University

4. Charles M. Cawley, Member of the Board of Directors (or the then Chairman of the

    Board)

5. J. Willard Marriott, Jr., Member of the Board of Directors

6. Henry Yeager, M.D., Member of the Institutional Review Board, Committee A

7. Dieter Schellinger, M.D., Member of the Institutional Review Board, Committee B

8. (Vance E. Watson, M.D., deposition to be reconvened)

_____

[1] This does not, of course, include the depositions of Defendants' experts, since their identities are unknown at this time.

Respectfully submitted,

/s/ Anthony G. Newman
Newman, McIntosh & Hennessey LLP
Anthony G. Newman, Esquire No. 384809
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
(301) 654-3400
Attorney for Plaintiff

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to the United States District Court Local Rule for the District of Columbia

5.4(d), I hereby certify that a copy of the foregoing Witness List was served via electronic filing

on the Court's CM/ECF website on April 24, 2007 to:

Megan Hills, Esq.
Nicolas Muzin, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005

/s/ Anthony G. Newman
Anthony G Newman