# EXHIBIT 2

# NEWMAN MCINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (DC, MD)
Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland 20814

Main: (301) 654-3400
Fax: (301) 907-2975
www.nmhlaw.com

## Fax Cover Sheet

TO: Megan Hills

FROM: Anthony Newman

FAX: (202) 434-5029

DATE: 4/15/07

# PAGES (incl. cover) 3

RE: Deposition date request

### Confidential Communication

The information contained in the facsimile is proprietary and confidential and is intended only for the addressee(s) named above. If you have received this communication in error, please notify us immediately at (301) 654-3400 and return the communication by mail to the above address.

# NEWMAN MCINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (DC, MD)
Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland 20814

Main: (301) 654-3400
Fax: (301) 907-2975
www.nmhlaw.com

April 16, 2007

**VIA FAX & US MAIL**
Megan E. Hills, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

**Re: Karyn Kerris**

Dear Ms. Hills,

Plaintiffs request deposition dates for the following individuals:

**A. Officers of the Medical Center** (at the relevant times):

| Name | Title (at the relevant times) |
|---|---|
| 1. Kenneth D. Bloem | Chief Executive Officer for the Medical Center |
| 2. Paul Katz | Chief Operating Officer for the Medical Center |
| 3. Sam Wiesel, M.D. | Executive Vice President for Health Sciences |
| 4. Michael Cole | Vice President of the Medical Center |

**B. Officers of Georgetown University** (at the relevant times):

| Name | Title (at the relevant times) |
|---|---|
| 1. Leo J. O'Donovan | President, Georgetown University |
| 2. John J. DeGioia, M.D | Senior Vice President, Georgetown University |
| 3. Joseph G. Verbalis, M.D. | Georgetown University's GCRC |

**C. Members of the Board of Directors** (at the relevant times):

1. Charles M. Cawley
2. James V. Kimsey
3. John J. Faith, IV
4. Judge Arthur J. Gajarsa
5. James F. Higgins
6. Leslie H. Jacobson
7. Philip A. Marineau
8. J. Willard Marriott, Jr.
9. Frank L. Salizzoni
10. Stephen Wolf

Megan E. Hills, Esq.
April 16, 2007
Page 2

**D. Members of the Institutional Review Board** (at the relevant times):

| **Committee A** | **Committee B** |
|---|---|
| 1. Mary Young, M.D. | 4. Harry G. Preuss, M.D. |
| 2. Margaret Rodan Sc.D | 5. Leonard Chiazze, Jr., M.D. |
| 3. Henry Yeager, M.D. | 6. Jeanne Meck, Ph.D. |
| | 7. Dieter Schellinger, M.D. |
| | 8. Sorell L. Schwartz, M.D. |

I stand ready to take their depositions as soon as possible.

Sincerely,

Anthony G. Newman

AGN/bms

# NEWMAN McINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (DC, MD)
Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland 20814

Main: (301) 654-3400
Fax: (301) 907-2975
www.nmhlaw.com

## Fax Cover Sheet

TO: Megan Hills          FROM: Anthony Newman

FAX: (202) 434-5029      DATE: 4/19/07

# PAGES (incl. cover)  3

RE: Depositions

# NEWMAN, McINTOSH & HENNESSEY, LLP

ANTHONY G. NEWMAN (DC, MD)
ERNEST W. McINTOSH (DC, MD, MI)
JOSEPH A. HENNESSEY (DC, MD)

THE AIR RIGHTS BUILDING
7315 WISCONSIN AVE, SUITE 700 EAST TOWER
BETHESDA, MARYLAND 20814

(301) 654-3400 MAIN
(301) 907-2975 FAX
WWW.NMHLAW.COM

April 19, 2007

*VIA FAX & US MAIL*
Megan E. Hills, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

*Re: Karyn Kerris*

Dear Ms. Hills,

Pursuant to your request Plaintiffs will start discovery by deposing the individuals listed below beginning with Kenneth D. Bloem.

**A. Officers of the Medical Center** (at the relevant times):

| **Name** | **Title** (at the relevant times) |
|---|---|
| 1. Kenneth D. Bloem | Chief Executive Officer for the Medical Center |
| 2. Paul Katz | Chief Operating Officer for the Medical Center |

**B. Officers of Georgetown University** (at the relevant times):

| **Name** | **Title** (at the relevant times) |
|---|---|
| 3. John J. DeGioia, M.D | Senior Vice President, Georgetown University |

**C. Members of the Board of Directors** (at the relevant times):
4. Charles M. Cawley
5. J. Willard Marriott, Jr.
6. Judge Arthur J. Gajarsa

Megan E. Hills, Esq.
April 19, 2007
Page 2

### D. Members of the Institutional Review Board (at the relevant times):

**Committee A**
7. Henry Yeager, M.D.

**Committee B**
8. Dieter Schellinger, M.D.

Based on your letter it appears that defense will not stipulate to any additional depositions, thus Plaintiffs will be forced to file a Rule 30(a)(2)(A) motion in order to complete discovery. To that end this letter will serve as Plaintiffs' good faith attempt to reach an agreement under Rule 29, and unless I hear otherwise, the motion will be filed.

Finally it should be noted that it was not Plaintiffs' intent to involve Magistrate Kay oversee every deposition.

Sincerely,

Anthony G. Newman

AGN/bms