## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 1:05CV02086 (PLF) |
| Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., ) ) ) ) | Judge Paul L. Friedman  Magistrate Judge Alan Kay |
| Defendants. ) ) ) | |

## DEFENDANTS GEORGETOWN UNIVERSITY AND VANCE E. WATSON, M.D. FEDERAL RULE OF CIVIL PROCEDURE 26 INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 26.2(a) and the Court's Scheduling Order, defendants Georgetown University and Vance E. Watson, M.D. (collectively, "defendants") hereby submit the following initial disclosures to plaintiffs Felice I. Iacangelo and Cicily Iacangelo, guardians of the Person and Property of Karyn A. Kerris ("plaintiffs"). These initial disclosures are based on information reasonably available to defendants as of the date hereof. Defendants reserve the right to modify or supplement these initial disclosures if additional information becomes available.

Defendants' disclosures identify information and documents that defendants may use to support their claims and/or defenses in this action. Disclosures by Georgetown University and Vance E. Watson, M.D. are made without in any way waiving: (1) the right to object on the grounds of competency, privilege, relevancy, materiality, hearsay, or any other proper ground, to

the use of any such information, for any purpose, in whole or in part, in any subsequent

proceeding in this action or any other action; and (2) the right to object on any and all grounds, at

any time, to any other discovery request or proceeding involving or relating to the subject matter

of these initial disclosures.

**A.     INDIVIDUALS:**

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, defendants

disclose the following groups of individuals who may have information regarding the medical

care, treatment, and condition of Karyn Kerris and her medical condition(s).

**1.     Employees and Associates of Georgetown University Hospital:**

The following individuals are listed within Karyn Kerris's records, previously

produced to plaintiffs.  These individuals may currently be employed at the hospital at 4700

Reservoir Road, N.W., Washington, D.C.  However, since the purchase of the hospital by

MedStar, Inc. on July 1, 2000, their employment status is currently unknown.  Because of the

length of this list, should more precise information about any one individual be needed,

defendants will petition Medstar, Inc. for information.  Currently, the following information is

known to defendants.  If further information regarding individuals who are affiliated with the

hospital or defendants who have relevant knowledge of Ms. Kerris is subsequently discovered by

defendants, these disclosures will be supplemented.

Contact person: Alex Eremia, Esq.
MedStar, Inc. / Georgetown University Hospital General Counsel
3800 Reservoir Road NW
Washington, DC 20007-2113

The following individuals may have information related to the medical history, care,

treatment, work performance, and work history, and abilities of Karyn A. Kerris and her medical

condition(s) and abilities:

Rosanna Sylvia R. Abelencia, RN
Alaa Abou-Saif, MD
S. Abralon
Fial R. Abu
Rosanna Abulow
Ken Accosti
D. Adano
Rino A. Alcantara
A Algpaeto, RN
E. Angle, RN
Myrna Joy A. Arellano-Valdellon, RN
Ramsy R. Atour
Melody A. Attah, RN
J. Barbee, RN
Florence Barrows
Catherine Bede, RN
Katie Beeka
Mary Kennedy Behning, RN
Mekdes X. Bekele, RN
Stanley B Benjamin, MD
L. Berger
Nadia Biassou, MD
Ann Billes, RN
Cynthia Bivek
Pamela Blake, MD
Mara Bledorgroen
Meredith Bodie, RN
Leslie Boggus, RD, LD
Lynne M. Bollengier, RN
Lindsay C. Bratton
Lynn Brinnare
Mary Beth Brookey
Tonette Brooks
Colleen E. Brown
Julia Brown
(first name unknown) Cantero
Dr. Casey
Joyce Cherestal, RN
Arlis J. Cihou
Arlis J. Cilak, RN
Donna Clarke
Sandy Cliriboga
Charles P. Coggeshall, MD
Sonya Cojith
William Connell
Marge Corain

David Coyt
J. Crawford
Liesl A. Curtis, MD
Jamara Cyhan
Bolivia Davis, MD
Sarah Dawn
Claire DeJou, RN
R. Dorsey
Nancy F. Dunphy
S. Epstein, MD
Michelle Evanson
Monica Ferguson
Dr Figueroa
Erin K. Fink, RN
David Fleischer, MD
Barbara Fletcher
Praxedes A. Fofung
Iliana Fucho
Jenifer Fuller
B. Fuze
Cynthia C. Gaines
Bernadette T. Galicia, RN
David F. Garvin, MD
Lynn Gill, RN
Michael Goldberg, MD
Paul Goldberg, MD
Bernadette Golicia
Ilse W. Gomes, RN
Ricardo H. Gonzalez, MD
Maria Gordon
Margie Gordon
Jocelyn E. Green, RN
Vida A. Greenaway
James F. Grim, Jr., MD
Dr Hag
Lauren N. Haitle
Curt N. Hall
Janis L. Harral, RN
Janis Harrod
Robbie Harlowe, RN
Mary  Harrington
U. Heil, RN
Kristin Henry, RN
Patti Henshel
Clift Hill
Carla B. Holgado-Raji, RN

John M. Howell, MD
Michelle Y. Humphrey, RN
Emily Kanammauel
Emily Karam
B. Kataria, MD
CL Kauffman, MD
Raul Kaun, RN
Ed Kelly
Elizabeth Kennedy, MD
Ann Kim, MD
Katie Kotopoulos, RN
Seth Krevat
Neil M. Kurzra
Romero Lacuish
(first name unknown) Lahisa
Mary E. Lane
Heidi M. Leamski
Nancy F. Launie
Clifton Leftridge, MD
Aliza S. Levine, MD
James H. Lewis, MD
Hyong Li
Monique Lloyd, RN
M. Loscalzo, MD
Jennifer Lowry, RN
Jetsy Lynch, RN
Amanda Lyttle
Amanda Lytton, RDLD
Laurie MacJerold
Susan Y. Magbuhos
M. Maquyenous
Claude F. Margot
Jennifer Markusic, MD
Henry Marshall, MD
Roland Mayo
Patricia McClain
Pauline McDermitt, RN
Mary K. McGavich/Harrington
Laurie McJarold
J McSweeney, RN
Amy Mecelsup
Leonona P. Mendoza, RN
Ranit Mishaoni
Ranit Mishori
M Missendo
Veronica Mitchell, MD

Lenona P. Morgan
Todd Morrell, MD
Kathleen Morris, RN
R. Morrissey, MD
Pat Murley
Bariatu Mustapha, RN
Amy Nathanson, RD LD
Amanda Neu
Dr. Nikolie
Marcella Nocek, RN
Mary Nogard, RN
Shamin Nouri, MD
Renee Oclue, RN
Michael Pelcey, MD
Michael Pelley, MD
Lynn Perkins
Michael Perline, MD
Dr. Persaud
Edward Pien, MD
Sandra Polin, MD
I. Powell
Lucille Quizon, RN
L. Quyonian, RN
L. Qyon, RN
R. Alan
D. Raynn
Lucienne Reid, MD
Dr. Reilly
W. Reuthens, MD
Dr. Riley
Gertrude (RN)
Mary (RN)
Daisey Rodriguez
Maria Romero, RN
Jannell Roork
Cynthia Samprock
Melissa A. Santarelli, RN
Virgil Sarmac
Lisa Schauer, RN CCM
Dieter Schellinger, MD
R. Schwart
B. Silas, MPT
Margaret Singletary, RN
W. Smith, RN
Hanna Solomon, RN
Victoria N. Starbuck, Ph.D.

Monica Steplough, RN
Dr. Steve (301) 345-0331
Lauren J. Stringi, RN
Anne M. Stubins
Michael Suida
Thomas J. Sullivan
Jaclyn Swambace
M. Sweeney, RN
Joyce F. Tan, RN
Marcie Taylor
Monica Taylor
Clarina C. Thason
Shawnee Thomas
S. Thomas, RN
Kris Thompson
Donald S. Thorn, MD
Dandre S. Thornhill
(first name unknown) Threlfall, CRNA
Alyson Timlin, RN
Margaret Timmons, MD
Carlo S. Tornatore, MD
K. Townsend
Bradley Troje, MD
Czarina C. Turson, RN
Frank G. Twardzik, MD
M. Yepes, MD
Wendy Verna, RN
Dorothy Waller
J. Waller
(first name unknown) Walsh
Vance E. Watson, MD
Jennifer Watters
Alicia A. Weber, RN
Justin West, MD
K. Wetherher, RN
Helen L. Williams
Lisa Wood
S. Wood, PT
Susan (last name unknown)
Kathleen (last name unknown)

**2.    <u>Employees and Associates of the National Institutes of Health ("NIH"):</u>**

National Institutes of Health
9000 Rockville Pike
Bethesda, MD 20892

The following individuals are listed within Karyn Kerris's records, previously produced by third party, NIH, and previously produced to plaintiffs. These individuals may currently be employed with NIH. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with NIH who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party NIH. The following individuals may have information related to the medical history, medical condition(s), medical care, and treatment and her work environment, responsibilities, performance, and abilities of Karyn A. Kerris:

> Judith A. Badner, MD
> Lori Benson-Held, Ph.D
> Peter L. Choyke, MD
> Gordon Cuttler, MD
> Azar Dagher, MD
> M. Domanski, MD
> John L. Doppman MD
> Andrew J. Dwyer, MD
> W. Eckelman, Ph.D
> Mary Estep
> Penelope P. Feuillan, MD
> Joseph A. Frank, MD
> Elliot Gershon, MD
> Juliet J. Gurroff, MSW
> Lori Guthrie, RN
> Sandra Lee Hess, RN
> D Kazuba
> Jack Krasuski, MD
> Judith Levine-Ross, MD
> Katherine L. Mattakas, RN
> Louis H. Miller, MD
> Kavita Prasad, MD
> Marilyn S. Royster, RN
> Alan Sanders, MD
> Mark B. Schapiro, MD

Ronald. Summers, MD
Anne M. Tartaglia, RN
Reta Wilson

Defendants further supplement this list with individuals who may have been employed by NIH with Ms. Kerris who may have information related to the medical history, medical condition(s), medical care, and treatment and her work environment, responsibilities, performance, and abilities, whose identities are currently unknown.

**3.      Employees and Associates of Kernan Hospital:**

Kernan Hospital
2200 Kernan Drive
Baltimore, MD 21207

The following individuals are listed within Karyn Kerris's records, previously produced by third party, Kiernan Hospital and previously produced to plaintiffs.  These individuals may currently be employed with Kiernan Hospital.  Currently, this is the information that is known to defendants.  If further information regarding individuals who are affiliated with Kiernan Hospital who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party, Kiernan Hospital.  The following individuals may have information related to the medical history, medical condition(s), medical care, treatment, and abilities of Karyn A. Kerris:

Daniel Drubach, MD
Rhonda Williams

**4.      Employees and Associates of the Kennedy Krieger Institute ("KKI"):**

Kennedy Krieger Institute
707 N. Broadway
Baltimore, MD 21205

- 9 -

The following individuals are listed within Karyn Kerris's records, previously produced by third party, KKI, and previously produced to plaintiffs. These individuals may currently be employed with KKI. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with KKI who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party KKI. The following individuals may have information related to the medical history, medical condition(s), medical care, treatment, and abilities of Karyn A. Kerris:

> Tara Haupt
> Nancy Inman
> June McIver, RN, CRRN
> Susan Schiaffino, MD
> Cindy Scott

### 5.    Employees and Associates of Johns Hopkins Hospital ("JHH"):

Johns Hopkins Hospital
600 North Wolfe Street
Baltimore, MD 21287

The following individuals are listed within Karyn Kerris's records, previously produced by third party, JHH, and previously produced to plaintiffs. These individuals may currently be employed or affiliated with JHH. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with JHH who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party JHH. The following individuals may have information related to the medical history, medical condition(s), medical care, treatment and abilities of Karyn A. Kerris:

    M. Birdick
    M. Cortese, MS, III
    Nancy Dalos, MD
    Pat Donohoue, MD
    John P. Dorst, MD
    Emily Germain, MS, III
    H. Harrison, MD
    Nick Jospe, MD
    David Kandiah, MD
    Langford Kidd, MD
    L. King, MD
    Claude J. Migeon, MD
    Laura Millman, MS, IV
    James Rascher, MD
    Barry Reiner, MD
    Daniele Rigamonti, MD
    Peter Rowe, MD
    Derek L. Shickell
    Stuart Talor, MD
    Gary K. Wand, MD
    Merton White, MD
    Jeffery A. Williams, MD
    Mike Williams, MD

6.    **Employees and Associates of Capital Gastroenterology Consultants ("CGC"):**

Capital Gastroenterology Consultants
10801 Lockwood Drive #200
Silver Spring, MD 20901

The following individuals are listed within Karyn Kerris's records, previously produced by third party, CGC, and previously produced to plaintiffs. These individuals may currently be employed or affiliated with CGC. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with CGC who have

relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party CGC The following individuals may have information related to the medical history, medical condition(s), medical care, treatment, and abilities of Karyn A. Kerris:

> Neeraj Chopra, MD
> Craig Colliver, MD
> Alan J. Diamond, MD
> James F. Grim, Jr, MD
> Robert F. Musselman, MD
> Ahmed Nawaz, MD
> Eric A. Oristian, MD
> Audrey K. Robinson, MD
> Barry M. Rubin, MD

7.    **Employees and Associates of American Radiology Services ("ARS"):**

American Radiology Services, Inc.
10373A Reistertown Road
Owing Mills, MD 21117

The following individuals are listed within Karyn Kerris's records, previously produced by third party, ARS, and previously produced to plaintiffs. These individuals may currently be employed or affiliated with ARS. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with ARS who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party ARS. The following individuals may have information related to the medical history, medical condition(s), medical care, treatment and abilities of Karyn A. Kerris:

> Mukul Khandelwal, MD
> Michelle Melotti, MD

(No first name known) Melvin RD

8.    **Employees and Associates of Holy Cross Hospital ("HCH"):**

Holy Cross Hospital
1500 Forest Glen Road
Silver Spring, MD 20910

The following individuals are listed within Karyn Kerris's records, previously produced by third party, HCH, and previously produced to plaintiffs. These individuals may currently be employed or affiliated with HCH. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with HCH who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party HCH. The following individuals may have information related to the medical history, medical condition(s), medical care, treatment and abilities of Karyn A. Kerris:

Gail Bean, RN
Carolyn Burns-Frazier, RN
Kathleen Butler, MD
Alma N. Canaria, RN
Neeraj Chopra, MD
Carl Cimino, RN
Dawn Ebanks
Urik Evans, RN
Steven Grufferman, MD
Brenda Jackson
Ronald A. Koval
Carla B. MacLeod, MD
Lucy McDonald, RN
Douglas McPhee, MD
Patrick Murphy, MD
Anil Narang, MD
Khanh Q. Nguyen, DO
Eric A. Oristian, MD
Semeer Pandit, MD
Regina Parham, RN

> Michelle Anne Ritley
> Linda Rivera, RN
> Barry M. Rubin, MD
> Dr. Shanavas
> Dana Shapiro, RN
> Maureen R. Slattery, RN
> Angelita Syphax
> Linda Taneen
> Adina Verrett-Myles
> Eva Winterwerp, RN
> David L. Yin, MD

### 9.    Employees and Associates of Howard County General Hospital ("HCGH"):

Howard County General Hospital
5755 Cedar Lane
Columbia, MD 21044

The following individuals are listed within Karyn Kerris's records, previously produced by third party, HCGH, and previously produced to plaintiffs. These individuals may currently be employed or affiliated with HCGH. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with HCGH who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party HCGH. The following individuals may have information related to the medical history, condition(s), care, treatment, and abilities of Karyn A. Kerris:

> Karen Allen
> Rory Amorjun, RN
> Kim Barnes
> Karen Benson
> Vernon Bewig
> Willie Bivings, Jr, Dr.
> Kevin Cooke
> Dr. Gelber
> Mukul Khandelwal, MD*
> Nathan Kirsey

Colleen Kline
D. Davis Kroehling, RN
Anthony Laurel
Kay Lent-Green
Gary K. Leverknight
Carol Montanez
Arol Montgomery, RN
Jan Morsef, RN
Mai-Chi T. Nguyen
Kimberly Oden
Sharon O'Neill
Vaishali Patel
Melvin S. Rapelyea, MD*
Bonnie Rehm
Tequesta Reid, RT
Rana Sherwany, MD
John B. Stockel, MD*
Diana Tierney-Burke
Frank Twardzik, MD*
Suzanne Wright
Paul H.

\* Also at American Radiology Services

**10.**    **Employees and Associates of Washington Hospital Center ("WHC"):**

Washington Hospital Center
110 Irving St. NW
Washington, DC 20010

The following individuals are listed within Karyn Kerris's records, previously produced by third party, WHC, and previously produced to plaintiffs. These individuals may currently be employed or affiliated with WHC. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with WHC who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party WHC. The following individuals may have information related to the medical history, condition(s), care, treatment, and abilities of Karyn A. Kerris:

> Dawn R. Adams, MD
> M. Bnyan, RN
> Mia Elliot, RN
> M. Fountain, RNC
> Dr. Hammond
> Dr. Jacobson
> James S. Jelinek, MD
> Cecelia Johnson
> Gerald S. Johnston, MD
> Janet Kalman, RN
> Paul Koyilan
> J. Lamburt
> Robert  Laureno, MD
> Dr. C. Levey
> WS Madigody
> Dr. Malicob
> Dr. Malkovska
> Ms. McKinney
> Usha Punja, MD
> Marc F. Schlosberg, MD
> Bernard Wagman, MD
> Deborah Welborn
> Dr. Yaslen

## 11.    Employees and Associates of Dr. Richard Delaney, MD ("Dr. Delaney"):

Richard Delaney, M.D.
9801 Georgia Avenue #109
Silver Spring, MD 20902

The following individuals are listed within Karyn Kerris's records, previously produced by third party, Dr. Delaney, and previously produced to plaintiffs.  These individuals may currently be employed or affiliated with Dr. Delaney.  Currently, this is the information that is known to defendants.  If further information regarding individuals who are affiliated with Dr.

Delaney who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party Dr. Delaney.  The following individuals may have information related to the medical history, condition(s), care, treatment, and abilities of Karyn A. Kerris:

> Richard Delaney, MD
> Alternate Contact Information:
> 3929 Ferrara Drive
> Wheaton, MD 20906
> Ronald Pomerantz, MD
> Lisa Y. Robinson, RN

**12.    Employees and Associates of Dr. Frank Gravino, MD ("Dr. Gravino"):**

Frank Gravino, MD
10313 Georgia Avenue #306
Silver Spring, MD 20902

The following individuals are listed within Karyn Kerris's records, previously produced by third party, Dr. Gravino, and previously produced to plaintiffs.  These individuals may currently be employed or affiliated with Dr. Gravino.  Currently, this is the information that is known to defendants.  If further information regarding individuals who are affiliated with Dr. Gravino who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party Dr. Gravino.  The following individuals may have information related to the medical history, condition(s), care, treatment, and abilities of Karyn A. Kerris:

> Frank N. Gravino, MD
> Herman Segal, MD
> Janet McCracken-Goetsch
> Felicia Possey, MD
> Donna M. Steele

13.    **Employees and Associates of Community Radiology Associates ("CRA"):**

Community Radiology Associates
18111 Prince Philip Drive #T-20
Olney, MD 20832

The following individuals are listed within Karyn Kerris's records, previously produced by third party, CRA, and previously produced to plaintiffs. These individuals may currently be employed or affiliated with CRA. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with CRA who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party CRA. The following individuals may have information related to the medical history, condition(s), care, treatment, and abilities of Karyn A. Kerris:

> James McCabe, MD
> Jack Goode, MD
> Sidney Pion, MD
> Audrey K. Robinson, MD
> Paul Schaefer, MD
> Alka Singh, MD

14.    **Employees and Associates of National Rehabilitation Hospital ("NRH"):**

National Rehabilitation Hospital
102 Irving Street NW
Washington, DC 20010

The following individuals are listed within Karyn Kerris's records, previously produced by third party, NRH, and previously produced to plaintiffs. These individuals may currently be employed or affiliated with NRH. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with NRH who have

relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-party NRH. The following individuals may have information related to the medical history, condition(s), care, treatment, and abilities of Karyn A. Kerris:

> Todd Bernstein, MD
> Howard Gilmer, DO
> Mandeep Othee, MD

**15.    Other Individuals:**

The following individuals are listed within Karyn Kerris's records, previously produced by third parties, and previously produced to plaintiffs. These individuals may currently be employed or affiliated with these third parties. Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with these third parties who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented.

The following individuals are listed on the records produced by third-parties. The following individuals may have information related to the medical history, condition(s), care, treatment, and abilities of Karyn A. Kerris:

> Kathy Brown
> Johns Hopkins PharmaQuip
> 2400 Broening Highway
> Baltimore, MD 21224
>
> Phyllis Buckley
> Payroll Supervisor
> Department of Health & Human Services
>
> Bryce K.A. Weir, MD
> University of Chicago Medical Center
> 5841 South Maryland Avenue

Chicago, IL 60637

Gary K. Steinberg, MD
Department of Neurosurgery, MC 5327
Stanford University Medical Center

Ian Fleetwood, MD
Stanford University Medical Center

D. Lynn Foote
5525 Twinknolls Road, #322
Columbia, MD 21045

Ronald Pomerantz, M.D.
Clinical Radiologists PA
2121 Medical Park
Silver Spring, MD 20902

Charlene Holt, RN
Adventist Home Health Services
10800 Lockwood Dr
Silver Spring, MD 20901

Lisa Y. Robinson, RN
American Home Medical Inc.
6942 Laurel Bowie Road
Bowie, MD 20715

Dawn R. Adams, MD
Blue Cross/Blue Shield Case Manager
410-561-4170

Kirsten O'Toole, MS
Central MD Rehab Center

Melissa Keller
U.S. Office of Personnel Management
1900 E Street NW
Washington, DC 20415
(202) 606-1800

Norman A. Lockshin, MD
Derm Associates, P.C.
10313 Georgia Avenue
Silver Spring, MD 20902

Ronald H. Uscinski, MD
18111 Prince Philip Drive #104
Olney, MD 20832

Artin Aharonian, MD
Montgomery Community Magnetic Imaging Center
18103 Prince Philip Drive
Olney, MD 20832

Sharon Dickmann
Central Maryland Rehabilitation Center
6300 Woodside Court
Columbia, MD 21046

Defendants further list any individual who may have been employed or affiliated with any of these third parties whose identities are currently unknown. Defendants further list any individual or individual affiliated with an entity and/or person to whom plaintiffs and/or any of the listed third parties sent any of Ms. Karyn Kerris's records.

Currently, this is the information that is known to defendants. If further information regarding individuals who are affiliated with these third parties who have relevant knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be supplemented. These individuals/entities may have information related to the medical history, condition(s), care, treatment, and abilities of Karyn A. Kerris.

16.    **Other Individuals:**

Felice Iacangelo
2109 Edgeware Street
Silver Spring, MD 20905

Ms. Iacangelo may have relevant knowledge and information regarding all aspects of Karyn A. Kerris's claims, including, but not limited to her education, work, and medical care, as well as this litigation. She may also have relevant information regarding other

individuals, unknown at this time to defendants, who have relevant information as to these topics.

> Cicily Iacangelo
> 2109 Edgeware Street
> Silver Spring, MD 20905

Mr. Iacangelo may have relevant knowledge and information regarding all aspects of Karyn A. Kerris's claims, including, but not limited to her education, work, and medical care, as well as this litigation. He may also have relevant information regarding other individuals, unknown at this time to defendants, who have relevant information as to these topics.

> Paul Kerris
> 8938 Footed Ridge
> Columbia, MD 21045

Mr. Kerris may have relevant knowledge and information regarding all aspects of Karyn A. Kerris's claims, including, but not limited to her education, work, and medical care, as well as this litigation. He may also have relevant information regarding other individuals, unknown at this time to defendants, who have relevant information as to these topics.

Affiliates of the Above Unknown at this time to defendants.

Unknown affiliates of Mr. and Mrs. Iacangelo and/or Mr. Kerris may have relevant knowledge and information regarding all aspects of Karyn A. Kerris's claims, including, but not limited to her education, work, and medical care, as well as this litigation. They may also have relevant information regarding other individuals, unknown at this time to defendants, who have relevant information as to these topics.

17.    **Individuals Whose Addresses are Unknown:**

The following individuals are listed within Karyn Kerris's records, previously produced to plaintiffs. Currently, this is the information that is known to defendants. If further

information regarding individuals who are affiliated with these third parties who have relevant

knowledge of Ms. Kerris is subsequently discovered by defendants, these disclosures will be

supplemented.

        The following individuals are listed on the records of Karyn A. Kerris and also in

the possession of plaintiffs.  The following individuals may have information related to the

medical history, condition(s), care, treatment, work history, environment, performance and

overall abilities of Karyn A. Kerris:

> Georgia Abeve (referred to as MD)
> Clark Brill, MD
> Craig Colliver, MD
> Irvin Allen Guterman, MD
> Stuvanne Lusk - 410-263-1704 (CNR)
> Monique Mitchell
> Dr. Nawaz
> Rajendra Sharma
> Dr. Speçkler
> Jerry Toporovosky
> Dr. Varma
> Ken Williams
> Mary (Karyn's assistant – address unknown)

        Defendants reserve the right to supplement the above information as information

becomes known and as discovery progresses.

**B.**      <u>**DOCUMENTS, DATA COMPILATIONS, AND THINGS:**</u>

        Pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, defendants identify

the following categories of documents, data compilations, and things that may be used to support

defendants' claims or defenses:

1.   **Documents relating to the medical condition(s), care, treatment, and abilities of Karyn A. Kerris, prior to, during, and subsequent to the dates at issue in this litigation:**

These include all medical records, from both inpatient and outpatient treatment, related to Karyn Kerris. "Document" includes recorded material of any kind, whether recorded in writing, electronically, or by any other means. This includes, but is not limited to:

a) all medical records - patient chart, patient consent forms, patient questionnaires, patient histories, patient records, notes, memoranda, records, protocols, intake forms, *etc.*.

b) financial and billing information - insurance forms, medical bills, *etc.*.

c) test results - x-ray films, CT films, EKGs, imaging studies, MRI films, MRA films, reports, blood tests, *etc.*.

d) consultation reports – physical therapy, occupational therapy, massage, speech and swallow, religious or faith based consultations, etc.

e) other records - disability applications, referrals, prescriptions, assessments, correspondence, social work reports, DNR orders, etc.

f) all attachments previously submitted by plaintiffs to the Court in this action.

2.   **Documents relating to the employment history of Karyn A. Kerris:**

"Document" includes recorded material of any kind, whether recorded in writing, electronically, or by any other means.

It is believed that documents, data compilations, and things in categories 1 and 2 within defendants' possession, custody or control have been previously produced to plaintiffs or are provided with these disclosures as noted below, and include all attachments, previously submitted by plaintiffs to the Court.

It is also believed that, with the exception of recently acquired documents from Johns Hopkins Hospital and Radiology Films (an index of which is simultaneously provided), copies of all documents in categories 1 and 2 have been turned over to counsel for plaintiffs and attachments submitted by them are already in their possession:

> Anthony Newman, Esq.
> Newman & McIntosh
> 7315 Wisconsin Avenue #700E
> Bethesda, MD 20814
>
> Andrew Greenwald, Esq.
> Greenwald and Laake
> 6404 Ivy Lane #440
> Greenbelt, MD 20770

Copies of medical records from Johns Hopkins Hospital are enclosed with these disclosures and are turned over to plaintiffs on this same date. Defense counsel is also in possession of Radiology Films, which are located at the address listed below and are available for viewing by plaintiffs upon reasonable notice:

> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20057
> (202) 434-5000

An Index to these Radiology Films is enclosed with these disclosures. For a prepaid fee of $10.00 per sheet of film, a copy of the sheet of film(s), copies may be made for plaintiffs. Because of the charge for such copies to be made, defendants will only make the copy(ies) of item(s) upon being notified by plaintiffs and receiving the payment for it to provide to the copier. *See* Attachment A.

**C.    Computation of Damages:**

At this time, this category is not applicable to defendants.

D.    **Insurance Agreements**

For the period during which plaintiffs' claims arose, defendant Georgetown University Hospital was self-insured in the amount of $2 million per occurrence. During that same period, Georgetown University Hospital also maintained excess insurance through St. Paul/Travelers, $10 million per occurrence; ERC, $25 million per occurrence; XL, $50 million per occurrence.

The insurance agreement(s) are available for inspection and copying, upon execution of an appropriate protective order.

### Maintenance of Confidentiality of Information

For the protection of all parties, defendants request that you, your agents, and your clients maintain the confidentiality of all of the information contained in these disclosures, particularly the information contained in Section D, and do not disclose any of it further. Please inform us immediately if such nondisclosure requires us to seek a formal protective order from the Court to maintain the confidentiality of this information. Pursuant to this notification, please act as if such a protective order is in place for all of this information, unless and until, plaintiffs' contact us and the Court has ruled upon the request for a protective order, if petitioning the Court should become necessary.

Respectfully submitted,

Dated: May 11, 2007                    By:  *Megan E. Hills* /NM
                                              Megan E. Hills (D.C. Bar #437340)
                                              Nicolas D. Muzin (D.C. Bar #500106)
                                              WILLIAMS & CONNOLLY LLP
                                              725 Twelfth Street, N.W.
                                              Washington, D.C. 20005
                                              (202) 434-5000 (telephone)

- 26 -

(202) 434-5029 (facsimile)
mhills@wc.com
nmuzin@wc.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 11th day of May, 2007, I caused true and correct copies of the

foregoing "Defendants' Georgetown University and Vance E. Watson, M.D. Rule 26 Initial

Disclosures" to be served via electronic mail and copies mailed, postage prepaid, first-class to:

Anthony Newman, Esq.
Newman & McIntosh
7315 Wisconsin Avenue #700E
Bethesda, MD 20814

Andrew Greenwald, Esq.
Greenwald and Laake
6404 Ivy Lane #440
Greenbelt, MD 20770

Plaintiffs' Counsel

_____
Nicolas D. Muzin