IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civil Action No. 1:05CV02086 (PLF) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

## ATTACHMENT A

The following list of radiological films are films that are currently within defendants' possession, custody, or control. Defense counsel is also in possession of Radiology Films, which are located at the address listed below and are available for viewing by plaintiffs upon reasonable notice:

>Williams & Connolly LLP
>725 Twelfth Street, N.W.
>Washington, D.C. 20057
>(202) 434-5000

An Index to these Radiology Films is enclosed with these disclosures. For a prepaid fee of $10.00 per sheet of film, a copy of the sheet of film(s), copies may be made for plaintiffs. Because of the charge for such copies to be made, defendants will only make the copy(ies) of item(s) upon being notified by plaintiffs and receiving the payment for it to provide to the copier.

| | **Date** | **Type** | **Number of Films** |
|---|---|---|---|
| 1. | 11/4/98 | CXR | 1 |

2.  1/13/99        Angiogram        12

3.  3/3/99         Angiogram        2

4.  3/6/99         MRI              3

5.  4/13/99        CXR              1

6.  4/14/99        CXR              1

7.  4/22/99        CXR              1

8.  5/4/99         CXR              1

9.  10/11/99       CT               2

10. 11/4/99        Angiogram        6

11. 11/4/99        Angiogram        3

12. 11/17/00       MRI              6

13. 11/17/00       Angiogram        2

14. 1/16/01        Abdominal        1

15. 2/28/01        MRI              9

16. 2/28/01        CXR              1

17. 4/19/01        MRI              7

18. 3/24/04        CXR              1

19. A Disc of Unknown # of MRI Films from NIH (pre-8/98)