# EXHIBIT 3

47

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3    ------------------------------x
                                     :
 4    FELICE I. IACANGELO,           :
      et al.                         :
 5                                   :   VOLUME II
               Plaintiffs            :
 6                                   :   Case No.
         vs.                         :   1:05CV02086
 7                                   :   Judge Friedman
      GEORGETOWN UNIVERSITY,         :
 8    t/a Georgetown University      :
      Hospital, et al.               :
 9                                   :
               Defendants            :
10                                   :
      ------------------------------x
11
                              Washington, D.C.
12                            May 31, 2007

13    Videotaped Deposition of:

14              VANCE E. WATSON, M.D.,

15    called for oral examination by counsel for

16    Plaintiffs, pursuant to notice, at the

17    E. Barret Prettyman United States Courthouse,

18    333 Constitution Avenue, N.W., Washington,

19    D.C., beginning at 10:14 a.m., before

20    Lynell C.S. Abbott, a Notary Public in and for

21    the District of Columbia, when were present on

22    behalf of the respective parties:
```

1   first five 10-K was asked for for Onyx?

2           MS. HILLS:  Objection; calls for

3   speculation.

4           BY MR. NEWMAN:

5       Q.  If you don't know, just tell me.

6       A.  I don't know.

7       Q.  Do you have any financial stake in

8   the outcome of Onyx?  Do you make any money

9   off the product sales?

10          MS. HILLS:  Objection; irrelevant

11  and vague and ambiguous.

12          THE WITNESS:  Do I have equity

13  interest, stock options, anything like that?

14  No, I do not.

15          BY MR. NEWMAN:

16      Q.  Doctor, who is Leonard -- and I

17  don't know if I can pronounce it correctly,

18  but he was on the IRB -- Chiazze?

19  C-h-i-a-z-z-e.

20      A.  I don't know.

21      Q.  How long have you been on the IRB

22  at Georgetown?

1        A.    Well, the full IRB?

2        Q.    Yes.  How long have you been a
3   member of IRB?

4        A.    It's a difficult, that's not a
5   straightforward question.  I said I was on
6   what's called our safety committee where we
7   looked at applications and gave preliminary
8   recommendations for people to make changes in
9   their application prior to sending it to the
10  full IRB which is a voting body.

11              So it's like a, I don't know what
12  you call it, a subcommittee or a panel of the
13  IRB.  But the full voting IRB, it's on my CV,
14  I think it's been a couple years or something
15  like that.

16       Q.    Well, just on that point, in your
17  CV it does say that you've been on the safety
18  committee from '99 to 2001, and from 2005 to
19  the present been on the full voting IRB.
20  Correct?

21       A.    Yes, about two years.

22       Q.    And in that time you've never come

1   across Leonard Chiazze who is the head of the
2   IRB numbered B, which is one that you are a
3   part of?
4           MS. HILLS:  Objection; calls for
5   speculation, asked and answered.
6           THE WITNESS:  I think I'm on
7   IRB-A, which is why I would not have seen him.
8   Our head is Dr. Young.
9           BY MR. NEWMAN:
10      Q.   What do you know about the lawsuit
11  that occurred from the investigators and
12  faculty of Georgetown against the Board of
13  Directors and the then president of the
14  hospital?  This was in 1999.  Now, what do you
15  know about that?
16          MS. HILLS:  Objection; irrelevant.
17          THE WITNESS:  Explain that again
18  to me.  This is kind of a -- or say that
19  again.  I'm going to get some water.  You are
20  saying there is a lawsuit between whom and
21  whom?
22          BY MR. NEWMAN:

1    Q.   Did you not know about a lawsuit
2    against Kenneth Bloom by members of the IRB
3    and the research faculty in 1999 that as a
4    result of requiring them to raise 70 percent
5    of their revenue from research or other
6    elements that they would either do so or have
7    to be terminated?  You didn't hear about that?
8         MS. HILLS:  Objection; asked and
9    answered, calls for speculation.
10        THE WITNESS:  You know, I am not
11   -- well, how can I answer that?  I mean I --
12        BY MR. NEWMAN:
13   Q.   If you didn't hear about it, just
14   tell me you didn't hear about it.  I'm just
15   asking if you know.
16   A.   Well, again, you are talking a
17   long time ago now.  You know, I heard rumors
18   of a couple different kinds of lawsuits.  This
19   particular one I don't recall.
20   Q.   Do you recall there being anyone
21   -- first of all, do you recall when Kenneth
22   Bloom was the president of the hospital?

267

1    A.   It's kind of a vague memory.  We
2 had a number of administrative changes.  And
3 these people, you know, are at an
4 administrative level far above me.  I don't
5 meet them.  If there are fights and suits,
6 good chance I wouldn't know about it.
7    Q.   During the time of 1998-1999 was
8 your department ever evaluated for its profit
9 range and decided whether or not the members
10 within your department could keep their job
11 based on how much revenue they were bringing
12 in?
13         MS. HILLS:  Objection; calls for
14 speculation and vague.
15         THE WITNESS:  I would have no
16 idea.  I don't think we had anybody, at least
17 to my recollection, nobody in our department
18 has been terminated for financial reasons,
19 but...
20         BY MR. NEWMAN:
21    Q.   Do you recall the diversion of
22 drugs within neuroradiology during about that

319

1      CERTIFICATE OF NOTARY PUBLIC

2           I, Lynell C.S. Abbott, the officer

3    before whom the foregoing deposition was

4    taken, do hereby certify that the witness,

5    whose testimony appears in the foregoing

6    deposition, was duly sworn by me; that the

7    testimony of said witness was taken by me in

8    shorthand and thereafter reduced to computer

9    type under my direction; that said deposition

10   is a true record of the testimony given by

11   said witness; that I am neither counsel for,

12   related to, nor employed by any of the parties

13   to which this deposition was taken; and

14   further, that I am not a relative or employee

15   of any attorney or counsel employed by the

16   parties hereto, nor financially or otherwise

17   interested in the outcome of the action.

18

19                              _____
                                Notary Public in and for
20                              The District of Columbia

21   My Commission Expires:
     April 30, 2012
22

FEDER REPORTING COMPANY
(202) 863-0000     (800) 956-8996