# EXHIBIT 4

```
 1                  IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
 2
     FELICE I. IACANGELO, et al,      . Docket No. CV-05-2086 (PLF)
 3                                    .
            Plaintiff,                .
 4                                    . Washington, D.C.
            v.                        . June 26, 2007
 5                                    . 10:00 a.m.
     GEORGETOWN UNIVERSITY,           .
 6   trading as Georgetown University .
     Hospital, et al,                 .
 7                                    .
            Defendants.               .
 8   . . . . . . . . . . . . . . . . .

 9                   TRANSCRIPT OF STATUS CONFERENCE
                  BEFORE THE HONORABLE PAUL L. FRIEDMAN
10                     UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Plaintiff:        Newman, McIntosh and Hennessey
                               By: Anthony G. Newman, Esquire
13                             7315 Wisconsin Avenue
                               Bethesda, Maryland 20814
14                             301.654.3400

15                             Joseph, Greenwald and Laaker, PA
                               By:  Andrew E. Greenwald, Esquire
16                             6404 Ivy Lane
                               Greenbelt, Maryland 20770
17                             301.220.2200

18   For the Defendant:        Williams and Connolly, LLP
                               By: Megan E. Hills, Esquire
19                                 Nicolas D. Muzin, Esquire
                               725 Twelfth Street, Northwest
20                             Washington, D.C. 20005
                               202.434.5393

21

22   Court Reporter:           Linda L. Russo, RPR
                               Official Court Reporter
23                             Room 6403, U.S. Courthouse
                               Washington, D.C. 20001
24                             202.354.3244

25   Proceedings reported by machine shorthand, transcript produced
     by computer-aided transcription
```

```
 1            MR. NEWMAN:  Thank you.
 2            THE COURT:  That's how I rule.  You can take a
 3   deposition from anybody at Georgetown you want to.
 4            MR. NEWMAN:  Thank you.
 5            THE COURT:  Period, end of discussion.
 6            MS. HILLS:  Your Honor, Father Leo O'Donovan one the
 7   people --
 8            THE COURT:  Okay, you can't take Father O'Donovan's
 9   deposition.  Anybody that has anything relevant to say.
10            MS. HILLS:  Well, that's the whole issue.  A
11   protective order is pending in front of Judge Kay for just that
12   reason.  If they're asking for people -- J.W. Marriott, the
13   head of Marriott Corporation, they want to take his deposition
14   because he sat on the Board of Directors at Georgetown in the
15   '80s, on the theory that he might have some relevant
16   information.
17            There's a protective order that lays out -- Father
18   Leo O'Donovan they've identified, J.W. Marriott they have
19   identified.  These are -- so, it's not as easy as saying, oh,
20   they can take anyone they want.  We say identify somebody
21   relevant.  How about a 30(b)(6) witness, as opposed to
22   identifying nine people from the '80s who they -- on the
23   thought.
24            Your Honor, my belief is that this was brought on by
25   plaintiff's comment, not Georgetown's.  Trying to depose Father
```

```
 1   of now I do not have a conflict with either of my
 2   representation, and that now that that conflict has been lifted
 3   over me, I may advise my clients on settlement counteroffer, on
 4   their responses to written discovery.  So, therefore, I need a
 5   two week extension on defense's discovery responses, which are
 6   due July 4th.  In my mind, I was told I had a conflict by
 7   plaintiffs.
 8           THE COURT:  Okay.  I'll talk with Judge Kay and one
 9   of us will be in touch.
10           MR. NEWMAN:  Thank you, Your Honor.
11           MS. HILLS:   Thank you, Your Honor.
12        (Proceedings concluded.)
13
14                         CERTIFICATE
15        I, LINDA L. RUSSO, Official Court Reporter, certify
16   that the foregoing pages are a correct transcript from the
17   record of proceedings in the above-entitled matter.
18
19
20                           _____
                             Linda L. Russo, RPR
21                           Virginia CCR No: 0313102
22
23
24
25
```