IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>Plaintiffs,<br><br>v.<br><br>Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D.,<br><br>Defendants. | Civil Action No. 1:05CV02086 (PLF)<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge Alan Kay |

## DEFENDANTS' NOTICE

Pursuant to the Court's June 27, 2007 Order, undersigned defense counsel hereby notifies the Court that

>George R. Clark, Esquire
>Attorney-at-Law
>910 17th Street, N.W.
>Suite 800
>Washington, D.C. 20006
>202-331-3200
>202-331-2100 (fax)

has been retained as separate counsel for Defendant Vance E. Watson, M.D., to advise him generally as to any conflict of interest and will attend the deposition of Sheila Zimmet, Esq., set for 1:45 p.m. on July 23, 2007 at Williams & Connolly LLP. in his capacity as Dr. Watson's individual conflicts-of-interest counsel. Thereafter, Mr. Clark will consult and advise Dr. Watson as to any conflict of interest and file a report with the Court as set out in the Court's June 27, 2007 Order.

Respectfully submitted,

July 17, 2007                              By: /s/ Megan E. Hills
                                               Megan E. Hills
                                               Nicolas D. Muzin
                                               WILLIAMS & CONNOLLY LLP
                                               725 12th Street, N.W.
                                               Washington, D.C. 20005
                                               202-434-5000
                                               202-434-5029
                                               mhills@wc.com
                                               nmuzin@wc.com

                                               Attorneys for Defendants
                                               Georgetown University and Vance
                                               E. Watson, M.D.

2

## CERTIFICATE OF SERVICE

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing Notice was served via electronic filing on the Court's CM/ECF website on the 17h day of July, 2007 on the forgoing:

>Anthony Newman, Esquire
>Ernest McIntosh, Esquire
>Wendy Wyeth, Esquire
>Newman & McIntosh
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, Maryland 20814

>and

>Andrew Greenwald, Esquire
>Greenwald and Laake
>6404 Ivy Lane
>Suite 440
>Greenbelt, Maryland 20770

>Plaintiffs' Counsel

and a copy electronically mailed to:

>George R. Clark, Esquire
>910 17th Street, N.W.
>Suite 800
>Washington, D.C. 20006

_____
Megan E. Hills