**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, : <br> As Guardian of the Person and Property of : <br> KARYN A. KERRIS, : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> GEORGETOWN UNIV. HOSPITAL, *et al*. : <br> : <br> Defendants. : <br> _____ | **Civil No. 1:05CV02086** <br><br> **Judge Paul L. Friedman** <br><br> **Magistrate Judge Alan Kay** |

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF
MAGISTRATE KAY'S PARTIAL GRANTING OF DEFENDANTS'
MOTION FOR PROTECTIVE ORDER**

COME NOW, the Plaintiffs, by and through their undersigned counsel, and move this Honorable Court pursuant to Local Civil Rule 72.2(b) for reconsideration of Magistrate Kay's partial granting of Defendants' Motion for Protective Order, and state as follows:

**I.   INTRODUCTION**

After Plaintiffs noted the depositions of several Georgetown University officials, Defendants sought a protective order. Thereafter, the Court permitted the Plaintiffs to depose two of the seven requested deponents. With regard to the remaining five, the Court directed the Plaintiffs to provide it with a brief statement setting forth the need to depose each individual. Plaintiffs submitted that statement and the Defendants responded in kind.

After considering the parties' submissions, Magistrate Kay granted the Defendants' Motion for Protective Order with regard to deponents Kenneth Bloem, Lee

O'Donovan, and Paul Katz and further denied Plaintiffs' request to depose Dr. Leonard Chiazze, Jr.

Pursuant to Local Civil Rule 72.27(b), Plaintiffs now seek reconsideration of that ruling on the grounds that it is contrary to law and clearly erroneous.[1] In fact, this Court (Judge Friedman) has already ruled that Plaintiffs could depose anyone from Georgetown that it wanted to. As such, this Court should reverse Magistrate Kay's contrary ruling.

## II.   ANALYSIS

On June 26, 2007, the parties appeared before Judge Friedman for a status conference. During that conference, Plaintiffs' counsel informed the Court that the Defendants were obstructing their access to key witnesses by refusing to produce them for depositions. Thereafter, the following colloquy took place:

| | |
|---|---|
| Mr. Newman: | …At every step of the way we are blocked from taking a deposition…. |
| Court: | Why can't you take a deposition of anybody at Georgetown you want to? |
| Mr. Newman: | They have objected. |
| Court: | On what ground? |
| Mr. Newman: | We've had conferences with Judge Kay - - I'm sorry? |
| Court: | On what ground? **You can take a deposition from anybody at Georgetown you want to**. |
| Mr. Newman: | Thank you. |
| Court: | **That's how I rule. You can take a deposition from anybody at Georgetown you want to.** |
| Mr. Newman**:** | **Thank you.** |
| Court: | **Period, end of discussion.** |
| Ms. Hills: | **Your Honor, Father Leo O'Donovan one of the people –** |
| Court: | **Okay, you can't take Father O'Donovan's deposition. Anybody that has anything relevant to say.** |

*See* Transcript at 14-15, attached as Exhibit 1 (emphasis added).

---

[1] Plaintiffs seek reconsideration except with regard to Father O'Donovan.

Based on Judge Friedman's June 26, 2007 ruling, and the Plaintiffs' proffered reasons for needing to depose the requested individuals,[2] Magistrate Kay's ruling was contrary to law (Judge Friedman's ruling), clearly erroneous, and should be reversed.

## III.   CONCLUSION

The foregoing premises considered, the Plaintiffs respectfully request that this Honorable Court vacate Magistrate Kay's Memorandum Order (paper 53) and deny the Defendants' Motion for Protective Order in its entirety.

Respectfully submitted,

By:   /s/ Anthony G. Newman
Anthony G. Newman
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814
(301) 654-3400

  /s/ Andrew E. Greenwald
Andrew E. Greenwald
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, a copy of the foregoing was sent via electronic service to:

Megan Hills, Esq.
Nicolas Muzin, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005

  /s/ Anthony G. Newman
Anthony G. Newman

---

[2] A copy of which has been attached in its entirety as Exhibit 2.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
*Civil Division*

Felice I. Iacangelo and Cicily Iacangelo, :
As Guardian of the Person and Property of :
KARYN A. KERRIS, :
: **Civil No. 1:05CV02086**
Plaintiffs, :
: **Judge Paul L. Friedman**
vs. :
: **Magistrate Judge Alan Kay**
GEORGETOWN UNIV. HOSPITAL, *et al.* :
:
Defendants. :

# ORDER

Upon consideration of the Plaintiffs' Motion for Reconsideration of Magistrate Kay's Partial Granting of Defendants' Motion for Protective Order (Paper 53), and any Opposition thereto, good cause having been shown, it is this __ day of _____2007, by the United States District Court for the District of Columbia,

**ORDERED**, that the Plaintiffs' Motion for Reconsideration of Magistrate Kay's Partial Granting of Defendants' Motion for Protective Order be and hereby is **GRANTED**; and it is further

**ORDERED**, that the Memorandum Order be and hereby is **VACATED**; and it is further

**ORDERED**, that the Defendants' Motion for Protective Order be and hereby is **DENIED**.

_____
Hon. Paul L. Friedman
U.S. District Judge

<u>Copies to</u>:

Anthony Newman
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

Andrew E. Greenwald
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

Megan Hills, Esq.
Nicolas Muzin, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005