Case 1:05-cv-02086-PLF-AK   Document 55-2   Filed 08/07/2007   Page 1 of 4
Case 1:05-cv-02086-PLF-AK   Document 54-2   Filed 07/27/2007   Page 1 of 23

1

```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

FELICE I. IACANGELO, et al,       . Docket No. CV-05-2086 (PLF)
                                  .
     Plaintiff,                   .
                                  . Washington, D.C.
          v.                      . June 26, 2007
                                  . 10:00 a.m.
GEORGETOWN UNIVERSITY,            .
trading as Georgetown University  .
Hospital, et al,                  .
                                  .
     Defendants.                  .
. . . . . . . . . . . . . . . . . .

               TRANSCRIPT OF STATUS CONFERENCE
          BEFORE THE HONORABLE PAUL L. FRIEDMAN
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     Newman, McIntosh and Hennessey
                       By: Anthony G. Newman, Esquire
                       7315 Wisconsin Avenue
                       Bethesda, Maryland 20814
                       301.654.3400

                       Joseph, Greenwald and Laaker, PA
                       By: Andrew E. Greenwald, Esquire
                       6404 Ivy Lane
                       Greenbelt, Maryland 20770
                       301.220.2200

For the Defendant:     Williams and Connolly, LLP
                       By: Megan E. Hills, Esquire
                           Nicolas D. Muzin, Esquire
                       725 Twelfth Street, Northwest
                       Washington, D.C. 20005
                       202.434.5393

Court Reporter:        Linda L. Russo, RPR
                       Official Court Reporter
                       Room 6403, U.S. Courthouse
                       Washington, D.C. 20001
                       202.354.3244

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription
```

Case 1:05-cv-02086-PLF-AK   Document 55-2   Filed 08/07/2007   Page 2 of 4
Case 1:05-cv-02086-PLF-AK   Document 54-2   Filed 07/27/2007   Page 15 of 23

15

1        MR. NEWMAN:  Thank you.

2        THE COURT:  That's how I rule.  You can take a
3   deposition from anybody at Georgetown you want to.

4        MR. NEWMAN:  Thank you.

5        THE COURT:  Period, end of discussion.

6        MS. HILLS:  Your Honor, Father Leo O'Donovan one the
7   people --

8        THE COURT:  Okay, you can't take Father O'Donovan's
9   deposition.  Anybody that has anything relevant to say.

10       MS. HILLS:  Well, that's the whole issue.  A
11  protective order is pending in front of Judge Kay for just that
12  reason.  If they're asking for people -- J.W. Marriott, the
13  head of Marriott Corporation, they want to take his deposition
14  because he sat on the Board of Directors at Georgetown in the
15  '80s, on the theory that he might have some relevant
16  information.

17       There's a protective order that lays out -- Father
18  Leo O'Donovan they've identified, J.W. Marriott they have
19  identified.  These are -- so, it's not as easy as saying, oh,
20  they can take anyone they want.  We say identify somebody
21  relevant.  How about a 30(b)(6) witness, as opposed to
22  identifying nine people from the '80s who they -- on the
23  thought.

24       Your Honor, my belief is that this was brought on by
25  plaintiff's comment, not Georgetown's.  Trying to depose Father

Case 1:05-cv-02086-PLF-AK   Document 55-2   Filed 08/07/2007   Page 3 of 4
Case 1:05-cv-02086-PLF-AK   Document 54-2   Filed 07/27/2007   Page 22 of 23

22

1  I have the name, I gave it to the defense. But if we do those
2  four, including the continuation of the last piece of Watson,
3  which I can wait to the others to see if there's any issue
4  that's raised, there's only about 40 minutes to an hour left of
5  his depo available, that's basically -- we will move the case.
6      THE COURT: All right. Well, I will talk with Judge
7  Kay and see where we are. Is there anything else that anybody
8  wants to say before we --
9      MR. NEWMAN: I guess the real purpose of this
10 original status was not going to happen, that is, the issue of
11 where we are, as far as going ahead. I just want to say for
12 the record the demand was still given to the defense before
13 this, it still rests out there, there's been no response.
14     They did set a deposition of Dr. Uscinski, the
15 defense set it. Now, I don't know if they're now -- I would
16 assume that's going forward.
17     THE COURT: How do you spell that?
18     MS. HILLS: U-s-c-i-n-s-k-i.
19     THE COURT: Thank you.
20     MR. NEWMAN: I could have asked for it in a sentence,
21 too. All right, Your Honor, I think that's basically what
22 there is.
23     THE COURT: Ms. Hills.
24     MS. HILLS: Your Honor, I need a ruling that I may
25 have Dr. Uscinski's deposition go forward on the 28th, that as

Case 1:05-cv-02086-PLF-AK   Document 55-2   Filed 08/07/2007   Page 4 of 4
Case 1:05-cv-02086-PLF-AK   Document 54-2   Filed 07/27/2007   Page 23 of 23

23

```
 1  of now I do not have a conflict with either of my
 2  representation, and that now that that conflict has been lifted
 3  over me, I may advise my clients on settlement counteroffer, on
 4  their responses to written discovery.  So, therefore, I need a
 5  two week extension on defense's discovery responses, which are
 6  due July 4th.  In my mind, I was told I had a conflict by
 7  plaintiffs.
 8          THE COURT:  Okay.  I'll talk with Judge Kay and one
 9  of us will be in touch.
10          MR. NEWMAN:  Thank you, Your Honor.
11          MS. HILLS:  Thank you, Your Honor.
12          (Proceedings concluded.)
13
14                          CERTIFICATE
15      I, LINDA L. RUSSO, Official Court Reporter, certify
16  that the foregoing pages are a correct transcript from the
17  record of proceedings in the above-entitled matter.
18
19
20                              _____
                                Linda L. Russo, RPR
21                              Virginia CCR No: 0313102
22
23
24
25
```