# VANCE EMERY WATSON, MD

**Current Positions:**  Director, Interventional Neuroradiology at Georgetown University Hospital

Staff Neuroradiologist NIH clinical center and Georgetown University Hospital

Asst. Professor Radiology and Neurosurgery Georgetown University Hospital

**Work Address:**
3800 Reservoir Rd., NW
Rm. CG224
Washington, DC  20007
202 444-4320 (office)

**Home Address:**
3928 Highwood CT, NW
Washington, DC  20007
202 255-2841 (cell)

Birth: ▮
SS#: ▮
USA citizen
No foreign languages
Married with one child

## LICENSE TO PRACTICE MEDICINE:

6/25/91-present:     CA:  G71716

6/1/94-present:      DC:  MD20944

## CERTIFICATIONS:

| | |
|---|---|
| 1987: | Diplomat, National Board of Medical Examiners |
| 1991: | Member RSNA |
| 1991: | Diplomat, American Board of Radiology |
| 1994: | Senior Membership in American Society of Neuroradiology |
| 2006: | CAQ Neuroradiology |

**EDUCATION**

| | | |
|---|---|---|
| 1982 | BS | Engineering (Biomedical), Tulane University, New Orleans, Louisiana. Completed Bachelors Degree in 12/91 (3.5 years) and stayed as graduate student until 9/82. |
| 1986 | MD | The University of Maryland School of Medicine, Baltimore, Maryland. |

**POSTGRADUATE TRAINING**

1986-87     Intern, Department of **General Surgery**, **Sinai Hospital,** Baltimore, Maryland.

1987-90     Resident, Department of **Diagnostic Radiology, Duke University Medical Center**, Durham, North Carolina.

1991-92     Fellow Division of **Diagnostic Neuroradiology**, Department of Radiological Sciences **UCLA Medical Center**, Los Angeles, California.

1992-94     Fellow Division of Neuroradiology, **Interventional Neuroradiology** Department of Radiological Sciences **UCLA Medical Center**, Los Angeles, California.

**PROFESSIONAL ORGANIZATIONS:**

1995 to present:  World Federation of Interventional Neuroradiology

1995 to present:  Senior Member American Society of Neuroradiology

2002 to present:  American Society of Therapeutic and Interventional Neuroradiology

2002 to present:  Eastern Neuroradiology Society

**GRANTS AND COMMERCIALLY SPONSORED RESEARCH:**

**ONGOING:**

2006 to present:   Principal Investigator Guidant Capture 2 carotid angioplasty trial

2002 to present:   Principal Investigator, "MERCI" and Multi MERCI trial for mechanical clot retrieval in embolic or thrombotic stroke, commercially funded by Concentric Inc.

2001 to present:   Principal Investigator, Onyx vs GDC Aneurysm embolization trial, commercially funded by Microtherapeutics Inc.

2001 to present:   Principal Investigator and top enrolling U.S. site, Onyx vs NBCA in arteriovenous malformation embolization trial, commercially funded by Microtherapeutics Inc.

1998 to present:   Perioscopic spine surgery and spine intervention robot, funded by US Army and National Science Foundation.

**PREVIOUS:**

1999 to 2000:   Onyx liquid vs PVA particle embolization trial in meningioma arteriovenous malformations, and aneurysms, commercially funded by Microtherapeutics Inc.

1996 to 1999:   Principal Investigator, phase 2 study of RMP-7 for the treatment of malignant Glioma in patients who have failed prior conventional therapy. Primary goal to evaluate the efficacy of intraarterial carboplatin after the intraarterial administration of the blood-brain-barrier breakdown agent RMP-7, commercially funded by Alkermes Corporation.

1992:   Co-Investigator with Gary Duckwiler, MD and Gregg Zoarski, MD in multicenter study on the effects of Prohance on MR Angiography in patients with intracranial vascular pathology #32521-9, commercially funded by Squib.

**ADVISORY COMMITTEES AND EXPERT**:

2002 to 2004:      ImageGuide medical robotics, Scientific Advisory Board

2001 to present:   Microtherapeutics Scientific Advisory Board Member, Proctor, Member Panel reviewing cases for approval

2003 to present:   Kyphon: Kyphoplasty spine proctor, Director of Advanced Techniques course (GUH, June 2005)

2003:              Siemens Medical Systems (Interventional CT group) Scientific Advisory Board Member

1996 to 2000:      Siemens Medical Systems (AX) Angiography Group, Scientific Advisory Board Member

1998 to 2005:      Cordis Neuroendovascular, Scientific Advisory Board Member

2001 to 2005:      Boston Scientific Advisory Board

**Reviewer:**       Journal of Vascular and Interventional Radiology, ASNR

**UNIVERSITY SERVICE:**

2005 to present:   Georgetown University IRB

2004 to present:   GUH PACS Committee

2002 to present:   GUH Radiology Residency Committee

1999 to 2001:      Georgetown University IRB Safety Committee

1996 to present:   GUH Neurosurgery Residency Committee (includes selection, oral exams, didactic teaching, neuroradiology curriculum formation)

**OTHER PUBLIC SERVICE:**

2006 to present:   American Society of Neuroradiology CPC Committee

Microtherapeutics Onyx Aneurysm Committee and Enrollment Committee

2002 to present:   American Society of Neuroradiology AudioVisual Presentation Committee

**BOOK CHAPTERS**:

De Salles A.A.F, **Watson V.:**  Magnetic Resonance Angiography, Textbook of Stereotactic and Functional Neurosurgery, Gildenberg PL and Tasker RR editors.

**INVITED LECTURER OR MODERATOR AT NATIONAL OR INTERNATIONAL MEETINGS:**

2005:        Watson, V:  Moderator, New Devices, ASITN, San Diego, CA

2005:        Watson, V:  Invited Speaker and Moderator, Natural History and Embolization of Deep and Brainstem AVM's, American Association of Neurological Surgeon/Congress of Neurological Surgeons Section on Cerebrovascular Surgery, San Diego, CA

2004:        Watson, V:  Invited Speaker, "Spinal Robotics, Radiosurgery, and Radiology," and Moderator Annual Meeting American Society of Spine Radiology, Miami Beach, FL

2004:        Watson, V:  Invited Speaker and Moderator, Natural History and Embolization of Deep and Brainstem AVM's, American Association of Neurological Surgeons/Congress of Neurological Surgeons Section on Cerebrovascular Surgery, San Diego, CA

2003:        Watson, V:  Session Chair Special Focus Session on Commercial Development and Regulatory Approval of Medical Robotic & Invited Speaker: Georgetown Spinal Robotics Trial, (Computer Aided Spinal Surgery) in Computer Assisted Radiology and Surgery (CARS), London, UK: Elsevier Press.

2003:        Watson, V:  The Operating Room of the Future, Special Conference on Technology, University of Berlin and Leipzig Medical Center, Leipzig, Germany.

2003:        Watson, V:  Invited Speaker, Natural History and Embolization of Deep and Brainstem AVM's, American Association of

               Neurological Surgeons/Congress of Neurological Surgeons, Section on Cerebrovascular Surgery, Phoenix, AZ

2003:        Watson, V:  Invited Moderator, Management of Deep and Brainstem AVM's, American Association of Neurological Surgeons/Congress of Neurological Surgeons Section on Cerebrovascular Surgery, Phoenix, AZ

2002:        Watson, V:  Invited speaker and Session Chair, Special Focus Session on Robotics in Spinal Intervention and Surgery & Invited Speaker (Computer Aided Spinal Surgery) in Computer Assisted Radiology and Surgery (CARS), Paris, France:  Elsevier Press

2001:        Watson, V:   Invited speaker and Session Chair, Special Focus Session on Emerging Clinical Techniques and Technology-Developments in Spine and Orthopaedics & Invited Speaker Overview of Emerging Clinical Techniques in Computer Assisted Radiology and Surgery (CARS), Berlin, Germany: Elsevier Press.

2000:        Watson, V:  Invited Speaker, Vertebroplasty – State of the Art, High Care, Bochum,

1999:        Watson, V:  Invited Speaker, Endovascular Care of Aneurysms, American Academy of Physical Medicine and Rehabilitation, Annual Meeting, Washington, DC.

1997:        Watson, V:  Invited Panelist, Carotid Stenting, Transcatheter Therapeutics (TCT), Washington, D.C.

**PUBLICATIONS, ABSTRACTS, AND PRESENTATIONS (SELECTED):**

2006:        Cleary, K., A. Melzer, Watson V., Kronreif G, Stoianovici D., "Interventional robotic systems: applications and technology state-of-the-art"; *Minim Invasive Ther Allied Technol* 15(2): 101-13.

2004:        Cleary, K., B. Davies, Fichtinger G., Troccaz J.,  Lueth T., Watson V., "Medical Robotics workshop – MRWS"; *Comput Aided Surg* 9(4): 167-71.

2004:        Cleary K, Watson V, et al., "Precision Placement of Instruments for Minimally Invasive Procedures Using a "Needle Driver"

|  |  |
|---|---|
|  | Robot"; *International Journal of Medical Robotics and Computer Assisted Surgery* |
| December 2002: | Cleary K, Clifford M, Stoianovici D, Freedman M, Mun SK, Watson V, "Technology Improvements for Image-Guided and Minimally Invasive Spine Procedures"; *IEEE Transactions on Information Technology in Biomedicine*, Vol. 6, No. 4 |
| 2002: | Cleary K, Stoianovici D, Patriciu A, Mazilu D, Lindisch D, Watson V., "Robotically assisted nerve and facet blocks: a cadaveric study"; *Acad Radiol.* 2002 Jul;9(7):821-5. PMID: 12139100 |
| 2000: | Cleary K, Stoianovici D, Watson V, Cody R, Hum B, and Lindisch D, "Robotics for percutaneous spinal procedures: initial report"; *Computer Assisted Radiology and Surgery (CARS) 2000*, June 27-30, 2000, 128-33. |
| 1999: | Cleary K, Freedman M, Zeng J, Mun SK, Watson V, Henderson F, "Developing a program in image-guided, minimally invasive spine procedures"; *Computer Assisted Radiology and Surgery (CARS)*, Elsevier Press, 1999, 736-740. |
| 1999: | Coumans, J. V., V. E. Watson, et al., "Saphenous vein interposition graft for recurrent carotid stenosis after prior endarterectomy and stent placement: Case report."; *J Neurosurg* 90(3): 567-70. |
| 1999: | Watson, V., K. McGrail, et al., "Rupture of cerebral aneurysms during endovascular treatment with electrolytically detachable coils: Incidence, management, and outcome"; Joint Section of Cerebrovascular Surgery, AANS, ASITN, Nashville. |
| 1999: | Watson, V., K. McGrail, et al., "Rupture of cerebral aneurysms during endovascular treatment with electrolytically detachable coils: Incidence, management, and outcome"; *Journal of Neurovascular Disease* 3 (November/December): 269-275. |
| 1998: | Coumans, J. V., V. E. Watson, et al., "Cerebral Aneurysms: To Coil or to Clip?"; *Perspectives in Neurological Surgery* |
| 1998: | Riley, M. G. I., N. N. Kim, et al., "Intra-arterial administration of carboplatin and the blood brain barrier permeabilizing |

| | |
|---|---|
| | agent, RMP-7: A toxicologic evaluation in swine"; *Journal of Neuro-Oncology* 36: 167-178. |
| 1997: | Bader, M. K., V. Watson, et al., "New neurointerventional therapies for stroke patients"; *Dimens Crit Care Nurs* 16(6): 301-12. |
| 1997: | Luksenburg, H., V. Watson, et al., "Non-surgical treatment of vertebral compression fractures in multiple myeloma by percutaneous vertebroplasty"; American Society of Hematology, Orange County Convention Center. |
| 1997: | Watson, V.. "Vertebroplasty as an adjunct to spinal instrumentation"; World Federation of Neuroradiology, Val d Isere. |
| 1995: | DeSalles, A. and V. Watson, *Magnetic Resonance Angiography*. |
| 1994: | Watson, V. E., G. Guglielmi, et al., "Clinical Outcome and Management of Patients Who Have Rupture of Cerebral Aneurysms During Guglielmi Detachable Coil Placement"; American Society of Neuroradiology, Nashville, TN. |
| 1994: | Watson, V. E., C. Wilson, et al., "Conventional angiography and MR angiography in stereotactic electrode planning"; American Society of Neuroradiology, Nashville. |
| 1994: | Watson, V. E., C. Wilson, et al., "MR angiography in stereotactic depth electrode procedure planning"; American Association of Neurological Surgeons, San Diego. |
| 1993: | Watson, V., J. Gurian, et al., "MR Angiography in the Evaluation of Endovascular Treatment of Cerebral Aneurysms with the Guglielmi Detachable Coil System"; Annual Meeting of the American Society of Neuroradiology, Vancouver, Canada. |
| 1993: | Watson, V., R. Purcell, et al., "Noninvasive Neurovascular Imaging"; *Seminars in Interventional Radiology* 10 (September): 205-226. |
| 1993: | Watson, V. E., G. Geil, et al., "Comparison of Conventional MR Angiography and Holograms in Patients with |

|       |       |
|-------|-------|
|       | Arteriovenous Malformations"; American Society of Neuroradiology, Vancouver. |
| 1993: | Watson, V. E., C. Wilson, et al., "Comparison of conventional angiography and MR angiography in stereotactic procedure planning"; American Society of Neuroradiology, Vancouver. |
| 1992: | Watson, V., S. Sinha, et al., "Parameter optimization and clinical experience with MRA of GDC coil embolization of intracerebral aneurysms - preliminary experience"; RSNA, Chicago, IL. |
| 1992: | Watson, V., G. Zoarski, et al., "MR angiography in the evaluation of carotid balloon occlusions; experience with 2DPC, 2DTOF, 3DTOF, and 3DPC"; ASNR, St. Louis. |
| 1984: | Morris, M. S., J. A. Reggia, Ahuja S. B., Hart J., Watson V., "SLIPS. A data base system for computer storage and analysis of phonological errors"; *J Med Syst* 8(3): 197-204. |

**PHYSICIANS TAUGHT AND PROCTORED:**

| | |
|---|---|
| John Chaloupka, MD: | Onyx aneurysms, University of Iowa |
| Henry Woo, MD: | Onyx aneurysms, Cleveland Clinic |
| Peter Rassmusen, MD: | Onyx aneurysms, Cleveland Clinic |
| John Barr, MD: | Onyx aneurysms, Methodist Hospital, Memphis |
| Robert Miracle, MD: | Onyx aneurysms, University of Florida (Gainesville) |
| Joseph Gemmete, MD: | Onyx AVM, University of Michigan (Anne Arbor) |
| John Devikis, MD: | Onyx AVM, University of South Carolina |
| David Enterline, MD: | Onyx AVM, Duke University |
| Michael Alexander, MD: | Onyx AVM, Duke University |
| Sten Sollander, MD: | Onyx AVM, University of North Carolina, Chapel Hill |
| Pierce Morris, MD: | Onyx AVM, Wake Forest University, Wake Forest |
| Phil Meyers, MD: | Onyx AVM, Columbia University Manhattan, NY |
| Howard Rena, MD: | Onyx AVM, Cornell University, Manhattan, NY |
| Robert Hurst, MD: | Onyx AVM, University of Pennsylvania, Philadelphia |

| | |
|---|---|
| John Barr, MD: | Onyx AVM, Methodist Hospital, Memphis |
| Andrew Ku, MD: | Allegheny General, Pittsburgh |
| Joseph Horton, MD: | Onyx AVM, University of Alabama Children's Hospital |
| James Lefler, MD: | Onyx AVM, Tampa General Hospital, Tampa |