UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>   Plaintiffs, <br><br>v. <br><br>Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br>   Defendants. | Civ. Act. No. 1:05CV02086 (PLF) (AK) <br><br>Judge Paul L. Friedman <br><br>Magistrate Judge Alan Kay |

## NOTICE OF APPEARANCE AND WITHDRAWAL OF APPEARANCE

Zoe C. Scharff, with the law firm Williams & Connolly LLP, hereby enters her Notice of Appearance as counsel for defendants, Vance E. Watson, M.D., and Georgetown University. Nicolas D. Muzin, with the law firm Williams & Connolly LLP, is withdrawing his Notice of Appearance as counsel for defendants, Vance E. Watson, M.D., and Georgetown University, so that Ms. Scharff may enter her Notice of Appearance.

Respectfully submitted,

/s/ Zoe C. Scharff
Zoe C. Scharff
D.C. Bar No. # 490482
D.D.C. Bar Admission Pending
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
Tel. 202-434-5985
Fax 202-434-5029
zscharff@wc.com

## CERTIFICATE OF SERVICE

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing was served via electronic filing on the Court's CM/ECF website on the 15th day of August, 2007 on the forgoing:

>Anthony Newman, Esquire
>Ernest McIntosh, Esquire
>Wendy Wyeth, Esquire
>Newman, McIntosh & Hennessy
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, Maryland 20814

>and

>Andrew Greenwald, Esquire
>Greenwald and Laake
>6404 Ivy Lane
>Suite 440
>Greenbelt, Maryland 20770

>Plaintiffs' Counsel

_____
Megan E. Hills