UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo,<br>As Guardian of the Person and Property of<br>KARYN A. KERRIS,<br><br>     Plaintiffs,<br><br>v.<br><br>Georgetown University Hospital,<br>GEORGETOWN UNIVERSITY, t/a<br>Georgetown University, and<br>VANCE E. WATSON, M.D.,<br><br>     Defendants. | Civ. Act. No. 1:05CV02086 (PLF)<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge Alan Kay |

## ORDER

This matter comes before the Court upon the Consent Motion of Defendants Georgetown University and Vance E. Watson, M.D., to Revise the Scheduling Order with agreement of Plaintiffs Felice P. Iacangelo and Cicily Iacangelo. Upon consideration of Defendants' Consent Motion, good cause for modification being found, it is by the Court,

**ORDERED** that the previous Scheduling Order, entered April 11, 2007, is modified to extend the deadlines as follows:

| | |
|---|---|
| Completion of Fact Discovery: | October 3, 2007 |
| Plaintiffs' Disclosure of Retained Experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(B): | October 17, 2007 |
| Defendants' Disclosure of Retained Experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(B): | November 29, 2007 |
| Depositions of each parties' retained experts completed by: | January 14, 2008 |
| Dispositive motion filed on or before: | February 14, 2008 |

    Oppositions to Dispositive motions filed on or before:    March 10, 2008

    Replies, if any, filed on or before:    March 24, 2008

**SO ORDERED,** this _____ day of _____, 2007.

_____
JUDGE PAUL L. FRIEDMAN
United States District Court
  for the District of Columbia

Copies to:

Anthony Newman, Esq.
Ernest McIntosh, Esq.
Wendy Wyeth, Esq.
Newman, McIntosh & Hennessy
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Plaintiffs' Counsel

Andrew Greenwald, Esq.
Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Plaintiffs' Counsel

Megan Hills, Esq.
Zoe C. Scharff, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Defendants' Counsel