UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>Plaintiffs, <br><br>v. <br><br>Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br>Defendants. | Civ. Act. No. 1:05CV02086 (PLF) (AK) <br><br>Judge Paul L. Friedman <br><br>Magistrate Judge Alan Kay |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER TO PROHIBIT IRRELEVANT QUESTIONING ABOUT THE *GLAZER* LAWSUIT IN DEPOSITIONS**

Defendants, Georgetown University and Vance E. Watson, M.D. (hereinafter, collectively referred to as "defendants"), by and through undersigned attorneys, hereby move for a protective order prohibiting plaintiff from questioning any deponents about *Glazer v. Georgetown University*, CA No. 0000321-99 (D.C. Sup. Ct. 1999) ("*Glazer*") because that law suit is irrelevant and not likely to lead to the discovery of relevant information. Magistrate Judge Kay has already determined that plaintiff's proffer of relevancy of the *Glazer* matter did not justify the depositions of persons with knowledge of the lawsuit. July 18, 2007 Mem. Order at 7.[1] Plaintiff is baldly seeking to uncover irrelevant and prejudicial material, which is not permitted by the rules of discovery. Fed. R. Civ. P. 26(b) and (c). Therefore, defendants request that plaintiff be prohibited from questioning deponents Dr. Schellinger and Dr. Chiazze about the

---

[1] That Mem. Order is the subject of plaintiff's pending Motion for Reconsideration, filed on July 27, 2007.

*Glazer* lawsuit.[2] In the alternative, defendants request that the Court stay the depositions until resolution of Plaintiffs' Motion for Reconsideration filed on July 27, 2007.

          Respectfully submitted,

          WILLIAMS & CONNOLLY LLP

Dated: August 28, 2007      By: _____
                                Megan E. Hills (D.C. Bar #437340)
                                Zoe C. Scharff (D.C. Bar # 490482)

                                725 Twelfth Street, N.W.
                                Washington, D.C. 20005
                                (202) 434-5000
                                (202) 434-5029 (fax)
                                mhills@wc.com
                                zscharff@wc.com

---

[2] The Mem. Order prohibits plaintiff from deposing Dr. Chiazze, however, plaintiff now wishes to depose Dr. Chiazze instead of Dr. Yeager, and Magistrate Judge Kay has granted permission, although arguably he lacks jurisdiction while the Motion for Reconsideration is pending.