# EXHIBIT 7

1
2          UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
3     ------------------------------x
                                    :
4     FELICE I. IACANGELO,           :
      et al.                         :
5                                    :  VOLUME II
              Plaintiffs             :
6                                    :  Case No.
         vs.                         :  1:05CV02086
7                                    :  Judge Friedman
      GEORGETOWN UNIVERSITY,         :
8     t/a Georgetown University      :
      Hospital, et al.               :
9                                    :
              Defendants             :
10                                   :
      ------------------------------x
11
                         Washington, D.C.
12                       May 31, 2007

13    Videotaped Deposition of:

14           VANCE E. WATSON, M.D.,

15    called for oral examination by counsel for

16    Plaintiffs, pursuant to notice, at the

17    E. Barret Prettyman United States Courthouse,

18    333 Constitution Avenue, N.W., Washington,

19    D.C., beginning at 10:14 a.m., before

20    Lynell C.S. Abbott, a Notary Public in and for

21    the District of Columbia, when were present on

22    behalf of the respective parties:

                FEDER REPORTING COMPANY
           (202) 863-0000     (800) 956-8996

1    first five 10-K was asked for for Onyx?

2              MS. HILLS:  Objection; calls for

3    speculation.

4              BY MR. NEWMAN:

5        Q.   If you don't know, just tell me.

6        A.   I don't know.

7        Q.   Do you have any financial stake in

8    the outcome of Onyx?  Do you make any money

9    off the product sales?

10             MS. HILLS:  Objection; irrelevant

11   and vague and ambiguous.

12             THE WITNESS:  Do I have equity

13   interest, stock options, anything like that?

14   No, I do not.

15             BY MR. NEWMAN:

16       Q.   Doctor, who is Leonard -- and I

17   don't know if I can pronounce it correctly,

18   but he was on the IRB -- Chiazze?

19   C-h-i-a-z-z-e.

20       A.   I don't know.

21       Q.   How long have you been on the IRB

22   at Georgetown?

                                                        264

1       A.      Well, the full IRB?

2       Q.      Yes.  How long have you been a

3  member of IRB?

4       A.      It's a difficult, that's not a

5  straightforward question.  I said I was on

6  what's called our safety committee where we

7  looked at applications and gave preliminary

8  recommendations for people to make changes in

9  their application prior to sending it to the

10 full IRB which is a voting body.

11              So it's like a, I don't know what

12 you call it, a subcommittee or a panel of the

13 IRB.  But the full voting IRB, it's on my CV,

14 I think it's been a couple years or something

15 like that.

16      Q.      Well, just on that point, in your

17 CV it does say that you've been on the safety

18 committee from '99 to 2001, and from 2005 to

19 the present been on the full voting IRB.

20 Correct?

21      A.      Yes, about two years.

22      Q.      And in that time you've never come

across Leonard Chiazze who is the head of the IRB numbered B, which is one that you are a part of?

MS. HILLS: Objection; calls for speculation, asked and answered.

THE WITNESS: I think I'm on IRB-A, which is why I would not have seen him. Our head is Dr. Young.

BY MR. NEWMAN:

Q. What do you know about the lawsuit that occurred from the investigators and faculty of Georgetown against the Board of Directors and the then president of the hospital? This was in 1999. Now, what do you know about that?

MS. HILLS: Objection; irrelevant.

THE WITNESS: Explain that again to me. This is kind of a -- or say that again. I'm going to get some water. You are saying there is a lawsuit between whom and whom?

BY MR. NEWMAN:

266

1  Q. Did you not know about a lawsuit
2  against Kenneth Bloom by members of the IRB
3  and the research faculty in 1999 that as a
4  result of requiring them to raise 70 percent
5  of their revenue from research or other
6  elements that they would either do so or have
7  to be terminated?  You didn't hear about that?
8  MS. HILLS: Objection; asked and
9  answered, calls for speculation.
10  THE WITNESS: You know, I am not
11  -- well, how can I answer that?  I mean I --
12  BY MR. NEWMAN:
13  Q. If you didn't hear about it, just
14  tell me you didn't hear about it.  I'm just
15  asking if you know.
16  A. Well, again, you are talking a
17  long time ago now.  You know, I heard rumors
18  of a couple different kinds of lawsuits.  This
19  particular one I don't recall.
20  Q. Do you recall there being anyone
21  -- first of all, do you recall when Kenneth
22  Bloom was the president of the hospital?

267

1  A. It's kind of a vague memory. We
2  had a number of administrative changes. And
3  these people, you know, are at an
4  administrative level far above me. I don't
5  meet them. If there are fights and suits,
6  good chance I wouldn't know about it.
7  Q. During the time of 1998-1999 was
8  your department ever evaluated for its profit
9  range and decided whether or not the members
10  within your department could keep their job
11  based on how much revenue they were bringing
12  in?
13  MS. HILLS: Objection; calls for
14  speculation and vague.
15  THE WITNESS: I would have no
16  idea. I don't think we had anybody, at least
17  to my recollection, nobody in our department
18  has been terminated for financial reasons,
19  but...
20  BY MR. NEWMAN:
21  Q. Do you recall the diversion of
22  drugs within neuroradiology during about that

319

1      CERTIFICATE OF NOTARY PUBLIC

2             I, Lynell C.S. Abbott, the officer

3      before whom the foregoing deposition was

4      taken, do hereby certify that the witness,

5      whose testimony appears in the foregoing

6      deposition, was duly sworn by me; that the

7      testimony of said witness was taken by me in

8      shorthand and thereafter reduced to computer

9      type under my direction; that said deposition

10     is a true record of the testimony given by

11     said witness; that I am neither counsel for,

12     related to, nor employed by any of the parties

13     to which this deposition was taken; and

14     further, that I am not a relative or employee

15     of any attorney or counsel employed by the

16     parties hereto, nor financially or otherwise

17     interested in the outcome of the action.

18

19                          _____
                            Notary Public in and for
20                          The District of Columbia

21     My Commission Expires:
       April 30, 2012
22

FEDER REPORTING COMPANY
(202) 863-0000      (800) 956-8996