UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, <br> As Guardian of the Person and Property of <br> KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, <br> GEORGETOWN UNIVERSITY, t/a <br> Georgetown University, and <br> VANCE E. WATSON, M.D., <br><br> Defendants. | Civ. Act. No. 1:05CV02086 (PLF) (AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

**FEDERAL RULE OF CIVIL PROCEDURE 37
CERTIFICATION OF GOOD FAITH EFFORTS
TO REACH RESOLUTION ON QUESTIONING ABOUT *GLAZER* LITIGATION**

On Wednesday, August 15, 2007, the undersigned attorney participated in a teleconference with Magistrate Judge Kay. During that teleconference, Magistrate Judge Kay indicated that plaintiffs would be permitted to depose Dr. Leonard Chiazze in lieu of Dr. Henry Yeager. Defendants stated that they would not object to the substitution so long as plaintiffs be prohibited from questioning any deponents about *Glazer v. Georgetown University*, CA No. 0000321-99 (D.C. Sup. Ct. 1999) ("*Glazer*") because that law suit is irrelevant and not likely to lead to the discovery of relevant information. During that call, it was determined that defendants would file for a protective order as no resolution could be reached on the issue.

Dated: August 28, 2007

_____
Megan E. Hills (D.C. Bar #437340)
Zoe C. Scharff (D.C. Bar # 490482)

2