UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, | ) | |
| As Guardian of the Person and Property of | ) | |
| KARYN A. KERRIS, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 1:05CV02086 (PLF) (AK) |
| | ) | |
| Georgetown University Hospital, | ) | Judge Paul L. Friedman |
| GEORGETOWN UNIVERSITY, t/a | ) | |
| Georgetown University, and | ) | Magistrate Judge Alan Kay |
| VANCE E. WATSON, M.D., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**WHEREFORE,** upon consideration of Defendants' Motion for Protective Order, the Opposition thereto, any additional pleadings, and any argument thereon, it is hereby

**ORDERED** that consistent with the Federal Rules of Civil Procedure 26(b) and 26(c) that

(1) Plaintiffs are prohibited from inquiring at depositions into the *Glazer v. Georgetown University*, CA No. 0000321-99 (D.C. Sup. Ct. 1999) litigation, its subject matter, and the payment policy at issue therein; and

(2) Plaintiffs are limited to inquiring in depositions about matters that are relevant or reasonably calculated to lead to the discovery of admissible evidence, in accordance with Federal Rule of Civil Procedure 26(b).

**ORDERED,** this _____ day of _____, 2007.


_____
MAGISTRATE JUDGE ALAN KAY
United States District Court
  for the District of Columbia

Copies to:

Anthony Newman, Esq.
Ernest McIntosh, Esq.
Newman & McIntosh
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Plaintiffs' Counsel

Andrew Greenwald, Esq.
Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Plaintiffs' Counsel

Megan Hills, Esq.
Zoe Scharff, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Defendants' Counsel