UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civ. Act. No. 1:05CV02086 (PLF) (AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

### DEFENDANTS'[1] MOTION TO COMPEL PREVIOUSLY REQUESTED MATERIAL FROM PLAINTIFFS[2] AND FOR FED. R. CIV. P. 37 ATTORNEYS' FEES

Defendants Georgetown University and Defendant Vance E. Watson, M.D., by and through undersigned attorneys, hereby move to compel the production of transcript(s) regarding embolic substances and/or embolization, previously requested in six separate discovery pleadings, and for the reasonable costs and fees associated with bringing this Motion.

---

[1] "Defendants" means Defendant Georgetown University and Defendant Vance E. Watson, M.D.

[2] "Plaintiffs" means Plaintiff Felice P. Iacangelo and Plaintiff Cicily Iacangelo.

                                        Respectfully submitted,

                                        WILLIAMS & CONNOLLY LLP

Dated: September 6, 2007        By:   _/s/ Zoe Scharff_____

                                        Megan E. Hills (D.C. Bar #437340)
                                        Zoe C. Scharff (D.C. Bar # 490482)

                                        725 Twelfth Street, N.W.
                                        Washington, D.C. 20005
                                        (202) 434-5000
                                        (202) 434-5029 (fax)
                                        mhills@wc.com
                                        zscharff@wc.com

## CERTIFICATE OF SERVICE

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing with exhibits was served via electronic filing on the Court's CM/ECF website on the 6th day of September 2007 on the forgoing:

>Anthony Newman, Esquire
>Ernest McIntosh, Esquire
>Wendy Wyeth, Esquire
>Newman, McIntosh & Hennesy
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, Maryland 20814

>and

>Andrew Greenwald, Esquire
>Greenwald and Laake
>6404 Ivy Lane
>Suite 440
>Greenbelt, Maryland 20770

>Plaintiffs' Counsel

and a courtesy copy hand-delivered to:

>The Honorable Alan Kay
>Chambers
>United States District Courthouse for the District of Columbia
>3rd and Constitution Avenues, N.W.
>Washington, D.C. 20001

_____
Zoe C. Scharff