UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>  Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) Civ. Act. No. 1:05CV02086 (PLF) (AK) ) ) Judge Paul L. Friedman ) ) Magistrate Judge Alan Kay ) ) ) ) ) |

**City of Washington**  )
)
**District of Columbia**  )

**DECLARATION OF ZOE C. SCHARFF, ESQ.
IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL
PREVIOUSLY REQUESTED MATERIAL FROM PLAINTIFFS**

I, Zoe C. Scharff, Esq., hereby declare and state as follows:

1. My name is Zoe C. Scharff. I am over the age of eighteen, and otherwise competent and authorized to make and give this declaration in connection with the above numbered and titled case. I have personal knowledge of the facts set forth below. The statements set forth in this declaration are true and correct based upon my personal knowledge to the best of my knowledge and recollection.

2. On August 24, 2007, I spoke with Anthony Newman, Esq., counsel to Plaintiffs in this case, to follow up on a number of outstanding discovery issues. One of those issues was

Defendants' request for the transcripts Mr. Newman referred to in the deposition of Dr. Vance Watson.

3.  Mr. Newman informed me that this issue had already been conferred about with defense counsel and he was not going to change his mind and produce the transcripts because he did not ask enough questions about them during the deposition to make them relevant.

4.  Mr. Newman further stated that he did not want to look for the transcripts because he stated that he did not know where they were. He would prefer that we file a motion to compel and he will look for the transcripts after the motion is litigated, if he is compelled to produce the transcripts in question.

5.  I emailed Mr. Newman on August 24, 2007 to confirm that we had again conferred on the motion to compel that Defendants would need to file. *See* Exhibit A to this Declaration.

6.  Mr. Newman responded "n/a" to my statement that we had conferred. In a subsequent phone conversation he indicated that he put "n/a" because he felt we had sufficiently conferred on that point and no further response was required from him. *See* Exhibit A to this Declaration.

I declare, under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 6, 2007 in Washington, D.C.

_____
Zoe C. Scharff
Williams & Connolly, LLP
725 12th St. NW
Washington, DC 20005
Telephone: (202) 434-5985
Fax: (202) 434-5029

2