UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | C.A. No. 1:05CV02086 (PLF/AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

**FEDERAL RULE OF CIVIL PROCEDURE 37
CERTIFICATION OF GOOD FAITH EFFORTS TO REACH
RESOLUTION ON PRODUCTION OF PREVIOUSLY REQUESTED TRANSCRIPT(S)**

On July 26, 2007, undersigned attorney met with Plaintiffs' attorney, Anthony Newman, Esquire, regarding the production of previously requested transcript(s). As requested by Plaintiffs' attorney, undersigned attorney further sent Plaintiffs' Attorney the requested case law. *See* August 3, 2007 Hills Letter to Newman (attached as Exhibit 8 to Motion). Undersigned attorney further asked Plaintiffs' Attorney for the transcript(s) in the attached letter dated August 13, 2007. By telephone call confirmed by an email dated August 25, 2007 (attached as Exhibit A to Scharff Aff.), Plaintiffs' Attorney stated that absent a Motion to Compel, Plaintiffs' Attorney would not produce the transcript(s) and that Plaintiffs' Attorney did not want to search for the transcripts absent a court order.

*/s/ Megan E. Hills*
Megan E. Hills, Esq.