UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>Plaintiffs, <br><br>v. <br><br>Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br>Defendants. | Civ. Act. No. 1:05CV02086 (PLF) (AK) <br><br>Judge Paul L. Friedman <br><br>Magistrate Judge Alan Kay |

## ORDER

**WHEREFORE,** upon consideration of Defendants' Motion to Compel Previously Requested Material from Plaintiffs and for Fed. R. Civ. P. 37 Attorneys' Fees, the Opposition thereto, any additional pleadings, and any argument thereon, it is hereby

**ORDERED** that consistent with the Federal Rules of Civil Procedure 26(b) and 37(a)(4)(A) that:

(1) Defendants' Motion is **Granted**; and

(2) Plaintiffs shall produce all transcripts (including court and deposition) transcripts of testimony relating to arteriovenous malformations ("AVMs"), and/or embolizations and/or

material/substances used in embolizations in Plaintiffs' possession, custody or control (including documents within their attorneys' possession, custody or control); and

(3) Plaintiffs shall be ordered to pay reasonable expenses, including attorneys' fees, of Defendants in making this Motion.

**ORDERED,** this ____ day of _____, 2007.

_____
MAGISTRATE JUDGE ALAN KAY
United States District Court
  for the District of Columbia

Copies to:

Anthony Newman, Esq.
Ernest McIntosh, Esq.
Wendy Wyeth, Esq.
Newman, McIntosh & Hennessy
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Plaintiffs' Counsel

Andrew Greenwald, Esq.
Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Plaintiffs' Counsel

Megan Hills, Esq.
Zoe Scharff, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Defendants' Counsel