UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C. A. No. 1:05CV02086 (PLF/AK) ) ) Judge Paul L. Friedman ) ) Magistrate Judge Alan Kay ) ) ) ) |

**DEFENDANTS' NOTICE OF FILING
SUPPLEMENTAL EXHIBIT (EXHIBIT "A" TO EXHIBIT 8)
INADVERTENTLY OMITTED FROM MOTION TO COMPEL
PREVIOUSLY REQUESTED MATERIAL AND FOR COSTS**

Defendants, Georgetown University and Vance E. Watson, M.D., by and through undersigned attorneys, hereby file an inadvertently omitted Exhibit (Exhibit A to Exhibit 8 – Scharff Affidavit) in their filing of the Motion to Compel Previously Requested Material and for Costs.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Dated: September 7, 2007        By: /s/ Megan E. Hills
Megan E. Hills (D.C. Bar #437340)
Zoe C. Scharff (D.C. Bar # 490482)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

(202) 434-5029 (fax)
mhills@wc.com
zscharff@wc.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing with exhibits was served via electronic filing on the Court's CM/ECF website on the 7th day of September 2007 on the forgoing:

> Anthony Newman, Esquire
> Ernest McIntosh, Esquire
> Wendy Wyeth, Esquire
> Newman, McIntosh & Hennesy
> 7315 Wisconsin Avenue
> Suite 700E
> Bethesda, Maryland 20814
>
> and
>
> Andrew Greenwald, Esquire
> Greenwald and Laake
> 6404 Ivy Lane
> Suite 440
> Greenbelt, Maryland 20770
>
> Plaintiffs' Counsel

and a courtesy copy hand-delivered to:

> The Honorable Alan Kay
> Chambers
> United States District Courthouse for the District of Columbia
> 3rd and Constitution Avenues, N.W.
> Washington, D.C. 20001

_Megan E. Hills_
Megan E. Hills