**Scharff, Zoe**

| | |
|---|---|
| **From:** | Anthony Newman [ANewman@nmhlaw.net] |
| **Sent:** | Monday, August 27, 2007 2:25 PM |
| **To:** | Scharff, Zoe |
| **Subject:** | RE: August 24, 2007 Telecon |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

In response:

1) I will discuss changes with you.

2) I will ask them to do so - I have already told Mr. Kerris to make such a search.

3) n/a

4) The full names of the healthcare providers discussed during Cicily's deposition are:

Catherine "Batali"
Sharon "Sparks"
Creenaugh "Thomas"

5)
Ms. Susan Wong
10706 Vista Road
Columiba Md 21044

6) I will speak to you shortly.

-----Original Message-----
From: Scharff, Zoe [mailto:ZScharff@wc.com]
Sent: Saturday, August 25, 2007 11:54 AM
To: Anthony Newman
Cc: Hills, Megan; Scharff, Zoe
Subject: August 24, 2007 Telecon

Dear Mr. Newman,

I am sending you this email memorializing our conversation yesterday because we covered a few issues pretty quickly, and I thought it might be helpful to you as a reminder.

1) We discussed the protective order and you will take a look and sign (or instruct us to sign for you) or provide comments on Monday. I've attached another copy for your convenience.

2) You will talk to your clients about conducting a more careful search for "all diaries and/or journals, notations, emails, and/or correspondence . . . created by Karyn A. Kerris from January 1, 1995 to the present" (Kerris Notice of Deposition #5; Defendants' First Request for Documents to Plaintiff #13), including that you will ask them to search/produce anything relating to the email address "kk116w@nih.gov."

3) We can't agree that you will produce the transcripts but we conferred and were not able to resolve our difference

of opinion.

4) You will gather (or find, if already in your possession), additional information about home health care workers, including Monique Mitchell.

5) You will try to obtain contact information for Susan Wong.

6) We will try to provide you with a draft Consent Motion for an Extension on Monday or Tuesday.  It will propose extending all the deadlines by 30 days (or so), and discovery will be extended for limited purposes that will be set forth, but we need to hear from you on some of the points above before we can finalize the draft.  We need to file this early next week.

I'll be available Monday & Tuesday but traveling later in the week.
Could you please provide the information that you already have (#4
above) and the contact information for Susan Wong on Monday so that we can finalize the proposed consent motion.

Thanks,
Zoe



Zoe C. Scharff
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
tel:  (202) 434-5985
fax: (202) 434-5029




------------------------------------------------------------------------
------
NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

================================================================
=====
======