UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JON DOPUDJA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>PRESIDENT & BOARD OF GOVERNORS OF GEORGETOWN COLLEGE, et al.,<br><br>   Defendants. | Civil Action No. 03-0831<br>GK/DAR |

**ORDER**

It is, this 14th day of June, 2004,

**ORDERED** that Plaintiffs' Motion to Compel Compliance with Subpoena Duces Tecum (Docket No. 37) is **STRICKEN FROM THE RECORD** for counsel's failure to comply with LCvR 7(m); and it is

**FURTHER ORDERED** that the Motion of MedStar Health, Inc. to Quash Subpoena (Docket No. 40) is **DENIED AS MOOT**.

June 14, 2004 _____                    \s\ _____
                                                       DEBORAH A. ROBINSON
                                                     United States Magistrate Judge