**Defendants' Amended Privilege Log as of August 27, 2007**

| Date | To | From | Description | Privilege Claimed |
|---|---|---|---|---|
| 4/27/94 | IRB[1] Chairperson | D.C. Code § 44-805 prohibits disclosure of the identities who make submissions to the IRB. | Letter submission to IRB | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| 4/12/90 | IRB | D.C. Code § 44-805 prohibits disclosure of the identities who make submissions to the IRB. | Multi-page submission to the IRB for IRB comment | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| 5/15/90 | IRB Chairperson | D.C. Code § 44-805 prohibits disclosure of the identities who make submissions to the IRB. | Memo responding to IRB comment | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| 7/13/90 | Dr. John Deveikis | IRB Executive Officer | Memo re IRB Actions | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| 7/12/90 | IRB | D.C. Code § 44-805 prohibits disclosure of the identities who make submissions to the IRB. | Submission to IRB for IRB comment | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |

---

[1] "IRB" means Institutional Review Board, as defined by 21 C. F. R. § 812.3.

| Undated | IRB Executive Officer | N/A | Handwritten Notes re IRB Actions | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
|---|---|---|---|---|
| 7/19/90 | IRB Executive Officer | D.C. Code § 44-805 prohibits disclosure of the identities who make submissions to the IRB. | Memo submission to IRB for its comment/action | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| 6/25/90 | IRB Executive Officer | N/A | IRB Executive Officer Notes re IRB actions | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| 6/29/90 | IRB Executive Officer | D.C. Code § 44-805 prohibits disclosure of the identities who make submissions to the IRB. | Memo submission to IRB for its comment/action | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| 5/3/90 | IRB | N/A | Memo re IRB Recommendations | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| 6/17/93 | Dr. Lee Monsein | IRB Executive Officer | Memo re IRB Actions | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| 10/15/91 | Dr. Lee Monsein | IRB Executive Officer | Memo re IRB Actions | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |

| 9/23/91 | IRB | D.C. Code § 44-805 prohibits disclosure of the identities who make submissions to the IRB. | Submission to IRB for its comment/action | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
|---|---|---|---|---|
| 4/11/94 | IRB | D.C. Code § 44-805 prohibits disclosure of the identities who make submissions to the IRB. | Submission to IRB for its comment/action | 1. D.C. Code § 44-805<br>2. Attorney-Client<br>3. Deliberative Process |
| Undated | 2 pages of notes taken by Sheila Zimmet, Esq., Senior Associate Medical Counsel regarding work performed | N/A | Revelation of subject matter may waive privileges; however, the limited waiver of attorney-client privilege and attorney work product doctrine relating to Dr. Watson's request for legal advice/conversation with Sheila Zimmet, Esq., does not apply to this document as the document's subject matter is not about Sheila Zimmet, Esq.'s legal advice given to Dr. Vance Watson in their prior conversation, nor was the subject matter of the document known to him. | 1. Attorney-Client<br>2. Attorney Work Product Doctrine |
| Undated | Dr. Michael Pentecost, Dr. Vance Watson | Sheila Zimmet, Esq., Senior Associate Medical Counsel | Email of legal advice, responding to question posed by Dr. Pentecost, the revelation of subject matter may waive privileges; however, subject not related to prior conversation with Dr. Vance Watson. | 1. Attorney-Client<br>2. Attorney Work Product Doctrine |

3

| 5/3/00 | Dr. Vance Watson | Sheila Zimmet, Esq., Senior Associate Medical Counsel | Cover Page and 2 page fax of document, marked up with edits made by Sheila Zimmet, Esq.  Further revelation of subject matter may waive privileges; however, subject not related to prior conversation with Dr. Vance Watson. | 1.  Attorney-Client<br>2.  Attorney Work Product Doctrine |
|---|---|---|---|---|
| 5/3/00 | Dr. Vance Watson | Sheila Zimmet, Esq., Senior Associate Medical Counsel | Email providing legal advice; the revelation of subject matter may waive privileges; however, subject not related to prior conversation with Dr. Vance Watson. | 1.  Attorney-Client<br>2.  Attorney Work Product Doctrine |
| 5/9/00 | Sheila Zimmet, Esq., Senior Associate Medical Counsel | Dr. Vance Watson | Email regarding question regarding legal advice; the revelation of subject matter may waive privileges; however, subject not related to prior conversation with Dr. Vance Watson. | 1.  Attorney-Client<br>2.  Attorney Work Product Doctrine |

4