# SHEILA COHEN ZIMMET
1781 Chain Bridge Road, #107
McLean, Virginia 22102
*Home*: 703-992-8403   *Office*: 202-687-8437   zimmets@georgetown.edu

**PROFESSIONAL EXPERIENCE:**

**Georgetown University**
Washington, DC
    Associate Vice President for Regulatory Affairs      June 2007-Present
    Georgetown University Medical Center

**Weill Medical College of Cornell University**
New York City, New York
    Associate Dean (Research Integrity)      April 2006– May 2007
    Associate Dean (Research Compliance)      January 2005–April 2006
    Course Director, Tri-Institutional Program,      January 2005-May 2007
        Responsible Conduct of Research

**Georgetown University**
Washington, District of Columbia
    Director, Research Assurance and Compliance      January 2001-December 2004
    Senior Associate Medical Center Counsel      May 1998-December 2000
    Assistant University Counsel
    Associate Medical Center Counsel      September 1991-May 1998
    Assistant University Counsel
    Associate Counsel, Georgetown University Hospital      October 1984-September 1991
    Instructor, Legal and Ethical Issues in Health Care      September 1986-December 1995
        Management, School of Nursing, Graduate Program

**Federal Mine Safety and Health Review Commission**
Washington, District of Columbia
    Chief Counsel to Commissioner A. E. Lawson      January 1984-September 1984

**U.S. Occupational Safety and Health Review Commission**
Washington, District of Columbia
    Assistant General Counsel, Office of General Counsel      April 1983-January 1984
    Assistant Chief Counsel to Commissioner Bertram Cottine      July 1979-April 1983
    Supervisory Attorney-Advisor      June 1974-July 1979
    Attorney-Advisor. Legal Clerk

**Cost of Living Council, Office of Wage Stabilization, Health Division**
Washington, District of Columbia
    Pay Stabilization Analyst      August 1973-June 1974

**Georgetown University Hospital**
Washington, District of Columbia
    Staff Nurse, Neonatal Intensive Care Unit      June 1971-August 1973

**EDUCATION:**

Georgetown University Law Center
Juris Doctor                                                                                            May 1975

Georgetown University School of Nursing
Bachelor of Science in Nursing                                                             June 1971

**Appointments:**
Lecturer (Adjunct Faculty), Georgetown University School of Nursing    1986-2004
Clinical Scholar, Center for Clinical Bioethics, Georgetown University    1993-2004

**PROFESSIONAL LICENSURE:**
District of Columbia Bar                                                                        1985-Present
Virginia State Bar                                                                                    1975-Present
Registered Nurse, District of Columbia                                                 1971-1996

**PROFESSIONAL ACTIVITIES:**
National Center for Research Resources, Advisory Council, National Institutes of Health,
    *Member*, 1996-2000, 2004-Present
National Center for Research Resources, Chimpanzee Management Plan Working Group,
    National Institutes of Health, *Member,* 1998-Present
National Kidney Foundation of the National Capital Area, Board of Directors, *Member*, 1995-2003
        Bylaws and Policies Committee, *Chair,* 1997-1998, *Member* 2001-2003
        Education and Patient Services Committee, *Member,* 1997-2002
        Executive Committee, *Member,* 1998-1999
Government Relations Representative to the Council on Government Relations, Association of American
   Medical Colleges – Association of American Universities, 2001-2004
Advances in Renal Replacement Therapy, Editorial Board, *Member*, 1998-2003
Georgetown University Medical Center Appointments
        Institutional Review Board, *Member,* 1986-1998; e*x officio,* 1998-2004, 2007-Present
        Institutional Animal Care and Use Committee, *ex officio*, 2001-2004, 2007-Present
        Radiation Safety Committee, *Member,* 2001-2004, 2007-Present
        Hospital and Pediatric Ethics Committees, *Member*, 1986-2000
        Center for Clinical Bioethics, *Consultant,* 1993-2004
        Executive Staff, *Legal Advisor,* 1997-2000
        Joint Oversight Council for Clinical Research, *Member,* 2002–2004, 2007–Present
        GUMC Research Committee, *Member,* 2007 - Present
Weill Medical College of Cornell University Appointments
        Tri-Institutional Stem Cell Initiative Administrators Group, *Member,* 2006-2007
        Institutional Review Board, *ex officio*, 2005–2007
        Conflicts Advisory Panel, *ex officio, 2005-2007*
        Data Safety Monitoring Board, *Acting Chair*, 2005-2006
        University Conflicts Committee, *Member,* 2005–2007
        Research Compliance Task Force, *Member*, 2005–2007
        Institutional Animal Care and Use Committee, *ex officio*, 2005–2007
        Institutional Biosafety Committee, *ex officio,* 2005–2007
Hoya Risk Indemnity, Inc., Board of Directors, *Member*, 2000–2004
HIPAA Task Force, Georgetown University, *Member,* 2002-2003
MedStar Research Institute Institutional Review Board, *ex officio*, 2001-2004