

```
                                                            1
 1
                 UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA

 3     ---------------------------x
                                  :
 4     FELICE I. IACANGELO,       :
       et al.                     :
 5                                :
                 Plaintiffs       :
 6                                : Case No.
            vs.                   : 1:05CV02086
 7                                : Judge Friedman
       GEORGETOWN UNIVERSITY,     :
 8     t/a Georgetown University  :
       Hospital, et al.           :
 9                                :
                 Defendants       :
10                                :
       ---------------------------x
11
                              Washington, D.C.
12                            July 23, 2007

13     Videotaped Deposition of:

14            SHEILA COHEN ZIMMET, ESQ.,

15     called for oral examination by counsel for

16     Plaintiffs, pursuant to notice, at the Law

17     Offices of Williams & Connolly, 725 12th

18     Street, N.W., Washington, D.C., beginning at

19     1:28 p.m., before Zev V. Feder, CSR, a Notary

20     Public in and for the District of Columbia,

21     when were present on behalf of the respective

22     parties:
```

FEDER REPORTING COMPANY
(202) 863-0000      (800) 956-8996

22

1   the attorney-client privilege by a lawyer or
2   the work-product doctrine of a lawyer.
3   However, if you can answer the question
4   outside of those strictures in terms of who
5   would do, please do.
6           And I also lodge an objection as
7   it assumes facts not in evidence.
8           THE WITNESS:  I don't understand
9   the question.
10          BY MR. NEWMAN:
11      Q.   If there was a question that came
12  to the legal department or to you in the IRB
13  capacity about a device, and let's be
14  specific, about an adulterated device that was
15  going to be used at your institution, who
16  would be the one who would do the research,
17  determine if it could be used, or produce any
18  documents regarding that subject?
19          MS. HILLS:  Objection.  Again,
20  because it was directed as a question that was
21  presented to the legal office, to the extent
22  this invades attorney-client privilege or a

1   work-product doctrine privilege, I instruct
2   you not to answer.  However, if you can answer
3   the question outside of those parameters, you
4   may answer.
5           I also lodge the objection that it
6   assumes facts not in evidence.
7           THE WITNESS:  To the extent you
8   are asking a question about an issue coming to
9   the legal office and someone making a
10  determination that a legal question or problem
11  exists that requires to be researched,
12  investigated, I am going to claim the
13  privilege on it.
14          BY MR. NEWMAN:
15      Q.   All right.  We will get to that in
16  a minute.
17          As to the other aspect of my
18  question, with regard to the IRB, for example,
19  who would do that research or who would do
20  that inquiry?
21      A.   State the question with respect to
22  the IRB.  I don't --

139

| | |
|---|---|
| 1 | CERTIFICATE OF NOTARY PUBLIC |
| 2 | I, Zev V. Feder, the officer |
| 3 | before whom the foregoing deposition was |
| 4 | taken, do hereby certify that the witness, |
| 5 | whose testimony appears in the foregoing |
| 6 | deposition, was duly sworn by me; that the |
| 7 | testimony of said witness was taken by me in |
| 8 | shorthand and thereafter reduced to computer |
| 9 | type under my direction; that said deposition |
| 10 | is a true record of the testimony given by |
| 11 | said witness; that I am neither counsel for, |
| 12 | related to, nor employed by any of the parties |
| 13 | to which this deposition was taken; and |
| 14 | further, that I am not a relative or employee |
| 15 | of any attorney or counsel employed by the |
| 16 | parties hereto, nor financially or otherwise |
| 17 | interested in the outcome of the action. |
| 18 | |
| 19 | _____ |
| 20 | Notary Public in and for<br>The District of Columbia |
| 21 | My Commission Expires:<br>April 14, 2012 |
| 22 | |

FEDER REPORTING COMPANY
(202) 863-0000     (800) 956-8996