UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELICE I. IACANGELO, et al.** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Case No.: 1:05CV02086 |
| : | Judge Paul L. Friedman |
| **GEORGETOWN UNIVERSITY, t/a** : | |
| **Georgetown University Hospital, et al.**: | |
| : | |
| **Defendants.** : | |

**NOTICE OF VIDEO DEPOSITION OF DIETER SCHELLINGER, M.D.**

Pursuant to Court Order, please take notice that the Plaintiffs, by and through their attorney, Anthony G. Newman, Esquire, will take the video deposition upon oral examination of the following named person on the date and time indicated below, before a Notary Public of the District of Columbia or any other duly qualified officer who may be selected to act in his place at the following location: Law Offices of Williams & Connolly, 725 Twelfth Street NW, Washington, DC 20005.

NAME: Dieter Schellinger, M.D.
DATE: Wednesday, August 29, 2007
TIME: 1:00 p.m.

Pursuant to this Notice, the witness is requested to bring and produce at the deposition the following documents and/or things:

1) Your Curriculum vitae.

2) A list of all articles and or lectures you published and/or attended regarding the treatment of AVM's, and if such a list has not been created or is not complete, provide copies of all articles including unpublished articles and/or drafts and the including the title, date and location of, any lecture, known to you or given by you, regarding the treatment of AVM's.

3) Any and all Institutional Review Board (IRB) documents, i.e., research application, IRB approved informed consent, scientific evaluations, reports of adverse events, correspondence, and patient rosters, etc., involving the use of Histoacryl and/or Lipiodol from the date your first came on staff at Georgetown University up to and including March 3, 1999.

4) The package insert from Histoacryl.

                                        Respectfully submitted,

                                        **NEWMAN, McINTOSH & HENNESSEY**

                                          /s/ Anthony G. Newman, Esq.
                                        Anthony G. Newman, Esquire
                                        Anthony G. Newman, Esq.
                                        7315 Wisconsin Avenue, Suite 700E
                                        Bethesda, Maryland 20814
                                        (301) 654-3400
                                        ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2007, I faxed and served via electronic mail, a copy of the **Notice of Deposition for Dieter Schellinger, M.D.,** to:

Megan E. Hills, Esq.
mhills@wc.com
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C.  20005

Feder Reporting Company
810 Capitol Square Place, S.W.
Washington, D.C.  20024

                                                    /s/ Anthony G. Newman Esq.
                                                    Anthony G. Newman, Esq.