**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, ) <br> As Guardian of the Person and Property of ) <br> KARYN A. KERRIS, ) <br> ) <br>          Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Georgetown University Hospital, ) <br> GEORGETOWN UNIVERSITY, t/a ) <br> Georgetown University, and ) <br> VANCE E. WATSON, M.D., ) <br> ) <br>          Defendants. ) | Civ. Act. No. 1:05CV02086 (PLF/AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

**DEFENDANTS[1]' NOTICE OF FILING
INADVERTENTLY OMITTED EXHIBIT (EXHIBIT 1 – DR. WATSON DEPOSITION
TRANSCRIPT) TO DEFENDANTS' OPPOSITION TO
PLAINTIFFS[2]' MOTION TO RE-DEPOSE SHEILA COHEN ZIMMET**

      Defendants, by and through undersigned attorneys, hereby file this Notice of Filing of Inadvertently Omitted Exhibit to Defendants' Opposition to Plaintiffs' Motion to Re-Depose Sheila Cohen Zimmet. As listed in Defendants' Opposition, Exhibit 1 should be excerpts from the May 31, 2007 deposition transcript of Vance E. Watson, M.D., attached hereto as Exhibit 1 (previously inadvertently omitted). Exhibit 2 should be excerpts from the July 23, 2007 deposition transcript of Sheila Cohen Zimmet, attached hereto as Exhibit 2 (previously incorrectly identified and attached to the Opposition as Exhibit 1). The remaining exhibits

---

[1] Defendants Georgetown University and Vance E. Watson, M.D. are collectively referred to as "Defendants."

[2] Plaintiff Felice Iacangelo and Plaintiff Cicily Iacangelo are collectively referred to as "Plaintiffs."

2

(Exhibits 3-6) as listed in Defendants' Opposition are already attached to the Opposition and correctly identified.

                                    Respectfully submitted,

                                    WILLIAMS & CONNOLLY LLP

Dated:  September 9, 2007        By:              //s//
                                            Megan E. Hills (D.C. Bar #437340)
                                            Zoe C. Scharff (D.C. Bar #490482)
                                            725 Twelfth Street, N.W.
                                            Washington, D.C. 20005
                                            (202) 434-5000
                                            (202) 434-5029 (fax)
                                            mhills@wc.com
                                            zscharff@wc.com

## **CERTIFICATE OF SERVICE**

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing with exhibits was served via electronic filing on the Court's CM/ECF website on the 9th day of September 2007 on the forgoing:

>Anthony Newman, Esquire
>Ernest McIntosh, Esquire
>Wendy Wyeth, Esquire
>Newman, McIntosh & Hennessy
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, Maryland 20814

>and

>Andrew Greenwald, Esquire
>Greenwald and Laake
>6404 Ivy Lane
>Suite 440
>Greenbelt, Maryland 20770

>Plaintiffs' Counsel

                                                //s//
                                      Megan E. Hills