UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


--------------------------x
                          :
FELICE I. IACANGELO,      :
et al.                    :
                          :   VOLUME II
          Plaintiffs      :
                          : Case No.
    vs.                   : 1:05CV02086
                          : Judge Friedman
GEORGETOWN UNIVERSITY,    :
t/a Georgetown University :
Hospital, et al.          :
                          :
          Defendants      :
                          :
--------------------------x


                    Washington, D.C.

                    May 31, 2007

Videotaped Deposition of:

          VANCE E. WATSON, M.D.,

called for oral examination by counsel for

Plaintiffs, pursuant to notice, at the

E. Barret Prettyman United States Courthouse,

333 Constitution Avenue, N.W., Washington,

D.C., beginning at 10:14 a.m., before

Lynell C.S. Abbott, a Notary Public in and for

the District of Columbia, when were present on

behalf of the respective parties:

ac43ba7e-04fa-4050-a5dd-39fa07e6f023

Page 128

1   diatribe if she wishes so that we don't have a

2   big gap between my question and the answer.

3           Doctor, you said that you do not

4   believe Histoacryl was illegal; isn't that

5   what you said?

6           MS. HILLS:  Object to sidebar and

7   same objection.

8           BY MR. NEWMAN:

9       Q.    Doctor, do you believe that the

10  use of Histoacryl in the time that you

11  injected it into Karyn Kerris was illegal?

12      A.    I asked --

13          MS. HILLS:  Same objection.

14          THE WITNESS:  I asked this

15  question to counsel in the past and present

16  and been told it's not illegal.

17          BY MR. NEWMAN:

18      Q.    Who did you ask in the past?

19      A.    Well, the immediate past, my

20  current counsel.

21      Q.    And before that?

22      A.    Discussing Histoacryl in general

ac43ba7e-04fa-4050-a5dd-39fa07e6f023

1    would be Sheila Zimmet would be counsel.

2          Q.    And why did you ask counsel Sheila

3    Zimmet whether your use of Histoacryl was

4    legal?

5          MS. HILLS:  Object to form;

6    mischaracterizes testimony, and calls for

7    speculation.

8          THE WITNESS:  I was never under

9    the assumption it was illegal because it was

10   used at Duke during my residency, it was used

11   at UCLA, it was used many places around the

12   country.  The question to counsel evolved by

13   somebody questioning whether, or just a

14   general discussion about should the use of

15   this go through the, what's called the

16   Georgetown IRB.

17          I don't remember which board

18   member I asked this to, to see who I should

19   talk to.  And then I was referred to Sheila

20   Zimmet who is on the IRB and was also counsel.

21   And I asked her, told her unapproved, and do

22   we need to put this through the IRB.  And she

ac43ba7e-04fa-4050-a5dd-39fa07e6f023

Page 130

1    said no.

2              BY MR. NEWMAN:

3         Q.    And why not?

4              MS. HILLS:  Object to form; calls

5    for speculation.

6              THE WITNESS:  You know, I'm not --

7              BY MR. NEWMAN:

8         Q.    Did she tell you?

9         A.    I'm not a lawyer.  The question

10   she asked me was, "Are you doing research with

11   this or are you treating patients?"  And I

12   said, "I'm not doing research.  I'm just using

13   it to treat patients."

14        Q.    Do I understand that you would

15   have had no objection to going through an IRB

16   with your use of Histoacryl?

17        A.    If somebody asked me to submit

18   something to the IRB, I would do it.  I've

19   submitted many applications.

20        Q.    Did this discussion happen around

21   1999 when you started on the IRB Safety

22   Committee?

ac43ba7e-04fa-4050-a5dd-39fa07e6f023

Page 131

1    A.    No, no.  A long --

2    Q.    When did it occur?

3    A.    Very shortly after arriving to

4 Georgetown.

5    Q.    Give me a year or a rough estimate

6 of the year.

7    A.    Well, let's see, when did I arrive

8 at Georgetown.  19 -- sometime in the fall of

9 1994 is when I arrived.  I don't know when I

10 asked exactly the question.  It would have

11 been somewhat early on.

12    Q.    Did you understand that UCLA and

13 Duke both had an IDE for the use of

14 Histoacryl?

15    A.    In --

16    MS. HILLS:  Object to form; calls

17 for speculation, assumes facts not in

18 evidence.

19    THE WITNESS:  In 1994?  No, I

20 didn't know.

21    BY MR. NEWMAN:

22    Q.    Do you understand that there were

ac43ba7e-04fa-4050-a5dd-39fa07e6f023

Page 319

CERTIFICATE OF NOTARY PUBLIC

1
2          I, Lynell C.S. Abbott, the officer
3   before whom the foregoing deposition was
4   taken, do hereby certify that the witness,
5   whose testimony appears in the foregoing
6   deposition, was duly sworn by me; that the
7   testimony of said witness was taken by me in
8   shorthand and thereafter reduced to computer
9   type under my direction; that said deposition
10  is a true record of the testimony given by
11  said witness; that I am neither counsel for,
12  related to, nor employed by any of the parties
13  to which this deposition was taken; and
14  further, that I am not a relative or employee
15  of any attorney or counsel employed by the
16  parties hereto, nor financially or otherwise
17  interested in the outcome of the action.
18
19
                    _____
19                  Notary Public in and for
20                  The District of Columbia
21  My Commission Expires:
21  April 30, 2012
22

ac43ba7e-04fa-4050-a5dd-39fa07e6f023