# NEWMAN MCINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (MD, DC)
Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland  20814
(301) 654-3400 Main

Fax: (301) 907-2975

August 10, 2007

***VIA ELECTRONIC MAIL***
Megan E. Hills, Esq.
Nicolas Muzin, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C.  20005

Dear Ms. Hills and Mr. Muzin,

This letter will confirm my repeated request for Dr. Schellinger's deposition, which was ordered by the Court on June 26, 2007 and the finale of Dr. Watson's deposition which the Court, on June 27, 2007, was willing to expedite.  As you know, both of these must be completed by the discovery cut-off of September 3, 2007.

In addition, we apparently have several issues that must be addressed directly to the Court.  The issues involving the missing documents have already been addressed to Magistrate Kay in the prior phone conference. While the issue of substituting Dr. Chiazze for Dr. Yaeger was also addressed, your refusal to allow the substitution and provide dates for Dr. Chiazze necessitates another Court intervention.  Additionally, we now have the issue of Sheila Zimmet's refusal to answer certain questions regarding the same subject matter for which the attorney-client and work product privileges were waived by both her and Dr. Watson.  Given your steadfast position during Ms. Zimmet's deposition, it is clear that the Court must also be involved in resolving the extent and nature of their waiver.

I have been provided the following dates by the Court for the conference:
August 13th after 3:30pm
August 15th after 3:00pm
August 16th from 9:00am – 12:30pm

Please confirm what times you are available, and I will contact the Court.

Sincerely,
/s/ Anthony G. Newman

cc. Andrew Greenwald