IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | |
|---|---|
| **FELICE I. IACANGELO,** *et al.* : | |
| : | |
| : | |
| : | Civil No. 1:05CV02086 |
| **Plaintiffs,** : | |
| : | Judge Paul L. Friedman |
| vs. : | |
| : | Magistrate Judge Alan Kay |
| **GEORGETOWN UNIVERSITY,** *et al.* : | |
| : | |
| **Defendants.** : | |

**PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS[1]**

COMES NOW the Plaintiffs, Felice I. Iacangelo and Cicily A. Iacangelo, Guardians of the Person and Property of Karyn A. Kerris, and requests Defendant Georgetown University, to produce within thirty (30) days from the date of this request at the office of counsel for the Plaintiffs the following documents, subject to the following instructions and definitions:

INSTRUCTIONS AND DEFINITIONS

(A)    This document request is to be supplemented in accordance with the requirements of the applicable Federal Rules of Procedure.

---

[1] This discovery request is filed in an abundance of caution in the unlikely event that Defendant's Motion to Compel (Allegedly) Previously Requested Material from Plaintiffs is granted.

(B) The pronoun "you" refers to the party to whom this Request is addressed and that party's agents, employees, representatives and, unless privileged, attorneys.

(C) The word "document" means all originals and non-identical copies, whether non-identical by reason of notations or otherwise, of any written, printed, typed, photocopied, photographed or recorded matter of any kind, however produced or copied, including, without limiting the generality of the aforegoing, tapes, cassettes, correspondence, memoranda, reports, contracts, desk pads, notes, letters, telegrams, telexes, messages, bills, invoices, checks, other instruments of payment, analyses, comparisons, books, magazines, newspapers, booklets, circulars, diaries, appointment calendars, microfilm, bulletins, notices, instructions, minutes, other communications, questionnaires, surveys, charts, graphs, drafts of any of the foregoing and the reverse side of any of the foregoing which such reverse side is not entirely blank, and tapes or other electronic data compilations from which information can be obtained.

(D) The word "person" means individuals, corporations, partnerships, unincorporated associations and other entities.

(E) When a corporation or other person is referred to, it shall be deemed to include all predecessors and successors in interest, and all agents, representatives, employees, attorneys and other persons or entities acting on its behalf of under his or its control, and, in addition, when a corporation is referred to, it shall be deemed to include all present and former directors and officers.

(F) The word "and" means "and/or", and the word "or" means "and/or."

(G) The word "concerning" means in whole or in part, directly or indirectly, referring to, relating to, acting with, responding to, showing, describing, mentioning, analyzing, reflecting or constituting.

## PRIVILEGE

(H) Each and every requested document to which you may claim a privilege as a grounds for non-production shall be listed chronologically as follows:

    (i) date of document;

    (ii) title of document;

    (iii) type of document, i.e., letter, memorandum, report, chart, etc.;

    (iv) author and recipients and distributes of documents;

    (v) subject matter (without revealing the information as to which privilege is claimed); and

    (vi) factual and legal basis for the alleged privilege which provides the alleged ground for non-production.

(I) All documents to which you claim such privilege shall be retained and segregated, pending a later determination as to the wreuivalidity of the claimed privilege.

(J) If any documents which are requested contain or may contain the name or names of other patients, and thereby could create a question of privilege with respect to the disclosure of such records, you are hereby authorized and requested to produce duplicate copies of such records in such a manner that the names of other persons are obliterated, covered or otherwise made illegible so as to avoid the identification of other patients.

## SEGREGATION OF DOCUMENTS

All documents shall be segregated in accordance with the numbered paragraphs in this Request, and are to be identified by the request to which they are primarily responsive, and shall be produced in their original file folders.

## SPECIAL INSTRUCTIONS

Please do not answer any portion of this request with an answer such as "See Hospital Record" or its equivalent.

1. Copies of all documents in possession of Williams & Connolly, LLP, relating to litigation involving Georgetown University, occurring from 1990 to 2000, in any and all malpractice cases, device litigation, and/or violation of statute, including, but not limited to:

    a. Parties' answers to interrogatories,

    b. Parties' answers to requests for production of documents;

    c. Parties' designation of expert witnesses;

    d. Reports and/or statements of expert witnesses

    e. Deposition transcripts of all parties.

2. Copies of all documents in possession of Williams & Connolly, LLP, relating to litigation involving other than Georgetown University in any and all malpractice cases, device litigation, and/or violation of statute, including, but not limited to

    a.    Parties' answers to interrogatories,

    b.    Parties' answers to requests for production of documents;

    c.    Parties' designation of expert witnesses;

    d.    Reports and/or statements of expert witnesses

    e.    Deposition transcripts of all parties.

Respectfully submitted,

/s/ Anthony Newman
Anthony Newman, Esq.
NEWMAN, McINTOSH & HENNESSEY, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, Maryland 20814
(301) 654-3400
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2007, a copy of the foregoing was mailed certified first class, postage prepaid to:

Megan E. Hills, Esq.
Nicolas Muzin, Esq.
Zoe C. Scharff, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

/s/ Anthony Newman
Anthony G. Newman, Esq.