**Certificate of Good Faith**

In accordance with Federal Rules of Civil Procedure 37 and Local Rule of Civil Procedure 7(m) this certificate will confirm that the parties conferred on August 15, 2007 in a teleconference with the Court.  The parties could not resolve the matter at issue and, after permission was given by the Court to file this Motion, the present Motion was filed.

    /s/ Anthony G. Newman  
Anthony G. Newman