COPY

47

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------x
                            :
FELICE I. IACANGELO,        :
et al.                      :
                            :  VOLUME II
         Plaintiffs         :
                            :  Case No.
    vs.                     :  1:05CV02086
                            :  Judge Friedman
GEORGETOWN UNIVERSITY,      :
t/a Georgetown University   :
Hospital, et al.            :
                            :
         Defendants         :
                            :
----------------------------x

                              Washington, D.C.
                              May 31, 2007

Videotaped Deposition of:

    VANCE E. WATSON, M.D.,

called for oral examination by counsel for

Plaintiffs, pursuant to notice, at the

E. Barret Prettyman United States Courthouse,

333 Constitution Avenue, N.W., Washington,

D.C., beginning at 10:14 a.m., before

Lynell C.S. Abbott, a Notary Public in and for

the District of Columbia, when were present on

behalf of the respective parties:

FEDER REPORTING COMPANY
(202) 863-0000    (800) 956-8996

1  across Leonard Chiazze who is the head of the
2  IRB numbered B, which is one that you are a
3  part of?
4              MS. HILLS:  Objection; calls for
5  speculation, asked and answered.
6              THE WITNESS:  I think I'm on
7  IRB-A, which is why I would not have seen him.
8  Our head is Dr. Young.
9              BY MR. NEWMAN:
10      Q.     What do you know about the lawsuit
11 that occurred from the investigators and
12 faculty of Georgetown against the Board of
13 Directors and the then president of the
14 hospital?  This was in 1999.  Now, what do you
15 know about that?
16             MS. HILLS:  Objection; irrelevant.
17             THE WITNESS:  Explain that again
18 to me.  This is kind of a -- or say that
19 again.  I'm going to get some water.  You are
20 saying there is a lawsuit between whom and
21 whom?
22             BY MR. NEWMAN:

266

1   Q. Did you not know about a lawsuit
2   against Kenneth Bloom by members of the IRB
3   and the research faculty in 1999 that as a
4   result of requiring them to raise 70 percent
5   of their revenue from research or other
6   elements that they would either do so or have
7   to be terminated? You didn't hear about that?
8   MS. HILLS: Objection; asked and
9   answered, calls for speculation.
10  THE WITNESS: You know, I am not
11  -- well, how can I answer that? I mean I --
12  BY MR. NEWMAN:
13  Q. If you didn't hear about it, just
14  tell me you didn't hear about it. I'm just
15  asking if you know.
16  A. Well, again, you are talking a
17  long time ago now. You know, I heard rumors
18  of a couple different kinds of lawsuits. This
19  particular one I don't recall.
20  Q. Do you recall there being anyone
21  -- first of all, do you recall when Kenneth
22  Bloom was the president of the hospital?

1    A.    It's kind of a vague memory.  We
2  had a number of administrative changes.  And
3  these people, you know, are at an
4  administrative level far above me.  I don't
5  meet them.  If there are fights and suits,
6  good chance I wouldn't know about it.
7    Q.    During the time of 1998-1999 was
8  your department ever evaluated for its profit
9  range and decided whether or not the members
10  within your department could keep their job
11  based on how much revenue they were bringing
12  in?
13         MS. HILLS:  Objection; calls for
14  speculation and vague.
15         THE WITNESS:  I would have no
16  idea.  I don't think we had anybody, at least
17  to my recollection, nobody in our department
18  has been terminated for financial reasons,
19  but...
20         BY MR. NEWMAN:
21    Q.    Do you recall the diversion of
22  drugs within neuroradiology during about that