COPY                                                            1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4     ------------------------------x
                                     :
 5     FELICE I. IACANGELO,          :
       et al.                        :
 6                                   :
                 Plaintiffs          :
 7                                   : Case No.
           vs.                       : 1:05CV02086
 8                                   : Judge Friedman
       GEORGETOWN UNIVERSITY,        :
 9     t/a Georgetown University     :
       Hospital, et al.              :
10                                   :
                 Defendants          :
11                                   :
       ------------------------------x
12
                              Washington, D.C.
13                            August 29, 2007

14     Videotaped Deposition of:

15         DIETER SCHELLINGER, M.D.,

16     called for oral examination by counsel for

17     Plaintiffs, pursuant to notice, at the offices

18     of Williams & Connolly, 725 12th Street, N.W.,

19     Washington, D.C., beginning at 1:11 p.m.,

20     before Lynell C.S. Abbott, a Notary Public in

21     and for the District of Columbia, when were

22     present on behalf of the respective parties:
```

FEDER REPORTING COMPANY
(202) 863-0000      (800) 956-8996

22

1  Neuroradiology. And he is at this time Acting
2  Chief of that division.
3             BY MR. NEWMAN:
4       Q.    Of Neuroradiology.
5       A.    Neuroradiology.
6       Q.    And do you have anything to do
7  with Neuroradiology as far as being in their
8  purview?
9       A.    I partake from time to time in
10 teaching. And also, as I stated earlier, I am
11 part-time employed by Radiology to cover days
12 in diagnostic radiology, not invasive
13 radiology, when they need help.
14      Q.    And your teaching issues or what
15 you do in teaching, have you taught
16 interventional neuroradiology?
17      A.    No, I have not.
18      Q.    Am I correct that you never
19 considered yourself to be an interventional
20 neuroradiologist?
21      A.    You are correct.
22      Q.    To go back in time, in 1998 and

FEDER REPORTING COMPANY
(202) 863-0000     (800) 956-8996

1   1999, what was your position within the
2   Department of Neuroradiology and what was Dr.
3   Watson's?
4          A.   At that time I was Chief of
5   Neuroradiology and Dr. Watson was a member of
6   that section.
7          Q.   And at that time was there also a
8   subdepartment of interventional
9   neuroradiology?
10         A.   Kind of a quasi subdivision which
11  he was director of, in fact.
12         Q.   At that time how many
13  interventional neuroradiologists were there?
14  '98-99.
15         A.   One.
16         Q.   Him.
17         A.   He, yes.
18         Q.   But as far as '98 and '99, you
19  were Chief of Neuroradiology which would have
20  included Chief, if you will, of Interventional
21  Neuroradiology.
22         A.   That is correct.

                                                               84

1           THE WITNESS:  No.
2           BY MR. NEWMAN:
3      Q.    Just so we complete the picture on
4  different types of embolic devices, am I
5  correct in assuming that you've never used
6  Nexacryl either?
7      A.    You are correct.
8      Q.    Or for that matter, Onyx.
9      A.    You are correct, never used it.
10     Q.    As far as Onyx, do you understand
11 that Dr. Watson has been involved with studies
12 in IDEs on Onyx?
13     A.    I am not aware of that.
14     Q.    Do you have any knowledge
15 whatsoever on whether he actually solicits
16 patients for studies on Onyx?
17     A.    I am not aware of that.
18     Q.    What do you know, if anything,
19 about Dr. Chiazze's lawsuit against
20 Georgetown?
21          MS. HILLS:  Objection.  I instruct
22 you not to answer.  There's a pending

1  protective motion.

2      MR. NEWMAN:  Well, you can do that

3  but if he has no knowledge, that would help.

4  If he says yes, then I'll let you do that.

5  Then I don't have to worry about it.

6      MS. HILLS:  Do you have any

7  knowledge?

8      THE WITNESS:  No.

9      MR. NEWMAN:  That's what I thought

10  he was going to say.

11      THE WITNESS:  Interesting.

12      BY MR. NEWMAN:

13      Q.   Safe to say you were not involved

14  in that particular lawsuit.

15      A.   Correct.

16      Q.   In your literature, I haven't had

17  a chance to review your entire CV, am I

18  correct in assuming that there is nothing in

19  there with regard to the issues in this case,

20  i.e., the use of glue embolization?

21      A.   There is nothing in my CV

22  regarding that.