COPY

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-----------------------------x
                              :
FELICE I. IACANGELO,          :
et al.                        :
                              :
          Plaintiffs          :
                              : Case No.
     vs.                      : 1:05CV02086
                              : Judge Friedman
GEORGETOWN UNIVERSITY,        :
t/a Georgetown University     :
Hospital, et al.              :
                              :
          Defendants          :
                              :
-----------------------------x
```

Washington, D.C.
July 23, 2007

Videotaped Deposition of:

SHEILA COHEN ZIMMET, ESQ.,

called for oral examination by counsel for Plaintiffs, pursuant to notice, at the Law Offices of Williams & Connolly, 725 12th Street, N.W., Washington, D.C., beginning at 1:28 p.m., before Zev V. Feder, CSR, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

FEDER REPORTING COMPANY
(202) 863-0000      (800) 956-8996

```
                                                        123
 1                  (Discussion off the record.)
 2              BY MR. NEWMAN:
 3         Q.   What role did Leonard, is it,
 4   Chiazze have on the IRB?
 5         A.   He was a member of the IRB.
 6              MS. HILLS:  Objection.
 7   Irrelevant.
 8              BY MR. NEWMAN:
 9         Q.   Do you know if he had anything to
10   do, whatsoever, with those particular
11   protocols you discussed involving
12   interventional neuroradiology?
13              MS. HILLS:  Objection.  Misstates
14   prior testimony.
15              THE WITNESS:  I don't know that.
16              BY MR. NEWMAN:
17         Q.   Are you aware at all anything that
18   Dr. Chiazze was involved with litigation
19   against the hospital?
20              MS. HILLS:  Objection.
21   Irrelevant.  Overbroad.
22              THE WITNESS:  No, I am not.
```

124

1     BY MR. NEWMAN:

2     Q.    Do you remember anyone at the IRB
3  discussing the fact that tenured professors
4  and others had to raise their revenues?

5     A.    No.

6     Q.    What financial trouble was the
7  hospital in in 1998 and 1999?

8         MS. HILLS:  Objection.  Relevance.

9         THE WITNESS:  I don't think I can
10 speak to that.  I don't have specific
11 information.

12     BY MR. NEWMAN:

13    Q.    You are --

14    A.    Generally aware, but I have no
15 specific to ask what type.  I don't know that.

16    Q.    You were generally aware there was
17 financial trouble with the hospital and that
18 ultimately led to the buyout by MedStar?

19        MS. HILLS:  Objection.  Calls for
20 speculation.

21        THE WITNESS:  Generally aware of
22 financial problems at the hospital?  No.

FEDER REPORTING COMPANY
(202) 863-0000      (800) 956-8996