SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RHONDA R. MORTON, Individually and as Mother and Next Friend of MONIQUE M. MORTON, a minor<br><br>Plaintiffs,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 99-CA-4599<br>) Calendar 2 - Judge Jackson<br>) Next Event: Discovery Closes<br>) 3/15/01<br>)<br>)<br>) |

### ORDER

UPON CONSIDERATION of Defendant District Health Partners, L.P.'s Motion to Dismiss, the Opposition thereto, and the Court being duly advised in the premises, it is, this 3rd day of December, 2000, hereby

ORDERED, that said Motion be, and the same is hereby, GRANTED; and it is

[FURTHER ORDERED, that Counts II, III, IV, V, VI, and VII of the Second Amended Complaint are hereby DISMISSED for failure to state a claim upon which relief may be granted.]

FURTHER ORDERED, that the Second Amended Complaint against District Health Partners, L.P. is hereby DISMISSED for plaintiffs' failure to comply with SCR 4(m).

_____
Judge William M. Jackson

SIGNED IN CHAMBERS

(Order cont'd. next page)

Copies to:

Anthony G. Newman, Esquire
NEWMAN & MCINTOSH
7315 Wisconsin Avenue
Suite 220E
Bethesda, MD 20814

Ira Sherman, Esquire
CHAIKIN & SHERMAN, P.C.
1232 Seventeenth Street, NW
Washington, DC 20036

Cynthia L. Santoni, Esquire
MILES & STOCKBRIDGE, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102

Thomas V. Monahan, Jr., Esq.
Teri Kaufman Leonovich, Esq.
GOODELL, DEVRIES, LEECH & DANN, LLP
One South St.
20th Floor
Baltimore, MD 21202