1

```
                   IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA

  FELICE I. IACANGELO, et al,        . Docket No. CA 05-2086 (PLF)
                                     .
         Plaintiff,                  .
                                     . Washington, D.C.
         v.                          . April 11, 2007
                                     . 9:45 a.m.
  GEORGETOWN UNIVERSITY,             .
  trading as Georgetown University   .
  Hospital, et al,                   .
                                     .
         Defendant.                  .
  . . . . . . . . . . . . . . . . . .

                 TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE PAUL L. FRIEDMAN
                   UNITED STATES DISTRICT JUDGE

  APPEARANCES:

  For the Plaintiff:        Newman, McIntosh and Hennessey
                            By: Anthony G. Newman, Esquire
                            7315 Wisconsin Avenue
                            Bethesda, Maryland 20814
                            301.654.3400

                            Joseph, Greenwald and Laaker, PA
                            By:  Andrew E. Greenwald, Esquire
                            6404 Ivy Lane
                            Greenbelt, Maryland 20770
                            301.220.2200

  For the Defendant:        Williams and Connolly, LLP
                            By: Megan E. Hills, Esquire
                                Nicolas D. Muzin, Esquire
                            725 Twelfth Street, Northwest
                            Washington, D.C. 20005
                            202.434.5393

  Court Reporter:           Linda L. Russo, RPR
                            Official Court Reporter
                            Room 6403, U.S. Courthouse
                            Washington, D.C. 20001
                            202.354.3244

  Proceedings reported by machine shorthand, transcript produced
  by computer-aided transcription
```

| | |
|---|---|
| 1 | that through embolization we caused this harm.  What we need |
| 2 | is the pinpointed report to say how you believe we caused this |
| 3 | harm. |
| 4 | Thank you, Your Honor. |
| 5 | THE COURT:  Thank you.  Why don't you come up and |
| 6 | tell me your position on that. |
| 7 | MR. NEWMAN:  Basically, the only issue that we |
| 8 | really have is that given the affidavits that were filed by our |
| 9 | experts in response to summary judgment and directed verdict |
| 10 | motions, we have laid forth a great majority of their opinions. |
| 11 | As I understand this case, the defense is going to depose all |
| 12 | of our people, all of our experts, and simply in a notification |
| 13 | of 26(b)(4) given the affidavits that are there in the past, |
| 14 | plus what we're going to put forward, it will all be clear.  It |
| 15 | is not that complicated.  This AVM should never have been |
| 16 | treated, and it was treated with an illegal compound that was |
| 17 | smuggled across the border. |
| 18 | So those things have been laid forth several times in |
| 19 | every pleading that we have put before the Court.  So what I |
| 20 | simply was saying to defense counsel is, we can regurgitate it |
| 21 | in a report, but everything has been set forth.  We have to |
| 22 | adopt the prior affidavits in that.  And if they're going to |
| 23 | depose them anyway, we're not doing a whole lot with it. |
| 24 | We're not objecting.  If the Court wishes us to do |
| 25 | so, it's fine.  It will just be in connection with the prior |

```
 1  in fact true.
 2          With that being said, I think that some mediator will
 3  be able to look at this.  And in a similar case I had in
 4  Superior Court, Judge Shuker was looked at as a mediator for
 5  that, it was involving the same statute, and before we got
 6  through all the rulings of the Court we mediated that because
 7  it was clear where the case was going.  So from plaintiff's
 8  aspect, it can be done whenever.  And, in fact, it can be done
 9  now or later.  It's more a matter of the defense's position.
10          THE COURT:  I was going to mention if this is
11  something that you all are interested in you can identify lots
12  of people, but Judge Shuker is somebody who I understand is
13  doing great work these days in the mediation area.  Judge
14  Levy, another retired judge in Superior Court, Judge Warren
15  King on the D.C. Court of Appeals, I don't know whether my
16  former colleague Judge Jackson does any mediation work, but
17  he's very knowledgeable in this area of the law from his own
18  years in private practice.  Then there are people in the
19  private sector as well, as you know, who do a lot of this,
20  including one of Ms. Hills' former partners who is doing great
21  work, but I don't think she would be appropriate in this case.
22          But I can think of Michael Lewis and Linda Singer, of
23  course, and there are others, Judge Mize, if we want to think
24  about judges.  There may be others.
25          But the question, the first question I suppose -- and
```

```
 1  much easier if we just tender an order that said when the
 2  witness is shown documents, just like in court, the witness is
 3  provided with that document by the examiner, and to counsel.
 4          THE COURT:  All right.  Thank you.
 5      (Proceedings concluded.)
 6
 7                        CERTIFICATE
 8      I, LINDA L. RUSSO, Official Court Reporter, certify
 9  that the foregoing pages are a correct transcript from the
10  record of proceedings in the above-entitled matter.
11
12
13                              _____
                                Linda L. Russo, RPR
14                              Virginia CCR No: 0313102
15
```