1

```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
    FELICE I. IACANGELO, et al,     . Docket No. CV-05-2086 (PLF)
 3                                  .
         Plaintiff,                 .
 4                                  . Washington, D.C.
         v.                         . June 26, 2007
 5                                  . 10:00 a.m.
    GEORGETOWN UNIVERSITY,          .
 6  trading as Georgetown University.
    Hospital, et al,                .
 7                                  .
         Defendants.                .
 8  . . . . . . . . . . . . . . . . .

 9              TRANSCRIPT OF STATUS CONFERENCE
             BEFORE THE HONORABLE PAUL L. FRIEDMAN
10                UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  For the Plaintiff:      Newman, McIntosh and Hennessey
                            By: Anthony G. Newman, Esquire
13                          7315 Wisconsin Avenue
                            Bethesda, Maryland 20814
14                          301.654.3400

                            Joseph, Greenwald and Laaker, PA
15                          By:  Andrew E. Greenwald, Esquire
                            6404 Ivy Lane
16                          Greenbelt, Maryland 20770
                            301.220.2200
17
    For the Defendant:      Williams and Connolly, LLP
18                          By: Megan E. Hills, Esquire
                                Nicolas D. Muzin, Esquire
19                          725 Twelfth Street, Northwest
                            Washington, D.C. 20005
20                          202.434.5393

21

22  Court Reporter:         Linda L. Russo, RPR
                            Official Court Reporter
23                          Room 6403, U.S. Courthouse
                            Washington, D.C. 20001
24                          202.354.3244

25  Proceedings reported by machine shorthand, transcript produced
    by computer-aided transcription
```

Linda L. Russo, RPR
Official Court Reporter

1  says. And I'll tell you why. It's very simple.
2       There was a lawsuit by the doctors, including the
3  Director of the IRB at the time of our case against the Board
4  of Directors, because you know what's happening, Georgetown was
5  losing money. And it said, we need more grant money, and we
6  need you doctors to do procedures or other things to raise your
7  revenues. It was Kenneth Blum (phonetic) who was taken from
8  the Board of Directors, who said go down and save Georgetown.
9  It didn't work, that's why Medstar bought them over.
10      But there was a lawsuit by the doctors at Georgetown
11 against the Board, saying we need to practice medicine not just
12 raise revenue. This issue in this case of using, they are,
13 illegal Class 3 devices that were shipped across the border,
14 was that a directive of the hospital?
15      Look, Dr. Watson testified 500 to 1,000 times he did
16 it. Was that because it made so much money per procedure, or
17 did Vance Watson decide that he was going to practice
18 embolizations and not tell them what he was using? By the way,
19 that did happen in another case where the doctor basically
20 ordered the glue on his own, the procedure was called an
21 embolization.
22      We need to know from the people up at the Board at
23 the time, for instance Kenneth Blum is one of those people.
24 And I know that specifically because -- and the other person,
25 who I blanked on his name, was the Director of the IRB. If you

```
 1   of now I do not have a conflict with either of my
 2   representation, and that now that that conflict has been lifted
 3   over me, I may advise my clients on settlement counteroffer, on
 4   their responses to written discovery.  So, therefore, I need a
 5   two week extension on defense's discovery responses, which are
 6   due July 4th.  In my mind, I was told I had a conflict by
 7   plaintiffs.
 8           THE COURT:  Okay.  I'll talk with Judge Kay and one
 9   of us will be in touch.
10           MR. NEWMAN:  Thank you, Your Honor.
11           MS. HILLS:   Thank you, Your Honor.
12           (Proceedings concluded.)
13
14                          CERTIFICATE
15       I, LINDA L. RUSSO, Official Court Reporter, certify
16   that the foregoing pages are a correct transcript from the
17   record of proceedings in the above-entitled matter.
18
19
20                            Linda L. Russo, RPR
                              Virginia CCR No: 0313102
21
22
23
24
25
```