**ORIGINAL**

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------x
FELICE I. IACANGELO,           :
et al.                         :
                               :
         Plaintiffs            :
                               :  Case No.
     vs.                       :  1:05CV02086
                               :  Judge Friedman
GEORGETOWN UNIVERSITY,         :
t/a Georgetown University      :
Hospital, et al.               :
                               :
         Defendants            :
                               :
------------------------------x

                          Washington, D.C.
                          July 24, 2007

Deposition of:

         FELICE P. IACANGELO,

called for oral examination by counsel for

Defendants, pursuant to notice, at the Law

Offices of Williams & Connolly, 725 12th

Street, N.W., Washington, D.C., beginning at

9:58 a.m., before Zev V. Feder, CSR, a Notary

Public in and for the District of Columbia,

when were present on behalf of the respective

parties:

FEDER REPORTING COMPANY

151

1    A.    What he was going to do was take
2  and clip blood vessels and then he was going
3  to seal it with a glue.
4        Which I later found out was an
5  illegal kind of material that was used.  I
6  didn't know that until much, much, much later.
7    Q.    Absent conversations with counsel,
8  on what do you base your statement that the
9  substance is illegal?
10    A.    I found out later on that it was
11  an illegal substance.
12    Q.    Absent conversations with counsel,
13  how did you find out --
14    A.    What do you mean, absent?
15        MR. NEWMAN:  She means not
16  referring to anything we talked about.  You
17  found out any other way.
18        THE WITNESS:  No.
19        BY MS. HILLS:
20    Q.    What do you understand angiography
21  is?
22    A.    It is a picture of the brain.

240

    A.    She sees her neurologist at Georgetown.

    Q.    That's Dr. Tornatore?

    A.    That's correct.

    Q.    Sir, when did you start believing you had a legal claim regarding the medical treatment provided to Ms. Kerris?

    MR. NEWMAN:  I object to his knowledge.

    Go ahead.

    THE WITNESS:  I had no knowledge of a legal claim. We had no legal claims. We weren't for legal claims. We were looking to try to make Karyn better. We had no legal claims. We didn't know we had any legal claims.

    BY MS. HILLS:

    Q.    That's my question, sir. At some juncture you contacted an attorney. Correct?

    A.    Yes. We were trying to figure out by attracting an attorney, trying to find out whether an attorney might know some doctors,

241

what we can do, how we go about getting this thing and helping Karyn.

Q. When did you start believing, on your own, outside of any conversations with any attorneys, that you should file suit against Georgetown?

MR. NEWMAN: Not the people involved, just the date you understood you should file suit, or the time.

THE WITNESS: That happened when I met Tony Newman.

BY MS. HILLS:

Q. What date did you first contact an attorney?

MR. NEWMAN: Objection.

Don't answer the first contact to anybody. Attorney-client.

MS. HILLS: There is no communication with an attorney when you first -- the date of contact, that fact. Mr. Newman, we already had a telephone call on this and this is exactly the parameters, the

303

# CERTIFICATE OF NOTARY PUBLIC

I, Zev V. Feder, the officer before whom the foregoing deposition was taken, do hereby certify that the witness, whose testimony appears in the foregoing deposition, was duly sworn by me; that the testimony of said witness was taken by me in shorthand and thereafter reduced to computer type under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

_____
Notary Public in and for
The District of Columbia

My Commission Expires:
April 14, 2012

FEDER REPORTING COMPANY