UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civ. Act. No. 1:05CV02086 (PLF/AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

## DEFENDANTS' MOTION FOR CLARIFICATION

Defendants, Georgetown University and Vance E. Watson, M.D. (hereinafter, collectively referred to as "defendants"), by and through undersigned attorneys, hereby move for clarification of Magistrate Judge Kay's October 4, 2007 Memorandum Order ("Order"), granting Plaintiffs[1]' Motion for *In Camera* Inspection ("Plaintiffs' Motion"), filed August 29, 2007.

Plaintiffs' Motion requested the *in camera* inspection of *only* Institutional Review Board ("IRB") documents for which, *inter alia*, the protection embodied by D.C. Code §44-805 was asserted: "Plaintiffs request that this Honorable Court conduct an *in camera* review of the documents identified on Defendants' privilege log to determine whether any of the identified documents fall within the purview of D.C. Code § 44-805(b) and are thus discoverable." Plaintiffs' Motion at 2. The Court's Order appears to request copies of all listed documents.

Defendants respectfully request clarification of the Court's Order as requesting

---

[1] "Plaintiffs" refers to Plaintiffs Felice P. Iacangelo and Cicily Iacangelo.

copies of only those documents listed on Defendants' Amended Privilege Log for which, *inter alia*, D.C. Code § 44-805 is asserted as requested in Plaintiffs' Motion.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Dated: October 5, 2007        By: /s/ Megan E. Hills
                              Megan E. Hills (D.C. Bar #437340)
                              Zoe C. Scharff (D.C. Bar # 490482)

                              725 Twelfth Street, N.W.
                              Washington, D.C. 20005
                              (202) 434-5000
                              (202) 434-5029 (fax)
                              mhills@wc.com
                              nmuzin@wc.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>  Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br>  Defendants. | Civ. Act. No. 1:05CV02086 (PLF/AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

**DEFENDANTS' SUPPORTING MEMORANDUM
FOR MOTION FOR CLARIFICATION**

Defendants, Georgetown University and Vance E. Watson, M.D. (hereinafter, collectively referred to as "defendants"), by and through undersigned attorneys, hereby move for clarification of Magistrate Judge Kay's October 4, 2007 Memorandum Order ("Order"), granting Plaintiffs[1]' Motion for *In Camera* Inspection ("Plaintiffs' Motion"), filed August 29, 2007.

Plaintiffs' Motion requested the *in camera* inspection of *only* Institutional Review Board ("IRB") documents for which, *inter alia*, the protection embodied by D.C. Code §44-805 was asserted: "The purported basis for withholding the documents is, in part, D.C. Code § 44-805. But for the reasons that follow, at a minimum, this Court should conduct an *in camera* inspection of the allegedly privileged documents to determine whether Plaintiffs

---

[1] "Plaintiffs" refers to Plaintiffs Felice P. Iacangelo and Cicily Iacangelo.

are entitled to their disclosure under subsection (b) of the statute." Plaintiffs' Motion at 1 (attached as Ex. 1).

The Court's Order, however, requires Defendants to produce to the Court a copy of **all** documents listed on Defendants' Amended Privilege Log as of August 27, 2007." Order (attached as Ex. 2; emphasis added). Defendants believe the Court's Order means that they should produce copies of **all** documents listed on Defendants' Amended Privilege Log for which, *inter alia*, D.C. Code § 44-805 was asserted, not previously produced to Plaintiffs,[2] as that is the relief requested by Plaintiffs in their Motion: "**CONCLUSION:** Plaintiffs request that this Honorable Court conduct an *in camera* review of the documents identified on Defendants' privilege log to determine whether any of the identified documents fall within the purview of D.C. Code § 44-805(b) and are thus discoverable." Plaintiffs' Motion at 2.

## CONCLUSION

**WHEREFORE**, Defendants respectfully request clarification of the Court's October 4, 2007 Order, granting Plaintiffs' Motion for *In Camera* Inspection of Documents Identified on Defendants' Amended Privilege Log, as requesting copies of only those documents listed on Defendants' Amended Privilege Log for which, *inter alia*, D.C. Code § 44-805 is asserted as requested in Plaintiffs' Motion.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

---

[2] During briefing, Defendants produced the documents dated April 11, 1994, as well as documents for the entry dated April 12, 1990. Since Plaintiffs have copies of these documents, Defendants believe the Court would not want, nor need, to inspect them.

2

Dated: October 5, 2007 By: *Megan E. Hills*
Megan E. Hills (D.C. Bar # 437340)
Zoë C. Scharff (D.C. Bar # 490482)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)
mhills@wc.com
nmuzin@wc.com

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, <br> As Guardian of the Person and Property of <br> KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, <br> GEORGETOWN UNIVERSITY, t/a <br> Georgetown University, and <br> VANCE E. WATSON, M.D., <br><br> Defendants. | Civ. Act. No. 1:05CV02086 (PLF/AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

## ORDER

Upon consideration of Defendants Georgetown University and Vance E. Watson's ("Defendants") Motion for Clarification of Magistrate Judge Kay's October 4, 2007 Memorandum Order, granting Plaintiffs Felice P. Iacangelo and Cicily Iacangelo's ("Plaintiffs") Motion for *In Camera* the limited deposition of Vance E. Watson, M.D.

It is this ____ day of _____, 2007, hereby

**ORDERED** that the Defendants' Motion for Clarification is **GRANTED**, and it is further **ORDERED** that Defendants shall provide copies only of the Institutional Review Board ("IRB") documents listed on their Amended Privilege Log, as of August 27, 2007, not previously produced to Plaintiffs, for which District of Columbia Code § 44-805, *inter alia*, is claimed as a privilege within seven (7) days of the date of this Order.

_____
MAGISTRATE JUDGE ALAN KAY
United States Magistrate Judge
for the District of Columbia

Copies to:

Megan Hills, Esq.
Zoe C. Scharrff, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Defendants' Counsel

Anthony Newman, Esq.
Ernest McIntosh, Esq.
Wendy Wyeth, Esq.
Newman, McIntosh & Hennessy
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Plaintiffs' Counsel

Andrew Greenwald, Esq.
Joseph, Greenwald and Laake, P.A.
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Plaintiffs' Counsel

2

**CERTIFICATE OF SERVICE**

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing with exhibits was served via electronic filing on the Court's CM/ECF website on the 5th day of October, 2007 on the forgoing:

> Anthony Newman, Esquire
> Ernest McIntosh, Esquire
> Wendy Wyeth, Esquire
> Newman, McIntosh & Hennesy
> 7315 Wisconsin Avenue
> Suite 700E
> Bethesda, Maryland 20814
>
> and
>
> Andrew Greenwald, Esquire
> Greenwald and Laake
> 6404 Ivy Lane
> Suite 440
> Greenbelt, Maryland 20770
>
> Plaintiffs' Counsel

_____
Megan E. Hills