UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FELICE I. IACANGELO and CICILY )
IACANGELO, Guardians of the Person )
and Property of KARYN A. KERRIS, *et al.*, )
      Plaintiffs, )
  v. )   Civil Action No. 05-2086 (PLF/AK)
     )
GEORGETOWN UNIVERSITY, *et al.* )
      Defendants. )

## MEMORANDUM ORDER

Pending before the Court is Plaintiffs' Motion for *In Camera* Inspection of Documents Identified on Defendants' Privilege Log ("Motion") [63] and the Defendants' opposition to the Motion ("Opposition") [66]. Plaintiffs request that this Court conduct an *in camera* review of the documents identified on Defendants' privilege log to determine the applicability of an exception to Defendants' assertion of a "peer review privilege" [D.C. Code §44-805]. Defendants' Opposition focuses on the fact that because Defendants have asserted other privileges in addition to the "peer review privilege," an *in camera* review of only one of the three privileges asserted would not be fruitful. Defendants further dispute that the exception to the "peer review privilege" applies to the contested documents. Accordingly, it is this 4th day of October, 2007,

ORDERED that the Motion [63] is granted. Defendants will produce to this Court a copy of all of the documents listed on Defendants' Amended Privilege Log as of August 27, 2007 (attached to the Motion) within 7 days of the date of this Memorandum Order, so that this Court can conduct an *in camera* review to determine the applicability of all of the privileges asserted by Defendants.

                                    _____/s/_____
                                    ALAN KAY
                                    UNITED STATES MAGISTRATE JUDGE