UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civ. Act. No. 1:05CV02086 (PLF) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

## CONSENT MOTION TO REVISE SCHEDULING ORDER

Defendants Georgetown University and Vance E. Watson, M.D. (hereinafter, collectively referred to as "Defendants"), by and through undersigned counsel, move the Court for entry of a revised Scheduling Order, pursuant to Federal Rules of Civil Procedure 6(b) and 16(b). Plaintiffs Felice P. Iacangelo and Cicily Iacangelo (hereinafter, collectively referred to as "Plaintiffs") consent to this motion.

As grounds therefore, Defendants represent as follows:

1. The current deadline for the provision of Federal Rule of Civil Procedure[1] 26(a)(2)(B) Expert Designation, provision of reports, and provision of underlying support for the produced expert reports is October 17, 2007 for Plaintiffs and November 29, 2007 for Defendants.

---

[1] Hereinafter, "Fed. R. Civ. P."

2. Federal Rule of Civil Procedure 26(a)(2)(B) states: "The report **shall contain a complete statement of all opinions to be expressed** and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions . . ." (emphasis added).

3. Therefore, it is crucial for the experts to have all material on which their opinions may be based and/or impacted, such that the expert's opinion is fully disclosed, containing the totality of opinions and factual support, reliance, and/or affect.

4. Because Court determination of certain discovery issues have just recently been decided[2] and/or not yet decided, impacting the timing of three depositions (Sheila Cohen Zimmet, Esq., Leonard Chiazze, Jr., and the remaining forty-six (46) minutes for the deposition of Vance E. Watson, as well as the determination that the continued deposition of Gary Steinberg, M.D., will be held on October 22, 2007), experts designated by Plaintiffs will necessarily not have all the factual material to consider for their reports, absent a modification of the Scheduling Order.

5. The parties anticipate having all four depositions completed within thirty (30) days of this filing, but in no case, later than November 30, 2007.

6. Absent moving the deadlines of Fed. R. Civ. P. 26(a)(2)(B) expert disclosure and subsequent dates accordingly, time, effort, and resources will be wasted by both parties in the creation of incomplete reports, requiring subsequent amended reports to encompass the newly created testimony, as well as wasting effort, time, and

---

[2] Of the Court determinations affecting the depositions in question, the most recent decision was issued October 11, 2007. *See* Docket Entry regarding Deposition of Leonard Chiazze, Jr., Sc.D., filed 10/11/07.

resources on depositions of experts and the re-deposition of experts once the testimony exists.

       7.    Therefore, the parties request that the Court revise its Scheduling Order, such that Fed. R. Civ. P. 26(a)(2)(B) expert disclosure by Plaintiffs be due two (2) weeks (ten (10) business days) after the transcript of the last of these four depositions is circulated by the court reporting service, which depositions are anticipated to occur within thirty (30) days of the Court's Order, but in no case later than November 30, 2007, with all subsequent dates moved back to maintain the identical intervals set forth in the April 11, 2007 Scheduling Order, so as to preserve the parties' resources and to fulfill the requirement of Fed. R. Civ. P. 26(a)(2)(B) that all factual evidence be available for the experts and their reports.

       8.    Therefore, the parties respectfully request that the respective deadlines for the provision of expert disclosure as contemplated by Fed. R. Civ. P. 26(a)(2)(B), "a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness . . ."

       9.    Plaintiffs have consented to the requested revision of the schedule as follows:

> Completion of Fact Discovery:                          October 3, 2007
>
> Plaintiffs' Disclosure of Retained Experts
> pursuant to Federal Rule of Civil Procedure 26(a)(2)(B):
>
>> Two (2) Weeks After the Circulation of the Transcript from the last of the four (4) depositions stated above, but in no case later than December 22, 2007
>
> Defendants' Disclosure of Retained Experts
> pursuant to Federal Rule of Civil Procedure 26(a)(2)(B):
>
>> Six (6) weeks after Plaintiffs' Disclosure of Retained Experts

pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), but in no case later than January 31, 2008

Depositions of each parties' retained experts completed by:

Six Weeks After Defendants' Disclosure of Retained Experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), but in no event later than February 29, 2008

Dispositive motion filed on or before:

Thirty (30) days after the deadline for the depositions of each parties' retained experts, but in no event later than March 31, 2008

Oppositions to Dispositive motions filed on or before:

Twenty-four (24) days after the Dispositive Motion is filed, but in no event later than April 24, 2008

Replies, if any, filed on or before:

Fourteen (14) days after an Opposition to a Dispositive Motion is filed, but in no event later than May 8, 2008

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Dated: October 16, 2007        By: /s/ Megan E. Hills
                                   Megan E. Hills (D.C. Bar #437340)
                                   Zoe C. Scharff (D.C. Bar # 490482)

                                   725 Twelfth Street, N.W.
                                   Washington, D.C. 20005
                                   (202) 434-5000
                                   (202) 434-5029 (fax)
                                   mhills@wc.com
                                   zscharff@wc.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>Plaintiffs, <br><br>v. <br><br>Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br>Defendants. | Civ. Act. No. 1:05CV02086 (PLF) <br><br>Judge Paul L. Friedman <br><br>Magistrate Judge Alan Kay |

## ORDER

This matter comes before the Court upon the Consent Motion of Defendants Georgetown University and Vance E. Watson, M.D., to Revise the Scheduling Order with agreement of Plaintiffs Felice P. Iacangelo and Cicily Iacangelo. Upon consideration of Defendants' Consent Motion, good cause for modification being found, it is by the Court,

**ORDERED** that the previous Scheduling Order, entered April 11, 2007, and modified on August 29, 2007, is further modified to extend the deadlines as follows:

Completion of Fact Discovery:                                                                 October 3, 2007

Plaintiffs' Disclosure of Retained Experts
pursuant to Federal Rule of Civil Procedure 26(a)(2)(B):

> Two (2) Weeks After the Circulation of the Transcript from the last of the four (4) depositions stated above, but in no case later than December 22, 2007

Defendants' Disclosure of Retained Experts
pursuant to Federal Rule of Civil Procedure 26(a)(2)(B):

> Six (6) weeks after Plaintiffs' Disclosure of Retained Experts

1

pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), but in no case later than January 31, 2008

Depositions of each parties' retained experts completed by:

Six Weeks After Defendants' Disclosure of Retained Experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), but in no event later than February 29, 2008

Dispositive motion filed on or before:

Thirty (30) days after the deadline for the depositions of each parties' retained experts, but in no event later than March 31, 2008.

Oppositions to Dispositive motions filed on or before:

Twenty-four (24) days after the Dispositive Motion is filed, but in no event later than April 24, 2008

Replies, if any, filed on or before:

Fourteen (14) days after an Opposition to a Dispositive Motion is filed, but in no event later than May 8, 2008

**SO ORDERED,** this ____ day of _____, 2007.

_____
JUDGE PAUL L. FRIEDMAN
United States District Court
   for the District of Columbia

Copies to:

Anthony Newman, Esq.
Ernest McIntosh, Esq.
Wendy Wyeth, Esq.
Newman, McIntosh & Hennessy
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Plaintiffs' Counsel

2

Andrew Greenwald, Esq.
Joseph, Greenwald and Laake, P.A.
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Plaintiffs' Counsel

Megan Hills, Esq.
Zoe C. Scharff, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Defendants' Counsel

## CERTIFICATE OF SERVICE

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing was served via electronic filing on the Court's CM/ECF website on the 16th day of October, 2007 on the forgoing:

>Anthony Newman, Esquire
>Ernest McIntosh, Esquire
>Wendy Wyeth, Esquire
>Newman, McIntosh & Hennessy
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, Maryland 20814

>and

>Andrew Greenwald, Esquire
>Joseph, Greenwald and Laake, P.A.
>6404 Ivy Lane
>Suite 440
>Greenbelt, Maryland 20770

>Plaintiffs' Counsel

_____
Megan E. Hills