UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FELICE I. IACANGELO and CICILY )
IACANGELO, Guardians of the Person )
and Property of KARYN A. KERRIS, *et al.*, )
         Plaintiffs, )
       v. )      Civil Action No. 05-2086 (PLF/AK)
  )
GEORGETOWN UNIVERSITY, *et al.* )
        Defendants. )
_____ )

## MEMORANDUM ORDER

Pending before the Court is Plaintiffs' Motion for *In Camera* Inspection of Documents

Identified on Defendants' Privilege Log ("Motion") [63] and the Defendants' opposition to the

Motion ("Opposition") [66]. Plaintiffs requested that this Court conduct an *in camera* review of

the documents identified on Defendants' August 27, 2007 Amended Privilege Log, and in a

Memorandum Order dated October 4, 2007, this Court ordered an *in camera* production of the

documents alleged to be privileged or protected. The Court has now undertaken its review of such

documents and determined that the documents listed on Defendants' [unnumbered] privilege log

[at entries 1-13] are protected from disclosure pursuant to D.C. Code §44-805 (a). The exception

discussed in D.C. Code §44-805(b) is inapplicable to these documents.[1] Furthermore, the

---

[1]The document corresponding to entry 14 on the Defendants' privilege log has been produced. Defendants also note that a portion of document entry 2 has also been produced.

documents [at entries 15- 19] warrant  attorney-client privilege or work product protection.[2]

Accordingly, it is this 7th day of November, 2007,

ORDERED that the documents listed on Defendants' Amended Privilege Log need not be produced to the Plaintiffs.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

---

[2]Defendants indicate that the subject matters of these documents are "not related to [Sheila Zimmet's] prior conversation with Dr. Vance Watson."  (August 27, 2007 Amended Privilege Log.)