UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br>Plaintiffs, <br><br>v. <br><br>Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br>Defendants. | Civ. Act. No. 1:05CV02086 (PLF) (AK) <br><br>Judge Paul L. Friedman <br><br>Magistrate Judge Alan Kay |

## NOTICE OF APPEARANCE OF DAVID C. KIERNAN

David C. Kiernan, from the law firm Williams & Connolly LLP, hereby enters his Notice of Appearance as counsel for defendants, Vance E. Watson, M.D., and Georgetown University.

Respectfully submitted,

/s/ David C. Kiernan
David C. Kiernan
D.C. Bar No. # 413806
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
Tel. 202-434-5985
Fax 202-434-5029
dkiernan@wc.com

## CERTIFICATE OF SERVICE

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing was served via electronic filing on the Court's CM/ECF website on the 7th day of November, 2007 on the forgoing:

>  Anthony Newman, Esquire
>  Ernest McIntosh, Esquire
>  Wendy Wyeth, Esquire
>  Newman, McIntosh & Hennessy
>  7315 Wisconsin Avenue
>  Suite 700E
>  Bethesda, Maryland 20814

and

>  Andrew Greenwald, Esquire
>  Joseph, Greenwald and Laake. P.A.
>  6404 Ivy Lane
>  Suite 440
>  Greenbelt, Maryland 20770

Plaintiffs' Counsel

*/s/ Zoe Scharff*