1

```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
    FELICE I. IACANGELO, et al,    . Docket No. CA 05-2086 (PLF)
 3                                 .
         Plaintiff,                .
 4                                 . Washington, D.C.
         v.                        . April 11, 2007
 5                                 . 9:45 a.m.
    GEORGETOWN UNIVERSITY,         .
 6  trading as Georgetown University .
    Hospital, et al,               .
 7                                 .
         Defendant.                .
 8  . . . . . . . . . . . . . . . .
 9                TRANSCRIPT OF STATUS CONFERENCE
                BEFORE THE HONORABLE PAUL L. FRIEDMAN
10                  UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  For the Plaintiff:      Newman, McIntosh and Hennessey
                            By: Anthony G. Newman, Esquire
13                          7315 Wisconsin Avenue
                            Bethesda, Maryland 20814
14                          301.654.3400

15                          Joseph, Greenwald and Laaker, PA
                            By:  Andrew E. Greenwald, Esquire
16                          6404 Ivy Lane
                            Greenbelt, Maryland 20770
17                          301.220.2200

18  For the Defendant:      Williams and Connolly, LLP
                            By: Megan E. Hills, Esquire
19                              Nicolas D. Muzin, Esquire
                            725 Twelfth Street, Northwest
20                          Washington, D.C. 20005
                            202.434.5393
21
    Court Reporter:         Linda L. Russo, RPR
22                          Official Court Reporter
                            Room 6403, U.S. Courthouse
23                          Washington, D.C. 20001
                            202.354.3244
24
    Proceedings reported by machine shorthand, transcript produced
25  by computer-aided transcription
```

1  that opinion, and have that available for a deposition or for
2  further discovery.  And if any of those opinions should change
3  based on subsequent facts, the expert will promptly notify the
4  opposing side.
5          THE COURT:  I know generally what the rule says, and
6  you and Mr. Newman may have a disagreement perhaps on what's
7  required by the rule, but I think this discussion we're having
8  suggests why it's important to have both sides proceed under
9  the rules rather than in some less formal way.  Because if you
10 just say here are affidavits, now depose them, and you thought
11 these were too conclusory, you wouldn't have avenues to come
12 back to me or to come to Judge Kay.  But if you have the rule
13 to rely on, and he's got the rule to rely on, you may say a
14 report is deficient, and he may disagree but at least everybody
15 will understand what the general principles are in which that
16 dispute is going to be resolved.  So I think we're smart to
17 stick to the rules.
18         Your proposed schedule doesn't get us to a pretrial
19 conference until next April, whereas Mr. Newman's proposed
20 schedule gets us there the end of October, early November.
21         MS. HILLS:  Your Honor, I was very conscious, first
22 of all, to avoid the holidays and pushing things back so that
23 plaintiff's counsel would not have to work over November and
24 December.
25         THE COURT:  You're very sympathetic.

                          Linda L. Russo, RPR
                          Official Court Reporter

```
 1   much easier if we just tender an order that said when the
 2   witness is shown documents, just like in court, the witness is
 3   provided with that document by the examiner, and to counsel.
 4         THE COURT:   All right.   Thank you.
 5      (Proceedings concluded.)
 6
 7                           CERTIFICATE
 8         I, LINDA L. RUSSO, Official Court Reporter, certify
 9   that the foregoing pages are a correct transcript from the
10   record of proceedings in the above-entitled matter.
11
12
13                              _____
                                Linda L. Russo, RPR
14                              Virginia CCR No: 0313102
15
16
17
18
19
20
21
22
23
24
25
```