# NEWMAN MCINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (DC, MD)
Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland  20814

Main: (301) 654-3400
Fax: (301) 907-2975
www.nmhlaw.com

January 8, 2008

**VIA ELECTRONIC MAIL**
Megan E. Hills, Esq.
Zoe C. Scharff, Esq.
David Kiernan, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C.  20005

Dear Counsel:

Pursuant to your request in your letter of January 7, 2008:

1. We are confirming the 1/11/08 10:00am deposition of Dr. Kaufmann
2. We need you to confirm that you plan to depose Dr. Debrun on 1/18/08. We need to have this one confirmed as soon as possible so we can finalize travel arrangements.
3. We are also confirming the 1/24/08 10:00am deposition of Mr. Damaska.
4. We are also confirming the 1/25/08 10:00am deposition of Dr. Van Woert.
5. Since you are not available to depose Dr. Harris on 1/21 or 1/22, he is available on 1/29/08 for deposition. Please confirm.

Your January 2, 2008 letter was confusing.  The experts we obtained dates for were the ones you specifically mentioned in your letter because you said "they appear to be involved in the central issues presented by this case."  Now it seems you want to depose more experts than those identified. To that end, we were able to get the following information from the experts below:

6. Mr. Sherwin is available on 1/23/08 for deposition. Please confirm.
7. Ms. Gabis is available on 1/30 or 1/31. Please let us know which day works for you. She is in Philadelphia.
8. Mr. Kamm is also available for deposition on 1/30 or 1/31. He is in FL and is willing to drive into Tampa.

We have calls into the remaining experts and we will contact you with their availability. Given the fact that the aforesaid depositions will effectively fill the month of January, we will endeavor to find dates in February.

Your letter of January 7, 2008 was equally confusing.  You requested dates "of your seven remaining experts." Besides Sherwin, Gabis and Kamm, who else do you want to depose?

      I am receiving materials specific to your various concerns addressed in your January 7, 2008 letter. I am sending you many of the items in today's mail and will continue to send them to you as I receive more.

      As to your numerous demands for automatic stipulations, please be advised that Plaintiffs will not agree to any informal, automatic stipulation.

      Sincerely,
/s/ Anthony G. Newman
Anthony G. Newman, Esq.

cc. Andrew Greenwald, Esq.

AGN/ww