**From:** Hills, Megan
**Sent:** Friday, December 21, 2007 4:52 PM
**To:** Anthony Girardy Newman (anewman@nmhlaw.net); Wendy Wyeth; agreenwald@jgllaw.com
**Cc:** Kiernan, David; Scharff, Zoe
**Subject:** Disclosure of Experts

Dear Counsel:

    Per your recent disclosure of experts, you state that you have mailed the reports. The federal government is closed on December 24th. Therefore, your mailing will not reach our offices even with a private carrier until December 26, 2007.

    Would you please email us the reports from the individuals you have listed such that we can get them in a timely fashion?

    Thank you. Megan Hills

Megan E. Hills, Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
202-434-5393
fax: 202-434-5029