IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | |
|---|---|
| **Felice I. Iacangelo et al.** : | |
| : | **Civil No. 05-2086** |
| **Plaintiffs,** : | |
| : | **Judge Paul L. Friedman** |
| vs. : | |
| : | **Magistrate Judge Alan Kay** |
| **GEORGETOWN UNIV. HOSPITAL,** : | |
| *et al.* : | |
| : | |
| **Defendants.** : | |

## PLAINTIFFS' 26(a)(2)(B) STATEMENT

In accordance with the Court's Scheduling Order, Plaintiffs submit that reports from the following list of witnesses, who they have retained to provide expert testimony, have been submitted to the Defendants pursuant to Federal Rules of Civil Procedure 26(a)(2)(B):

1. William H. Damaska
   2 Bayswater Court
   Gaithersburg, MD 20878

2. Gerard Debrun, MD
   University of Illinois
   912 South Wood Street
   Chicago, IL 60612

3. Julia E. Gabis, Esq.
   401 East Elm Street, 2nd Floor
   Conshohocken, PA 19428

4. A. Basil Harris, MD
   2847 Tillicum Beach Drive
   Camano Island, WA 98282

5. Robert E. Kamm, BS Pharm; JD
   14 Mimosa Court West
   Homosassa, FL 34446

6. Arthur Kaufman, MD
   10139 Crestberry Place
   Bethesda, MD 20817

7. Richard E. Latchaw, MD
   2178 Morley Way
   Sacramento, CA 95864

8. Craig H. Lichtblau, MD, PA
   550 Northlake Boulevard
   North Palm Beach, FL 33408-5409

9. Richard Lurito
   1491 Chain Bridge Road
   McLean, VA 22101

10. Sheldon Margulies, MD
    705 Kersey Road
    Silver Spring, MD 20902

11. S.J. Peerless, MD, FRCSC
    2721 Hibiscus Court
    Punta Gorda, FL 22950

12. Donald M. Sherwin, Esq.
    200 Deep Woods Drive
    Great Falls, VA 22066

13. Melvin Van Woert, MD
    752 Ridgewood Road
    Millburn, NJ 07041

                Respectfully submitted,

            By:    /s/ Anthony G. Newman
                    Anthony G. Newman
                    NEWMAN, MCINTOSH & HENNESSEY, LLP
                    7315 Wisconsin Ave., Suite 700E
                    Bethesda, MD 20814
                    (301) 654-3400

/s/ Andrew E. Greenwald<br>
Andrew E. Greenwald<br>
JOSEPH, GREENWALD & LAAKE, P.A.<br>
6404 Ivy Lane, Suite 400<br>
Greenbelt, MD 20770<br>
(301) 220-2200<br>
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

Pursuant to the United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing was served via electronic filing on the Court's CM/ECF website on December 21, 2007 to:

Megan Hills, Esq.
Nicolas Muzin, Esq.
Zoe C. Scharff, Esq.
David Kiernan, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005

I further certify that copies of the reports from the above-listed expert witnesses were mailed via DHL, waybill number 66939686343, attention to Megan Hills, Esq., on December 21, 2007 to:

Megan Hills, Esq.
Nicolas Muzin, Esq.
Zoe C. Scharff, Esq.
David Kiernan, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005

/s/ Anthony G. Newman<br>
Anthony Newman