# NEWMAN MCINTOSH & HENNESSEY, LLP

Anthony G. Newman (DC, MD)
Ernest W. McIntosh (DC, MD, MI)
Joseph A. Hennessey (DC, MD)
Wendy Wyeth (MD)

THE AIR RIGHTS BUILDING
7315 Wisconsin Avenue, 700E
Bethesda, Maryland 20814

Main: (301) 654-3400
Fax: (301) 907-2975
www.nmhlaw.com

January 4, 2008

**VIA ELECTRONIC MAIL**
Megan E. Hills, Esq.
Zoe C. Scharff, Esq.
David Kiernan, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C. 20005

Dear Counsel:

Pursuant to your request to provide bates stamped numbers identifying the references in our expert reports to the "medical records of Karyn Kerris" and demand that you receive them by end of business Friday, January 4, 2008, they are:

The experts were either provided or had an opportunity to review:

1. G 1 – 467
2. G 645 – 988
3. G 999 – 1147
4. G 1150 – 1254
5. GT 1 – 368
6. GT-N 1 – 108
7. GT-G 1001 – 10006
8. GS 10001 – 10005
9. HCGH 000001 - 000166
10. N 000001 – 000492
11. RU 1 – 40
12. RD 1 – 68
13. L 1-3
14. NIH 1 – 66
15. JHH 1 – 20

In response to your specific question about what William Damaska reviewed, he stated in his report in parenthetical – many of which were already stated in my prior affidavit filed with the Court. If counsel had reviewed his affidavit, numbers 6, 12, 13, 14, 16, 17 and 19 list the relevant statutes reviewed. A review of paragraphs 7, 8, 9 and 10 of his affidavit, show that Import 89-08 as well as the 10/29/99 and 2/5/05 revisions were reviewed. A review of paragraph 3 shows that Vance E. Watson's Declaration was reviewed. A review of paragraph 3 shows that

Georgetown University Institutional Review Board Policies and Procedures Manual was reviewed. In addition to these materials, his report specifically lists the materials reviewed – i.e. paragraph 2 and subsections c, h, i, k, l and m mention the specific statutes reviewed. Sub-paragraph o and the supplement to his report specifically mention the review of the depositions of Dr. Vance E. Watson and Sheila Zimmet, Esq.  Sub-paragraph p specifically mentions the Georgetown University Institutional Review Board Policies and Procedures Manual.  Sub-paragraph d, e, and f discuss the import alert 89-08. Sub-paragraph a describes the intended purpose of Histoacryl which, by inference, refers to the package insert.  William Damaska's supplement to his report reveals that he reviewed the notes of Sheila Zimmet and the letters of need.

In response to your specific questions about Gerard DeBrun, he reviewed all radiographic films pre and post embolization of Mrs. Kerris (i.e. pre and post embolization angiography, pre and post embolization MRIs and pre and post embolization CT scans). Copies of all of these films are already in your possession.

In response to your specific question about Julia Gabis, Esq., the various federal statutes and regulations she reviewed were: 21 U.S.C. §360e(a); 21 U.S.C.  §360j(g)(1); 21 C.F.R. §812.20(a)(2); 21 U.S.C. §351(f)(1)(B)(I); 21 U.S.C. §331c; 21 U.S.C. §396; 21 C.F.R. Ch. 1 § 882.5950; 21 U.S.C. § 352(q); 21 CFR Sections 812.110 and 812.150.  Additionally, she reviewed a document from the FDA called "Device Advice" (the introduction section); and an article from the Food and Drug Law Journal, Volume 53, 1998, entitled "FDA, Off-Label Use, and Informed Consent: Debunking Myths and Misconceptions" by Beck and Azari.

While the expert reports complied with Rule 20(a)(2)(B) this supplementation clarifies any issues you set forth regarding the documents.   I expect a response to the deposition dates I sent to your office on January 2, 2008 by end of business Monday, January 7, 2008.  Any further discussion about discovery matters will be done via telephonic conference with the Court. It is fruitless to address the innumerable inaccuracies in your letter in this forum.

    Sincerely,
    /s/ Anthony G. Newman
    Anthony G. Newman, Esq.

cc. Andrew Greenwald, Esq.

AGN/ww