Anthony Newman DC, MD
7315 Wisconsin Ave, Suite 700$^E$
Bethesda, MD, 20814

Oct-2-2007

REF/Karyn Kerris

Dear Mr Newman

After reviewing the films and records of Karin Kerris, considering my experience as chief of Interventional neuroradiology at the MGH, Johns Hopkins and U of I ( see my CV) and considering my experience in the endovascular treatment of brain AVM's and the number of articles published in peer review journals (CV) on that subject, I consider myself as an experienced expert allowed to make the following observations and comments:
Karyn Kerris had a very large brain AVM classified as grade VI according to Spetzler's classification. It was a bilateral thalamic AVM with deep venous drainage, involving the same eloquent area of the brain on both sides.
The patient was worse post embolization with liquid adhesive (NBCA) which is an acrylic glue. Three days post the embolization done on 03-03-99, she became lethargic, stopped eating and communicating. Three months later she showed signs of progressive deterioration. All this would not have happened if she had not had this embolization which was contraindicated, unable to cure this enormous AVM, and very risky.
My opinion is that this bilateral AVM was beyond the possibility of safe and efficient result by embolization . It was a contraindication to any type of embolization.
My conclusion is that the decision by Dr Watson to embolize this AVM was unreasonable and below national standard of care.
The use of NBCA and lipiodol in the treatment of brain AVM's had to be approved by the Institutional Review Board at Georgetown University and under an IDE from the FDA. Short of those two permissions, the use of NBCA mixed with lipiodol is below national standard of care.
The informed consent failed to give valid informations to Karyn Kerris. She should have been told that the risks associated with embolization of any type , or

with surgical resection or with radiation therapy were so high that she should live with no treatment and consider only the natural history of her disease, because in the long term, the prognosis with no treatment is unpredictable.

If you need the list of malpractice cases where I was an expert & If you do not have an updated CV, please ask my secretary, Clary, to send you one:
Department of Neurosurgery

UofI 45IN-NPI  M/C 799
912 South Wood St
Chicago IL 60612
Tel: 312 996 4842

Sincerely

Gerard Debrun MD