IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

IN THE MATTER OF )
)
KARYN KERRIS )
)
FOR THE APPOINTMENT OF A ) Civil No. 46056 FL
GUARDIAN OF THE PERSON AND )
PROPERTY )
)
)

oOo

### ORDER APPOINTING GUARDIANS OF THE PERSON AND PROPERTY

This matter having come on for hearing, this 11th day of August, 2005, before the Circuit Court for Montgomery County, and this Court having considered the verified Petition, medical certificates and testimony, and having found by clear and convincing evidence that Karyn Kerris lacks sufficient understanding or capacity to make or communicate responsible decisions concerning her person and property because of a disability as defined in the Annotated Code of Maryland, Estates and Trusts Article, Sections 13-201 and 13-705, the nature of the disability being embolization of bilateral thalamic arteriovenous malformations, which have resulted in quadriplegia, physical and mental dependency. This Court further finds that the disabled person is unable to consent to the appointment of a guardian, that the disabled person needs a guardian and that no less restrictive form of intervention is available which is consistent with the person's welfare and safety.

(Court must select one of the following two paragraphs)

( )  The Court finds that the disabled person was present and waived a jury trial.

**ENTERED**          (or)

AUG 17 2005

Clerk of the Circuit Court
Montgomery County, Md.

1

( )    The Court finds, after hearing, that the disabled person cannot be present because of physical or mental incapacity or that the disabled knowingly and voluntarily waived the right to be present. Counsel for the disabled waived a jury trial.

IT IS THEREUPON ORDERED AND DECREED, this 11 day of August, 2005, by the Circuit Court for Montgomery County, that Felice P. Iacangelo and Cicily A. Iacangelo of 2109 Edgeware St., Silver Spring MD 20905, telephone 301/384-0752, be, and are hereby appointed Guardians of the Property and Person of Karyn Kerris, with all the rights, powers and duties enumerated in the Annotated Code of Maryland, Estates and Trusts Article, Sections 13-206, 13-708, and 15-102 and Maryland Rules 10-206 and 10-305; and it is further

ORDERED that the Guardians be, and they are hereby authorized to enter an agreement with counsel for representation in a medical malpractice action on behalf of Karyn Kerris in consideration of contingent attorney compensation of 40% and repayment of costs from any gross amount recovered, and it is further,

ORDERED, that the Guardians of the Property shall:

(Court will select one)

( )    give a corporate bond to the State of Maryland in the sum of ___0___ with a surety or sureties to be approved by the Clerk of the Court for the faithful discharge of her duties;

or

(✓)    are excused from giving bond; and it is further

**ENTERED**
AUG 17 2005
Clerk of the Circuit Court
Montgomery County, Md.

2

ORDERED, that the Guardians of the Person are authorized to consent to necessary protective services and to consent to the disabled person's placement in a nursing home or other appropriate living arrangement; and it is further

ORDERED, that the Guardians of the Person may consent to medical or other professional care, counsel, treatment, or service for the disabled; and it is further

(The Court will select option A or B)

ORDERED:

( )   OPTION A: That this Court must authorize the Guardians to consent to any medical procedure that involves a substantial risk to the life of the disabled; and the witholding or withdrawal of any medical procedure that involves a substantial risk to the life of the disabled;

(✓)   OPTION B: The Guardians of the Person are authorized to consent to any medical procedure that involves a substantial risk to the life of the disabled and the withholding or withdrawal of any medical procedure that involves a substantial risk to the life of the disabled;

(If Option B is selected, the Court will then select Option 1 and/or 2)

( )   (1)   the disabled person has executed an advance directive, naming the guardian as agent.

(OR)

(✓)   (2)   the Guardians are also authorized to make such decisions, i.e., the spouse, an adult child, a parent, an adult sibling; and it is further

ORDERED, that the Guardians of the Person must obtain Court Approval for changing the classification of abode of the disabled person; and it is further

3

**ENTERED**

AUG 17 2005

Clerk of the Circuit Court
Montgomery County, Md.

ORDERED, that pursuant to Maryland Rule 10-206, the Guardians of Person shall file an annual report with the Trust Clerk of the Court, no later than sixty (60) days following (September) (11) of each year (i.e., within 60 days of the anniversary date of
    MONTH    DAY
this guardianship hearing), indicating the present place of residence of both the guardian and the disabled, the health and mental status of the disabled, whether there is a need for continuation of the guardianship, any reason to change the guardians' powers, or if the guardianship should be ended; and it is further

ORDERED, that pursuant to Maryland Rules 10-706 through 10-708, the Guardians of the Property shall file with the Trust Clerk an inventory of all assets of the disabled person of which the guardians have knowledge within sixty (60) days of the date of this order, and thereafter, no later than sixty (60) days from the anniversary date of this Order shall file an Annual Accounting.

**ENTERED**
AUG 17 2005
Clerk of the Circuit Court
Montgomery County, Md.

_James J. Ryan_
JUDGE

4