## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

FELICE I. IACANGELO, *et al.*   :

           :   **Civil No. 1:05CV02086**

    **Plaintiffs,**   :

           :   **Judge Paul L. Friedman**

**vs.**          :

           :   **Magistrate Judge Alan Kay**

**GEORGETOWN UNIVERSITY,** *et al.* :

           :

    **Defendants.**   :

_____

## PLAINTIFFS' RESPONSE TO DEFENDANT GEORGETOWN UNIVERSITY'S INTERROGATORIES

   TO:   Georgetown University, Defendant
        c/o Megan Hills, Esquire
        Nicolas Muzin, Esquire

   FROM:  Felice I. Iacangelo, et. al, Plaintiffs
        c/o Anthony Newman, Esquire and
        Andrew Greenwald, Esquire

   The above-named parties, represented by Anthony Newman, Esquire, and the law firm of

NEWMAN, MCINTOSH & HENNESSY, LLP, and Andrew Greenwald, and the law firm of

JOSEPH, GREENWALD, AND LAAKE, PA, answer the Interrogatories propounded herein and

states as follows:

   (a) The information contained in these Answers is being provided in accordance with the provisions and intent of the applicable Rules of Procedure which require the disclosure of all facts which may be relevant or may lead to the discovery of relevant information. Accordingly, the party answering these Interrogatories, by providing the information requested, does not waive objections to its admission in evidence on grounds of materiality or relevancy or other proper grounds for objection.

   (b)  The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, his agents, representatives and attorneys unless privileged.

   (c)  The word usage, sentence structure, and syntax may be that of the attorney assisting in the preparation of these Answers, and thus, does not necessarily purport to be the precise language of the executing party.

**INTERROGATORY NO. 1:**

Please **identify** yourself (including all names by which you have been known),

including date and place of your birth, your social security number and, if different, your

driver's license number, residence address, occupation, and business address.

**Answer of Felice Iacangelo:**

Felice P. Iacangelo, a/k/a Phil Iacangelo, a/k/a Sonny Iacangelo
Date of Birth: Aug. 31, 1939
Place of birth: Washington, D.C.
SSN# 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
Maryland Driver License:
Residence address: 2109 Edgeware Street, Silver Spring, MD 20905
Occupation: Manufacture Rep. Business (business address same as home)

**Answer of Cicily Iacangelo:**
Cicily A. Iacangelo
Date of birth: Feb. 21, 1943
Place of birth: Takoma Park, Maryland
SSN# 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
Maryland Driver License: 252-116-067-136
Residence address: 2109 Edgeware Street, Silver Spring, MD 20905
Occupation: retired school teacher (no present business address)

**INTERROGATORY NO. 2:**

Please **identify** all addresses at which you have resided since 1990, including the dates

of residence at each such address, whether you rented or owned the residence and **identify**

all persons who lived at each residence with you and/or the decedent. (If, at any time during

the time period, you, as a representative lived apart from Karyn A. Kerris ("Ms. Kerris") for

more than 30 days, please identify the separate addresses, the persons living at the respective

addresses and the dates of the separate residences.)

**Plaintiffs' Answer:**

From 1975 to the present, Felice and Cicily Iacangelo have resided at the 2019 Edgeware

Street address.

**INTERROGATORY NO. 3;**

Please **identify** each person having knowledge or information regarding the facts,

circumstances, injuries, allegations, and all claims of damages contained in your Amended

Complaint, **stating each fact** that summarizes the knowledge or information and the basis for

that information or knowledge possessed by each such person.

**Answer of Plaintiffs:**

While there are potentially hundreds of individuals who may have knowledge or

information of the facts related to this case, (as defendants are well aware there are more than

four hundred (400) healthcare providers alone, see Defendants' 26(b)(1) Statement), most of

these individuals are unknown to the plaintiffs.  Moreover, there may be numerous other

relatives, friends and neighbors who may have communicated with Plaintiffs over the last twelve

years since 1995, but the following are to plaintiffs' knowledge the individuals with factual

information about Karyn:

      **1)  Felice P. Iacangelo**
      2109 Edgeware Street
      Silver Spring, MD 20905
      (301) 384-0752
      Representative of Plaintiff and father of Karyn A. Kerris.

          Knowledge of facts: see his affidavit, in addition, he is knowledgeable about
the lack of informed consent received by Karyn Kerris, her life care needs including:
medical needs, supplies, medications, hospitalizations, physician care and their costs.
The pain and suffering endured by his daughter, her mental and physical condition prior
to and after the embolizations, her work prior to and after the embolizations, her marriage
before and after the embolizations, her housing issues, family issues, as well as
discussions with other healthcare providers (see answer below).

      **2)  Cicily A. Iacangelo**
         2109 Edgeware Street
         Silver Spring, MD 20905
         # (301) 384-0752
      Representative of Plaintiff and Mother of Karyn A. Kerris

          Knowledge of facts: see her affidavit, in addition, she is knowledgeable about the
lack of informed consent received by Karyn Kerris, her life care needs including: medical

needs, supplies, medications, hospitalizations, physician care and their costs. The pain and suffering endured by her daughter, her mental and physical condition prior to and after the embolizations, her work prior to and after the emboliations, her marriage before and after the embolizations, her housing issues, family issues, as well as discussions with other healthcare providers (see answer below).

3) **Karyn A. Kerris**
   2109 Edgeware Street
   Silver Spring, MD 20905
   # (301) 384-0752
   Plaintiff

   Knowledge of facts: her extremely limited ability to communicate, her physical condition and her inability to attend to her activities of daily living will be evidence for the jury of her impairment, future needs and pain and suffering.

4) **Paul Kerris**
   8938 Footed Ridge
   Columbia, MD 21045
   # (301) 596-3524
   Husband of Plaintiff.

   Knowledge of facts: see his affidavit, in addition, he is knowledgeable about the lack of informed consent received by Karyn Kerris, her life care needs including: medical needs, supplies, medications, hospitalizations, physician care and their costs. The pain and suffering endured by his wife, her mental and physical condition prior to and after the embolizations, her work prior to and after the embolizations, her marriage before and after the embolizations, her housing issues, family issues, as well as discussions with other healthcare providers, and the destruction of their marriage from the embolizations.


5)   **Vance E. Watson, M.D. (Defendant)**
     Present address and phone # unknown

     Knowledge of facts: See his deposition. In addition, he has knowledge of the care, treatment and medication received by Karyn A. Kerris during her GUH hospitalizations. His testimony will be directed to the embolizations at issue, the ordering, procurement, use of the Histoacryl and Lipiodol, his involvement with the IRB, the illegality of the devices, the package insert, all issues in his Declaration, etc.,

6) **Robert Laureno, M.D.**
   Present address and phone # unknown (WHC employee/staff)

   Knowledge of facts: He has knowledge of the care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris during the 4/6/99 hospitalization at WHC. He will testify to her condition at the time of admission and that, "neurosurgery felt that the patient's symptoms were related to ischemia secondary to embolization." He will also testify to the diagnostic testing performed including the

3/25/99 and 4/08/99 WHC's EEGs, and the laboratory results the 4/6/99 WHC hospitalization.

**7) Jeffrey Jacobson, M.D.**
   Present address and phone # unknown (WHC employee/staff)

   Knowledge of facts: The care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris during the 4/6/99 WHC hospitalization and that Ms. Kerris suffered ischemia as a result of the embolizations.

**8) Carlo Tornatore, M.D.**
   Present address and phone # unknown (GUH employee/staff)

   Knowledge of facts: The care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris received during her GUH hospitalizations and follow-up care at various institutions.

**9) Robert Musselman, M.D.**
   9707 Medical Center Dr. 310
   Gaithersburg, M.D.
   301-593-0002

   Knowledge of facts: The care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris over the years as her treating gastroenterologist. He will be asked questions regarding her various GI related problems, including her PEG tube replacement and her peptic ulcer disease.

**10) Richard Delaney, M.D.**
   3929 Serrara Drive
   Wheaton MD 20906
   301-962-3311

   Knowledge of facts: The care, treatment and medication received by Karyn A. Kerris for general medicine issues during the multiple follow-up visits, including her general medical condition prior to the embolizations and the effect that Turner's Syndrome had upon her life. .

**11) Irvin Guterman, M.D.**
   2101 Medical Park Dr. 305
   Silver Spring, MD 20902
   301-589-3324

   Knowledge of facts: The care, treatment and medication received by Karyn A. Kerris for an arm fracture which occurred while her aides assisted in repositioning her.

**12) Daniel Drubach, M.D.**
   2200 Kernan Drive
   Baltimore, MD 21207

410-448-2500

Knowledge of facts: The care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris during 5/07/99 – 6/18/99 hospitalization and neuro-rehabilitation evaluation at Kernan Hospital.

13) **June McIver, RN,CRRN**
Kennedy Krieger Institute
Baltimore, MD
410-550-3176

Knowledge of facts: The care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris and other specifics found in the Progress Report of 7/26/99, 8/09/99, etc.

14) **Mai-Chi T. Nguyen, M.D.**
Howard County General Hospital
5755 Cedar Lane
Columbia, MD 21044

Knowledge of facts: The care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris during her hospitalization of 8/17/99, including the determination that the treatment of "multiple AVMs resulting in "one mini stroke.""

15) **Jeffrey A. Williams, M.D.**
Johns Hopkins Oncology Center
Baltimore, MD  21287-8922
410-955-6980

Knowledge of facts: The care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris in general and as reflected by the consult of 12/14/99, including the notation that, "[a]fter the third embolization, she became unable to walk, talk, or open her eyes."

16) **Derek Shickell, M.D.**
Johns Hopkins Oncology Center
Baltimore, MD  21287-8922
410-955-6980

Knowledge of facts: The care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris in general and JHH and as reflected by the consult of 12/14/99, including the notation that, "[a]fter the third embolization, she became unable to walk, talk, or open her eyes."

17) **Ronald H. Uscinski, M.D.**
18111 Prince Philip Drive, Suite 104
Olney, MD 20832
301-774-9518

Knowledge of facts: The care, treatment and medication received by Karyn A. Kerris relating to her AVM. He will be specifically asked about her pre-embolization care and her status at the time of her 2/18/01 shunt operation. He will also address her multiple hospitalizations, and the insertion of the ventriculoperitoneal shunt.

**18) Elizabeth Kennedy, MD**
Present address and phone # unknown (GUH employee/staff)

Knowledge of facts: The care, treatment, medications, diagnosis and prognosis of Karyn A. Kerris involved in her intake into the GUH Pain Management Center following the embolizations.

**19) Monique Mitchell**
(address unknown)

Knowledge of facts: The care and treatment of Karyn A. Kerris and her medical condition from July 1999 to Dec. 2001.

**20) Mary Holsey**
(address unkown)

Knowledge of facts: The care and treatment of Karyn A. Kerris and her medical condition from July 1999 to Dec. 2001.

**21) Elizabeth Kipelum**
Capital Home Care

Knowledge of facts: The care and treatment of Karyn A. Kerris and her medical condition.

**22) Veronica Okronipah**
Capital Home Care

Knowledge of facts: The care and treatment of Karyn A. Kerris aand her medical; condition.

**23) Pricilla Lissik**
Living at Home Waiver Program
The Coordinating Center

Knowledge of facts: The care and treatment of Karyn A. Kerris in a living at home "waiver program." and to Ms. Kerris' general medical condition.

**24) Catherine, Greenaught and Sharon**
(last names unkown)
A1 House Home Care

Knowledge of facts: The care and treatment of Karyn A. Kerris and her medical condition.

**25) Nancy Reese**
Independence Now
Case Mgr.

Knowledge of facts: The care and treatment of Karyn A. Kerris and her medical condition from March 2004 until April 2005.

## INTERROGATORY NO. 4:

**Identify** all individuals with whom you **communicated** regarding your daughter's medical condition from 1995 to the present, including but not limited to, her participation in the study at the National Institutes of Health ("NIH"), the advice and/or treatment by any medical provider, including, but not limited to, the nature of her arteriovenous malformation ("AVM") and/or Turner's Syndrome, **describing in detail** each such communication.

## Answer of Felice Iacangelo:

**1) Richard Delaney, M.D.**
3929 Ferrara Drive
Wheaton MD 20906
301-962-3311

I do not recall any specifics of any particular conversation with Dr. Delaney. However, Dr. Delaney was and is her primary care physician, so have discussed her problems and his treatment of her over the years with him. The discussion topics have included: her heart, blood pressure, and issues involving colds and/or flu.

**2) Robert Musselman, M.D.**
9707 Medical Center Dr. 310
Gaithersburg, M.D.
301-593-0002

I do not recall any specifics of any conversation with Dr. Musselman. However, Dr. Musselman cared for Karyn's feeding tube and I recall discussing the need to replace the tube on a number of occasions.

**3) Irvin Guterman, M.D.**
2101 Medical Park Dr. 305
Silver Spring, MD 20902
301-589-3324

I do not recall any specifics of any conversation with Dr. Guterman. However,

Dr. Guterman operated on Karyn's right arm, which was broken when she was lifted by her arm. We discussed the fracture and her need for therapy two times a week, as well as her need for at home therapy.

4) **Karen Hill, R.N.**
Department of Health and Human Services
Rockville, Maryland
240-777-3243

I do not recall any specifics of any conversation with Nurse Hill. However, I would talk to her from time to time as to how Karyn was doing with her heart, blood pressure,

5) **Carlo Tornatore, M.D.**
Present address and phone # unknown (GUH employee/staff)

There have been numerous conversations with Dr. Tornatore over the years since Karyn's last embolization. A particular discussion that I do recall was approximately two years ago when he told me that Karyn was stable.

6) **Identities unknown** but I am always conversing with the individuals from A1 Housen Home Care

I have spoken to numerous individuals at A 1 Housen Home Care, because I receive visiting nurses from them every 45 days.

7) **Identities unknown** but I am always conversing with the individuals from Capital Home Care.

I have spoken to numerous individuals at A 1 Housen Home Care, because I receive visiting nurses from them every 45 days.

8) **Vance Watson, M.D.**
GUH

I spoke to Dr. Watson on several occasions. As reflected in my affidavit, Dr. Watson told Karyn Kerris, Cicily Iacangelo, and Paul Kerris that the embolizations had a 95% chance of success. I remember Dr. Watson discussing with me how successful he had been with embolizations. He stated that he had a young lady on the same floor as Karyn and she that was about to walk out of the hospital after her embolization. He added that Karyn chances were 95%
Dr. Watson also told Cicily, Paul and me that NIH wanted him to help them and invited him to do so, since they had no one who could do what he did. He wanted to do ten (10) embolizations and then radiation to reduce the arterial-venous malformations. He said the process would take two years.
After the second embolization procedure her condition got worse and I talked to Dr. Watson as to the cause of her worsening condition, he answer was that you have to get worse to get better. After the third embolization he stated that he had talked to someone at NIH to get Karyn ready for early retirement.

**Answer of Cicily Iacangelo:**

**1) Richard Delaney, M.D.**
 3929 Ferrara Drive
 Wheaton MD 20906
 301-962-3311

 I do not recall any specifics of any particular conversation with Dr. Delaney but I do recall discussing from 2001-2007 generally the following topics with Dr. Delaney: Karyn's flu shots, a rash she suffered from as a result of the hospital diapers in July of 2006 and her bronchitis she suffered from in July of 2006.

**2) Robert Musselman, M.D.**
 9707 Medical Center Dr. 310
 Gaithersburg, M.D.
 301-593-0002

 I do not recall any specifics of any conversation with Dr. Musselman, but I do recall discussing generally Karyn's need for a feeding tube and the problems that the tube caused her over the years.

**3) Irvin Guterman, M.D.**
 2101 Medical Park Dr. 305
 Silver Spring, MD 20902
 301-589-3324

 I do not recall any specifics of any conversation with Dr. Guterman, but I do recall discussing generally Karyn's broken right arm and that it was caused by an aide moving her; and that her treatment would involve placement of a metal plate.  I also remember him ordering physical therapy and tell us that is would be required for approximately a year after the surgery.

**4) Karen Hill, R.N.**
 Department of Health and Human Services
 Rockville, Maryland
 240-777-3243

 I do not recall any specifics of any conversation with Nurse Hill.  In general we discussed her evaluation of Karyn for the Maryland Living at Home Waiver program.

**5) Carlo Tornatore, M.D.**
 Present address and phone # unknown (GUH employee/staff)

 I do not recall any specifics of any conversation with Dr. Tornatore, however, there have been numerous conversations with him over the years since Karyn's last embolization.

**6) Ronald Uscinski, M.D.**

18111 Prince Philip Drive, Suite 104
Olney, MD 20832
301-774-9518

I do not recall any specifics of any conversation with Dr. Uscinski I have generalized conversations with him regarding Karyn's follow-up visits after her shunt surgery.

### 7) Vance Watson, M.D.

I recall speaking to Dr. Watson on several occasions. First we met to discuss the treatment of Karyn's AVM. While I do not recall all of the specifics he did tell us that he was going to perform 10 embolizations. As reflected in my affidavit, Dr. Watson told Karyn Kerris, Phil Iacangelo, and Paul Kerris that the embolizations had a 95% chance of success. And that the success would be getting rid of the AVM.
   Dr. Watson met with us after the first two embolizations and telling us that they had gone well, after the third procedure, however, he suggested to Phil Iacangelo that Karyn should retire on disability.

### 8) Identities unknown, specifics of the conversation unknown,  but I am always conversing with the individuals from A 1 Housen Home Care

I have spoken to numerous individuals at A 1 Housen Home Care, because they provided visiting nurses from them every 45 days.

### 9) Identities unknown, specifics of the conversation unknown, but I am always conversing with the individuals from Capital Home Care.

I have spoken to numerous individuals at Capital Home Care Visiting nurses, because they provide visiting nurses every 45 days.

## INTERROGATORY NO. 5:

Please **identify** each and every healthcare provider who you and/or Karyn A. Kerris consulted and/or who treated and/or examined Karyn A. Kerris for any reason whatsoever since January 1, 1990, specifically **identifying** Karyn A. Kerris' primary care physician, and **describe in detail** every consultation with each such healthcare provider, the reasons for the consultation, the date of the consultation, the diagnosis, the medication prescribed, and/or the medical procedure(s) performed.

## Answer of Plaintiffs:

Since the medical records are voluminous, every effort was made to record the individuals responsive to the request, however, given the fact that the defendants listed

over four hundred (400) healthcare providers in their 26(B)(1), there may be other

healthcare providers unknown to the plaintiffs or plaintiffs' counsel, who generated this

list:


Name: **Vance Watson, M.D.**
Address: GUH
Dates: admissions of 8/31/98, 11/4/98, 1/13/99, 3/3/99
Attending physician
Detail of Consultation: embolizations
Diagnosis: AVM
Medication prescribed: Ratalin,
Procedures performed: angiographies, laboratory tests, CT


Name: **Robert Laureno, M.D.**
Address: Washington Hospital Center
         Irving Street
         Washington, D.C.  20010

Dates: WHC hospitalization of  4/6/99
Attending physician
Detail of Consultation: follow-up on hydrocephalus and convulsions
Diagnosis: obstructive hydrocephalus, convulsions, pneumonitis, neurologic worsening after
embolization of 3/9/99
Medication prescribed: Zoloft 100mg, Lo/Ovral, Dilantin 100mg, Tylenol, Esgesic and
Phenergan 12.5mg , Vit K
Procedures performed: EEG, laboratory tests, CT


Name: **Dr. Furlong**
Address: WHC
Date: 4/6/99
Detail of Consultation: evolution of hydrocephalus and convulsions
Diagnosis: obstructive hydrocephalus
Medication prescribed: none
Procedures performed: none


Name: **P. Brinnare, P.T.**
Address: WHC
Dates:  4/6/99 hospitalization
Detail of Consultation: Physical therapy
Diagnosis: disabled
Medication prescribed: none
Procedures performed: Physical therapy


Name: **Jeffrey Jacobson, M.D.**
Address: 4927 Auburn Avenue, #200, Bethesda, MD 20814

Dates: 4/6/99 Hospitalization
Primary care: Yes
Detail of Consultation: Neurosurgery
Diagnosis: ischemia
Medication prescribed: n/a
Procedures performed: consulation

Name: **L. Berger, M.D.**
Address: WHC
Dates: 4/6/99 WHC hospitalization
Detail of Consultation: evolution of hydrocephalus and convulsions
Diagnosis: obstructive hydrocephalus
Medication prescribed: none
Procedures performed: EEG; CT Scan

Name: **D. Adeno, M.D.**
Address: WHC
Dates: WHC 4/6/99 hospitalization
Detail of Consultation: evolution of hydrocephalus and convulsions
Diagnosis: obstructive hydrocephalus
Medication prescribed: none
Procedures performed: EEG; CT Scan

Name: **Mary Beth Brooks, O.T.**
Address: WHC
Dates: WHC 4/6/99 hospitalization
Detail of Consultation: Occupational therapy
Diagnosis: disabled from ADL's
Medication prescribed: none
Procedures performed: occupational therapy

Name: **Dr. Casey**
Address: WHC
Dates: WHC 4/6/99 hospitalization
Detail of Consultation: evolution of hydrocephalus and convulsions
Diagnosis: obstructive hydrocephalus
Medication prescribed: none
Procedures performed: EEG; CT Scan

Name: **Elliot Gerson, M.D.**
Address: NIH
Dates: 12/30/97
Detail of Consultation: screening for Turner Syndrome study
Diagnosis: no coarctation, AVM of Vein of Galen
Medication prescribed:  none
Procedures performed:  screening MRI Thorax, Cerebrum

Name: **Azar Dagher**
Address: NIH

Dates: 11/25/97
Detail of Consultation: Brain MRI
Diagnosis: AVM
Medication prescribed: none
Procedures performed: MRI and MRV

Name: **Ronald H. Uscinski, M.D.**
Address: 3301 Woodburn Road, Suite 209
        Annadale, Virginia 22003
Dates: 12/11/97, 2/5/98, 8/4/98, 8/13/98, 4/13/98, 4/28/03,  3/22/01, 4/5/01, 7/26/01, 11/1/01, 4/4/05,
Detail of Consultation: neurosurgical evaluation of the AVM
Diagnosis: AVM
Medication prescribed:
Procedures performed:  Shunt insertion (2/28/01)

Name:**Vance E. Watson, M.D.**
Address: GUH
Dates: 8/31/98,
Attending physician: three embolizations    11/4/98, 1/13/99, 3/3/99
Detail of Consultation: decided to perform 10 embolizations
Diagnosis: AVM
Medication prescribed: Cipro,
Procedures performed: urinalysis, arteriograms, embolizations

Name: **Paul Goldberg, M.D.**
Address:GUH
Dates: hospitalization of 3/3/99
Detail of Consultation: informed consent and preparation for embolization #3
Diagnosis: AVM
Medication prescribed: Mirapex 0.125, Sinemet 25/100
Procedures performed: evaluations

Name: **Kis Thompson, OT**
Address: GUH
Dates: hospitalization of 3/3/99
Detail of Consultation: occupational evaluation
Diagnosis: acute
Medication prescribed: none
Procedures performed: evaluation ADL

Name: **M. Loscalzo (sp?), M.D.**
Address: GUH
Dates: 3/6/99
Detail of Consultation: assessment of reactionary depression
Diagnosis: depression  secondary to medical condition
Medication prescribed: Zoloft, Ritalin
Procedures performed: psychiatric consultation

Name: **Tonette Brooks, OTR**
Address:GUH
Dates: 3/6/99
Detail of Consultation: - in for MRI
Diagnosis: AVM
Medication prescribed: none
Procedures performed: MRI

Name: **Dr. Gains (sp?)**
Address: GUH
Dates: 3/6/99
Detail of Consultation: psychiatric consultation
Diagnosis: neuron-vegetative after "s/p 3 embolizations"
Medication prescribed: Zoloft
Procedures performed: psychiatric consultation

Name: **S. Wood, P.T.**
Address: GUH
Dates: hospitalization of 3/14/99, 4/17/99, 5/1/99
Detail of Consultation: Physical therapy
Diagnosis: required P.T.
Medication prescribed: none
Procedures performed:  Physical therapy/evaluation

Name: **Lisa Schaner (sp?), R.N.**
Address: GUH
Dates: 3/8/99, 5/6/99, 10/11/99
Detail of Consultation: case management
Diagnosis: needs acute rehabilitation
Medication prescribed: none
Procedures performed:  evaluation

Name: **Dr. Stein**
Address: GUH
Dates: 3/8/99
Detail of Consultation: psychiatric
Diagnosis: "organic affective syndrome"
Medication prescribed: Ritalin
Procedures performed: evaluation

Name: **Katie Beeka (sp?), M.D.**
Address: GUH
Dates: 3/9/99
Detail of Consultation: neurology
Diagnosis: new onset of unsteady gait, abulia and flat affect
Medication prescribed: Mirapex 0.125, Sinamet 25/100 QID
Procedures performed:  consulation

Name: **R. Schwarz, M.D.**

Address: GUH
Dates: hospitalization of 3/9/99
Detail of Consultation: psychiatry
Diagnosis: change in speech and affect
Medication prescribed: increase in Ratalin
Procedures performed: evaluation

Name: **Carlos Tornatore, M.D.**
Address: GUH
Dates: hospitalization of 3/9/99, 4/13/99, 5/1/99, 10/11/99 follow-up visits, 9/12/05 2/20/05, 3/22/05,  admission of 10/11/04, 2/3/04, 11/4/03, 10/08/03, 4/28/03, 5/19/03, 2/27/03, 4/19/01, 9/9/02, 1/18/02, admission of 2/18/01, 12/8/00, 11/18/00, 9/25/00,  5/21/02, 4/19/01, 3/06/00, 5/26/00, 5/15/00, 4/26/01 (HCGH), 7/10/01 (HCGH)
Detail of Consultation: investigate the Parkinsonian condition following the embolization, provide follow-up care
Diagnosis: neurologic compromise following the embolization
Medication prescribed: Zoloft, Mirapex 0.125 TID, Ritalin, Dilantin 250mg, Nizoral cream, Provigil 200mg, propanolol 40mg, ensure,
Procedures performed: Chem labs, CBC, Dilantin levels,

Name: **Mary Corain**
Address: GUH
Dates: 3/10/99
Detail of Consultation: nutrition
Diagnosis: n/a
Medication prescribed: none
Procedures performed:  consult

Name: **Katie Bechine (sp?)**
Address:
Dates: 3/10/99
Detail of Consultation: evaluation of medication and patients' condition.
Diagnosis: Parkinsonian symptoms
Medication prescribed:  Mirapex
Procedures performed: evaluation, CBC, Chem7, LFT's

Name: **V. Starbuck, Ph.D.**
Address: GUH
Dates: 3/16/99
Detail of Consultation: neuropsychology
Diagnosis: generalized decline in cognitive functioning significant deficits
Medication prescribed: none
Procedures performed: neuropsychiatric evaluation

Name: **Robbie Harlowe, RN, CN**
Address: GUH
Dates: Admission of 3/17/99, 4/15/99 and 5/1/99
Detail of Consultation: Case Management
Diagnosis:

16

Medication prescribed: Zoloft 100mg, Proventil 200mg, Ritalin, Mirapex, Sinemet 25/100
Procedures performed: discharge

Name: **Jennifer Watts**
Address: GUH
Dates: 3/17/99
Detail of Consultation: discharge
Diagnosis: n/a
Medication prescribed: n/a
Procedures performed: discharge

Name: **Todd Bernstein, M.D.**
Address: National Rehabilitation Hospital
          102 Irving Street
          Washington, D.C.  20010
Dates: Admission of 3/17/99
Detail of Consultation: neurological consult
Diagnosis: Traumatic Brain Injury
Medication prescribed: Zoloft 100mg, Ritalin 5mg, Mirapex 0.125mg, Lo/Ovral, Sinement
25/100, Tegretol 100mg.
Procedures performed: rehabilitation, speech, OT, PT, psychology

Name: **Gilmer Howard, D.O.**
Address: National Rehabilitation Hospital
          102 Irving Street
          Washington, D.C.  20010
Dates:  discharge of 4/6/99
Detail of Consultation: discharge report
Diagnosis: Traumatic Brain Injury
Medication prescribed: Zoloft 100mg, Ritalin 5mg, Mirapex 0.125mg, Lo/Ovral, Sinement
25/100, Tegretol 100mg.
Procedures performed: discharge report.

Name: **J. Kalman, R.N.**
Address: WHC
Dates: admission of 4/6/99
Detail of Consultation: nursing evaluation
Diagnosis: n/a
Medication prescribed: n/a
Procedures performed: evaluation

Name: **M. Fountain, RN**
Address: WHC
Dates: admission of 4/6/99
Detail of Consultation: nursing evaluation
Diagnosis: n/a
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Dr. Cadell (sp?)**
Address: WHC
Dates: admission of 4/6/99
Detail of Consultation: evaluation of seizures and monitor Dilantin
Diagnosis: "although pt was asymptomatic however had 3 seizures for AVM with progressive decline in consciousness"
Medication prescribed: Zoloft 100mg, Ritalin 5mg, Mirapex 0.125mg, Lo/Ovral, Sinement 25/100, Tegretol 100mg, Tylenol, Biscodal 10.
Procedures performed:  Dilantin levels, EEG

Name: **J. Lambert, M.D.**
Address: WHC
Dates: Admission of 4/7/99
Detail of Consultation: evaluation for seizures
Diagnosis: seizures
Medication prescribed: Dilantin 640 NS over 30 min.
Procedures performed: evaluation/medication

Name: **Nurse Aleria (sp?)**
Address: WHC
Dates: admission of 4/7/99
Detail of Consultation: nutrition
Diagnosis: decrease in p.o. intake
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Tevald, PT**
Address: WHC
Dates: 4/7/99
Detail of Consultation: physical therapy
Diagnosis: lethargic
Medication prescribed: n/a
Procedures performed: P.T..

Name: **Nurse Benjamin (sp?)**
Address: WHC
Dates: admission of 4/7/99
Detail of Consultation: rehab nursing
Diagnosis: seizures, inconsistent rehab progress
Medication prescribed: n/a
Procedures performed: P.T., O.T., Speech

Name: **Mary Beth Brooks, OTR**
Address: WHC
Dates: admission of 4/7/99
Detail of Consultation: evaluation for O.T.
Diagnosis: lethargic, difficult to arouse
Medication prescribed: n/a
Procedures performed: evaluation

Name: **R. Dorsey (sp?), R.N.**
Address: WHC
Dates: admission of 4/7/99
Detail of Consultation: nursing evaluation
Diagnosis: limited responses
Medication prescribed: n/a
Procedures performed: evaluation

Name: **W.S. Madigosky (sp?), M.D.**
Address: WHC
Dates: admission of 4/7/99
Detail of Consultation: neurological
Diagnosis: bradykinetic, neurologically impaired
Medication prescribed: Dilatin
Procedures performed: EEG

Name: **P. Brinnare, P.T.**
Address: WHC
Dates: admission of 4/8/99
Detail of Consultation: rehab evaluation
Diagnosis: recommend P.T.
Medication prescribed: n/a
Procedures performed: evaluation

Name: **D. Adano, R.PN.**
Address: WHC
Dates: admission of 4/8/99
Detail of Consultation: nursing evaluation
Diagnosis: neurological impairments, transfer to NRH
Medication prescribed: n/a
Procedures performed:  P.T. and O.T. evaluation

Name: **L. Berger, M.D.**
Address: WHC
Dates: 4/10/99
Detail of Consultation: cleared for procedure
Diagnosis: neurologic impairment
Medication prescribed: n/a
Procedures performed: cysternogram ordered (not performed)

Name: **Ceclia Johnson, M.D. (sp?)**
Address: WHC
Dates: admission of 4/8/99
Detail of Consultation: evaluation of non-verbal nature of patient
Diagnosis: n/a
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Mara Bledorgroen, P.T.**
Address: WHC
Dates: admission of 4/8/99
Detail of Consultation: P.T. evaluation
Diagnosis: Pt. requiring more P.T.
Medication prescribed: n/a
Procedures performed: P.T.

Name: **Z. Casey, M.D.**
Address: WHC
Dates: Admission of 4/8/99
Detail of Consultation: neurological evaluation
Diagnosis: decline in physical examination
Medication prescribed: Tylenol
Procedures performed: ABG's, Pro B, Pro C, CBC, CT scan

Name: **Dr. Yaslen**
Address: WHC
Attending Neurosurgery
Dates: Admission of 4/8/99
Detail of Consultation: neurologic evaluation
Diagnosis: seizures
Medication prescribed: Tylenol
Procedures performed: CT scan and V/Q scan

Name: **P. Iasyl (sp?), M.D.**
Address: WHC
Dates: 4/12/99
Detail of Consultation: I.D. consultation
Diagnosis: possible aspiration pneumonia
Medication prescribed: n/a
Procedures performed: evaluation

Name: **C. Levy, M.D.**
Address: WHC
Dates: 4/12/99
Detail of Consultation: I.D. consultation
Diagnosis: possible aspiration pneumonia
Medication prescribed:
Procedures performed: consultation

Name: **Deborah Welborn, MSW**
Address: WHC
Dates: 4/13/99
Detail of Consultation: Social work consultation
Diagnosis: discharge planning
Medication prescribed: n/a
Procedures performed: discharge

Name: **Mia Elliot, R.N.**
Address: WHC
Dates: 4/13/99
Detail of Consultation: discharge summary
Diagnosis: neurologically impaired
Medication prescribed: n/a
Procedures performed: discharge

Name: **Neil M. Kurgren (sp?), M.D.**
Address: WHC
Dates: 4/15/99
Detail of Consultation: diffuse slowing, intermittent rhythmic slowing, no epileptiform features.
Diagnosis: diffuse dysfunction
Medication prescribed: n/a
Procedures performed: EEG

Name: **James S. Jelineck, M.D.**
Address: WHC
Dates: 4/7/99
Detail of Consultation: CT of head , MRI
Diagnosis: ventriculomegaly, hydrocephalus
Medication prescribed: n/a
Procedures performed: CT, MRI

Name: **Marc Schlosberg, M.D.**
Address: WHC
Dates: 4/7/99
Detail of Consultation: EEG
Diagnosis: diffuse cerebral dysfunction
Medication prescribed: n/a
Procedures performed: EEG

Name: **Gerald S. Johnston, M.D.**
Address: WHC
Dates: 4/13/99
Detail of Consultation: NM Lung
Diagnosis: low probability of P.E.
Medication prescribed: n/a
Procedures performed: NM Lung

Name: **Ken Hecasts(sp?), M.D.**
Address: GUH
Dates: admission of 4/13/99
Detail of Consultation: H & P Name: R. Roams(Sp?), M.D.
Address: GUH
Dates: 4/18/99
Detail of Consultation: neurological evaluation
Diagnosis: somnolent
Medication prescribed: Dilantin, Ritalin

Procedures performed: evalaution

Diagnosis: severe neurologic impairment
Medication prescribed: Dilantin 100, Q6h, Trovan 300mg IV, Zoloft 100mg, Lo-Ovral
Procedures performed: evaluation

Name: **W. Conney, M.D.**
Address: GUH
Dates: admission of 4/14/99
Detail of Consultation: evaluation
Diagnosis: LLL aspiration pneumonia
Medication prescribed: Zoloft, Dilantin
Procedures performed: EEG, MRI, conisider PEG

Name: **Ken Accarsti, M.D.**
Address: GUH
Dates: Admission of 4/14/99
Detail of Consultation: evaluation
Diagnosis: multifocal encephalopathy, seizures
Medication prescribed: (cont) Zoloft, Dilantin 100/130/100, Levaquin.
Procedures performed: ABG's, Dilantin levels, EEG

Name: **Jannello, OTR**
Address: GUH
Dates: admission of 4/14/99, 5/1/99, 10/14/99
Detail of Consultation: PM & R evaluation
Diagnosis: communication by squeezing hand
Medication prescribed: n/a
Procedures performed: evaluation

Name:  **B. Silas (sp?), MPT**
Address: GUH
Dates: Admission of 3/3/99 and 4/14/99
Detail of Consultation: PM & R evaluation
Diagnosis: lethargy and decrease in function
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Emily L. Karam,**
Address: GUH
Dates: 4/14/99
Detail of Consultation: Speech pathology
Diagnosis: profound cognitive impairment
Medication prescribed: n/a
Procedures performed: Speech therapy

Name: **G. Kefif (sp?), M.D.**
Address: GUH
Dates: 4/15/99

Detail of Consultation: Social work evaluation
Diagnosis: n/a
Medication prescribed: n/a
Procedures performed: n/a

Name: **Amy Nathanson, RDLD**
Address: GUH
Dates: 4/17/99
Detail of Consultation: Nutrition evaluation
Diagnosis: required TF orders
Medication prescribed: n/a
Procedures performed: n/a

Name: **R. Roams(Sp?), M.D.**
Address: GUH
Dates: 4/18/99
Detail of Consultation: neurological evaluation
Diagnosis: somnolent
Medication prescribed: Dilantin, Ritalin
Procedures performed: evalaution

Name: **Teresa Heika, OTR**
Address: GUH
Dates: 4/18/99
Detail of Consultation: PT/OT consultation
Diagnosis: needs acute rehab
Medication prescribed: n/a
Procedures performed: OT

Name: **Emily Karem, MSPT**
Address: GUH
Dates: admission of 4/14/99 and 5/1/99
Detail of Consultation: Speech evaluation
Diagnosis: requires acute rehabilitation
Medication prescribed: n/a
Procedures performed: speech therapy

Name: **Amanda Neu, MSPT**
Address: GUH
Dates: Admission of 4/13/99 and 5/1/99
Detail of Consultation: Speech evaluation
Diagnosis: some verbalization
Medication prescribed: n/a
Procedures performed: speech therapy

Name: **K Sampson, OTR**
Address: GUH
Dates: 4/19/99
Detail of Consultation: Speech evaluation

Diagnosis: inconsistent word responses
Medication prescribed: n/a
Procedures performed: speech therapy

Name: **Cled Coyte(Sp?), M.D.**
Address: GUH
Dates: admission of 4/13/99, 5/1/99
Detail of Consultation: neurological evaluation
Diagnosis: somnolent
Medication prescribed: Dilantin, Ritalin
Procedures performed: evalaution

Name: **Heidi M. Learnski, OTR**
Address: GUH
Dates: 4/25/99
Detail of Consultation: PM&R
Diagnosis: continue OT
Medication prescribed: n/a
Procedures performed: OT

Name: **Seth Krevat, M.D.**
Address: GUH
Dates: Admission of 4/13/99 and 5/1/99
Detail of Consultation: neurology evaluation
Diagnosis: neurologic compromise, resolved aspiration pneumonia
Medication prescribed: Zoloft 50mg, Ritalin 20mg, Dilantin 300mg, birth control.
Procedures performed: Dilantin levels, d/c planning

Name: **Amy Knapp, MSPT**
Address: GUH
Dates: 4/28/99
Detail of Consultation: Speech pathology
Diagnosis: reduced alertness and abilities
Medication prescribed: n/a
Procedures performed: speech pathology

Name: **Leslie Bozzus, RDLD**
Address: GUH
Dates: admission of 4/13/99
Detail of Consultation: Nutrition evaluation
Diagnosis: decrease in p.o. intake
Medication prescribed: n/a
Procedures performed: calorie count

Name: **Alan Abou Saif, M.D.**
Address: GUH
Dates: admission of 5/1/99
Detail of Consultation: PEG insertion/ consultation
Diagnosis: needs PEG

Medication prescribed: IV sedation
Procedures performed: PEG insertion

Name: **Shahin Nouri, M.D.**
Address: GUH
Dates: admission of 5/1/99
Detail of Consultation: neurologic evaluation
Diagnosis: unresponsive, bedridden
Medication prescribed: n/a
Procedures performed: evaluation

Name: **C.L. Kauffman, M.D.**
Address: GUH
Dates: admission of 5/1/99
Detail of Consultation: attending consultant
Diagnosis:  neurological deterioration
Medication prescribed: n/a
Procedures performed: evaluation

Name: **J. Walsh, MSPT**
Address: GUH
Dates: Admission of 5/1/99
Detail of Consultation: speech pathology
Diagnosis: dysphagia
Medication prescribed: n/a
Procedures performed: speech therapy

Name: **Marci Taylor, OTR**
Address: GUH
Dates: admission of 5/1/99
Detail of Consultation: OT
Diagnosis: needs acute rehab
Medication prescribed: n/a
Procedures performed: OT

Name: **James Lewis, M.D.**
Address: GUH
Dates: admission of 5/1/99
Detail of Consultation: endoscopy
Diagnosis: PEG tube
Medication prescribed: n/a
Procedures performed: endoscopy

Name: **Daniel Drubach, M.D.**
Address: Kernan Hospital
          2200 Kernan Drive
          Baltimore, Maryland 21207
Dates: Admission of 5/7/99
Detail of Consultation: neuro-rehab assessment.

Diagnosis: seizures, depression, AVM
Medication prescribed: Dilantin, Ritalin, Elavil, Zoloft
Procedures performed: evaluations, PT, OT, Speech therapy

Name: **June McIver, RN, CRRN**
Address:  Kennedy Kreiger Institute (KKI)
              333 Cassell Drive, Suite 4200
              Baltimore, Maryland, 21224
Dates: 8/9/99, 7/26/99, 7/12/99, 8/16/99,
Detail of Consultation: evaluations for rehabilitation program
Diagnosis: traumatic brain injury
Medication prescribed: n/a
Procedures performed: rehabilitation

Name: **Aliza S. Levine, M.D.**
Address: GUH
Dates: Admission of 10/11/99
Detail of Consultation: evaluation of MRI: no change in AVM's size, hydocephalus, no bleed
Diagnosis: need for home healthcare, nursing and aid services
Medication prescribed: Dilantin 300mg, Ritalin 12.5 bid, Zoloft 25mg, Fentanyl Patch 25
Procedures performed: MRI , PT, OT

Name: **Liesl A. Curtis, M.D.**
Address: GUH
Dates: 10/11/99
Detail of Consultation: ER visit prior to admission
Diagnosis: needs to be admitted
Medication prescribed: n/a
Procedures performed: Dilantin level, Head CT, CBC, diff, admission

Name: **A. Wirtner, M.D.**
Address: GUH
Dates: Admission of 10/11/99
Detail of Consultation:
Diagnosis: hydrocephalus
Medication prescribed: (cont) Dilantin, Duragesic patch
Procedures performed: MRI, guaiac, rehab

Name: **John M. Howell, M.D.**
Address: GUH
Dates: 10/23/99
Detail of Consultation: evaluation for difficulty breathing
Diagnosis: differential diagnosis of URI, pneumonia, bronchitis
Medication prescribed: n/a
Procedures performed: discharge

Name: **Julia Brown, R.N.**
Address: GUH
Dates: 10/23/99

Detail of Consultation: triage
Diagnosis: trouble breathing, HA's
Medication prescribed: n/a
Procedures performed: evaluation by Dr. Howell


Name: **Sandra Polin, M.D.**
Address: GUH
Dates: 3/25/04, 3/29/04
Detail of Consultation: US abdomen x2
Diagnosis: gallstones
Medication prescribed: n/a
Procedures performed: ultrasound


Name: **Pamela Y. Blake, M.D.**
Address: GUH
Dates: admission of 3/23/94
Detail of Consultation: abdominal pain from G tube
Diagnosis: decided not to change G tube to J tube
Medication prescribed: n/a
Procedures performed: GI consult, labs, CBC, EGD


Name: **James Grim, M.D.**
Address: GUH
Dates:3/25/04, 3/29/04
Detail of Consultation: CT Pelvis
Diagnosis: abnormal gallbladder, no obstruction, pleural effusions(3/25/04), Ct no bowel
obstruction
Medication prescribed: n/a
Procedures performed: CT


Name: **Alka Singh, M.D.**
Address: Community Radiology Associates (CRA)
            1811 Prince Phillip Dr.
            Suite T-20
            Olney, Maryland 20853
Dates:6/13/02, 2/20/04
Detail of Consultation: MRA Brain (6/13/02), peptic ulcer (2/20/04)
Diagnosis: Galen Malformation (6/13/02), no evidence of leakage (2/20/04)
Medication prescribed: n/a
Procedures performed: MRA, KUB


Name: **Audrey K. Robinson, M.D.**
Address: CRA
Dates: 4/9/04
Detail of Consultation: Abdominal Ultasound
Diagnosis: suggestive of cholelithiasis
Medication prescribed: n/a
Procedures performed: ultrasound

Name: **Jack Goode, M.D.**
Address: CRA
Dates: 1/9/03
Detail of Consultation: MRI with and without contrast
Diagnosis: Atrophy and hydrocephalus. Chronic AVM's no significant change, parietal cyst
Medication prescribed: n/a
Procedures performed: MRI's

Name: **Dieter Schellinger, M.D.**
Address: GUH
Dates: 4/19/01
Detail of Consultation: MRI
Diagnosis: AVM – no significant change in the appearance of the abnormality
Medication prescribed: n/a
Procedures performed: MRI

Name: **Margaret Timmons, M.D.**
Address: GUH
Dates: admission of 2/18/01
Detail of Consultation: insertion of a VP shunt
Diagnosis: following the third embolization patient unable to walk, talk, or open eyes – recent
scan hydrocephalus
Medication prescribed: Roxanol 10 mg q4, Tylentol 1 gm q4, Dilantin 300mg, 200mg qod,
Provigil 200mg, Lo-Ovral
Procedures performed: Labs, Ct scan, CBC

Name: **Elizabeth Kennedy, M.D.**
Address: GUH
Dates: 1/16/01
Detail of Consultation: Pain Management
Diagnosis: Chronic atypical headaches
Medication prescribed: TCA's, Duragesic patch, propranolol, Ritalin, Dilantin
Procedures performed: pain evaluation

Name: **Veronica Mitchell, M.D.**
Address: GUH
Dates: 1/16/01
Detail of Consultation: Pain Management
Diagnosis: Chronic atypical headaches
Medication prescribed: TCA's, Duragesic patch, propranolol, Ritalin, Dilantin
Procedures performed: pain evaluation

Name: **Bolivia Davis, M.D.**
Address: GUH
Dates: 11/17/00, 2/25/00
Detail of Consultation: MRI brain
Diagnosis: 11/17 no change in the vascularity of the lesion, no evidence of hemorrhage 2/25
increase in vascularity

Medication prescribed: n/a
Procedures performed: MRI

Name: **Nadia Biassou, M.D.**
Address: GUH
Dates: 10/12/03
Detail of Consultation: Chest film
Diagnosis: pulmonary edema
Medication prescribed:n/a
Procedures performed: chest film

Name: **Sharon O'Neil, RT**
Address: Howard County General Hospital (HCGH)
            5755 Cedar Lane
            Columbia, Maryland 21044
Dates: 11/02/99
Detail of Consultation: Barium Swallow
Diagnosis: no aspiration
Medication prescribed: Barium
Procedures performed: Barium Swallow

Name: **Mai Chi T Nguyen, M.D.**
Address: HCGH
Dates: 8/17/99
Detail of Consultation: admission for abdominal pain
Diagnosis:
Medication prescribed: Ritalin 12.5 BID, Dilantin 250 mg HS, Zoloft 50mg qhs, Reglan 5 mg
Q6h
Procedures performed: CBC, diff, Urine, Metabolic, Dilantin levels,  LFT's labs, KUB, CT scan
, X ray

Name: **J. Newman (sp?), R.N.**
Address: HCGH
Dates: admission of 8/17/99
Detail of Consultation: call for surgical consult
Diagnosis: stable/abdominal pain
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Dr. Gerson**
Address: HCGH
Dates: 8/18/99
Detail of Consultation: surgical consult
Diagnosis: discharge
Medication prescribed: n/a
Procedures performed: examination

Name: **Bonnie Rehm, R.N.**

Address: HCGH
Dates: 8/17/99
Detail of Consultation: evaluation of abdominal pain
Diagnosis: abdominal pain
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Kimberly Oden, R.N.**
Address: HCGH
Dates: 8/17/99
Detail of Consultation: evaluation of abdominal pain
Diagnosis: abdominal pain
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Bonnie Rehm, R.N.**
Address: HCGH
Dates: 8/17/99
Detail of Consultation: evaluation of abdominal pain
Diagnosis: abdominal pain
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Janice Nelson, R.N.**
Address: HCGH
Dates: 8/17/99
Detail of Consultation: evaluation of abdominal pain
Diagnosis: abdominal pain
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Li Lin Chiu, R.N.**
Address: HCGH
Dates: 8/17/99
Detail of Consultation: evaluation of abdominal pain
Diagnosis: abdominal pain
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Suzanne Szymanski, R.N.**
Address: HCGH
Dates: 8/17/99
Detail of Consultation: evaluation of abdominal pain
Diagnosis: abdominal pain
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Marcia Edwards, PCT**
Address: HCGH

Dates: 8/17/99
Detail of Consultation: evaluation of abdominal pain
Diagnosis: abdominal pain
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Onolara A. Popoola, PCT**
Address: HCGH
Dates: 8/17/99
Detail of Consultation: evaluation of abdominal pain
Diagnosis: abdominal pain
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Melvin S. Rapelyea, M.D.**
Address: HCGH
Dates: 8/17/99
Detail of Consultation: CT scan of pelvis and abdomen, and flat and erect films(8/17/99); UGI 12/14/00
Diagnosis: negative(8/17); G-Tube in stomach(12/14)
Medication prescribed: n/a
Procedures performed: Ct scans and x-rays

Name: **Frank G. Twardzik, M.D.**
Address: HCGH
Dates: 8/17/99, 1/21/00
Detail of Consultation: Barium swallow(8/17/99 and 11/02/99); x-rays abdomen 1/21/00
Diagnosis: no
Medication prescribed: Barium, n/a
Procedures performed: Barium swallow, x-rays

Name: **Kevin M. Cooke, M.D.**
Address: HCGH
Dates: 1/21/00, 8/13/01
Detail of Consultation: GI pain (1/21/00), PEG tube pulled out (8/13/01)
Diagnosis: abdominal pain, PEG tube pulled out
Medication prescribed: (cont) Dilantin, Ritalin, Zoloft and Tylenol
Procedures performed: evaluation, replacement of tube

Name: **Carol Raed, R.N.**
Address: HCGH
Dates: 1/21/00
Detail of Consultation: GI pain
Diagnosis: abdominal pain
Medication prescribed: (cont) Dilantin, Ritalin, Zoloft and Tylenol
Procedures performed: evaluation

Name: **Willie Bivings, M.D.**
Attending

Address: HCGH
Dates: 12/14/00,
Detail of Consultation: G-tube replaced
Diagnosis: G-tube pulled
Medication prescribed: MS 6mg/im
Procedures performed: re-inserted French 18 G-tube

Name: **Michael Perlic, M.D.**
Address: HCGH
Dates: 2/18/01
Detail of Consultation: evaluation of headaches
Diagnosis: severe h/a
Medication prescribed: none
Procedures performed: CBC, Metabolic, PCXR, Ct head, Dilantin level

Name: **Dr. Myra (sp?)**
Address: HCGH
Dates: 2/18/01
Detail of Consultation: needs neuosurgical eval and transfer to Georgetown
Diagnosis: severe Headaches
Medication prescribed: n/a
Procedures performed: CT scan

Name: **John B. Stockel, M.D.**
Address: HCGH
Dates: 2/18/01
Detail of Consultation: AP chest, CT scan
Diagnosis: normal
Medication prescribed: n/a
Procedures performed: AP chest, CT scan

Name: **Melvin S. Rapelyea, M.D.**
Address: HCGH
Dates: 8/13/01
Detail of Consultation: UGI
Diagnosis: placement of PEG tube
Medication prescribed: n/a
Procedures performed: UGI

Name: **Levan Kuck, M.D.**
Address: HCGH
Dates: 8/14/01
Detail of Consultation: G-tube tube pulled out
Diagnosis: G tube pulled out
Medication prescribed: n/a
Procedures performed: replacement 18 French

Name: **D. Davis Kroehling (sp?), R.N.**
Address: HCGH

Dates: 8/14/01
Detail of Consultation: triage
Diagnosis: G- tube pulled out
Medication prescribed: Hydrocortisone 1%
Procedures performed: replacement of G-tube

Name: **Jan Morrisey (sp?), R.N.**
Address: HCGH
Dates: 8/14/01
Detail of Consultation: triage
Diagnosis: G- tube pulled out
Medication prescribed: Hydrocortisone 1%
Procedures performed: replacement of G-tube

Name: **Candi M. Silence (sp?), R.N.**
Address: HCGH
Dates: 8/14/01
Detail of Consultation: triage
Diagnosis: G- tube pulled out
Medication prescribed: Hydrocortisone 1%
Procedures performed: replacement of G-tube

Name: **Rana Sherwany, M.D.**
Address: HCGH
Dates: 8/15/01
Detail of Consultation: G-tube tube pulled out
Diagnosis: G tube pulled out
Medication prescribed: Tylenol Elixir
Procedures performed: replacement 18 French

Name: **Collen Cline (sp?), R.N.**
Address: HCGH
Dates: 8/15/01
Detail of Consultation: triage
Diagnosis: G- tube pulled out
Medication prescribed: Tylenol Elixir
Procedures performed: replacement of G-tube

Name: **Edward Pien, M.D.**
Address: GUH
Dates: 10/12/03
Detail of Consultation: lung study
Diagnosis: diffuse bilateral airspace
Medication prescribed: n/a
Procedures performed: Chest x-ray

Name: **Mary Kennedy Bennings, R.N.**
Address: Visiting Nurse Association (VNA)
        7008 Security Blvd, Suite 200

Baltimore, Maryland 21244
Dates: beginning on 10/31/0012/28/00, 1/31/01
Detail of Consultation: visiting nurse
Diagnosis: in need of home health care
Medication prescribed: n/a
Procedures performed: nursing services

Name: **Cynthia Belicha, (sp?), R.N.**
Address: VNA
Dates: periods beginning on 6/29/99, 10/07/99, 12/22/99, 1/26/00, 6/27/00 8/18/00, 9/01/00, 1/24/00, 4/18/00, 4/25/00
Detail of Consultation: visiting nurse
Diagnosis: in need of home health care
Medication prescribed: Tylenol, Zoloft (MD prescribed), Motrin 200mg
Procedures performed: nursing services

Name: **Karen Klein, LCSW**
Address: VNA
Dates: beginning on 8/22/00
Detail of Consultation: visiting social worker
Diagnosis: in need of home health care
Medication prescribed: n/a
Procedures performed: social services

Name: **Derek L. Shickell, M.D.**
Address: The Johns Hopkins Oncology Center
        600 North Wolfe Street
        Baltimore, Maryland 21287
Dates: 12/14/99
Detail of Consultation: recommendations for stereotactic therapy
Diagnosis: deterioration of condition following 3rd embolization
Medication prescribed: n/a
Procedures performed: n/a

Name: **Jeffery Williams, M.D.**
Address: The Johns Hopkins Oncology Center
        600 North Wolfe Street
        Baltimore, Maryland 21287
Dates: 12/14/99
Detail of Consultation: recommendations for stereotactic therapy
Diagnosis: deterioration of condition following 3rd embolization
Medication prescribed: n/a
Procedures performed: n/a

Name: **Kristen O'Toole, MSCC-SLP**
Address: Central Maryland Rehabilitation Center
        6300 Woodside Court
        Columbia, Maryland   21046
Dates: 8/19/99 10/11/99, 11/23/99

Detail of Consultation: speech evaluation
Diagnosis: dysphagia
Medication prescribed: n/a
Procedures performed: speech therapy

Name: **Sharon Dickmann, P.T**.
Address: Central Maryland Rehabilitation Center
   6300 Woodside Court
   Columbia, Maryland   21046
Dates: 10/21/99
Detail of Consultation: Rehab evalaution
Diagnosis: serious decline in functions
Medication prescribed: n/a
Procedures performed: OT, PT, SLP, assessments.

Name: **D. Lynn Foote**
Address: 5525 Twin Knolls Road, Suite 322
   Columbia, Maryland  21045
Dates: 3/1/00
Detail of Consultation: recommendations for treatment
Diagnosis: n/a
Medication prescribed: n/a
Procedures performed: n/a

Name: **Kim Banson (sp?),  MSCCC-SLP**
Address: HCGH
Dates: 11/2/99
Detail of Consultation: Speech Therapy
Diagnosis: dysphagia
Medication prescribed: n/a
Procedures performed:  therapy

Name: **Nancy Inman, M.A.T, CCC-SLP**
Address: KKI
Dates: 5/11/00
Detail of Consultation: Augmentative of Assistive Technology
Diagnosis: requires voice output communication devices
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Susan Schiaffino, M.S., OTR**
Address: KKI
Dates: 5/11/00
Detail of Consultation: Augmentative of Assistive Technology
Diagnosis: requires voice output communication devices
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Artin Aharonian, M.D.**

Address: Montgomery Community Magnetic Imaging Center
            18103 Prince Philip Drive
            Olney, Maryland   20832
Dates: 10/11/01
Detail of Consultation: MRI
Diagnosis: AVM
Medication prescribed: n/a
Procedures performed:  MRI


Name: **Richard Delaney**
Address: 3929 Ferrara Drive
            Wheaton Maryland  20906
Dates: 9/26/06, 4/4/05, 2/15/04,  10/10/03,  6/20/03, 1/8/02, 7/8/98, 12/3/97, 9/18/96, 9/11/96,
10/26/94, 6/18/92, 6/18/92, 8/16/91, 8/13/91, 8/23/89,
Detail of Consultation: general medicine
Diagnosis: colds, flu, etc, Turners, auto accident, well examinations,
Medication prescribed: Vicodin, Mycolog II, Acionel 35mg,  Elacon oint 15gm, Respirdol,
Propranolol, Lo-Ovral
Procedures performed: urine analysis, CBC, C-spine, Ct, EKG


Name: **Paul Schaefer, M.D.**
Address: CRA
Dates: 4/8/03
Detail of Consultation: Dexa Bone Density
Diagnosis: Osteoporosis in the Lumbar spine, osteopenia in the left hip
Medication prescribed: n/a
Procedures performed: Dexa Bone density


Name:   **Robert Musselmann, M.D.**
Address:  Capital Gastroenterology Consultants (CGC)
            10801 Lochwood Drive #200
            Silver Spring, MD 20901


Dates: 3/8/05, f/u 4/3/01, 4/31/01, 3/25/02, 4/19/02, 4/24/02, 3/6/02, 6/7/02, 6/10/02, 7/11/02,
11/8/02, 3/1/04, 2/8/05, 3/8/05,
Detail of Consultation: PEG tube problems
Diagnosis: slippage of external bumper
Medication prescribed: Keflex 500mg, Bentyl elixir, Prevacid 30mg, Putonix, Nexium
Procedures performed: CBC, EKG, abdominal sonogram


Name:   **Alan J. Diamond, M.D.**
Address:  CGC
Dates: 2/8/05
Detail of Consultation: PEG tube problems
Diagnosis: slippage PEG
Medication prescribed: n/a
Procedures performed: examination


Name: **Norman A. Lockshin, M.D.**

Address: 10313 Georgia Avenue
        Silver Spring, MD  20902
Dates: 1/6/05
Detail of Consultation: mole over right eye
Diagnosis: non suspicious
Medication prescribed: n/a
Procedures performed: examination

Name: **Ronald M. Pomerantz, M.D.**
Address: 2121 Medical Park Drive
        Silver Spring, MD  20902
Dates: 9/11/96
Detail of Consultation: chest x-ray
Diagnosis: no active disease
Medication prescribed:n/a
Procedures performed: x-ray

Name: **Anil Narang, M.D.**
Address: Holy Cross Hopsital
        1500 Forest Glen Road
        Silver Spring, MD  20910
Dates: 7/22/98
Detail of Consultation: MRI brain
Diagnosis: AVM
Medication prescribed: n/a
Procedures performed: MRI

Name: **Mark B. Schapiro, M.D.**
Address: National Institutes of Health
        Bethesda, MD 20892
Dates: 10/15/97, 10/28/97, 11/5/97, 11/26/97, 1/8/97, 7/13/98
Detail of Consultation: outpatient visit
Diagnosis: Turner's Syndrome
Medication prescribed:n/a
Procedures performed: CBC, EKG, MRI

Name: **Ann Kartozlia, R.N.**
Address: NIH
Dates: 10/15/97
Detail of Consultation: outpatient evaluation
Diagnosis: n/a
Medication prescribed: none
Procedures performed:  evaluation

Name: **Marilyn Roysta, R.N.**
Address: NIH
Dates: 1/20/98
Detail of Consultation: screening for protocol
Diagnosis: good health

Medication prescribed: none
Procedures performed:  MRI

Name: **L. Quan, (sp?), R.N.**
Address: NIH
Dates: 7/9/98
Detail of Consultation: screening evaluation
Diagnosis: n/a
Medication prescribed: none
Procedures performed:  evaluation

Name: **Dagher Azar, M.D.**
Address: NIH
Dates: 11/19/97
Detail of Consultation: MRI MRV
Diagnosis: AVM
Medication prescribed: n/a
Procedures performed: MRI MRV

Name: **Ronald Summers, M.D.**
Address: NIH
Dates: 12/23/97
Detail of Consultation: MRI of Aorta
Diagnosis: no convincing evidence of coarctation
Medication prescribed: n/a
Procedures performed: MRI

Name: **M. Domanski, M.D.**
Address: NIH
Dates: 11/6/97
Detail of Consultation: EKG
Diagnosis: abnormal
Medication prescribed: n/a
Procedures performed: EKG

Name: **Elliot S. Gershon, M.D.**
Address: NIH
Dates: 7/9/96
Detail of Consultation: Investigation
Diagnosis: acceptable volunteer
Medication prescribed: n/a
Procedures performed: MRI

Name: **Lori-Beason-Held, Ph.D**
Address: NIH
Dates: 10/15/97
Detail of Consultation: Investigation
Diagnosis: acceptable volunteer
Medication prescribed: n/a

Procedures performed: MRI

Name: **Joseph A. Frank, M.D.**
Address: NIH
Dates: 11/25/97, 12/30/97
Detail of Consultation: Investigation
Diagnosis: acceptable volunteer
Medication prescribed: n/a
Procedures performed: MRI

Name: **Sandra Lee Hess, R.N.**
Address: NIH
Dates: 12/30/97
Detail of Consultation: screening evaluation
Diagnosis: n/a
Medication prescribed: none
Procedures performed:  evaluation

Name: **Penelope P. Feuillan, M.D.**
Address: NIH
Dates: 1/20/98, 1/20/98
Detail of Consultation: Investigation
Diagnosis: acceptable volunteer
Medication prescribed: n/a
Procedures performed: report to Dr. Delaney (1/20/98).

Name: **Daniele E. Rigamonti, M.D.**
Address: JHH
Dates: 11/04/99
Detail of Consultation: 2nd op on AVM
Diagnosis: AVM
Medication prescribed: n/a
Procedures performed: evaluation

Name: **Frank N. Gravino, M.D.**
Address: 10313 Georgia Avenue, Ste #306
        Silver Spring, Maryland 20902
Dates: 5/9/94, 1/9/92, 8/20/91, 8/16/91
Detail of Consultation: cardiac evaluation
Diagnosis: no organic heart disease
Medication prescribed: n/a
Procedures performed: EKG, echo and Doppler

Name: **Neeraj Chopra, M.D.**
Address: Holy Cross Hospital (HCH)
        1500 Forest Geln Rd.
        Silver Spring, MD  20910
Dates: admission 1/27/05
Detail of Consultation:

Diagnosis: acute colonic obstruction
Medication prescribed: Lexapro 10mg
Procedures performed:Labs, CBC, Chest and Abdominal x-rays

Name: **Ahmed Nawaz, M.D.**
Address: HCH
Dates: admission 1/27/05
Detail of Consultation:
Diagnosis: severe gastronenteritis
Medication prescribed: Levaquim 250mg, Lexapro 10mg, Actonel 35mg.
Procedures performed: LFT's

Name: **Barry Rubin, M.D.**
Address: HCH
Dates: admission of 1/27/05
Detail of Consultation: GI consult
Diagnosis: GI enteric infection
Medication prescribed:
Procedures performed: BUN, x-rays, CBC, electrolytes, CT scan

Name: **Eric A. Oristian, M.D.**
Address: HCH
Dates: consult 3/4/02, 2/4/02, 11/22/02, admission of 1/27/05
Detail of Consultation: PEG evaluation, Surgical consult
Diagnosis: simple gastroenteritis.
Medication prescribed:
Procedures performed: Admission, stool studies, CBC, LFT's, HIDA scans

Name: **Angelita Syphax, M.D.**
Address: HCH
Dates: 3/13/02
Detail of Consultation: Hepatobiliary scan
Diagnosis: cholecystitis .
Medication prescribed: n/a
Procedures performed: scan

Name: **Ronald Koval, M.D.**
Address: HCH
Dates: admission of 11/8/96
Detail of Consultation: OB/GYN
Diagnosis: rigid hymen, dyspareunia
Medication prescribed:
Procedures performed: Hymenectomy

Name: **Helen Kusher (sp?), R.N.**
Address: HCH
Dates: admission of 11/8/96
Detail of Consultation: OB/GYN
Diagnosis: rigid hymen

Medication prescribed: n/a
Procedures performed: pre-op evaluation

Name: **Carla B. Macleod, M.D.**
Address: HCH
Dates: admission of 11/8/96
Detail of Consultation: Pathology
Diagnosis: mild chronic inflammation
Medication prescribed: n/a
Procedures performed: pathological examination

Name: **Alma M. Canaria(sp?), R.N.**
Address: HCH
Dates: admission of 11/8/96
Detail of Consultation: OB/GYN
Diagnosis: rigid hymen
Medication prescribed: n/a
Procedures performed: post-op evaluation

Name: **Zaif  Shanavas, M.D.**
Address: HCH
Dates: 10/07/03
Detail of Consultation: eating problems
Diagnosis: Gastric tube replacement
Medication prescribed: none
Procedures performed: G-tube plced

Name: **Douglass McPhee, M.D.**
Address: HCH
Dates: 1/31/04
Detail of Consultation: eating problems
Diagnosis: Gastric tube replacement
Medication prescribed: none
Procedures performed: G-tube placed

Name: **Linda Rivera, R.N.**
Address: HCH
Dates: 1/31/04
Detail of Consultation: eating problems
Diagnosis: Gastric tube replacement
Medication prescribed: none
Procedures performed: G-tube placed

Name: **Lucy McDonald, R.N.**
Address: HCH
Dates: 1/31/04
Detail of Consultation: eating problems
Diagnosis: Gastric tube replacement
Medication prescribed: none

Procedures performed: G-tube plced

Name: **Kathleen Butler, M.D.**
Address: HCH
Dates: 1/31/04
Detail of Consultation: Upper GI
Diagnosis: Gastric tube replacement
Medication prescribed: none
Procedures performed: Upper GI

Name: **Regina Perham, R.N.**
Address: HCH
Dates: 5/3/04
Detail of Consultation: eating problems
Diagnosis: replace G-tube
Medication prescribed: none
Procedures performed: G-tube placed

Name: **Maureen Slattery, R.N.**
Address: HCH
Dates: 1/31/04, 8/15/04
Detail of Consultation: eating problems
Diagnosis: Gastric tube replacement
Medication prescribed: none
Procedures performed: G-tube placed

Name: **Steven Gufferman, M.D.**
Address: HCH
Dates: 1/31/04
Detail of Consultation: Upper GI
Diagnosis: Gastric tube replacement
Medication prescribed: none
Procedures performed: G-tube replaced

Name: **Khanh Q. Nguyen, D.O.**
Address: HCH
Dates: 8/15/04
Detail of Consultation: Upper GI
Diagnosis: Gastric tube replacement
Medication prescribed: none
Procedures performed: Upper GI

Name: **Carl Cimino, R.N.**
Address: HCH
Dates: 8/15/04
Detail of Consultation: eating problems
Diagnosis: replace G-tube
Medication prescribed: none
Procedures performed: G-tube placed

Name: **Eva Winterwerp, R.N.**
Address: HCH
Dates: 8/15/04
Detail of Consultation: eating problems
Diagnosis: Gastric tube replacement
Medication prescribed: none
Procedures performed: G-tube placed

Name: **Samer Pandit, M.D.**
Address: HCH
Dates: 8/15/04
Detail of Consultation: Upper GI
Diagnosis: Gastric tube replacement
Medication prescribed: none
Procedures performed: Upper GI

Name: **Patrick Murphy, M.D.**
Address: HCH
Dates: 12/6/04
Detail of Consultation: G-tube placement
Diagnosis: replace tube
Medication prescribed: n/a
Procedures performed: G -tube replacement

Name: **Dana Shapiro, R.N.**
Address: HCH
Dates:12/6/04
Detail of Consultation: G-tune placement
Diagnosis: replaced tube
Medication prescribed: n/a
Procedures performed: G- tube replacement

Name: **Carolyn Burns-Frazer, R.N.**
Address: HCH
Dates: 12/6/04
Detail of Consultation: G-tune placement
Diagnosis: replaced tube
Medication prescribed: n/a
Procedures performed: tube replacement

Name: **Urika Evans, R.N.**
Address: HCH
Dates: 12/6/04
Detail of Consultation: G-tune placement
Diagnosis: replaced tube
Medication prescribed: n/a
Procedures performed: tube replacement

Name: **Mukul Khandelwal, M.D.**
Address: American Radiology Services, Inc. (ARS)
          3001 Hanover Street, Rm 405
          Baltimore, Maryland
Dates: 2/20/02
Detail of Consultation: Abdominal Sonogram
Diagnosis: choletithiasis
Medication prescribed: n/a
Procedures performed: sonogram

## INTERROGATORY NO. 6:

Please **identify** all doctors, hospitals, nurses, therapists, counselors, psychologists, neuropsychologists, physiatrists, pediatricians, psychiatrists, home health care personnel, or other health care providers who have examined, consulted with, evaluated or provided care or treatment to Ms. Kerris, including but not limited to those person(s) who were asked to evaluate Ms. Kerris' medical records and/or conditions without seeing her in person, for any purpose from January 1, 1990 to the present, **describing in detail** each date or dates of evaluation and/or treatment, the nature of any evaluation, all conclusions, diagnoses and/or plan of treatment advised and/or recommended or treatment provided, and person(s) present, including yourself, for each date(s).  [Note: Since the medical records themselves do not contain all of the information requested in this interrogatory, references to medical records alone is an inadequate response.]

## Answer of Plaintiffs:

See answer to interrogatory #6 above.  In addition, defendants are ware of the fact that Gary Steinberg, M.D., evaluated the embolizations and his reports are already in defendants' possession found at pages:  N000362, 3, 6, 7.   Plaintiffs' have no other information as to the findings of Gary Dr. Steinberg,    Further defendants are aware of, and received a copy of the examination by Craig Lichtblau, M.D., his report and all of the findings including: evaluation, conclusions, diagnosis, plan of treatment and the dates of said are contained therein.

In addition to the aforesaid, R. Bronson Levin, Ph.D. a neuro-psychologist has recently

examined Ms. Kerris, his finding are to date unknown to plaintiffs.

**INTERROGATORY NO. 7;**

    **Identify** each and every hospital or medical center at which Karyn A. Kerris sought

medical care and/or treatment since January 1, 1990, including the name and address of the

institution, the date of treatment, the inclusive dates of confinement, and **describe in detail** the

reasons for the hospitalization, diagnosis, and medications prescribed, and person(s) present,

including yourself, for each date(s).  [Note: Since the medical records themselves do not contain

all of the information requested in this interrogatory, references to medical records alone is an

inadequate response.]

**Plaintiffs Answer:**

Hospital: **Georgetown University Hospital**
Address:  3800 Reservoir Road
          N.W. Washington, D.C.  20007
Admission: 8/31/98
Discharge: 8/31/98
Reason for hospitalization:  Artery x-rays
Diagnosis: AVM
Medications: Tigan 200mg, Droperiol, Tylenol 650mg, Zantac 100mg, Pepcid 20mg
Persons present: Plaintiffs, Paul Kerris

Hospital: **Georgetown University Hospital**
Address:  3800 Reservoir Road
          N.W. Washington, D.C.  20007
Admission: 11/04/98
Discharge: 11/06/98
Reason for hospitalization: Embolization
Diagnosis: AVM
Medications: Tylenol 650mg, Tigan 200mg, Zantac 150mg, Pepcid 20mg
Persons present: Plaintiffs, Paul Kerris

Hospital: **Georgetown University Hospital**
Address:  3800 Reservoir Road
          N.W. Washington, D.C.  20007
Admission: 1/13/99
Discharge:  1/15/99
Reason for hospitalization: Embolization
Diagnosis: AVM
Medications: Tylenol 650mg, Tigan 200mg, Zantac 150mg, Pepcid 20mg

Persons present:

Hospital: **Georgetown University Hospital**
Address:  3800 Reservoir Road
            N.W. Washington, D.C.  20007
Admission: 10/11/99
Discharge: 10/14/99
Reason for hospitalization: right lower extremity weakness, pallor Quadraplegia/Quadriparesis
Diagnosis: AVM
Medications: Dilantin 300mg, Ritalin 12.5, Zoloft 25mg, Duragesic patch
Persons present: Plaintiffs, Paul Kerris

Hospital: **Georgetown University Hospital**
Address:  3800 Reservoir Road
            N.W. Washington, D.C.  20007
Admission: 3/03/99
Discharge: 3/17/99
Reason for hospitalization: Embolization,
Diagnosis: Paralysis, depression
Medications: Zantac 150mg, Zoloft 50mg, Sinemet 25/100, Mirapex 0.125mg, Ritalin 5mg, Lo-Ovral, Provizil 200mg
Persons present: Plaintiffs, Paul Kerris

Hospital: **Georgetown University Hospital**
Address:  3800 Reservoir Road
            N.W. Washington, D.C.  20007
Admission: 10/12/03
Discharge: 10/15/03
Reason for hospitalization: Pneumonitis, Quadraplegia/Quadriparesis
Diagnosis: AVM
Medications: Topamax 50mg, Actonel 35, Lo-Ovral, Calcium Carb 375mg, Avelox 400mg.
Persons present: Plaintiffs, Paul Kerris

Hospital: **Georgetown University Hospital**
Address:  3800 Reservoir Road
            N.W. Washington, D.C.  20007
Admission: 2/18/01
Discharge: 3/07/01
Reason for hospitalization: personality changes, decreasing communication, functional decline
Diagnosis: neurological decline
Medications:  Dilantin 300mg, Tylenol 1gm, Roxanol 10mg,  Provigil 200mg, Lo-Ovral, .
Persons present: Plaintiffs, Paul Kerris

Hospital: **Holy Cross Hospital (HCH)**
Address:  1500 Forest Geln Rd.
            Silver Spring, MD  20910
Admission: 1/27/05
Discharge: 2/01/05
Reason for hospitalization: Acute Colonic Obstruction

Medications: Levaquin 250mg, Lexapro 10mg, Actonel 35mg.
Persons present: Plaintiffs, Paul Kerris

Hospital: **Holy Cross Hospital (HCH)**
Address:  1500 Forest Geln Rd.
          Silver Spring, MD  20910
Admission: 11/08/96
Discharge: 11/08/96
Reason for hospitalization: Rigid Hymen
Medications: LoEstrine
Persons present: Plaintiffs, Paul Kerris

Hospital: **Holy Cross Hospital (HCH)**
Address:  1500 Forest Geln Rd.
          Silver Spring, MD  20910
Admission: 10/07/03
Discharge: 10/07/03
Reason for hospitalization: G-tube re-placement
Medications: none
Persons present: Plaintiffs, Paul Kerris

Hospital: **Holy Cross Hospital (HCH)**
Address:  1500 Forest Geln Rd.
          Silver Spring, MD  20910
Admission: 5/3/04
Discharge: 5/3/04
Reason for hospitalization: G- tube- dislodged
Medications: Estrogen, Tylenol
Persons present: Plaintiffs, Paul Kerris

Hospital: Holy **Cross Hospital (HCH)**
Address:  1500 Forest Geln Rd.
          Silver Spring, MD  20910
Admission: 8/15/04
Discharge: 8/15/04
Reason for hospitalization: G- tube replacement
Medications: Estrogen, Tylenol
Persons present: Plaintiffs, Paul Kerris

Hospital: **Holy Cross Hospital (HCH)**
Address:  1500 Forest Glen Rd.
          Silver Spring, MD  20910
Admission: 12/06/04
Discharge: 12/06/04
Reason for hospitalization: G- tube replacement
Medications: n/a
Persons present: Plaintiffs, Paul Kerris

Hospital: **Washington Hospital Center**

Address: Irving Street
          Washington, D.C.  20010
Admission: 4/6/99
Discharge: 4/13/99
Reason for hospitalization: Obstructive Hydrocephalus, Pneumonitis
Medications: Zoloft 100mg, LoOvral, Dilantin 100mg, Tylenol, Phenergan 12.5mg. Persons
present: Plaintiffs, Paul Kerris

Hospital: **Kernan Hospital**
Address:  2200 Kernan Drive
          Baltimore, Maryland 21207
Admission: 5/7/99
Discharge: 6/18/99
Reason for hospitalization: full neuro-rehabilitation
Medications: Dilantinm Ritalin, Elavil, Zoloft
Persons present: Plaintiffs, Paul Kerris


Hospital: **Kennedy Kreiger Institute**
Address:  333 Cassell Drive, Suite 4200
          Baltimore, Maryland, 21224
Admission (to home and community): 6/21/99
Discharge (from rehab program): 8/13/99
Reason for hospitalization: Rehabilitation
Medications: Dilantinm Ritalin, Elavil, Zoloft
Persons present: Plaintiffs, Paul Kerris

Hospital: **National Rehabilitation Hospital**
Address:  102 Irving Street
          N.W. Washington, D.C.  20010
Admission: 3/17/99
Discharge: 4/06/99
Reason for hospitalization: Admitted after decline from Embolization
Diagnosis: Traumatic Brain Injury
Medications: Topamax 50mg, Actonel 35, Lo-Ovral, Calcium Carb 375mg, Avelox 400mg.
Persons present: Plaintiffs, Paul Kerris

Hospital: **Howard County General Hospital**
Address:  5755 Cedar Lane
          Columbia, Maryland 21044
Admission: 8/02/99
Discharge: 8/17/99
Reason for hospitalization: Abdominal pain, mini stroke
Diagnosis: Abdominal pain, mini stroke
Medications: Ritalin 12.5mg, Dilantin 250mg, Zoloft 50mg, Lo-Ovral
Persons present: Plaintiffs, Paul Kerris


## INTERROGATORY NO. 8:

**Describe in detail** when you first contacted any attorney in connection with Ms. Kerris' medical treatment and the reasons therefore and the reasons that led you to contact any particular attorney, **identifying** each attorney that you contacted and any documents memorializing such contact, and **describing in detail** the actions you took to provide these attorneys with information regarding Ms. Kerris' medical treatment, including but not limited to, collecting Ms. Kerris' medical records. [Note: Per U.S. v. Naegele, 468 F.Supp.2d 165 (D.D.C. 2007). this information is not privileged.]

**Plaintiffs' Answer**:

Objection, attorney client privilege.    *U.S. v. Naegele* is not applicable.

**INTERROGATORY NO. 9**

**Describe in detail** when and how you came to contact any of the firms or attorneys representing you in this litigation, **identifying** all documents, including but not limited to retainer letters, all billing statements, and correspondence relating to your retention. [Note: Per U.S. v. Naegele, 468 F.Supp.2d 165 (D.D.C. 2007), this information is not privileged.]

**Plaintiffs' Answer**:

Objection attorney client privilege. *U.S. v. Naegele* is not applicable.

**INTERROGATORY NO. 10:**

**Identify** all persons for whom and with whom Ms. Kerris worked at NIH, including, but not limited to, **identifying** her direct supervisor(s) and her daily coworkers; **describing in detail** Ms. Kerris' daily duties and/or responsibilities as an employee at NIH from 1990 to the date on which she terminated her employment with NIH.

**Plaintiffs' Answer:**

Plaintiffs are not aware of Mrs. Kerris' duties, her direct supervisor or her co-workers. All that is known is contained in the NIH personnel documents already in defendants' possession, i.e.,

Pages NIH-E 000001-000051.

## INTERROGATORY NO. 11;

**Describe in detail** when and how your daughter learned that she had Turner's syndrome and all medical affects, symptoms, and/or conditions Ms. Kerris has and/or had related to Turner's syndrome.

### Plaintiffs' Answer:

In July or August of 1982 Gilbert P. August at Children's Hospital National Medical Center felt that Karyn's height (4'10'') might be due to Turner's Syndrome, she was diagnosed thereafter. She had no obvious problems with the disease and was an above average student in high school and college.

## INTERROGATORY NO. 12;

**Describe in detail, stating each fact with specificity upon which you rely** the factual basis for your contentions in Paragraph 11 and its subparts of the Amended Complaint, including but not limited to, that Defendants "were negligent in their management, care and treatment of Karyn A. Kerris on November 4, 1998 and continuing thereafter," including, but not limited to, the allegations contained in Paragraph 11 of the Amended Complaint that defendants were negligent in the "performance of examinations and evaluations"; "decision to perform multiple embolizations on Karyn A. Kerns' vascular anomaly"; "negligent performance of embolizations on a AVM where the risk of failure outweighed any potential benefit"; and "Defendants were otherwise negligent'" that as "a direct and proximate result of the aforesaid negligence of the Defendants. Karyn A. Kerns, suffered serious permanent and disabling damage to her body."

### Plaintiffs' Answer:

This interrogatory will be fully answered by Plaintiffs' expert witnesses in accordance with the

Court's Scheduling Order.   The facts surrounding Plaintiffs' allegation that defendants, "were

negligent in their management, care and treatment of Karyn A. Kerris on November 4, 1998 and

continuing thereafter," are found in the medical record.   The medical record reflects that Mrs.

Kerris' AVM was a Grade V and thus inoperable to embolize such an AVM was at best

experimental and was below the standard of care.  Furthermore to decide on embolizing  Mrs.

Kerris with an unapproved and illegal device was illegal, in violation of the FDCA and below the

standard of care.

The facts surrounding Plaintiffs' allegation that there was a "negligent performance of

embolizations on a AVM where the risk of failure outweighed any potential benefit" is found in

the general literature, listing the morbidity rates of embolizations, further Dr. Watson's

Declaration and deposition attests to failure rate and to the unlikely potential for success.

Plaintiffs experts will illuminate the other manners that "Defendants were otherwise negligent.'"

The facts supporting the argument that the embolizations were "a direct and proximate result of

….[the injuries] suffered serious permanent and disabling damage to her body," are found in the

medical record.  These include: Robert Laureno, M.D.'s notation  during  the 4/6/99 WHC

hospitalization that, " "neurosurgery felt that the patient's symptoms were related to ischemia

secondary to embolization;"  Dr. Shamin Nouri, M.D. notation in the GUH hospitalization of

4/13/99 that, "[a]fter the second intervention on 3/3/99, her mental status, as well as her

ambulation started to deteriorate;" Jeffrey A. Williams, M.D. from Johns Hopkins note that,

"[a]fter the third embolization, she became unable to walk, talk, or open her eyes.;" Derek

Shickell, M.D. of Johns Hopkins note that, "[a]fter the third embolization, she became unable to

walk, talk, or open her eyes;" Elizabeth Kennedy, MD from GUH note that the, "[p]atient

underwent AVM embolization x 3 with significant compromise in her neurologic status

following each embolization with residual left hemiparesis;"  and Veronica Mitchell, MD of

GUH note that the, "[p]atient underwent AVM embolization x 3 with significant compromise in her neurologic status following each embolization with residual left hemiparesis," etc.

## INTERROGATORY NO. 13:

**Describe in detail, stating each fact with specificity upon which you rely** the factual basis for the allegation in paragraph 12 of the Amended Complaint that Karyn A. Kerns suffered "glue particles escaping into eloquent portions of her brain", and **describe in detail** how this contributed to her current condition.

### Plaintiffs' Answer:

This interrogatory will be fully answered by Plaintiffs' expert witnesses in accordance with the Court's Scheduling Order.   The facts surrounding Plaintiffs' allegation that, "glue particles escaping into eloquent portions of her brain," is the a common problem that occurs with glue embolizations in that Hisotacryl forms droplets with Lipiodol and can commonly escape the nidus of the AVM.

## INTERROGATORY NO. 14:

**State each fact upon which you rely** with particularity the factual basis for your contentions in Paragraph 48 of the Amended Complaint, including subparts.

### Plaintiffs' Answer:

The factual basis for subsections (a) and (b) is found on line at FDA.gov because there has never been a requests to the FDA from Vance Watson, M.D., and/or Georgetown University for approval for the use of Histoacryl and/or Lipiodol; there has never been a requests from Vance Watson, M.D., and/or Georgetown University to the FDA for and IDE for the use of Histoacryl and/or Lipiodol; and Dr. Watson testified that he never made any such requests.

The factual basis for subsection  (c) and (d)  is again found on line at FDA.gov in that Hisotacryl and Lipiodol are Class III misbranded and adulterated devices and were thus illegal for use in the United States. The Class III device is by definition one that has not been adequately tested

for safety.

The factual basis for subsection (e) is found in the deposition of Vance Watson, for he testifies that he mixed the Histocryl and the Lipiodol in the O.R.and chose a strength empirically without following strict manufacturing standards.

The factual basis for subsection (f) is found in the Declaration of Vance Watson, M.D., and his deposition wherein he stated that he did not expect that the embolization(s) would cure the AVM, but it might resolve some symptoms.

Finally from Dr. Watson's own admission and/or the testimony of Plaintiffs' Dr. Watson did not advise Ms. Kerris of the aforesaid.

## INTERROGATORY NO. 15;

**State each fact upon which you rely** with particularity the factual basis for your statements in your affidavit, signed on March 16, 2006 and submitted to the Court, **identifying** each date on which you accompanied Ms. Kerns to an appointment, meeting, and/or were present with discussions with all healthcare providers from January 1, 1995 through January 1. 2000.

## Plaintiffs' Answer:

Plaintiffs and Paul Kerris recall being present for discussions with Dr. Watson involving the embolization on 8/31/98, 11/4/99, 1/13/99, and 3/3/99 these discussion occurred before and after most of the procedures.

## INTERROGATORY NO. 16:

**State each fact upon which you rely** with particularity to support your contentions as to the nature and extent of each injury, expense, or item of damage; state with particularity the facts upon which you rely to support your contentions that each injury, expense, or item of damage was a result of Defendants' conduct as set forth in the Amended Complaint distinguishing

between expenses for care and medical treatment that would be required by Ms. Kerris'

underlying conditions of AVM and Turner's syndrome versus those damage you specifically

attribute to Defendants' conduct as set forth in the Amended Complaint, and identify all persons

having knowledge of those facts and all documents relating to those facts.

**Plaintiffs' Answer:**

The facts are found in the medical records, see answer to interrogatory # 12 above, in

addition As seen from the report of Sheldon Margulies, M.D. and the report of Craig Lichtblau,

M.D. already in the possession of defendants all of the damages listed by Dr. Licthblau are related

to the negligence of the defendants and not to any underlying condition of Mrs. Karyn Kerris.

**INTERROGATORY NO. 17:**

Identify all individuals, including but not limited to, healthcare providers, economists,

physicians, and/or experts interviewed or consulted by you in connection with the events alleged

in the Amended Complaint, **describing in detail** specific allegations for which you interviewed

and/or consulted each particular individual and what each individual said.

**Plaintiffs' Answer:**

None other than my attorneys.

**INTERROGATORY NO. 18:**

**Identify** any treating medical or therapeutic personnel or person who will provide

testimony pursuant to Fed. R. Civ. P. 701 upon whom you rely in this matter. For each such

treating medical or therapeutic personnel, indicate:

       a.      The dates upon which he or she administered treatment to, care to

           and/or consulted regarding Ms. Kerns;

       b.      The purpose for which you rely upon said individual, including

           any facts or opinions you expect said individual to offer arising from his or

her treatment and/or consultation of Ms. Kerns;

    c.       **The identity** of any documents said individual relies upon and/or

**the identity** of any documents you have relied upon or which are related to

your responses to this interrogatory.

**Plaintiffs' Answer:**

Any of the treating medical and/or therapeutic personnel list in answer to these interrogatories could be called to testify depending on availability. The dates of their care and their opinions are contained in the medical records already in possession of the defendants.

**INTERROGATORY NO. 19;**

**Identify** all persons not previously identified by you in your responses to these interrogatories who have knowledge of facts relating to the matters set forth in the Amended Complaint, describing in detail the exact nature of their knowledge.

**Plaintiffs' Answer:**

**Kenneth D. Bloem**
Present address and phone # unknown.
One time Member of the Board of Directors and Chief Executive Officer for the Medical Center.

As CEO at the Medical Center during the relevant time period he, by mandate of the Board of Directors, instituted new policies and procedures that required the staff and faculty to produce a specific profit or risk termination, this included defendant Vance E. Watson, M.D.'s department of interventional neuroradiology. He will testify to the lawsuit that ensued and the reasons for his termination.

In addition, he will produce evidence of the knowledge and involvement of the both the Board of Directors and the Hospital Administration in the embolization procedures performed at their institution with illegal devices. He will produce evidence of the risk/benefit evaluation the Board and/or the officers of the Hospital performed regarding these procedures.

**Paul Katz**
Present address and phone # unknown.
One time Chief Operating Officer for the Medical Center

As COO during the relevant time period he was aware of the mandate of the Board of Directors and Kenneth D. Bloem, to institute new policies and procedures that required the staff and faculty to produce a specific profit or risk termination, this included defendant Vance E. Watson, M.D.'s department of interventional neuroradiology.  He will testify to the lawsuit that ensued and the reasons for Mr. Bloem's termination.

In addition, he will produce evidence of the knowledge and involvement of the both the Board of Directors and the Hospital Administration in the embolization procedures performed at their institution with illegal devices.  He will produce evidence of the risk/benefit evaluation the Board and/or the officers of the Hospital performed regarding these procedures.

**Leo J. O'Donovan**
Present address and phone # unknown
One time President of Georgetown University

As Georgetown University's  President he was aware of his mandate and the mandate of the Board of Directors and Kenneth D. Bloem, to institute new policies and procedures that required the staff and faculty to produce a specific profit or risk termination, this included defendant Vance E. Watson, M.D.'s department of interventional neuroradiology.  He will testify to the lawsuit that ensued and the reasons for Mr. Bloem's termination.

In addition, he will produce evidence of the knowledge and involvement of the both the Board of Directors and the Hospital Administration in the embolization procedures performed at their institution with illegal devices.  He will produce evidence of the risk/benefit evaluation the Board and/or the officers of the Hospital performed regarding these procedures.

**Henry Yeager, M.D.**
Present address and phone # unknown
One time Institutional Review Board Member, Georgetown University

As an Institutional Review Board (IRB) Member during the relevant time period, he was aware that the use of Histoacryl and Lipiodol were not presented to, or approved by, the IRB. Thus he was aware that no IRB approved informed consent was ever generated, and that a proper consent would have included: the known risks of the treatment, a statement that the use of these devices was illegal, that enrollment was voluntary, a list of alternative (legal) treatments, and the risks if no treatment was provided, etc.

In addition, he is expected to introduce evidence that the IRB should be involved in any research or human experimentation and that includes the use of illegal devices. He will be asked his knowledge and involvement with other procedures performed at their institution involving illegal devices. He will produce evidence that if the IRB had been presented with a protocol for the illegal use of Histoacryl or Lipiodol, the protocol would not have been accepted and thus the embolizations would not have occurred including those performed on Karyn A. Kerris.

**Leonard Chiazze, Jr., M.D.**
Present address and phone # unknown
One time Institutional Review Board Member, Georgetown University
As an Institutional Review Board (IRB) Member during the relevant time period, he was aware that the use of Histoacryl and Lipiodol were not presented to, or approved by, the IRB. Thus he was aware that no IRB approved informed consent was ever generated, and that a proper consent would have included: the known risks of the treatment, a statement that the use of these devices was illegal, that enrollment was voluntary, a list of alternative (legal) treatments, and the risks if no treatment was provided, etc.

Dr. Chiazze will introduce evidence of a lawsuit brought by himself and 18 other Plaintiffs against Georgetown University, its officers, and Board of Directors. He will address the fact that there were policies and procedures that required the staff and faculty to produce profits or risk termination. These policies and procedures when they were in effect, involved the entire Hospital including the department interventional neuroradiology. He will be asked the

effect these policies and procedures had on treatments performed on patients such as Karyn A. Kerris.

In addition, he is expected to introduce evidence that the IRB should be involved in any research or human experimentation and that includes the use of illegal devices. He will be asked his knowledge and involvement with other procedures performed at their institution involving illegal devices. He will produce evidence that if the IRB had been presented with a protocol for the illegal use of Histoacryl or Lipiodol, the protocol would not have been accepted and thus the embolizations would not have occurred including those performed on Karyn A. Kerris.

**Dieter Schellinger, M.D.**
Present address and phone # unknown
One time Institutional Review Board Member, Georgetown University

As an Institutional Review Board (IRB) Member during the relevant time periods and as a radiologist who evaluated Karyn Kerris, and as an interventional neuroradiologist, he was aware that the use of Histoacryl and Lipiodol were not presented to, or approved by, the IRB. Thus he is aware that no IRB approved informed consent was ever generated, and that a proper consent would have included: the known risks of the treatment, a statement that the use of these devices was illegal, that enrollment was voluntary, a list of alternative (legal) treatments, and the risks if no treatment was provided, etc.

In addition, he is expected to introduce evidence that the IRB should be involved in any research or experimentation on human subjects and that includes the use of illegal devices. He will be asked his knowledge and involvement with other procedures performed at their institution involving illegal devices. He will produce evidence that if the IRB had been presented with a protocol for the illegal use of Histoacryl or Lipiodol, the embolizations would not have been performed, including the procedure performed on Karyn A. Kerris. He is also aware of the failure rates of Histoacryl and Lipiodol based on his own use of these and other illegal devices. He will testify to his own usage of Histoacryl and Lipiodol and the policies and

procedures within the department of interventional neuroradiology regarding the use of illegal and unapproved devices as well as the decision by the department to continue to use these devices without being part of an Investigational Device Exemption (IDE) and without IRB approval. He will testify to the offices, directories, and Administration who knew of the ordering, procurement, and payment for the Histoacryl and Lipiodol, and their approval of said.

**Shelia Zimmet, Esq.**
GUH
General Counsel and IRB member

Mrs. Zimmet is to be deposed as to her knowledge of Georgetown's use of Class III illegal devices. She also had conversations with Dr. Watson as to whether Histoacryl and/or Lipiodol's use had to go through the IRB and as to whether the two Class III devices were legal. In addition, she will produce evidence of the knowledge and involvement of the both the Board of Directors and the Hospital Administration in the embolization procedures performed at their institution with Histoacryl and/or Lipiodol or other Class III devices. She will produce evidence of the risk/benefit evaluation the Board and/or the officers of the Hospital performed regarding these procedures.

She will testify to the University's policies and procedures regarding the use of illegal and unapproved devices as well as the decision by the department to continue to use these devices without being part of an Investigational Device Exemption (IDE) and without IRB approval. She will testify to the offices, directories, and Administration who knew of the ordering, procurement, and payment for the Histoacryl and Lipiodol, and their approval of said.

## INTERROGATORY NO. 20:

**Identify** any documents, which have information relating to or which were relied upon in responding to these Interrogatories.

## Plaintiffs' Answer:

None other than those already in possession of the Defendants.

Respectfully submitted,

_____
Anthony Newman
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814
(301) 654-3400
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this *16* day of July 2007, a copy of the foregoing was

mailed certified first class, postage prepaid to:

Megan Hills, Esq.
Nicolas Muzin, Esq.
Law Offices of Williams & Connolly, LLP
725 Twelfth Street NW
Washington, DC 20005

_____
Anthony Newman

## VERIFICATION

I DO SOLEMLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Felice P. Iacangelo

Cicily A. Iacangelo