1                                                            1

2    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLUMBIA
3    CIVIL DIVISION
     --------------------------------x
4    FELICE P. IACANGELO and CICILY
     IACANGELO, as Guardian of
5    the Person and Property of
     KARYN A. KERRIS,
6
                   Plaintiffs,
7
            v.                          Civil Action No.
8                                          1:05CV02086
     GEORGETOWN UNIVERSITY HOSPITAL,        (PLF/AK)
9    GEORGETOWN UNIVERSITY, t/a
     GEORGETOWN UNIVERSITY, and
10   VANCE E. WATSON, M.D.,

11                 Defendants.
     --------------------------------x
12

13

14                                     January 25, 2008

15                                     9:50 a.m.

16

17          Deposition of MELVIN VAN WOERT, taken

18   by defendants, pursuant to notice and subpoena,

19   at the offices of Flemming Zulack Williamson

20   Zuaderer LLP, One Liberty Plaza, New York, NY,

21   before Lisa Mango, a Shorthand Reporter and

22   Notary Public of the State of New York.

23

24

25

1              Van Woert                    231

2        Q.    If a court considered this issue and

3   said the FDA does not under these regulations

4   have the authority to regulate a treatment, would

5   you defer to that court's decision?

6              MR. NEWMAN:   Objection.

7        A.    It doesn't change FDA regulations as

8   far as I am concerned.  The court -- I don't know

9   what the court is going to say.  To me the FDA

10  has regulations and I think what they are saying

11  here fits in with all of their regulations and

12  what their past history has been.  I don't know

13  what the court is going to say.

14             I don't think it changed the FDA

15  regulations unless the court wants to get

16  involved with that.

17       Q.    Okay.  Have you ever been a defendant

18  in a civil or criminal suit?

19       A.    No.

20       Q.    Have we discussed today all of the

21  opinions that you plan to offer?  If you want to

22  take a couple of minutes and think about that.

23       A.    Well, I don't think we said much about

24  the Georgetown University position.  I think they

25  have a duty to monitor what is going on

238

CERTIFICATE

STATE OF NEW YORK )

                          ) ss.

COUNTY OF NEW YORK)


          I, Lisa Mango, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

          That MELVIN VAN WOERT, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

          I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.


                          _____
                          LISA MANGO