**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, : <br> As Guardian of the Person and Property of : <br> KARYN A. KERRIS, : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> GEORGETOWN UNIV. HOSPITAL, *et al.* : <br> : <br> Defendants. : <br> _____ | **Civil No. 1:05CV02086** <br><br> **Judge Paul L. Friedman** <br><br> **Magistrate Judge Alan Kay** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE
TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE
PLAINTIFFS' EXPERT REPORTS FOR FAILURE TO COMPLY WITH
FED. R. CIV. P. 26(a)(2)(B), CUMULATIVE, AND PRESENTING
<u>IMPERMISSIBLE LEGAL OPINIONS</u>**

COME NOW, the Plaintiffs, by and through their undersigned counsel, and move this Honorable Court for leave to file a response to Defendants' Reply, and state as follows:

1. In the event that the Court deems it necessary for the Plaintiffs to seek an Order accepting the Plaintiffs' Opposition as having been timely filed *nunc pro tunc*, Plaintiffs hereby request such an Order in the form of the attached, ask that this Court grant leave to file a response, and consider this pleading as that response.

2. Plaintiffs sought defense counsel's consent to this motion via telephone on February 13, 2008, but no response was received as of the filing of this motion.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant their Motion for Leave to File Response to Defendants' Reply In Support of Motion to

Strike Plaintiffs' Expert Reports for Failure to Comply with Fed. R. Civ. P. 26(a)(2)(B), Cumulative, and Presenting Impermissible Legal Opinions.

                              Respectfully submitted,

By: _____
     Anthony Newman
     NEWMAN, MCINTOSH & HENNESSEY, LLP
     7315 Wisconsin Ave., Suite 700E
     Bethesda, MD 20814
     (301) 654-3400

     _____
     Andrew E. Greenwald
     JOSEPH, GREENWALD & LAAKE, P.A.
     6404 Ivy Lane, Suite 400
     Greenbelt, MD 20770
     (301) 220-2200

     *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, a copy of the foregoing was sent via electronic mail via the Court's e-filing system to:

Megan Hills, Esq.
Nicholas Muzin, Esq.
Zoe Scharff, Esq.
David Kiernan, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005

                              _____
                              Anthony Newman

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, : <br> As Guardian of the Person and Property of : <br> KARYN A. KERRIS, : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> GEORGETOWN UNIV. HOSPITAL, *et al.* : <br> : <br> Defendants. : <br> _____ | **Civil No. 1:05CV02086** <br><br> **Judge Paul L. Friedman** <br><br> **Magistrate Judge Alan Kay** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE
TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE
PLAINTIFFS' EXPERT REPORTS FOR FAILURE TO COMPLY WITH
FED. R. CIV. P. 26(a)(2)(B), CUMULATIVE, AND PRESENTING
<u>IMPERMISSIBLE LEGAL OPINIONS</u>**

1.   The inherent authority of this Honorable Court.

2.   Fed R. Civ. P. 6(b).

3.   Plaintiffs further adopt and incorporate by reference their Opposition to

Defendant's Motion to Strike as if fully set forth herein.

        Respectfully submitted,

By: _____
    Anthony Newman
    NEWMAN, MCINTOSH & HENNESSEY, LLP
    7315 Wisconsin Ave., Suite 700E
    Bethesda, MD 20814
    (301) 654-3400

_____
Andrew E. Greenwald
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2008, a copy of the foregoing was sent via electronic mail via the Court's e-filing system to:

Megan Hills, Esq.
Nicholas Muzin, Esq.
Zoe Scharff, Esq.
David Kiernan, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005

_____
Anthony Newman

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, : <br> As Guardian of the Person and Property of : <br> KARYN A. KERRIS, : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> GEORGETOWN UNIV. HOSPITAL*, et al.* : <br> : <br> Defendants. : <br> _____ | **Civil No. 1:05CV02086** <br><br> **Judge Paul L. Friedman** <br><br> **Magistrate Judge Alan Kay** |

## *ORDER*

UPON CONSIDERATION of the Plaintiffs' Motion for Leave to File a Response to Defendants' Reply In Support of Motion to Strike Plaintiffs' Expert Reports for Failure to Comply with Fed. R. Civ. P. 26(a)(2)(B), Cumulative, and Presenting Impermissible Legal Opinions, it is this __ day of _____, 2008, by the United States District Court for the District of Columbia,

***ORDERED***, that the Plaintiffs' Motion for Leave to File a Response to Defendants' Reply In Support of Motion to Strike Plaintiffs' Expert Reports for Failure to Comply with Fed. R. Civ. P. 26(a)(2)(B), Cumulative, and Presenting Impermissible Legal Opinions is hereby ***GRANTED***; and it is further

***ORDERED***, that the Plaintiffs' Opposition to Motion to Strike Plaintiffs' Expert Reports for Failure to Comply with Fed. R. Civ. P. 26(a)(2)(B), Cumulative, and Presenting Impermissible Legal Opinions is hereby accepted as timely filed *nunc pro tunc* as of January 31, 2008.

                _____
                Judge, United States District Court for the District of Columbia

<u>Copies to</u>:

All counsel of record