**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, : <br> As Guardian of the Person and Property of : <br> KARYN A. KERRIS, : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> GEORGETOWN UNIV. HOSPITAL, *et al.* : <br> : <br> Defendants. : <br> _____ | **Civil No. 1:05CV02086** <br><br> **Judge Paul L. Friedman** <br><br> **Magistrate Judge Alan Kay** |

## *ORDER*

UPON CONSIDERATION of the Plaintiffs' Motion for Leave to File a Response to Defendants' Reply In Support of Motion to Strike Plaintiffs' Expert Reports for Failure to Comply with Fed. R. Civ. P. 26(a)(2)(B), Cumulative, and Presenting Impermissible Legal Opinions, it is this __ day of _____, 2008, by the United States District Court for the District of Columbia,

***ORDERED***, that the Plaintiffs' Motion for Leave to File a Response to Defendants' Reply In Support of Motion to Strike Plaintiffs' Expert Reports for Failure to Comply with Fed. R. Civ. P. 26(a)(2)(B), Cumulative, and Presenting Impermissible Legal Opinions is hereby ***GRANTED***; and it is further

***ORDERED***, that the Plaintiffs' Opposition to Motion to Strike Plaintiffs' Expert Reports for Failure to Comply with Fed. R. Civ. P. 26(a)(2)(B), Cumulative, and Presenting Impermissible Legal Opinions is hereby accepted as timely filed *nunc pro tunc* as of January 31, 2008.

                                      _____
                                      Judge, United States District Court for the District of Columbia

<u>Copies to</u>:

All counsel of record