**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, : <br> As Guardian of the Person and Property of : <br> KARYN A. KERRIS, : <br>   : <br> Plaintiffs, : <br>   : <br> vs.   : <br>   : <br> GEORGETOWN UNIV. HOSPITAL, *et al*. : <br>   : <br> Defendants. : | **Civil No. 1:05CV02086** <br><br> **Judge Paul L. Friedman** <br><br> **Magistrate Judge Alan Kay** |

## *O R D E R*

Upon consideration of the Defendants' Motion for Judgment on the Pleadings/Motion to Dismiss Plaintiffs' Negligence *Per Se* Claims Based On Violations of Federal Law and Punitive Damages, and Plaintiffs' Opposition thereto, it is this __ day of _____, 2008, by the United States District Court for the District of Columbia,

**ORDERED**, that the Defendants' Motion for Judgment on the Pleadings/Motion to Dismiss Plaintiffs' Negligence *Per Se* Claims Based On Violations of Federal Law and Punitive Damages be and hereby is **DENIED IN ITS ENTIRETY**.

_____
Hon. Paul L. Friedman
United States District Judge for the District of Columbia

Copies to:

Anthony Newman
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

Andrew E. Greenwald
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

and

David Kiernan, Esq.
Megan Hills, Esq.
Zoe Scharff, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005