IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> vs. <br><br> GEORGETOWN UNIV. HOSPITAL*, et al*. <br><br> Defendants. | **Civil No. 1:05CV02086** <br><br> **Judge Paul L. Friedman** <br><br> **Magistrate Judge Alan Kay** |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS/MOTION TO DISMISS PLAINTIFFS' NEGLIGENCE *PER SE* CLAIMS BASED ON VIOLATIONS OF <u>FEDERAL LAW AND PUNITIVE DAMAGES</u>**

COME NOW, the Plaintiffs, by and through their undersigned counsel, and oppose the Defendants' Motion for Judgment on the Pleadings/Motion to Dismiss Plaintiffs' Negligence *Per Se* Claims Based on Violations of Federal Law and Punitive Damages, and for the reasons set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated herein by reference.

Respectfully submitted,

By: _____/s/_____
Anthony Newman
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814
(301) 654-3400

_____/s/_____
Andrew E. Greenwald
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2008, a copy of the foregoing Opposition was sent via the Court's electronic filing system to:

David Kiernan, Esq.
Megan Hills, Esq.
Zoe Scharff, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005

                                          _____/s/_____
                                               Anthony Newman