UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FELICE P. IACANGELO, *et al.*,  )
    Plaintiffs,  )
  v.  )  Civil Action No. 05-2086 (PLF/AK)
GEORGETOWN UNIVERSITY, *et al.*,  )
    Defendants.  )
  )

**ORDER**

Pending before this Court is Defendants' Emergency Motion to Extend the Deadlines for Defendants' Fed. R. Civ. P. 26(a)(2) Expert Disclosures and to Strike Plaintiffs' Expert Reports ("Motion") [87]. Defendants filed, as Exhibit 8 to the Motion, a letter dated January 7, 2008 from Defendants' counsel to Plaintiffs' counsel, highlighting alleged inadequacies in certain expert reports. Attached to Defendants' reply [92] in support of the Motion were copies of several expert reports that were mentioned in the January 7, 2008 letter; however, not all reports were attached to the reply. For completeness of the record, this Court requests that Defendants provide a copy of the following documents to chambers: Dr. Kaufman's December 13, 2007 Report; the December 12, 2007 Report by Julia Gabis, Esq.; Dr. Richard Latchaw's October 28, 2007 Report; Dr. Craig Lichtblau's Undated Comprehensive Evaluation; Dr. Richard Lurito's April 23, 2007 Report; Dr. Sheldon Margulies' December 18, 2007 Invoice; and the September 11, 2007 Report by Donald Sherwin, Esq.

Accordingly, it is this 5th day of March, 2008,

ORDERED that a copy of the aforementioned expert reports and expert documents should be produced to chambers within three business days from the date of this Order.

                                                      _____/s/_____
                                                      ALAN KAY
                                                      UNITED STATES MAGISTRATE JUDGE