IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, : <br> As Guardian of the Person and Property of : <br> KARYN A. KERRIS, : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : <br> GEORGETOWN UNIV. HOSPITAL*, et al.* : <br> : <br> Defendants. : <br> _____ | **Civil No. 1:05CV02086** <br><br> **Judge Paul L. Friedman** <br><br> **Magistrate Judge Alan Kay** |

**PLAINTIFFS' MOTION TO STRIKE PORTION OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' NEGLIGENCE *PER SE* CLAIMS BASED ON VIOLATIONS OF FEDERAL LAW AND PUNITIVE DAMAGES, OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A RESPONSE**

COME NOW, the Plaintiffs, by and through their undersigned counsel, and move this Honorable Court to strike a portion of Defendants' Reply, or, in the alternative, for leave to file a response to Defendants' Reply, and state as follows:

Defendants' Reply contains an entire section of argument not previously raised in its Motion to Dismiss. Specifically, section C, which begins on page 14 of Defendants' Reply, contains a new argument regarding the learned intermediary doctrine, which was not raised in Defendants' Motion. Accordingly, that argument should be stricken. *See, e.g.*, *Rollins Envtl. Servs. v. EPA,* 937 F.2d 649, 653 n. 2 (D.C. Cir. 1991) (stating, "[i]ssues may not be raised for the first time in a reply brief.").

If the Court is not inclined to strike that portion of Defendants' Reply, then the Plaintiffs respectfully request that the Court grant them leave to file a Response.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant their motion to strike, or, in the alternative, for leave to file a response.

Respectfully submitted,

By: _____/s/_____
Anthony Newman
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814
(301) 654-3400

_____/s/_____
Andrew E. Greenwald
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200

*Counsel for Plaintiffs*

**DUTY TO CONFER STATEMENT**

In accordance with the Court's Order, Local Rule of Civil Procedure 7(m) this certificate will confirm that Plaintiffs sought Defendants' consent to this Motion via telephone calls on March 7, 2008 to both Megan Hills, Esq. and David Kiernan, Esq. Attorney Hills indicated on her voice mail that she was traveling for business through Friday March 7, 2008. At the time of the filing of this motion, Plaintiffs have not received a response.

_____/s/_____
Anthony Newman

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2008, a copy of the foregoing was sent via electronic mail via the Court's e-filing system to:

David Kiernan, Esq.
Megan Hills, Esq.
Zoe Scharff, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005


                              _____/s/_____
                              Anthony Newman

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGETOWN UNIV. HOSPITAL, *et al.*<br><br>Defendants. | **Civil No. 1:05CV02086**<br><br>**Judge Paul L. Friedman**<br><br>**Magistrate Judge Alan Kay** |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE PORTION OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' NEGLIGENCE *PER SE* CLAIMS BASED ON VIOLATIONS OF FEDERAL LAW AND PUNITIVE DAMAGES, OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A RESPONSE

1. The inherent authority of this Honorable Court.

2. *Rollins Envtl. Servs. v. EPA,* 937 F.2d 649, 653 n. 2 (D.C. Cir. 1991).

Respectfully submitted,

By: _____/s/_____
Anthony Newman
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814
(301) 654-3400

_____/s/_____
Andrew E. Greenwald
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2008, a copy of the foregoing was sent via electronic mail via the Court's e-filing system to:

David Kiernan, Esq.
Megan Hills, Esq.
Zoe Scharff, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005


                                    _____/s/_____
                                        Anthony Newman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | |
|---|---|
| Felice I. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GEORGETOWN UNIV. HOSPITAL, *et al*.<br><br>　　　　　Defendants. | **Civil No. 1:05CV02086**<br><br>**Judge Paul L. Friedman**<br><br>**Magistrate Judge Alan Kay** |

### ***ORDER***

UPON CONSIDERATION of the Plaintiffs' Motion to Strike Portion of Defendants' Reply In Support of Motion to Dismiss Plaintiffs' Negligence *Per Se* Claims Based On Violations of Federal Law and Punitive Damages, or, in the Alternative, for Leave to File a Response, it is this __ day of _____, 2008, by the United States District Court for the District of Columbia,

***ORDERED***, that the Plaintiffs' Motion to Strike Portions of Defendants' Reply In Support of Motion to Dismiss Plaintiffs' Negligence *Per Se* Claims Based On Violations of Federal Law and Punitive Damages, or, in the Alternative, for Leave to File a Response is hereby ***GRANTED***; and it is further

***ORDERED***, that section C of Defendants' Reply shall be stricken/Plaintiffs shall have __ days from the date of this Order to file a Response.

_____
Judge, United States District Court for the District of Columbia

<u>Copies to</u>:

Anthony Newman
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

Andrew E. Greenwald
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

David Kiernan, Esq.
Megan Hills, Esq.
Zoe Scharff, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005