UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, <br> As Guardian of the Person and Property of <br> KARYN A. KERRIS, <br><br>         Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, <br> GEORGETOWN UNIVERSITY, t/a <br> Georgetown University, and <br> VANCE E. WATSON, M.D., <br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Act. No. 1:05CV02086 (PLF)<br>)<br>)  Judge Paul L. Friedman<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS'[1] AMENDMENT CORRECTING CERTIFICATE OF SERVICE FOR
OPPOSITION TO PLAINTIFFS' MOTION
TO STRIKE OR FILE A SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS**

Defendants' Certificate of Service mistakenly states that Defendants' Opposition to

plaintiffs' Motion to Strike or File a Surreply was hand-delivered.  Service was completed

pursuant to United States District Court Local Rule for the District of Columbia 5.4(d).  A corrected

Certificate of Service accompanies this amendment.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

Dated:  March 8, 2008          By: ___Megan E. Hills___

David Q Kiernan (D.C. Bar # 413806)
Megan E. Hills (D.C. Bar # 437340)

---

[1] "Defendants" refers collectively to defendants Georgetown University (individually, "GU")
and Vance E. Watson, M.D. (individually, "Dr. Watson").  "Plaintiffs" refers collectively to
plaintiffs Felice and Cicily Iacangelo.

Zoe C. Scharff (D.C. Bar # 490482)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)
dkiernan@wc.com
mhills@wc.com
zscharff@wc.com

## CERTIFICATE OF SERVICE

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the Defendants' Opposition to Plaintiffs' Motion to Strike or to File a Surreply and the foregoing was served via electronic filing on the Court's CM/ECF website on the 8th day of March, 2008 on the forgoing:

Anthony Newman, Esquire
Ernest McIntosh, Esquire
Wendy Wyeth, Esquire
Newman, McIntosh & Hennessy
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

and

Andrew Greenwald, Esquire
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Plaintiffs' Counsel

Megan L. Hills
Megan L. Hills