UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICE I. IACANGELO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2086 (PLF) |
| ) | |
| GEORGETOWN UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

On December 13, 2006, the Court referred this case to Magistrate Judge Alan Kay for the management of discovery.

It is hereby ORDERED that this action is also referred to Magistrate Judge Kay for (1) a ruling on Plaintiffs' Motion to Strike Portion of Defendants' Reply in Support of Motion to Dismiss Plaintiffs' Negligence *Per Se* Claims Based on Violations of Federal Law and Punitive Damages, Or, in the Alternative, For Leave to File a Response [102] pursuant to Local Civil Rule 72.2(a), and (2) a report and recommendation regarding the disposition of Defendants' Motion for Judgment on the Pleadings/Motion to Dismiss Plaintiffs' Negligence *Per Se* Claims Based on Violations of Federal Law and Punitive Damages [95] pursuant to Local Civil Rule 72.3(a). Therefore, on all filings in this action, the parties shall continue to place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Kay following the case numbers in the caption.

Pursuant to Rule 73 of the Federal Rules of Civil Procedure, Local Civil Rule

73.1 and 28 U.S.C. § 636(c), the parties are hereby notified of their voluntary right to consent to assignment of this case to Magistrate Judge Kay to conduct any and all proceedings, including the final decision on motions for summary judgment or other dispositive motions, as well as trial (with or without a jury), and entry of judgment. Appeal from a judgment entered by a magistrate judge under these Rules, and with the parties' consent, will lie directly to the court of appeals as it would from a judgment of the District Court. See Fed. R. Civ. P. 73(c); L. Civ. R. 73.1(c). The right to so consent is a voluntary right, and the parties are free to withhold consent without adverse substantive consequences. See Fed. R. Civ. P. 73(b); L. Civ. R. 73.1(b). If the parties wish to give this consent, they must execute and file a joint form of consent or separate forms of consent setting forth such election. See Fed. R. Civ. P. 73(b). A form of consent may be found as Form 81 in the Appendix to the Federal Rules of Civil Procedure or may be obtained from the Clerk's Office. Any notice of consent, joint or separate, should be filed with the Clerk of the Court and only once all parties have consented to the referral of the matter to a magistrate judge. See Fed. R. Civ. P. 73(b); L. Civ. R. 73.1(b).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 18, 2008