REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: B

| CAUSE OF ACTION: | Diversity: Medical Malpractice | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 05-2086 | DATE REFERRED:<br>6/18/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>1) Ruling on plaintiffs' motion to strike portion of reply to motion to dismiss<br>2) Report & Recommendation regarding disposition of defendants' motion for summary judgment on the pleadings | JUDGE:<br>Paul L. Friedman | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF(S):<br>Felice I. Iacangelo, et al. | | | DEFENDANT(S):<br>Georgetown University, et al. | |

ENTRIES: