IA #89-08, 8/13/01, "DWPE OF CLASS III DEVICES W/O APPROVED PMA'S OR IDE'S AND OTHER DEVICES NOT EQUIVALENT OR NO 510K" ATTACHMENT REVISED 2/25/04

NOTE: This revision is being issued to revise the alert into the current format and terminology. Changes are bracketed by asterisks (***).

TYPE OF ALERT: *** Detention Without Physical Examination (DWPE) ***

NOTE: This import alert represents the Agency's current guidance to FDA field personnel regarding the manufacturer(s) and/or products(s) at issue. It does not create or confer any rights for or on any person, and does not operate to bind FDA or the public.

PRODUCT: *** Medical devices (see attachment) ***

PRODUCT CODE: *** See attachment ***

PROBLEM: Devices are being distributed without a 510(k) or an approved PMA or are not the subject of an IDE.

PAF: *** AAP (Approvals) ***
***
PAC: 82008 ***

COUNTRY: See Attachment

MANUFACTURER/
SHIPPER
ID: See Attachment

IMPORTER'S
ID: N/A

CHARGE: For Class III device:

"The article is subject to refusal of admission pursuant to Section 801(a)(3) in that the device appears to be a Class III device and does not appear to have in effect an approved application for premarket approval pursuant to Section 515 of the Act, or an exemption pursuant to Section 520(g)(1) [Adulteration, Section 501(f)(1)(B)]."

For other devices:

The article is subject to refusal of admission pursuant to Section 801(a)(3) in that it appears to be a post 1976 device for which a Section 510(k) application has not been determined substantially equivalent or a 510(k) has not been filed [Misbranding, Section 502(o)]."

OASIS CHARGE
CODE: No PMA
No 510(K)

RECOMMENDING
OFFICE: CDRH, OC (HFZ-323)

REASON FOR