IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civ. Act. No. 1:05CV02086 (PLF/AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

## DEFENDANTS' 26(a)(2)(B) STATEMENT

In accordance with Federal Rule of Civil Procedure 26(a)(2)(B) ("Fed. R. Civ. P."), Defendants Georgetown University and Vance E. Watson, M.D. ("Defendants"), submit that reports from the following list of witnesses, who they have retained to provide expert testimony, have been provided to Plaintiffs Felice P. and Cicily Iacangelo ("Plaintiffs"), pursuant to Federal Rules of Civil Procedure 26(a)(2)(B):

    1.    Robert Shavelle, PhD, MBA
            Strauss & Shavelle, Inc.
            1439 – 17th Aveneue
            San Francisco, CA 94122-3402

    2.    David Argue, PhD
            Economists, Inc.
            1200 New Hampshire Avenue, NW, Suite 400
            Washington, DC 20036

Pursuant to the previous agreement with Plaintiffs and submitted Consent Motion to Amend Expert Discovery Scheduling in the Court's June 17, 2008, filed August 8, 2008, the

Defendants will provide Fed. R. Civ. P. 26(a)(2)(B) disclosures for all experts designated by Defendants addressing Life Care Plans and arteriovenous malformations, seven (7) days after the last deposition of Plaintiffs' remaining designated expert.

In accordance with Fed. R. Civ. P. 26(a)(2)(B), and the Court's June 17, 2008 Order, a report from the following witness, retained by Defendants to provide expert factual testimony, has been provided to Plaintiffs pursuant to Fed. R. Civ. P. 26(a)(2)(B):[1]

1. Walter Gundaker
   1592 Harbor Road
   Williamsburg, VA 23185

Dated: August 8, 2008          By: *Zoe Scharff*
                               David C. Kiernan (D.C. Bar # 413806)
                               Megan E. Hills (D.C. Bar # 437340)
                               Zoe C. Scharff (D.C. Bar # 490482)

                               725 Twelfth Street, N.W.
                               Washington, D.C. 20005
                               (202) 434-5000
                               (202) 434-5029 (fax)
                               dkiernan@wc.com

---

[1] This report is submitted to provide Plaintiffs the opportunity to depose this individual. Defendants understand the Court's Order of June 17, 2008 precludes expert legal testimony from Mr. William Damaska, a former FDA employee, and redesignated him as a fact witness. Defendants thereby designate Mr. Gundaker as a similar fact witness. If Mr. Damaska is precluded from testifying as an expert, Defendants will withdraw this designation and similarly label Mr. Gundaker as a fact witness, but provide the opportunity to Plaintiffs to seek discovery from him.

## CERTIFICATE OF SERVICE

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing was served via electronic filing on the Court's CM/ECF website on the 8th day of August, 2008 on the forgoing:

> Anthony Newman, Esquire
> Ernest McIntosh, Esquire
> Newman & McIntosh
> 7315 Wisconsin Avenue
> Suite 700E
> Bethesda, Maryland 20814
>
> and
>
> Andrew Greenwald, Esquire
> Greenwald and Laake
> 6404 Ivy Lane
> Suite 440
> Greenbelt, Maryland 20770
>
> Plaintiffs' Counsel

_____
Zoe C. Scharff