IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civ. No. 1:05CV02086 (PLF/AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

## CONSENT MOTION TO AMEND SCHEDULING OF JUNE 17, 2008 ORDER

Defendants Georgetown University and Vance E. Watson, M.D. (hereinafter, collectively referred to as "Defendants"), and Plaintiffs Felice P. Iacangelo and Cicily Iacangelo (hereinafter, collectively referred to as "Plaintiffs") by and through undersigned counsel, move the Court to amend the scheduling embodied in its June 17, 2008 Order.

Due to the increased scheduling difficulties in setting dates for the depositions of expert witnesses, particularly with medical professionals during the summer months, the parties respectfully request that the Court's June 17, 2008 Order be amended insofar as it directs the designation and production of expert reports from Defendants prior to the availability of information from Plaintiffs' experts, which will require the avoidable expense of supplemental expert reports and preliminary reports.

The parties have agreed that Defendants shall produce and designate all experts and expert reports on, or before, August 8, 2008, excepting experts addressing life care plans and/or arteriovenous malformations. These latter two categories of experts shall be designated and their reports disclosed on September 9, 2008, which is seven (7) days after the deposition(s) of the last of Plaintiffs' designated experts. All parties consent to this motion.

Respectfully submitted,

| NEWMAN, McINTOSH & HENNESSY | WILLIAMS & CONNOLLY |
|---|---|
| By: *Anthony Newman by ZCS with express permission* <br> Anthony Girardy Newman, Esq. <br> 7315 Wisconsin Avenue <br> Suite 700E <br> Bethesda, Maryland 20814 | By: *Zoe Scharff* <br> Zoe C. Scharff, Esq. <br> 725 12th Street, N.W. <br> Washington, D.C. 20005 |
| On behalf of Plaintiffs | On behalf of Defendants |

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), via electronic filing on the Court's CM/ECF website on the ___ day of August, 2008 on the forgoing:

>   Anthony Newman, Esquire
>   Ernest McIntosh, Esquire
>   Wendy Wyeth, Esquire
>   Newman & McIntosh
>   7315 Wisconsin Avenue
>   Suite 700E
>   Bethesda, Maryland 20814

>   and

>   Andrew Greenwald, Esquire
>   Joseph, Greenwald and Laake, P.A.
>   6404 Ivy Lane
>   Suite 440
>   Greenbelt, Maryland 20770

>   Plaintiffs' Counsel

_____
Zoe C. Scharff

3