IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civ. No. 1:05CV02086 (PLF/AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

## ORDER

This matter comes before the Court upon the Consent Motion of Defendants, Georgetown University and Vance E. Watson, MD., and Plaintiffs, Felice P. Iacangelo and Cicily Iacangelo to amend the June 17, 2008 Orders directed at expert discovery.

Upon consideration of the Consent Motion, good cause for modification being found, it is by the Court, ORDERED that the previous expert discovery dates, entered June 17, 2008, are modified to the deadlines as follows:

It is this day of _____, 2008;

**ORDERED** that Defendants shall produce and designate all experts and expert reports on or before August 8, 2008, with the exception of experts addressing life

care plans and/or arteriovenous malformations. These latter two categories of experts shall be designated and their reports disclosed by Defendants on September 9, 2008.

_____
The Honorable Alan Kay,
United States District Court Magistrate Judge

Copies to:

Anthony Newman, Esq.
Ernest McIntosh, Esq.
Wendy Wyeth, Esq.
Newman, McIntosh & Hennessey
7315 Wisconsin Avenue
Suite 700E
Bethesda, Maryland 20814

Andrew Greenwald, Esq.
Joseph, Greenwald and Laake
6404 Ivy Lane
Suite 440
Greenbelt, Maryland 20770

Attorneys for Plaintiffs Felice I. Iacangelo and Cicily Iacangelo

David C. Kiernan, Esq.
Megan E. Hills, Esq.
Zoe C. Scharff, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants Georgetown University and Vance E. Watson, M.D.

2