IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Felice P. Iacangelo and Cicily Iacangelo, As Guardian of the Person and Property of KARYN A. KERRIS, <br><br> Plaintiffs, <br><br> v. <br><br> Georgetown University Hospital, GEORGETOWN UNIVERSITY, t/a Georgetown University, and VANCE E. WATSON, M.D., <br><br> Defendants. | Civ. Act. No. 1:05CV02086 (PLF/AK) <br><br> Judge Paul L. Friedman <br><br> Magistrate Judge Alan Kay |

## DEFENDANTS' 26(a)(2)(B) STATEMENT

In accordance with Federal Rule of Civil Procedure 26(a)(2)(B) ("Fed. R. Civ. P."), and this Court's Order dated August 11, 2008, Defendants Georgetown University and Vance E. Watson, M.D. ("Defendants"), submit that reports from the following list of witnesses, retained to provide expert testimony, have been provided to Plaintiffs Felice P. and Cicily Iacangelo ("Plaintiffs"), pursuant to Federal Rules of Civil Procedure 26(a)(2)(B):

1. Leo Nelson Hopkins, M.D.
   Department of Neurosurgery
   State of University of New York - Buffalo
   3 Gates Circle
   Buffalo, NY 14209-1194

2. Robin L. Karns, BSN, RN, C, CCM, CNLCP
   M Hayes
   9327 Midlothian Turnpike
   Suite 2E
   Richmond, VA 23235

 3. Robert H. Rosenwasser, M.D., F.A.C.S., F.A.H.A.
  Jefferson Neurosurgery
  909 Walnut Street, 3rd Floor
  Philadelphia, PA 19107

 4. Gregg H. Zoarski, M.D.
  Department of Diagnostic Radiology
  University of Maryland Hospital
  22 South Greene Street
  Baltimore, MD 21218

Dated: September 9, 2008  By: /s/ Zoe Scharff
    David C. Kiernan (D.C. Bar # 413806)
    Megan E. Hills (D.C. Bar # 437340)
    Zoe C. Scharff (D.C. Bar # 490482)

    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    (202) 434-5000
    (202) 434-5029 (fax)
    dkiernan@wc.com

## CERTIFICATE OF SERVICE

Pursuant to United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing was served via electronic filing on the Court's CM/ECF website on the 9th day of September, 2008 on the forgoing:

>Anthony Newman, Esquire
>Ernest McIntosh, Esquire
>Newman, McIntosh & Hennessy
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, Maryland 20814

and

>Andrew Greenwald, Esquire
>Joseph, Greenwald & Laake
>6404 Ivy Lane
>Suite 440
>Greenbelt, Maryland 20770

Plaintiffs' Counsel

_____
Zoe C. Scharff