UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICE I. IACANGELO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2086 (PLF) |
| ) | |
| GEORGETOWN UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER AND JUDGMENT

Upon careful consideration of the entire record herein, and for the reasons set forth in Magistrate Judge Alan Kay's Report and Recommendation of September 17, 2008 and the Memorandum Opinion issued this same day, it is hereby

ORDERED that the Court ADOPTS and APPROVES the Report and Recommendation of Magistrate Judge Kay [122] in its entirety; it is

FURTHER ORDERED that Defendants' Motion for Judgment on the Pleadings/Motion to Dismiss Plaintiffs' Negligence *Per Se* Claims Based On Violations of Federal Law and Punitive Damages [95] is GRANTED in part and DENIED in part; and it is

FURTHER ORDERED that Counts VI, VII and IX of plaintiffs' Second Amended Complaint are DISMISSED.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
DATE: September 30, 2008                United States District Judge